David J. Miclean (#115098/miclean@fr.com)
FISH & RICHARDSON, P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Lisa M. Martens (#195824/martens@fr.com)
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 06 5805 SBA

| | |
|---|---|
| APPLE COMPUTER, INC. <br><br> Plaintiff, <br><br> v. <br><br> PODFITNESS, INC., and DOES 1-100, inclusive, <br><br> Defendant. | Case No. <br><br> **PLAINTIFF APPLE COMPUTER, INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Plaintiff Apple Computer, Inc., by and through their undersigned counsel discloses the following information pursuant to Federal Rule Of Civil Procedure 7.1:

There are no corporate entities to disclose under Federal Rule of Civil Procedure 7.1.

DATED: September 21, 2006      Respectfully submitted,

FISH & RICHARDSON P.C.

By: _____
David J. Miclean
Lisa M. Martens
*Attorneys for Plaintiff*
APPLE COMPUTER, INC.

PLAINTIFF APPLE COMPUTER, INC.'S DISCLOSURE
STATEMENT PURSUANT TO FED. R. CIV. P. 7.1
Case No.

Dockets.Justia.com