IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLE COMPUTER, INC.,                               No. C 06-05805 SBA

        Plaintiff,                              **CLERK'S NOTICE**

  v.

PODFITNESS, INC.,

        Defendant.
_____/

**Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court.**

     YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for , **December 20, 2006, has been moved to, January 10, 2007, at 3:30 p.m., via telephone.**

     **Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.**

     **(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.)**

     **Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference.**

**Dated: 10/5/06**

                            **FOR THE COURT,**

                            **Richard W. Wieking, Clerk**

                            **By: s/Lisa R. Clark_____**
                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California