1  David J, Miclean (#115098/miclean@fr.com)
   FISH & RICHARDSON P.C.
2  500 Arguello Street, Suite 500
   Redwood City, California 94063
3  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
4
   Lisa M. Martens (#195824/martens@fr.com)
5  FISH & RICHARDSON P.C.
   12390 El Camino Real
6  San Diego, California 92130
   Telephone: (858) 678-5070
7  Facsimile: (858) 678-5099

8  Attorneys for Plaintiff
   APPLE COMPUTER, INC.
9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   (OAKLAND DIVISION)

13

14  APPLE COMPUTER, INC.,                Case No. C 06 5805 SBA

15          Plaintiff,                   **CERTIFICATE OF SERVICE**

16      v.

17  PODFITNESS, INC., and DOES 1-100,
    inclusive,
18
            Defendants.
19

20       I am employed in the County of San Mateo. My business address is Fish & Richardson

21  P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18

22  and not a party to the foregoing action.

23       I am readily familiar with the business practice at my place of business for collection and

24  processing of correspondence for personal delivery, for mailing with United States Postal Service,

25  for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight

26  service.

27  ///

28

                                    1

Dockets.Justia.com

On October 5, 2006, I caused a copy of the following document(s):

**CLERK'S NOTICE**

to be served on the interested parties in this action by placing a true and correct copy thereof,

enclosed in a sealed envelope, and addressed as follows:

Richard C. Gilmore                          Attorneys for Defendants
Workman Nydegger                        PODFITNESS, INC.
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800
Facsimile:  (801) 328-1707

| | | |
|---|---|---|
| ☒ | **MAIL:** | Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business. |
| ☐ | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
| ☒ | **FACSIMILE:** | Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above.  Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. |
| ☐ | **ELECTRONIC MAIL:** | Such document was transmitted by electronic mail to the addressees' email addresses as stated above. |
| ☐ | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| ☐ | **EXPRESS MAIL:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service. |
| ☐ | **OVERNIGHT DELIVERY:** | Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents. |

I declare that I am employed in the office of a member of the bar of this Court at whose

direction the service was made.

///

///

I declare under penalty of perjury that the above is true and correct. Executed on

October 5, 2006, at Redwood City, California.

Diane M. Arceo-Lowenstein

50376313.doc

```
                    ********************
                    ***   TX REPORT   ***
                    ********************


    TRANSMISSION OK

    TX/RX NO              0896
    CONNECTION TEL              9pp18013281707#PP
    CONNECTION ID
    ST. TIME             10/05 16:47
    USAGE T              01'13
    PGS. SENT            5
    RESULT               OK
```

# FISH & RICHARDSON P.C.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

**Date**     October 5, 2006

**To**      Richard C. Gilmore
        Workman Nydegger
        1000 Eagle Gate Tower
        60 East South Temple
        Salt Lake City, UT 84111
        Telephone: (801) 533-9800

**Facsimile number**     21669-00153531 / (801) 328-1707

**From**     David J. Miclean

**Re**      Apple Computer, Inc. v. Podfitness, Inc.
        Our Ref.: 21669-001LL1

**Number of pages
including this page**     5

**Message**     Please see attached.