| | |
|---|---|
| David J, Miclean<br>(#115098/miclean@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Lisa M. Martens<br>(#195824/martens@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, California 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Attorneys for Plaintiff<br>APPLE COMPUTER, INC. | Charles J. Veverka (*Pro Hac Vice forthcoming*)<br>Robert A. Aycock (*Pro Hac Vice forthcoming*)<br>Mark W. Ford (*Pro Hac Vice forthcoming*)<br>WORKMAN / NYDEGGER<br>1000 Eagle Gate Tower<br>60 East South Temple<br>Salt Lake City, Utah 84111<br>Telephone: (801) 533-9800<br>Facsimile: (801) 328-1707<br><br>William S. Farmer (#46694)<br>Jacob Alpren (#235713)<br>COLLETTE ERICKSON FARMER & O'NEILL LLP<br>235 Pine Street, Suite 1300<br>San Francisco, California 94104<br>Telephone: (415) 788-4646<br>Facsimile: (415) 788-6929<br><br>Attorneys for Defendant<br>PODFITNESS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE COMPUTER, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>PODFITNESS, INC., and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. C 06-5805 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR EXCHANGE OF INITIAL DISCLOSURES** |

Plaintiff Apple Computer, Inc. ("Apple") and defendant Podfitness, Inc. (Podfitness) hereby stipulate to extend the date for the exchange of initial disclosures from the date ordered by

1  the court (January 2, 2007) to January 9, 2007. This extension will enable the parties to more
2  effectively prepare the disclosures in light of holiday vacations and absences.
3  **IT IS SO STIPULATED.**
4  Dated: December 21, 2006                FISH & RICHARDSON P.C.

6                                          By: /s/_____
7                                              David J. Miclean
                                                Attorneys for Plaintiff
                                                APPLE COMPUTER, INC.
8
9  Dated: December 21, 2006                WORKMAN NYDEGGER

11                                         By: /s/_____
12                                             Charles J. Veverka
                                               Robert A. Aycock
13                                             Mark W. Ford

14                                             Attorneys for Defendant
                                               PODFITNESS, INC.
15

17                          **DECLARATION OF CONSENT**

18     Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under
19  penalty of perjury that concurrence in the filing of this document has been obtained from Robert
20  A. Aycock.

22  Dated: December 21, 2006                FISH & RICHARDSON P.C.

24                                          By: /s/_____
                                                David J. Miclean
25                                              Attorneys for Plaintiff
                                                APPLE COMPUTER, INC.

**ORDER**

1

2      IT IS SO ORDERED.

3

4   Dated: _____     _____

5                                      Honorable Saundra Brown Armstrong
                                       Judge Of The United States District Court

6   #50390512

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28