David J, Miclean
(#115098/miclean@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Lisa M. Martens
(#195824/martens@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff

APPLE COMPUTER, INC.

Charles J. Veverka (*Pro Hac Vice forthcoming*)
Robert A. Aycock (*Pro Hac Vice forthcoming*)
Mark W. Ford (*Pro Hac Vice forthcoming*)
WORKMAN / NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

William S. Farmer (#46694)
Jacob Alpren (#235713)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, California 94104
Telephone: (415) 788-4646
Facsimile: (415) 788-6929

Attorneys for Defendant

PODFITNESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> PODFITNESS, INC., and DOES 1-100, inclusive, <br><br> Defendants. | Case No. C 06-5805 SBA <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR EXCHANGE OF INITIAL DISCLOSURES** |

Plaintiff Apple Computer, Inc. ("Apple") and defendant Podfitness, Inc. (Podfitness) hereby stipulate to extend the date for the exchange of initial disclosures from the date ordered by

the court (January 2, 2007) to January 9, 2007.  This extension will enable the parties to more effectively prepare the disclosures in light of holiday vacations and absences.

**IT IS SO STIPULATED.**

Dated:  December 21, 2006			FISH & RICHARDSON P.C.


						By:  /s/_____
						     David J. Miclean
						     Attorneys for Plaintiff
						     APPLE COMPUTER, INC.

Dated:  December 21, 2006			WORKMAN NYDEGGER


						By:  /s/_____
						     Charles J. Veverka
						     Robert A. Aycock
						     Mark W. Ford

						     Attorneys for Defendant
						     PODFITNESS, INC.


### DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert A. Aycock.


Dated:  December 21, 2006			FISH & RICHARDSON P.C.


						By:  /s/_____
						     David J. Miclean
						     Attorneys for Plaintiff
						     APPLE COMPUTER, INC.

**ORDER**

1
2      IT IS SO ORDERED.
3
4  Dated: 12/28/06                              _____
                                                 Honorable Saundra Brown Armstrong
5                                                Judge Of The United States District Court
6   #50390512
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 4:06-cv-05805-SBA   Document 12   Filed 01/03/2007   Page 4 of 4