**Clerk's Use Only**

Initial for fee pd.:

(Name, address, and phone number of applicant)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

APPLE COMPUTER, INC.,

                                 CASE NO.    C 06 5805 SBA

              Plaintiff(s),

      v.                        **APPLICATION FOR**

PODFITNESS, INC., and DOES 1-100,    **ADMISSION OF ATTORNEY**

inclusive,                           *PRO HAC VICE*

                 Defendant(s).        /

Pursuant to Civil L.R. 11-3,    Charles J. Veverka    , an active member in

good standing of the bar of  the State of Utah           , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing Podfitness, Inc.         in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Buck Farmer
Collette Erickson Farmer & O'Neill LLP
235 Pine Street, Suite 1300
San Francisco, California 94104  Phone:  (415) 788-4646

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  1/9/07                      C.J. Veverka