Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

APPLE COMPUTER, INC.,

                          Plaintiff(s),

                v.

PODFITNESS, INC. and DOES 1-100,
inclusive,

_____ Defendant(s). _____/

**CASE NO.** C 06-5805 SBA

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

      Charles J. Veverka                    , an active member in good standing of the bar of

the State of Utah                              whose business address and telephone number
(particular court to which applicant is admitted)

is  Workman Nydegger, 60 East South Temple, Suite 1000, Salt Lake
     City, Utah  84111  Phone:  (801) 533-9800

                                                    , having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing  defendant Podfitness, Inc.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated:

                                        United States District     Judge