| Clerk's Use Only |
|---|
| Initial for fee pd.: |

(Name, address, and phone number of applicant)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE COMPUTER, INC.,

              Plaintiff(s),

v.

PODIFITNESS, INC., AND DOES 1-100, inclusive,

              Defendant(s).

CASE NO.  C 06 5805 SBA

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Larry R. Laycock, an active member in good standing of the bar of the State of Utah, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Podfitness, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Buck Farmer
Collette Erickson Farmer & O'Neill LLP
235 Pine Street, Suite 1300
San Francisco, California 94104   Phone: (415) 788-4646

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/9/07

*[signature: Larry R. Laycock]*