# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

APPLE COMPUTER, INC.,

                Plaintiff(s),

      v.

PODFITNESS, INC. and DOES 1-100, inclusive,

                Defendant(s).

CASE NO. C 06-5805 SBA

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Robert E. Aycock, an active member in good standing of the bar of the State of Utah (particular court to which applicant is admitted) whose business address and telephone number is Workman Nydegger, 60 East South Temple, Suite 1000, Salt Lake City, Utah 84111 Phone: (801) 533-9800, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Podfitness, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                          United States District Judge