**FILED**

JAN 1 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE COMPUTER, INC.,

Judge Saundra B. Armstrong
Case No. 4:06-cv-05805 SBA
Chambers Copy- Do Not File

Submitting Counsel are directed to serve this order upon all other parties in this action.

Plaintiff(s);

v.

PODFITNESS, INC. and DOES 1-100, inclusive,

Defendant(s).

CASE NO. C 06-5805 SBA

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Charles J. Veverka , an active member in good standing of the bar of the State of Utah whose business address and telephone number
(particular court to which applicant is admitted)
is Workman Nydegger, 60 East South Temple, Suite 1000, Salt Lake City, Utah 84111 Phone: (801) 533-9800

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Podfitness, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: 1-10-07

United States ~~District~~ Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

APPLE COMPUTER INC.,

    Plaintiff,

v.

PODFITNESS INC. et al,

    Defendant.
                               /

Case Number: CV06-05805 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William S Farmer
Collette Erickson Farmer & O'Neill LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104-2733

Dated: January 11, 2007

                                            Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk