**FILED**

JAN 1 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE COMPUTER, INC.,

*Submitting Counsel are directed to serve this order upon all other parties in this action.*

Judge Saundra B. Armstrong
Case No. 4:06-cv-05805 SBA
Chambers Copy- Do Not File

Plaintiff(s),

v.

PODFITNESS, INC. and DOES 1-100,
inclusive,

Defendant(s).                     /

CASE NO. C 06-5805 SBA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Larry R. Laycock                     , an active member in good standing of the bar of
the State of Utah                               whose business address and telephone number
(particular court to which applicant is admitted)
is Workman Nydegger, 60 East South Temple, Suite 1000, Salt Lake
City, Utah  84111  Phone: (801) 533-9800

*20*

, having applied in the
above-entitled action for admission to practice in the Northern District of California on a *pro hac*
*vice* basis, representing  defendant Podfitness, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
*vice* . Service of papers upon and communication with co-counsel designated in the application
will constitute notice to the party. All future filings in this action are subject to the requirements
contained in General Order No. 45, *Electronic Case Filing* .

Dated: 1-10-07

United States District Judge

*United States District Court*
*For the Northern District of California*

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

APPLE COMPUTER INC.,

          Plaintiff,

v.

PODFITNESS INC. et al,

          Defendant.

_____/

Case Number: CV06-05805 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William S Farmer
Collette Erickson Farmer & O'Neill LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104-2733

Dated: January 11, 2007

                        Richard W. Wieking, Clerk
                        By: LISA R CLARK, Deputy Clerk