# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 1/10/07

**C-06-05805 SBA**    **JUDGE: SAUNDRA BROWN ARMSTRONG**

**Title:** APPLE COMPUTER INC. vs. PODFITNESS INC.
**Atty.:**    DAVE MCLEAN            CJ DIVERKA/JACOB ALBERTS

MARK FORD

**Deputy Clerk:** Lisa R. Clark          **Court Reporter:**    N/R
**PROCEEDINGS**
Plt   DFT
( )  ( ) 1. **TELEPHONE CASE MANAGEMENT CONFERENCE - HELD**
( )  ( ) 2.
( )  ( ) 3.
( )  ( ) 4.
( ) Motion(s)   ( ) Granted    ( ) Denied    ( ) Off Calendar
          ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( ) Deft  (X) Court

## RESULT OF CASE MANAGEMENT CONFERENCE
Case Continued to _____ for a Telephone Case Management Conference at  p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to _____ for _____ Motion Hearing
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
General Discovery Cut-off **12/14/07**     Expert Discovery Cut-off **3/14/08**
Plft to name Experts by **1/8/08**    Deft to name Experts by **1/8/08**
All Dispositive Motions to be heard by ( Motion Cut-off) **4/15/08**
Case Continued to **6/10/08**  for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due **5/20/08**   Motions in limine/objections to evidence due **5/27/08**
Responses to motions in limine and/or responses to objections to evidence due **6/3/08**
Case Continued to **6/23/08**  for Trial(Court/Jury: **5** Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE **TO BE ASSIGNED** FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
Notes: CASE REFERRED TO COURT MEDIATION; MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 4/21-5/16/08 BEFORE A MAGISTRATE JUDGE
cc: WINGS HOM & ADR VIA FAX