United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Apple Computer, Inc., | 06-05805 SBA MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Podfitness, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Kenneth C. Bryant**
Bryant Arbitration and Mediation
P.O. Box 20277
San Jose, CA 95160-0277
408-268-8175

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
06-05805 SBA MED                              - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR

2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: February 1, 2007

5                                              RICHARD W. WIEKING
                                               Clerk
6                                              by:    Alice M. Fiel

7

8                                              _____
                                               ADR Case Administrator
9                                              415-522-3148
                                               Alice_Fiel@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Appointment of Mediator**
06-05805 SBA MED                    - 2 -

*United States District Court*
*Northern District of California*