**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    APPLE COMPUTER INC.,                    No. C 06-05805 SBA

12            Plaintiff,                      **ORDER OF REFERENCE TO**
                                              **MAGISTRATE JUDGE**
13      v.

14    PODFITNESS INC.,

15            Defendant.
      _____/

16

17        PURSUANT TO CIVIL L.R. 72-1

18            IT IS HEREBY ORDERED that this case is referred to a Magistrate Judge for all

19    discovery. Counsel will be advised of the date, time and place of appearance by notice from the

20    assigned Magistrate Judge.

21

22

23

24    Dated: 2/8/07                           _Saundra B Armstrong_____
                                              SAUNDRA BROWN ARMSTRONG
25                                            United States District Judge

26

27

28