Larry R. Laycock
Charles J. Veverka
Robert E. Aycock
Mark W. Ford
WORKMAN | NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:     (801) 533-9800
Facsimile:      (801) 328-1707
Email: llaycock@wnlaw.com

William S. Farmer (State Bar No. 46694)
Jacob Alpren (State Bar No. 235713)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone:     (415) 788-4646
Email: wfarmer@collette.com

Attorneys for Defendant
PODFITNESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PODFITNESS, INC., and DOES 1-100, inclusive<br><br>　　　　　　Defendants. | Civil Action No. 4:06-cv-05805 SBA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY**<br><br>Date:　May 1, 2007<br>Time:　1:00 pm<br>Courtroom: 3, 3rd Floor<br>Judge: Hon. Saundra B. Armstrong |

THIS MATTER came before the Court on defendant Podfitness, Inc.'s ("Podfitness") Motion to Stay.  Having considered the papers and oral argument, if any, submitted in support of and in opposition to Podfitness' motion, being fully advised in the premises and for good cause shown, IT IS HEREBY ORDERED that Podfitness' Motion to Stay is GRANTED as follows:

1
[Proposed] Order Granting Motion To Stay

1. The Court vacates the June 23, 2008, trial date and the other associated pretrial dates and events pending the outcome of an opposition proceeding initiated by Apple Computer with the Trademark Trail and Appeal Board;

2. The Court, if necessary, will reset the trial date and other associated pretrial dates and events, for a date that the Court and the parties are available, after a decision from the Trademark Trail and Appeal Board on Apple Computer's opposition proceeding.

IT IS SO ORDERED this ___ day of _____, 2007.

BY THE COURT:

_____
SAUNDRA B. ARMSTRONG
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David James Miclean, miclean@fr.com.

**WORKMAN NYDEGGER**

/s/ Robert E. Aycock
ROBERT E. AYCOCK (Admitted *Pro Hac Vice*)
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800