Larry R. Laycock
Charles J. Veverka
Robert A. Aycock
Mark W. Ford
WORKMAN | NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:   (801) 533-9800
Facsimile:    (801) 328-1707
Email: llaycock@wnlaw.com

William S. Farmer (State Bar No. 46694)
Jacob Alpren (State Bar No. 235713)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone:   (415) 788-4646
Facsimile:    (415) 788-4646
Email: wfarmer@collette.com

Attorneys for Defendant
PODFITNESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC.,<br><br>             Plaintiff,<br><br>v.<br><br>PODFITNESS, INC., and DOES 1-100, inclusive<br><br>             Defendants. | Civil Action No. 4:06-cv-05805 SBA<br><br>**DECLARATION OF MARK W. FORD IN SUPPORT OF DEFENDANT PODFITNESS, INC.'S MOTION TO STAY**<br><br>Date:   May 1, 2007<br>Time:  1:00 pm<br>Courtroom: 3, 3rd Floor<br>Judge: Hon. Saundra B. Armstrong |

I, Mark W. Ford, declare under penalty of perjury that the following statements are true and correct:

1
DECLARATION OF MARK W. FORD IN SUPPORT OF MOTION TO STAY

dockets.Justia.com

1.     I am an associate of the Salt Lake City law firm Workman Nydegger, counsel for the defendant, Podfitness, Inc. ("Podfitness").

2.     I make this declaration based upon my own personal knowledge, and based upon records maintained by Workman Nydegger to which I have access in the course of fulfilling my duties for the firm and its clients.

3.     According to the records available on the website for the United States Patent and Trademark Office, www.uspto.gov, plaintiff, Apple Computer, Inc. ("Apple") is currently opposing over 100 trademark applications for marks that include the term "pod."

4.     Attached as Exhibit 1 hereto are selected pages of the prosecution history of U.S. Trademark Application Serial No. 78/089,144.

5.     Attached as Exhibit 2 hereto are the cited pages of Apple's Objections and Responses to Defendant Podfitness' First Set of Interrogatories.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Salt Lake City, Utah on the 12th day of March, 2007.

                                                           /s/ Mark W. Ford
                                                         Mark W. Ford

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on March 12, 2007, I electronically filed the foregoing with the Clerk of the |
| 3 | Court using the CM/ECF system which will send notification of such filing to the following: |
| 4 | David James Miclean, miclean@fr.com. |
| 5 | |
| 6 | **WORKMAN NYDEGGER** |
| 7 | /s/ Robert E. Aycock |
| 8 | ROBERT E. AYCOCK (Admitted *Pro Hac Vice*)<br>**WORKMAN NYDEGGER** |
| 9 | 1000 Eagle Gate Tower<br>60 East South Temple |
| 10 | Salt Lake City, UT  84111<br>Telephone:  (801) 533-9800 |