1. workout that plays the subscriber's music as background music to the trainer's voice instruction. Defendant allows a user to select 1) a particular trainer, 2) a particular exercise, and 3) a particular iTunes playlist (i.e. the subscriber's music). Defendant's application has the capability to cater the trainer's voice to the subscriber (i.e. according to the selected exercise, the user's fitness level controls cadence, number of reps, number of sets, etc.). But on information and belief, Defendant depends on iTunes, via iTunes' Application Programmer Interface, to store, manage, play, and control the audio content. On information and belief, Defendant's services depend on and do not function without Apple's iTunes software.

2. On information and belief, Defendant entered into a collaborative agreement with a television network in connection with the production of an exercise program, pursuant to which Defendant agreed to provide the network with free access to its service, as well as a new IPOD player.

3. On information and belief, Defendant's initial plans for the launch of its service included giveaways for free IPOD players.

4. Apple has not consented to any of Defendant's uses of its iTunes software, its IPOD mark or its product images, nor any mark comprised in whole or part of POD, nor has Apple sponsored, endorsed or approved the goods or services offered and promoted by Defendant. Nor is there any affiliation between Apple and Defendant.

5. The most prominent element of the Podfitness Marks, "POD," comprises the most prominent element of Apple's IPOD mark. In addition, the dominant element of the Podfitness Marks, "POD," is identical to the "POD" slang term used to refer to the IPOD products.

6. On information and belief, Defendant uses, or intends to use, the Podfitness Marks on goods and services that are identical, or at least highly related, to Apple's IPOD goods and related services.

7. On information and belief, the goods and services offered and/or sold by Defendant under the Podfitness Marks are moving and will continue to move through the same channels of trade, and are being offered and/or sold through the same channels of advertising and to the same

On information and belief, Defendant's initial plans for the launch of its service included giveaways for free IPOD players.

Apple has not consented to any of Defendant's uses of its iTunes software, its IPOD mark or its product images, nor any mark comprised in whole or part of POD, nor has Apple sponsored, endorsed or approved the goods or services offered and promoted by Defendant. Nor is there any affiliation between Apple and Defendant.

The most prominent element of the Podfitness Marks, "POD," comprises the most prominent element of Apple's IPOD mark. In addition, the dominant element of the Podfitness Marks, "POD," is identical to the "POD" slang term used to refer to the IPOD products.

On information and belief, Defendant uses, or intends to use, the Podfitness Marks on goods and services that are identical, or at least highly related, to Apple's IPOD goods and related services.

On information and belief, the goods and services offered and/or sold by Defendant under the Podfitness Marks are moving and will continue to move through the same channels of trade, and are being offered and/or sold through the same channels of advertising and to the same consumer groups, as the goods and services that are offered and sold by Apple under the IPOD mark.

On information and belief, Defendant's promotion and sales of its goods and services under the Podfitness Marks are directed to consumers of Apple's IPOD products.

Apple expressly reserves the right to supplement its response to this interrogatory as additional facts are ascertained.

**INTERROGATORY NO. 4:**

State all facts upon which you rely to support your assertions in Third Cause of Action, ¶¶ 92 - 102, of your Complaint including but not limited to your assertions that Apple's Earbuds qualify as trade dress.

Internet through its website located at *www.podfitness.com*. Consumers pay a monthly subscription fee to download Defendant's digital audio files. Defendant's digital audio files are customized workout programs created by professional fitness trainers in response to a consumer's stated personal exercise objectives. The files are then downloaded to the customer's digital media player to be set to music already on the customer's player. According to the *www.podfitness.com* website, Defendant's consumers must use Apple's ITUNES proprietary digital media player application to facilitate the downloading of Defendant's audio workout files.

Apple has not consented to any of Defendant's uses any mark comprised in whole or part of POD, nor has Apple sponsored, endorsed or approved the goods or services offered and promoted by Defendant. Nor is there any affiliation between Apple and Defendant.

The most prominent element of the Podfitness Marks, "POD," comprises the most prominent element of Apple's IPOD mark. In addition, the dominant element of the Podfitness Marks, "POD," is identical to the "POD" slang term used to refer to the IPOD products.

On information and belief, the goods and services offered and/or sold by Defendant under the Podfitness Marks are moving and will continue to move through the same channels of trade, and are being offered and/or sold through the same channels of advertising and to the same consumer groups, as the goods and services that are offered and sold by Apple under the IPOD mark.

On information and belief, Defendant's promotion and sales of its goods and services under the Podfitness Marks are directed to consumers of Apple's IPOD products.

Apple expressly reserves the right to supplement its response to this interrogatory as additional facts are ascertained.

**INTERROGATORY NO. 6:**

State all facts upon which you rely to support your assertions in Fifth Cause of Action, ¶¶ 110 - 114, of your Complaint including but not limited to your assertions that Podfitness' use of the PODFITNESS MARKS constitutes unfair competition, which is injurious to the public interest