| | |
|---|---|
| Charles J. Veverka (Admitted *Pro Hac Vice*)/cveverka@wnlaw.com<br>Robert E. Aycock (Admitted *Pro Hac Vice*)/raycock@wnlaw.com<br>WORKMAN \| NYDEGGER<br>1000 Eagle Gate Tower<br>60 East South Temple<br>Salt Lake City, UT  84111<br>Telephone:  (801) 533-9800<br>Facsimile:  (801) 328-1707<br><br>William S. Farmer (#46694)/wfarmer@collette.com<br>Jacob Alpren (#235713)/jalpren@collette.com<br>COLLETTE ERICKSON FARMER & O'NEILL LLP<br>235 Pine Street, Suite 1300<br>San Francisco, CA 94104<br>Telephone:  (415) 788-4646<br>Facsimile:  (415) 788-6929<br><br>Attorneys for Defendant<br>PODFITNESS, INC. | David J. Miclean (#115098)/miclean@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California  94063<br>Telephone:  (650) 839-5070<br><br>Lisa M. Martens (#195824)/martens@fr.com<br>Andrew M. Abrams (#229698)/abrams@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, California  92130<br>Telephone:  (858) 678-5070<br><br>Attorneys for Plaintiff<br>APPLE COMPUTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>PODFITNESS, INC., and DOES 1-100, inclusive<br><br>          Defendants. | Case No. C 06-5805 SBA<br><br>**[PROPOSED] STIPULATED ADDENDUM TO STIPULATED PROTECTIVE ORDER**<br><br>Hon. Saundra B. Armstrong |

        A discovery dispute has arisen in this matter between plaintiff Apple Computer, Inc. ("Apple") and defendant Podfitness, Inc. ("Podfitness") [collectively the "Parties"], regarding third-party discovery by Apple to Podfitness' business associates, which Podfitness contends has

[Proposed] Stipulated Addendum
to Stipulated Protective Order
Case No. C 06-5805 SBA

1 | disrupted its business relationships and/or associations with such third parties (the "Third
2 | Parties"). Apple contends that it has the right to subpoena Third Parties in order to obtain
3 | relevant information without prior approval from Podfitness. In the interest of resolving this
4 | dispute without the necessity of motion practice, the Parties have reached the following
5 | agreement.
6 |     Accordingly, the Parties, by and through their respective attorneys, stipulate and agree to
7 | the following terms and conditions, in addition to the terms and conditions set forth in the
8 | Stipulated Protective Order, signed by the Court on February 9, 2007:
9 |     1.    Apple agrees not to serve any Third Parties with subpoenas or otherwise contact
10 | such Third Parties without first seeking the same documents from Podfitness, through
11 | appropriate discovery channels.
12 |     2.    If Podfitness is unable to produce the requested documents, Apple's counsel will
13 | give Podfitness' counsel ten days advance notice of its intent to issue subpoenas or otherwise
14 | contact any Third Parties.
15 |     3.    Apple also agrees to cooperate with Podfitness' counsel to meet and confer during
16 | the ten day period should Podfitness' counsel request such a meet and confer.
17 |     4.    Apple further agrees not to serve any subpoenas or otherwise contact the Third
18 | Parties during the ten day period, and if Podfitness' counsel files a motion for a protective order,
19 | not until such motion is ruled upon by the Court.
20 | Dated: April 13, 2007        FISH & RICHARDSON P.C.
21 |
22 |     By:  /s/ Andrew M. Abrams
23 |         David J. Miclean
        Lisa M. Martens
24 |         Andrew M. Abrams
    Attorneys for Plaintiff
25 |     APPLE COMPUTER, INC.
26 |
27 |
28 |     2    [Proposed] Stipulated Addendum
    to Stipulated Protective Order
    Case No. C 06-5805 SBA

Dated: April 13, 2007            WORKMAN NYDEGGER


By: /s/ Robert E. Aycock
    Charles J. Veverka
    Robert E. Aycock

Attorneys for Defendant
PODFITNESS, INC.


### DECLARATION OF CONSENT

Pursuant to General order No. 45, § X(B) regarding signatures, I attest under penalty of perjury that concurrence in filing this document has been obtained from Andrew M. Abrams.


WORKMAN NYDEGGER


By: /s/ Robert E. Aycock
    Charles J. Veverka
    Robert E. Aycock

**Attorneys for Defendant
PODFITNESS, INC.**

1
2     IT IS SO ORDERED.
3
4  Dated: ___April 16, 2007___
5
**ORDER**

Honorable Joseph C. Spero
United States Magistrate

