# EXHIBIT C

Dockets.Justia.com



PF000043

Everyone has their favorite holiday song, what's yours?
Happy Holidays from Podfitness and Power Music.

 

PF000044



be where the **two** are **one.**

yōgalife + **Podfitness.com**

The first ever customized audio for Yoga, with Al Bingham, Cyndi Lee, and more.
Available Now: www.podfitness.com/yogalife

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# be where the two are one.



The first ever customized audio for Yoga. **Coming Fall 2006**
Go to www.Podfitness.com

PF000649

CONFIDENTIAL - ATTORNEYS' EYES ONLY