```
                                              FILED
                                              APR 2 3 2007

                                              RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA

                                              E-filing
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Apple Computer, Inc., | No. C 06-05805 SBA MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Podfitness, Inc., | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _4-18-07_

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: _4-19-07_                           _[signature]_
                                           Mediator, Kenneth C. Bryant
                                           Bryant Arbitration and Mediation
                                           P.O. Box 20277
                                           San Jose, CA 95160-0277

**Certification of ADR Session**
06-05805 SBA MED