David J. Miclean (#115098/miclean@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Lisa M. Martens (#195824/martens@fr.com)
Andrew M. Abrams (#229698/abrams@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
APPLE COMPUTER, INC.

Charles J. Veverka (*Pro Hac Vice*)
Robert A. Aycock (*Pro Hac Vice*)
Mark W. Ford (*Pro Hac Vice*)
WORKMAN / NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

William S. Farmer (#46694)
Jacob Alpren (#235713)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, California 94104
Telephone: (415) 788-4646
Facsimile: (415) 788-6929

Attorneys for Defendant
PODFITNESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE COMPUTER, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PODFITNESS, INC., and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. C 06-5805 SBA<br><br>**STIPULATED MOTION TO FILE A JOINT DISCOVERY LETTER SIX DAYS AFTER THE IN-PERSON MEET AND CONFER AND [PROPOSED] ORDER** |

　　　A discovery dispute has arisen that concerns whether a certain document produced by defendant Podfitness, Inc. ("Podfitness") to counsel for Apple, Inc. ("Apple"), bearing control number PF001014, contains information protected by the attorney-client privilege and is thus undiscoverable and should be returned to Podfitness under the terms of the Stipulated Protective

1   STIPULATED MOTION TO FILE A JOINT DISCOVERY LETTER SIX DAYS AFTER THE IN-PERSON MEET AND CONFER AND [PROPOSED] ORDER
Case No. C 06-5805 SBA 1

Dockets.Justia.com

Order, signed by the Court on February 7, 2007.  On Thursday, May 31, 2007, the parties' respective counsel conducted an in-person meet and confer, pursuant to the Notice of Reference and Order Regarding Discovery Procedures, dated February 26, 2007 ("Discovery Order.").

The Discovery Order also states that within five business days after the in-person meet and confer (which is Thursday, June 7), the parties shall submit with the Court a Joint Discovery Letter, setting forth the substance of the remaining discovery dispute.  Podfitness and Apple hereby stipulate, agree and jointly move the Court to extend the deadline one business day to file a Joint Discovery Letter with the Court, allowing the Joint Discovery Letter to be filed on Friday, June 8, 2007.

Dated: June 7, 2007                    FISH & RICHARDSON P.C.


                                       By: /s/ Lisa M. Martens
                                           David J. Miclean
                                           Lisa M. Martens
                                           Andrew M. Abrams

                                       Attorneys for Plaintiff
                                       APPLE COMPUTER, INC.


Dated: June 7, 2007                    WORKMAN NYDEGGER


                                       By: /s/ Brett I. Johnson
                                           Charles J. Veverka
                                           Robert A. Aycock
                                           Brett I. Johnson

                                       Attorneys for Defendant
                                       PODFITNESS, INC.

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Brett I. Johnson.

Dated: June 7, 2007     FISH & RICHARDSON P.C.


By:  /s/ Lisa M. Martens
     Lisa M. Martens

     Attorneys for Plaintiff
     APPLE COMPUTER, INC.

.

**ORDER**

For good cause shown, IT IS HEREBY ORDERED that the foregoing Stipulated Motion is GRANTED and the parties may file a Joint Discovery Letter by Friday, June 8, 2007.

IT IS SO ORDERED this ___ day of _____, 2007.

_____
HONORABLE SAUNDRA B. ARMSTRONG, U.S. DISTRICT COURT   JUDGE/JOSEPH C. SPERO, U.S. MAGISTRATE JUDGE

10744044.doc