| | |
|---|---|
| 1 | David J. Miclean (#115098/miclean@fr.com)<br>FISH & RICHARDSON P.C. |
| 2 | 500 Arguello Street, Suite 500<br>Redwood City, California 94063 |
| 3 | Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071 |
| 4 | |
| 5 | Lisa M. Martens (#195824/martens@fr.com)<br>Andrew M. Abrams (#229698/abrams@fr.com) |
| 6 | FISH & RICHARDSON P.C.<br>12390 El Camino Real |
| 7 | San Diego, California 92130<br>Telephone: (858) 678-5070 |
| 8 | Facsimile: (858) 678-5099 |
| 9 | Attorneys for Plaintiff<br>APPLE COMPUTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE COMPUTER, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>PODFITNESS, INC., and DOES 1-100, inclusive,<br><br>      Defendants. | Case No. C 06-5805 SBA<br><br>**PAGES 2, 9, 10, 12, 14, 15, 16 TO JOINT MEET AND CONFER LETTER [UNREDACTED VERSION]** |

1  Regarding: **PAGES 2, 9, 10, 12, 14, 15, 16 TO JOINT MEET AND CONFER LETTER**
2  **[UNREDACTED VERSION]** This filing is in paper or physical form only, and is being
3  maintained in the case file in the Clerk's office.
4      If you are a participant on this case, this filing will be served in hard copy shortly.
5      For information on retrieving this filing directly from the court, please see the court's main
6  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
7      This filing was not e-filed for the following reason(s):
8      ___    Voluminous Document (PDF file size larger than e-filing system allowances)
9      ___    Unable to scan documents
10     ___    Physical Object (description): _____
11     ___    Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media
12     _X_    Items Under Seal
13     ___    Conformance with the Judicial Conference Privacy Policy (General Order 53).
14     _X_    Other (description): Pages 2, 9, 10, 12, 14, 15, 16 to Joint Meet and Confer Letter
15 contains information that has been designated confidential by Defendants.
16
17
18 Dated: June 8, 2007                      FISH & RICHARDSON P.C.
19
20                                           By: /s/ David J. Miclean
21                                               David J. Miclean
22                                           Attorney for Plaintiff
                                          APPLE COMPUTER, INC
23
24
25 10743987.doc
26
27
28