David J, Miclean (#115098/miclean@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Lisa M. Martens (#195824/martens@fr.com)
Andrew M. Abrams (#229698/abrams@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE COMPUTER, INC., | Case No. C 06 5805 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| PODFITNESS, INC., and DOES 1-100, inclusive, | |
| Defendants. | |

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On June 8, 2007, I caused a copy of the following document(s):

Dockets.Justia.com

1  **JOINT MEET AND CONFER LETTER [REDACTED VERSION]**

2  **JOINT MEET AND CONFER LETTER [UNREDACTED VERSION]**

3  **STIPULATED MOTION TO FILE A DOCUMENT UNDER SEAL**

4  **DECLARATION OF BRETT I. JOHNSON RE STIPULATED MOTION TO FILE A DOCUMENT UNDER SEAL**

5

6  **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE A DOCUMENT UNDER SEAL**

7  **NOTICE OF MANUAL FILING**

8  to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

9

10  William S. Farmer                              Attorneys for Defendant
    Jacob Alpern                                   PODFITNESS, INC.
    Collette Erickson Farmer & O'Neill LLP

11  235 Pine Street, Suite 1300
    San Francisco, CA  94104-2733

12  Telephone:  (415) 788-4646
    Facsimile:  (415) 788-6929

13

14  Charles J. Veverka                             Attorneys for Defendant
    Robert A. Aycock                               PODFITNESS, INC.

15  Mark W. Ford
    Brett I. Johnson

16  Workman, Nydegger & Seeley P.C.
    1000 Eagle Gate Tower

17  60 East South Temple
    Salt Lake City, UT  84111

18  Telephone:  (801) 533-9800
    Facsimile:  (801) 328-1707

19

20  **MAIL:**            Such correspondence was deposited, postage fully paid, with the
                          United States Postal Service on the same day in the ordinary course
                          of business.

21

22  **PERSONAL:**        Such envelope was delivered by hand to the offices of the addressee.

23

24  **FACSIMILE:**       Such document was faxed to the facsimile transmission machine
                          with the facsimile machine number stated above.  Upon completion
                          of the transmission, the transmitting machine issued a transmission
                          report showing the transmission was complete and without error.

25

26  **ELECTRONIC        Such document was transmitted by electronic mail to the addressees'
    MAIL:**             email addresses as stated above.

27

28

| | | | |
|---|---|---|---|
| 1 | X | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| 2 | | | |
| 3 | | **EXPRESS MAIL:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service. |
| 4 | | | |
| 5 | | **OVERNIGHT DELIVERY:** | Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents. |
| 6 | | | |

7

8    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

9

10    I declare under penalty of perjury that the above is true and correct. Executed on June 8, 2007, at Redwood City, California.

11                              _Diane M. Arceo-Lowenstein_

12

50419868.doc

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28