| | |
|---|---|
| David J, Miclean (#115098/miclean@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Lisa M. Martens (#195824/martens@fr.com)<br>Andrew M. Abrams (#229698/abrams@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, California 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Attorneys for Plaintiff<br>APPLE COMPUTER, INC. | Charles J. Veverka (*Pro Hac Vice*)<br>Robert A. Aycock (*Pro Hac Vice*)<br>Mark W. Ford (*Pro Hac Vice*)<br>WORKMAN / NYDEGGER<br>1000 Eagle Gate Tower<br>60 East South Temple<br>Salt Lake City, Utah 84111<br>Telephone: (801) 533-9800<br>Facsimile: (801) 328-1707<br><br>William S. Farmer (#46694)<br>Jacob Alpren (#235713)<br>COLLETTE ERICKSON FARMER & O'NEILL LLP<br>235 Pine Street, Suite 1300<br>San Francisco, California 94104<br>Telephone: (415) 788-4646<br>Facsimile: (415) 788-6929<br><br>Attorneys for Defendant<br>PODFITNESS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE COMPUTER, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>PODFITNESS, INC., and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. C 06-5805 SBA<br><br>**STIPULATED MOTION TO FILE A JOINT DISCOVERY LETTER SIX DAYS AFTER THE IN-PERSON MEET AND CONFER AND [~~PROPOSED~~] ORDER** |

A discovery dispute has arisen that concerns whether a certain document produced by defendant Podfitness, Inc. ("Podfitness") to counsel for Apple, Inc. ("Apple"), bearing control number PF001014, contains information protected by the attorney-client privilege and is thus undiscoverable and should be returned to Podfitness under the terms of the Stipulated Protective

1   STIPULATED MOTION TO FILE A JOINT DISCOVERY LETTER SIX DAYS AFTER THE IN-PERSON MEET AND CONFER AND [~~PROPOSED~~] ORDER
Case No. C 06-5805 SBA 1

Dockets.Justia.com

1  Order, signed by the Court on February 7, 2007.  On Thursday, May 31, 2007, the parties'
2  respective counsel  conducted an in-person meet and confer, pursuant to the Notice of Reference
3  and Order Regarding Discovery Procedures, dated February 26, 2007 ("Discovery Order.").
4      The Discovery Order also states that within five business days after the in-person meet and
5  confer (which is Thursday, June 7), the parties shall submit with the Court a Joint Discovery
6  Letter, setting forth the substance of the remaining discovery dispute.  Podfitness and Apple
7  hereby stipulate, agree and jointly move the Court to extend the deadline one business day to file a
8  Joint Discovery Letter with the Court, allowing the Joint Discovery Letter to be filed on Friday,
9  June 8, 2007.

13  Dated: June 7, 2007              FISH & RICHARDSON P.C.

15                                    By:  /s/ Lisa M. Martens
                                          David J. Miclean
16                                        Lisa M. Martens
17                                        Andrew M. Abrams

18                                    Attorneys for Plaintiff
                                      APPLE COMPUTER, INC.

21  Dated: June 7, 2007              WORKMAN NYDEGGER

23                                    By:  /s/ Brett I. Johnson
                                          Charles J. Veverka
24                                        Robert A. Aycock
25                                        Brett I. Johnson

26                                    Attorneys for Defendant
                                      PODFITNESS, INC.

2  STIPULATED MOTION TO FILE A JOINT DISCOVERY LETTER SIX
   DAYS AFTER THE IN-PERSON MEET AND CONFER AND
   [PROPOSED] ORDER
   Case No. C 06-5805 SBA

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Brett I. Johnson.

Dated: June 7, 2007                FISH & RICHARDSON P.C.


                                   By: /s/ Lisa M. Martens
                                       Lisa M. Martens

                                   Attorneys for Plaintiff
                                   APPLE COMPUTER, INC.

.

1  **ORDER**

2  For good cause shown, IT IS HEREBY ORDERED that the foregoing Stipulated Motion is

3  GRANTED and the parties may file a Joint Discovery Letter by Friday, June 8, 2007.

4

5  IT IS SO ORDERED this  8th  day of ___June_____, 2007.



_____
HONORABLE ~~SAUNDRA B. ARMSTRONG~~, U.S.
~~DISTRICT COURT JUDGE~~ JOSEPH C. SPERO, U.S.
MAGISTRATE JUDGE

10744044.doc