David J. Miclean (#115098/miclean@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Lisa M. Martens (#195824/martens@fr.com)
Andrew M. Abrams (#229698/abrams@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE COMPUTER, INC., (APPLE INC.) <br><br> Plaintiff, <br><br> v. <br><br> PODFITNESS, INC., and DOES 1-100, inclusive, <br><br> Defendants. | Case No. C 06-5805 SBA <br><br> **STIPULATION TO AMEND COMPLAINT** |

1. Pursuant to Federal Rule of Civil Procedure 15(a), Apple Computer, Inc. ("Apple") and Podfitness, Inc. ("Podfitness"), by and through their respective counsel, hereby stipulate to permitting Apple to file its First Amended Complaint, attached hereto as Exhibit A[1].

2. Apple wishes to file its First Amended Complaint in order to reflect Apple's recent corporate name change. After Apple commenced this case, it officially changed its corporate name from Apple Computer, Inc. to Apple Inc. (Exhibit B is a certification from the California

---

[1] In stipulating to the filing of Apple's First Amended Complaint, Defendant does not concede the merits of Apple's claims or waive its rights to bring a motion to dismiss Apple's First Amended

1  Secretary of State confirming the name change). Original plaintiff Apple Computer, Inc. – now
2  Apple Inc. – therefore requests that the case caption be amended to properly reflect this corporate
3  name change.
4       3.    Apple also files its First Amended Complaint to include two additional causes of
5  action for breach of contract and cybersquatting. Apple contends that these additional causes of
6  action are based upon newly discovered evidence regarding Defendant's actions.
7       4.    Podfitness shall file its answer to Apple's First Amended Complaint within 30 days
8  of the filing of this Stipulation with the Court.
9       5.    The parties agree that all other deadlines contained in the January 25, 2007 Order
10 for Pretrial Preparation (Docket No. 23) shall remain in effect.
11      SO STIPULATED.
12                                          Respectfully submitted.
13 Dated: June 13, 2007                     FISH & RICHARDSON P.C.

15                                          By: /David J. Miclean/
16                                              David J. Miclean
                                                Lisa M. Martens
17                                              Andrew M. Abrams
                                            Attorneys for Plaintiff
18                                          APPLE INC.

19
20 Dated: June 13, 2007                     WORKMAN NYDEGGER

22                                          By: /Robert E. Aycock/
                                                Charles J. Veverka
23                                              Robert E. Aycock
                                                Brett I. Johnson
24
25                                          Attorneys for Defendant
                                            PODFITNESS, INC.

28 Complaint. Further, Apple stipulates to Podfitness amending its Answer in response to Apple's
   First Amended Complaint to include any additional defenses and counterclaims it may have.

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert E. Aycock.

Dated: June 13, 2007                    FISH & RICHARDSON P.C.


                                        By: /David J. Miclean/
                                            David J. Miclean
                                            Attorneys for Plaintiff
                                            APPLE INC.

# PROOF OF SERVICE

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On June 13, 2007, I caused a copy of the following document(s):

**STIPULATION TO AMEND COMPLAINT**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| William S. Farmer<br>Jacob Alpern<br>Collette Erickson Farmer & O'Neill LLP<br>235 Pine Street, Suite 1300<br>San Francisco, CA 94104-2733<br>Telephone: (415) 788-4646<br>Facsimile: (415) 788-6929 | Attorneys For Defendant<br>PODFITNESS, INC. |
| Charles J. Veverka<br>Robert A. Aycock<br>Mark W. Ford<br>Brett L. Johnson<br>Workman, Nydegger & Seeley P.C.<br>1000 Eagle Gate Tower<br>60 East South Temple<br>Salt Lake City, UT 84111<br>Telephone: (801) 533-9800<br>Facsimile: (801) 328-1707 | Attorneys For Defendant<br>PODFITNESS, INC. |

[X] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[ ] **FACSIMILE:** Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[ ] **ELECTRONIC MAIL:** Such document was transmitted by electronic mail to the addressees' email addresses as stated above.

[ ] **FEDERAL EXPRESS:** Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express.

1 |     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    I declare under penalty of perjury that the above is true and correct. Executed on June 13, 2007, at San Diego, California.

*[signature]*

                                       Nicole C. Pino

10745123.doc