# EXHIBIT "D"

Dockets.Justia.com

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Jun 12 04:05:19 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## IPOD

| | |
|---|---|
| **Word Mark** | IPOD |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed materials and publications, namely, books, magazines, newsletters, brochures, booklets, pamphlets, manuals, journals, leaflets, greeting cards, and catalogues all relating to computer software, computer hardware, consumer electronics, digital technology, telecommunications, on-line retailing, entertainment, music, movies and video, and multimedia apparatus and instruments; pens and pencils, clipboards, posters, memo pads, binders |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78521891 |
| **Filing Date** | November 23, 2004 |
| **Current Filing Basis** | 1B;44D |
| **Original Filing Basis** | 1B;44D |
| **Owner** | (APPLICANT) APPLE INC. CORPORATION CALIFORNIA 1 INFINITE LOOP CUPERTINO CALIFORNIA 95014 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Thomas R. La Perle |
| **Priority Date** | July 28, 2004 |
| **Prior** | 2781793;2835698 |

Trademark Electronic Search System (TESS)

**Registrations**
**Type of Mark**   TRADEMARK
**Register**   PRINCIPAL
**Live/Dead Indicator**   LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY