# EXHIBIT "F"



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Tue Jun 12 04:05:19 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# IPOD NANO

| | |
|---|---|
| **Word Mark** | IPOD NANO |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Portable and handheld digital electronic devices for recording, organizing, transmitting, manipulating, and reviewing text, data, and audio files; computer software for use in organizing, transmitting, manipulating, and reviewing text, data, and audio files on portable and handheld digital electronic devices. FIRST USE: 20050907. FIRST USE IN COMMERCE: 20050907 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78778627 |
| **Filing Date** | December 21, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A;44D |
| **Published for Opposition** | April 25, 2006 |
| **Registration Number** | 3192683 |
| **Registration Date** | January 2, 2007 |
| **Owner** | (REGISTRANT) Apple Computer, Inc. CORPORATION CALIFORNIA 1 Infinite Loop Cupertino CALIFORNIA 95014<br><br>(LAST LISTED OWNER) APPLE INC. CORPORATION CALIFORNIA 1 INFINITE LOOP CUPERTINO CALIFORNIA |

|  |  |
|---|---|
|  | 95014 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Thomas R. La Perle |
| Priority Date | June 24, 2005 |
| Prior Registrations | 2781793;2835698 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY