# EXHIBIT "L"



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

### Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Tue Jun 12 04:05:19 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

### Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# IPOD

| | |
|---|---|
| Word Mark | IPOD |
| Goods and Services | IC 025. US 022 039. G & S: full line of clothing, footwear, and headwear |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Design Search Code | |
| Serial Number | 78653669 |
| Filing Date | June 18, 2005 |
| Current Filing Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | July 11, 2006 |
| Owner | (APPLICANT) Apple Computer, Inc. CORPORATION CALIFORNIA 1 Infinite Loop Cupertino CALIFORNIA 95014 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Thomas R. La Perle |
| Prior Registrations | 2781793;2835698 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY