# EXHIBIT "M"



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Tue Jun 12 04:05:19 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# IPOD

| | |
|---|---|
| **Word Mark** | IPOD |
| **Goods and Services** | IC 039. US 100 105. G & S: Computerized data storage and retrieval services for digital music, photographs, and audio-visual and text works; information and consultation in connection therewith in International Class 39. |
| | IC 035. US 100 101 102. G & S: Retail store services and retail store services provided via communications networks featuring computers, computer software, computer peripherals and consumer electronics, and pre-recorded music, audio-visual and music-related products; product demonstrations provided in-store and via communications networks; information and consultation in connection with all of the foregoing in International Class 35 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78521796 |
| **Filing Date** | November 23, 2004 |
| **Current Filing Basis** | 1B;44D |
| **Original Filing Basis** | 1B;44D |
| **Owner** | (APPLICANT) APPLE INC. CORPORATION CALIFORNIA 1 INFINITE LOOP CUPERTINO CALIFORNIA 95014 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Thomas R. La Perle |

| | |
|---|---|
| **Priority Date** | July 28, 2004 |
| **Prior Registrations** | 2835698 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY