# EXHIBIT "O"

Dockets.Justia.com

 **Developer Connection**  Search  
Advanced Search

 Log In | Not a Member?                                                                                          Contact ADC

ADC Home > Development Kits >

# iTunes COM for Windows SDK License Agreement

**Copyright (c) 2004 Apple Computer, Inc. All rights reserved.**

This Apple software is supplied to you by Apple Computer, Inc. in consideration of your agreement to the following terms, and your use, installation, modification or redistribution of this Apple software constitutes acceptance of these terms. If you do not agree with these terms, please do not use, install, modify or redistribute this Apple software.

In consideration of your agreement to abide by the following terms, and subject to these terms, Apple grants you a personal, non-exclusive license, under Apple's intellectual property rights in this Apple Software (the "Apple Software"), to use, reproduce, modify and distribute the Apple Software; provided that no license is granted herein under any patents that may be infringed by your modifications, derivative works or by other works in which the Apple Software may be incorporated. No names, trademarks, service marks or logos of Apple Computer, Inc. may be used to endorse or promote products derived from the Apple Software without specific prior written permission from Apple. Except as expressly stated herein, no other rights or licenses, express or implied, are granted by Apple and nothing herein grants any license under any patents except claims of Apple patents that cover this Apple Software as originally provided by Apple, and only to the extent necessary to use and distribute this Apple Software as originally provided by Apple.

The Apple Software is provided by Apple on an "AS IS" basis. APPLE MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTIES OF NON-INFRINGEMENT, MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, REGARDING THE APPLE SOFTWARE OR ITS USE AND OPERATION ALONE OR IN COMBINATION WITH ANY PRODUCT.

IN NO EVENT SHALL APPLE BE LIABLE FOR ANY SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) ARISING IN ANY WAY OUT OF THE USE, REPRODUCTION, MODIFICATION AND/OR DISTRIBUTION OF THE APPLE SOFTWARE, HOWEVER CAUSED AND WHETHER UNDER THEORY OF CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY OR OTHERWISE, EVEN IF APPLE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

☐ I agree to the terms and conditions of the above iTunes COM for Windows SDK License Agreement.

Become a registered member of the Apple Developer Connection. For more information on programs and resources for every level of development, please visit the ADC website.

Get information on Apple products.
Visit the Apple Store online or at retail locations.
1-800-MY-APPLE

Copyright © 2007 Apple Inc.
All rights reserved. | Terms of use | Privacy Notice