

# EXHIBIT "Q"



Date: June 12, 2007