# EXHIBIT "T"

Dockets.Justia.com



© Copyright 2006 Apple Computer   www.apple.com/ipod