# EXHIBIT "U"



