# EXHIBIT "V"



Everyone has their favorite holiday song, what's yours?
Happy Holidays from Podfitness and Power Music.

 

PF000044



PF000648



PF000649