1  David J, Miclean (#115098/miclean@fr.com)
   FISH & RICHARDSON P.C.
2  500 Arguello Street, Suite 500
   Redwood City, California 94063
3  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
4
5  Lisa M. Martens (#195824/martens@fr.com)
   Andrew M. Abrams (#229698/abrams@fr.com)
6  FISH & RICHARDSON P.C.
   12390 El Camino Real
7  San Diego, California 92130
   Telephone: (858) 678-5070
8  Facsimile: (858) 678-5099

   Attorneys for Plaintiff
9  APPLE COMPUTER, INC.

   Charles J. Veverka (*Pro Hac Vice*)
   Robert A. Aycock (*Pro Hac Vice*)
   Mark W. Ford (*Pro Hac Vice*)
   WORKMAN / NYDEGGER
   1000 Eagle Gate Tower
   60 East South Temple
   Salt Lake City, Utah 84111
   Telephone: (801) 533-9800
   Facsimile: (801) 328-1707

   William S. Farmer (#46694)
   Jacob Alpren (#235713)
   COLLETTE ERICKSON FARMER & O'NEILL LLP
   235 Pine Street, Suite 1300
   San Francisco, California 94104
   Telephone: (415) 788-4646
   Facsimile: (415) 788-6929

   Attorneys for Defendant
   PODFITNESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> PODFITNESS, INC., and DOES 1-100, inclusive, <br><br> Defendants. | Case No. C 06-5805 SBA <br><br> [PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE A DOCUMENT UNDER SEAL |

THIS MATTER came before the Court on the Stipulated Motion to File a Document Under Seal (the "Motion"). For good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED and the highlighted portions of the Joint Letter filed herewith shall be filed under seal.

1    IT IS SO ORDERED this /3 day of June, 2007.

_____
Honorable Joseph C. Spero
United States District Court

#50420012

2    [PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE
A DOCUMENT UNDER SEAL
Case No. C 06-5805 SBA