

Clerk's Use Only

Initial for fee pd.:

(Name, address, and phone number of applicant)

**FILED**
JUN 1 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

APPLE COMPUTER, INC.,

        Plaintiff(s),

v.

PODFITNESS, INC., AND DOES 1-100, Inclusive

        Defendant(s).

CASE NO. C 06 5805 SBA

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Brett I. Johnson, an active member in good standing of the bar of the State of Utah, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Podfitness, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Buck Farmer
Collette Erickson Farmer & O'Neill LLP
235 Pine Street, Suite 1300
San Francisco, California  94104   Phone: (415) 788-4646

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6-7-07

[signature: Brett Johnson]

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611000852
Cashier ID: mosleyj
Transaction Date: 06/12/2007
Payer Name: Workman Nydegger
----------------------------------------
PRO HAC VICE
 For: Workman Nydegger
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:         $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 152754
 Amt Tendered: $210.00
----------------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Pro Hac Vice for Brett I. Johnson,
Case No. C-06-5805-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```