1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              (OAKLAND DIVISION)

11

12   APPLE COMPUTER, INC.,                    Case No. C 06-5805 SBA

13            Plaintiff,                      **ORDER GRANTING STIPULATION TO
                                              AMEND PLAINTIFF'S COMPLAINT**
14       v.

15   PODFITNESS, INC.,  and DOES 1-100,
     inclusive,

16            Defendants.

17

18       AND NOW, the Court, having considered the stipulation to amend Apple Computer, Inc.'s

19   ("Apple") complaint,

20       IT IS HEREBY ORDERED that the stipulation of the parties is approved.  Plaintiff Apple

21   Computer, Inc. ("Apple") may file its First Amended Complaint with the Court to reflect Apple's

22   recent corporate name change, and to include two additional causes of action for breach of

23   contract and cybersquatting which Apple contends are based upon newly discovered evidence

24   regarding Defendant's actions.  Defendant shall file its Answer or motion to dismiss Apple's First

25   Amended Complaint within 30 days of the filing of the First Amended Complaint with the Court.

26

27

28

1

2      SO ORDERED, this _30th__ day of  July, 2007.

3

4                                      _____
                                       Honorable Sandra B. Armstrong
5                                      United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION TO AMEND
                                            PLAINTIFF'S COMPLAINT
                                            Case No. C 06-5805 SBA

**PROOF OF SERVICE**

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130.  I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On July 30, 2007, I caused a copy of the following document(s):

**[PROPOSED] ORDER GRANTING STIPULATION TO AMEND PLAINTIFF'S COMPLAINT**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| William S. Farmer | Attorneys For Defendant |
| Jacob Alpern | PODFITNESS, INC. |
| Collette Erickson Farmer & O'Neill LLP | |
| 235 Pine Street, Suite 1300 | |
| San Francisco, CA  94104-2733 | |
| Telephone:  (415) 788-4646 | |
| Facsimile:  (415) 788-6929 | |
| | |
| Charles J. Veverka | Attorneys For Defendant |
| Robert A. Aycock | PODFITNESS, INC. |
| Mark W. Ford | |
| Brett I. Johnson | |
| Workman, Nydegger & Seeley P.C. | |
| 1000 Eagle Gate Tower | |
| 60 East South Temple | |
| Salt Lake City, UT  84111 | |
| Telephone:  (801) 533-9800 | |
| Facsimile:  (801) 328-1707 | |

[X]  **MAIL:**          Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct.  Executed on July 30, 2007, at San Diego, California.

_____
Nicole C. Pino

[PROPOSED] ORDER GRANTING STIPULATION TO AMEND PLAINTIFF'S COMPLAINT
Case No. C 06-5805 SBA

10745129.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28