# EXHIBIT "H"

Trademark Electronic Search System (TESS) Page 1 of 2



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Tue Jun 12 04:05:19 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



Made for iPod

| | |
|---|---|
| Word Mark | MADE FOR IPOD |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: full line of electronic and mechanical parts and fittings for portable and handheld digital electronic devices for recording, organizing, transmitting, manipulating, and reviewing text, data, audio and video files; electronic docking stations; stands specially designed for holding portable and handheld digital electronic devices; battery chargers; battery packs; electrical connectors, wires, cables, and adaptors; wired and wireless remote controls for portable and handheld digital electronic devices; headphones and earphones; stereo amplifier and speaker base stations; automobile stereo adapters; audio recorders; radio receivers; radio transmitters; image scanners; video viewers, namely video monitors for portable and handheld digital electronic devices; and, electronic memory card readers; a full line of computer software for portable and handheld digital electronic devices for recording, organizing, transmitting, manipulating, and reviewing text, data, audio, image, and video files; computer application software for recording and organizing calendars and schedules, to-do lists, and contact information; computer game software; and, computer software for clock and alarm clock functionality; carrying cases, sacks, and bags, all for use with portable and handheld digital electronic devices for recording, organizing, transmitting, manipulating, and reviewing text, data, audio, image, and video files |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 26.01.17 - Circles, two concentric; Concentric circles, two; Two concentric circles<br>26.11.02 - Plain single line rectangles; Rectangles (single line)<br>26.11.13 - Rectangles (exactly two rectangles); Two rectangles<br>26.11.20 - Rectangles inside one another |
| Serial Number | 78689534 |
| Filing Date | August 10, 2005 |
| Current Filing Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | December 12, 2006 |

| | |
|---|---|
| International Registration Number | 0881588 |
| Owner | (APPLICANT) APPLE INC. CORPORATION CALIFORNIA 1 INFINITE LOOP CUPERTINO CALIFORNIA 95014 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Thomas R. La Perle |
| Prior Registrations | 2781793;2835698 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY