# EXHIBIT "I"

Trademark Electronic Search System (TESS) — Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

### Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Tue Jun 12 04:05:19 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

**Record 1 out of 1**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

# IPOD SOCKS

| | |
|---|---|
| Word Mark | IPOD SOCKS |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Cases and bags specifically adapted for carrying computers and consumer electronics, namely, portable and handheld digital electronic devices for recording, organizing, transmitting, manipulating, and reviewing text, data, audio and video files. FIRST USE: 20041110. FIRST USE IN COMMERCE: 20041110 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Design Search Code | |
| Serial Number | 78606357 |
| Filing Date | April 11, 2005 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B;44D |
| Published for Opposition | January 9, 2007 |
| Registration Number | 3221419 |
| Registration Date | March 27, 2007 |
| Owner | (REGISTRANT) Apple Computer, Inc. CORPORATION CALIFORNIA 1 Infinite Loop Cupertino CALIFORNIA 95014 |
| Assignment Recorded | ASSIGNMENT RECORDED |

| | |
|---|---|
| Attorney of Record | Thomas R. La Perle |
| Priority Date | October 12, 2004 |
| Prior Registrations | 2781793;2835698 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY