# EXHIBIT "J"



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Tue Jun 12 04:05:19 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# IPOD HI-FI

| | |
|---|---|
| **Word Mark** | IPOD HI-FI |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Audio speakers; sound systems comprising remote controls, amplifiers, loudspeakers and components thereof; apparatus for connecting and charging portable and handheld digital electronic devices for recording, organizing, transmitting, manipulating, and reviewing audio, video and other digital content, namely, cradles and parts and fittings for all the aforesaid goods. FIRST USE: 20060228. FIRST USE IN COMMERCE: 20060228 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78833929 |
| **Filing Date** | March 9, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A;44D |
| **Published for Opposition** | May 1, 2007 |
| **International Registration Number** | 0886280 |
| **Owner** | (APPLICANT) APPLE INC. CORPORATION CALIFORNIA 1 INFINITE LOOP CUPERTINO CALIFORNIA 95014 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Attorney of Record** | Genevieve Burch |
| **Priority Date** | September 20, 2005 |
| **Prior Registrations** | 2781793;2835698 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "Hi-Fi" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY