



Date: June 12, 2007