# EXHIBIT "R"



Time to mix things up. Meet iPod shuffle, the unpredictable new iPod. What will it play next? Can it read your mind? Can it read your moods? Load it up. Put it on. See where it takes you. Choose from pocket-size 512MB or 1G models starting at $69(1) and surprise yourself.



iPod shuffle: Smaller than a pack of gum and much more fun

### Random is the New Order

Welcome to a life less orderly. As official soundtrack to the random revolution, the iPod Shuffle Songs setting takes you on a unique journey through your music collection — you never know what's around the next tune. Meet your new ride. More roadster than Rolls, iPod shuffle rejects routine by serving up your favorite songs in a different order every time. Just plug iPod shuffle into your computer's USB port, let iTunes Autofill it with up to 240 songs(2) and get a new experience with every connection. The trail you run every day looks different with an iPod shuffle. Daily gridlock feels less mundane when you don't know what song will play next. iPod shuffle adds musical spontaneity to your life. Lose control. Love it.

### DJ Your Day

If you favor cycling to a hip-hop soundtrack and snowboarding to a little electronica, Autofill iPod shuffle from a specific iTunes Playlist and roll. Download an album from the iTunes Music Store and listen to it in order before you Shuffle it into your collection. Or just drag and drop individual songs and podcasts from iTunes onto iPod shuffle. With Play in Order mode, you manage the music. If things take a turn for the predictable, never fear. Turn iPod shuffle over, flip the slider to Shuffle and mix on the go.





### Goes with Everything

iPod shuffle weighs as little as a car key and makes a tuneful fashion statement. Just throw the included lanyard around your neck and take a walk. Or run. Or ride. There's nowhere your skip-free iPod shuffle can't

---

**Visit an Apple Store**
Take your favorite iPod for a spin and talk with iPod specialists at an Apple retail store.

**Find Your Local Resellers**
Shop for iPod accessories at an Apple authorized reseller or specialist.

City and State or Zip

**The Perfect Business Gift**
Get special volume pricing on iPod. Call 1-877-275-IPOD.

### iPod shuffle Features

- Personalize your iPod shuffle with iTunes:
  - Autofill from your entire music library for a fresh mix
  - Autofill from specific playlists
  - Drag and drop songs
- Control your music with the simple button interface
- Take it everywhere — it weighs only .78 of an ounce
- Wear iPod shuffle with the included lanyard
- Run, jump or shimmy down to skip-free playback
- Enjoy up to 12 hours of continuous playback
- Play MP3, AAC, podcasts and audiobooks
- Fill iPod shuffle in a flash via USB
- Charge in four hours via USB or optional Power Adapter
- Store files along with your music
- Choose from cool accessories designed just for iPod shuffle

 

more features...

### iPod shuffle Accessories



The Sport Case protects your iPod shuffle and adds a




