# EXHIBIT "S"

Case 4:06-cv-05805-SBA   Document 57-20   Filed 08/01/2007   Page 1 of 10

Dockets.Justia.com



Put a **Personal Trainer** right on your iPod—mixed with your own music.

- Work out with a personal trainer
- At the gym or at home
- **Save** hundreds of dollars in trainer fees
- Feel and **LOOK YOUR BEST**

Retail Click Here    Special Promo Click Here

# Customized iPod Workouts

Beginner to pro, gym equipment to walking shoes, each workout is made *just for you!*



▶ Listen to a sample workout

First Name: _____  Last Name: _____

Street Address: _____

City: _____

State: _____  Zip: _____

Email: _____

Credit Card Number: _____

AMEX  DISCOVER  MasterCard  VISA

Expiration Information: 01 / 2006    3 or 4 Digit CVV: _____

**OR** Choose PayPal



**Select from Over 50 world class trainers**

▶ Meet our trainers

**You Choose:**
**Lose Weight**
**Build Muscle**
**Shape & Tone**
**and more...**

**SIGN UP**

After your free trial, do nothing and your membership will continue for $19.95/mo. If for any reason you're not completely satisfied, there is NO HASSLE, simply cancel and you will not be billed. And as a gift keep all the custom workouts you create.

Supporting Mac OS X :: Coming Soon

▶ **What is Podfitness?**

Podfitness is **a team of personal trainers** that guide you every step of the way, **right on your iPod or MP3 player**. Each workout is custom **assembled just for you** (it's not a pre-recorded static workout), built on the world's largest audio exercise library. Your workouts are targeted for your goals and change with your feedback. It's patent-pending, **no one else can do what we do**!

▶ **Why is it for me?**

**Because you'll get results. Fast.** Whatever your goal (lose weight, build muscle, target a "problem area"), our experts will get you there. The best trainers in the world are waiting to audition for you. Just wait 'till you experience personal attention from a world-class celebrity trainer. Go on, you deserve it and there's no risk!
**Give us 10 days,** and **we'll prove it to you, FREE.**

**How it works:**

**1** Goals : Cardio, cycling, running, weight training and more—we can hold your hand or turn you loose, you choose how you want to work out.

**2** Trainer : When A-list stars show up overweight and out-of-shape, Hollywood studios call our trainers. Audition one of them today!

**3** Music : Best of all, your workout is automatically mixed with the music you already own!





9/20/06



9/20/06



9/20/06



- A real personal trainer on your iPod or MP3 player
- Whatever your goal, we'll coach your every step
- You'll never, ever have to start another workout plan
- Great results that last!



**Podfitness.com**

▶ Retail Click Here    ▶ Special Promo Click Here

| HOW IT WORKS | BROWSE OUR TRAINERS | HOT NEWS | ABOUT US | CONTACT US | MEMBER LOGIN |

## How it Works

**1. Get Your Workout**
Every time you log on, the multi-million-dollar *Podfitness Expert System* builds a new custom workout just for you.

**2. Get Moving**
Take your iPod wherever you work out: to the gym, at home or on the trail.

**3. Listen Up**
Your trainer coaches your every movement while you enjoy your own music in the background.

**4. Sound off**
Your post-workout feedback fine-tunes your next experience, making every session even better than the last.



What all this means is that now, you have everything you need to finally lose weight, build your endurance, or get the body you've always wanted.

You can try it right now, free for 10 days! You've got nothing to lose, so see for yourself the

### Start Your 10 Day Risk-Free Trial 🔒

First Name: _____   Last Name: _____

Street Address: _____

City: _____

State: ____   Zip: ____

Email: _____

Credit Card Number: _____

AMEX  DISCOVER  MasterCard  VISA

amazing difference Podfitness will make in your life!

**You'll never, ever, have to start another workout plan.**
We mean it. The first time you hear your trainer coaching you through your own customized workout, you'll experience a level of confidence in your workout that you only dreamed possible.

**Start now, get results**
In 10 days, you'll start to see results. In 60 days, your friends will notice the difference Podfitness has made. In 90 days, you'll have a whole new body.

**It's a real personal trainer on your iPod or MP3 player**
As little or as often as you want (even twice a day!), you get a totally-customized workout, giving you the power to get results, and mixes it with the music that motivates you best—yours.

**Over 75 of the world's top trainers to choose from**
Whether you want to walk outdoors with fitness legend Kathy Smith, or get six-pack abs with Hollywood's top trainers, Podfitness will help you find the personal trainer that gets you results.

**Whatever your goal is, Podfitness will get you there**
There are dozens of categories from Walking to Weightlifting, and more being added all the time. With customized training sessions designed to keep you on track, Podfitness gives you the edge you need to finally lose weight, tone up, or build muscle.

**Podfitness uses the best music in the world—yours**
The patent-pending Podfitness Mixer combines your totally-customized workouts with the music you've uploaded into your iTunes library (but not music you've downloaded from the iTunes Music Store).

**One low monthly fee**
You get virtually unlimited custom workouts (up to 2 per day) with any trainer for only $19.95 per month (plus tax where applicable). Compare that to the hundreds of dollars you'd spend to hire a club trainer for only a few sessions per month!

**Cancel anytime**
There are no commitments, no cancellation fees, and no hassles. If you decide Podfitness isn't for you, you can cancel online or by phone, and you won't be charged for any further months.

**Best of all, it's simple!**
We haven't scratched the surface of all that Podfitness has to offer. However, the bottom line is that you'll have a different, fun, engaging workout every session. Best of all, it's simple to use.



## ▶ What is Podfitness?

Podfitness is **a team of personal trainers** that guide you every step of the way, **right on your iPod or MP3 player**. Each workout is custom **assembled just for you** (it's not a pre-recorded static workout), built on the world's largest audio exercise library. Your workouts are targeted for your goals and change with your feedback. It's patent-pending, **no one else can do what we do**!

## ▶ Why is it for me?

**Because you'll get results. Fast.** Whatever your goal (lose weight, build muscle, target a "problem area"), our experts will get you there. The best trainers in the world are waiting to audition for you. Just wait 'till you experience personal attention from a world-class celebrity trainer. Go on, you deserve it and there's no risk!
**Give us 10 days**, and **we'll prove it to you, FREE.**

## How it works:

1. **Goals:** Cardio, cycling, running, weight training, and more—we can hold your hand or turn you loose; you choose how you want to work out.

2. **Trainer:** When A-list stars show up overweight and out-of-shape, Hollywood studios call our trainers. Audition one of them today!

3. **Music:** Best of all, your workout is automatically mixed with the music you already own!



Weight Training, Cycling Walking Treadmill, Running, and more...
**it's all right here**
Podfitness.com

My Account | Support | FAQ | We're Hiring! | Contact Us
Terms & Conditions | Privacy & Legal | Affiliates | About SSL Certificates

© 2006 Podfitness, Inc. All rights Reserved >> Patent Pending iPod is a Registered trademark of Apple Computer, Inc., is not affiliated with, sponsors, endorsed, or supports this product or service.

