# EXHIBIT "T"

Dockets.Justia.com



© Copyright 2006 Apple Computer  www.apple.com/ipod