Larry R. Laycock (Admitted *Pro Hac Vice*)
Charles J. Veverka (Admitted *Pro Hac Vice*)
Robert E. Aycock (Admitted *Pro Hac Vice*)
Mark W. Ford (Admitted *Pro Hac Vice*)
WORKMAN | NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800
Facsimile:  (801) 328-1707
Email: llaycock@wnlaw.com

William B. Farmer (State Bar No. 46694)
Jacob Alpren (State Bar No. 235713)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone:  (415) 788-4646
Facsimile:  (415) 788-6929
Email: wfarmer@collette.com

Attorneys for Defendant
PODFITNESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PODFITNESS, INC., and DOES 1-100, inclusive<br><br>　　　　　　Defendants. | Civil Action No. 4:06-cv-05805 SBA<br><br>**NOTICE AND MOTION FOR LEAVE TO WITHDRAW OF WORKMAN NYDEGGER AND COLLETTE ERICKSON FARMER & O'NEILL**<br><br>Hon. Saundra B. Armstrong |

　　Pursuant to Local Rule 11-5, Larry R. Laycock, Charles J. Veverka, Robert E. Aycock, Brett I. Johnson and Mark W. Ford of WORKMAN NYDEGGER, and William B. Farmer and Jacob

Alpren of COLLETTE ERICKSON FARMER & O'NEILL (collectively "Counsel"), counsel for Defendant Podfitness, Inc. ("Podfitness") hereby notify the parties of their intent to withdraw as attorneys of record for Podfitness, and move the Court to permit withdrawal. The following are grounds for this notice and motion:

1. Irreconcilable differences have developed between Counsel and Podfitness, which differences make it impossible for Counsel to effectively represent Podfitness in this action.

2. Podfitness has full-time in-house counsel, Mr. Steve Hutchinson, Esq., that has actively participated in this action with Counsel and has interfaced directly with counsel for Plaintiff Apple, Inc. ("Apple").

3. Apple recently added claims in the present action through its First Amended Complaint, filed on August 1, 2007.

4. Podfitness responded to the First Amended Complaint and added counterclaims through its Answer to First Amended Complaint and Counterclaims filed on August 31, 2007.

5. The parties have completed much of the written discovery necessary in this case:
   -Podfitness has responded to Apple's First Sets of Interrogatories, Requests for Admissions and Requests for Production. Podfitness has also produced over 5000 pages of documents and things.
   -Apple has responded to Defendant's First Sets of Interrogatories and Requests for Production and has produced approximately 290,000 pages of documents and things. The great majority of Apple's production occurred throughout July of 2007.

6. Approximately three months remain for the parties to complete fact discovery, with the fact discovery cutoff presently set for December 14, 2007.

7. Approximately six months remain for the parties to complete expert discovery, with the expert discovery cutoff presently set for March 14, 2008.

8.   Counsel submits that ample time remains for Podfitness to either engage substitute outside counsel or proceed through representation by its in-house counsel without prejudice to Podfitness.

9.   Counsel has provided prior notice to Podfitness of the present motion. Apple will receive notice through contemporaneous service of this motion.

10.   Papers may continue to be served on WORKMAN NYDEGGER until either Mr. Hutchinson or other substitute counsel file their Notice(s) of Appearance or Podfitness files a Notice to Appear *Pro Se*. WORKMAN NYDEGGER will forward all such papers to Podfitness until such time as Notice(s) of Appearance are filed on behalf of Podfitness.

Based on the foregoing, Counsel respectfully requests that the Court grant them leave to withdraw, effective immediately. A proposed form of order is simultaneously filed herewith.

DATED: September 18, 2007.                                     Respectfully submitted,

WORKMAN | NYDEGGER


/s/ Charles J. Veverka
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800


COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone:  (415) 788-4646

Attorneys for Defendant and Counterclaimant
Podfitness, Inc.

# PROOF OF SERVICE

I hereby certify that on September 18, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to the following: Abrams@fr.com; jacobalpren@quinnemanuel.com; raycock@wnlaw.com; wfarmer@collette.com; rlawrence@collette.com; llaycock@wnlaw.com; jlewis@wnlaw.com; martens@fr.com; miclean@fr.com; cveverka@wnlaw.com and served Podfitness' in-house counsel separately at shutchinson@podfitness.com.

DATED September 18, 2007.

WORKMAN | NYDEGGER

/s/ Charles J. Veverka
Larry R. Laycock
Charles J. Veverka
Robert A. Aycock
Mark W. Ford
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800

William S. Farmer
Jacob Alpren
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 788-4646

Attorneys for Defendant and Counterclaimant Podfitness, Inc.