Larry R. Laycock (Admitted *Pro Hac Vice*)
Charles J. Veverka (Admitted *Pro Hac Vice*)
Robert E. Aycock (Admitted *Pro Hac Vice*)
Mark W. Ford (Admitted *Pro Hac Vice*)
WORKMAN | NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707
Email: llaycock@wnlaw.com

William B. Farmer (State Bar No. 46694)
Jacob Alpren (State Bar No. 235713)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 788-4646
Facsimile: (415) 788-6929
Email: wfarmer@collette.com

Attorneys for Defendant
PODFITNESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PODFITNESS, INC., and DOES 1-100, inclusive <br><br> Defendants. | Civil Action No. 4:06-cv-05805 SBA <br><br> **[PROPOSED] ORDER PERMITTING WITHDRAW OF WORKMAN NYDEGGER AND COLLETTE ERICKSON FARMER & O'NEILL** <br><br> Hon. Saundra B. Armstrong |

THIS MATTER is before the Court on the motion of WORKMAN NYDEGGER and COLLETTE ERICKSON FARMER & O'NEILL (collectively "Counsel") for leave to withdraw as

counsel for Defendant Podfitness, Inc. ("Podfitness"). Based upon the submissions of Counsel and status of the present action, Podfitness has sufficient time to either engage substitute counsel or proceed through representation of its in-house counsel, Mr. Steve Hutchinson, Esq. Therefore, being fully advised in the premises and for good cause shown, IT IS HEREBY ORDERED that Counsel's Motion for Leave to Withdraw is GRANTED as follows:

1. Larry R. Laycock, Charles J. Veverka, Robert E. Aycock, Brett I. Johnson and Mark W. Ford of WORKMAN NYDEGGER, and William B. Farmer and Jacob Alpren of COLLETTE ERICKSON FARMER & O'NEILL are granted leave to withdraw as counsel for Podfitness.

2. All papers shall be served on Workman Nydegger until an Appearance of Counsel for Podfitness is filed by either substitute outside counsel, Podfitness' in-house counsel or Podfitness files a Notice to Appear *Pro Se*. Workman Nydegger is ordered to forward all such papers to Podfitness until Notice(s) of Appearance are filed on behalf of Podfitness.

IT IS SO ORDERED this ___ day of _____, 2007.

BY THE COURT:


_____
SAUNDRA B. ARMSTRONG
U.S. DISTRICT JUDGE

## PROOF OF SERVICE

I hereby certify that on September 19, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to the following: Abrams@fr.com; jacobalpren@quinnemanuel.com; raycock@wnlaw.com; wfarmer@collette.com; rlawrence@collette.com; llaycock@wnlaw.com; jlewis@wnlaw.com; martens@fr.com; miclean@fr.com; cveverka@wnlaw.com and served Podfitness' in-house counsel separately at shutchinson@podfitness.com.

DATED September 19, 2007.

WORKMAN | NYDEGGER

/s/ Charles J. Veverka
Larry R. Laycock
Charles J. Veverka
Robert A. Aycock
Mark W. Ford
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800

William S. Farmer
Jacob Alpren
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 788-4646

Attorneys for Defendant and Counterclaimant Podfitness, Inc.