1  Larry R. Laycock (Admitted *Pro Hac Vice*)
   Charles J. Veverka (Admitted *Pro Hac Vice*)
2  Robert E. Aycock (Admitted *Pro Hac Vice*)
   Mark W. Ford (Admitted *Pro Hac Vice*)
3  WORKMAN | NYDEGGER
   1000 Eagle Gate Tower
4  60 East South Temple
   Salt Lake City, UT 84111
5  Telephone: (801) 533-9800
   Facsimile: (801) 328-1707
6  Email: llaycock@wnlaw.com

7  William B. Farmer (State Bar No. 46694)
   Jacob Alpren (State Bar No. 235713)
8  COLLETTE ERICKSON FARMER & O'NEILL LLP
   235 Pine Street, Suite 1300
9  San Francisco, CA 94104
   Telephone: (415) 788-4646
10 Facsimile: (415) 788-6929
   Email: wfarmer@collette.com
11
   Attorneys for Defendant
12 PODFITNESS, INC.

13
                          UNITED STATES DISTRICT COURT
14
                         NORTHERN DISTRICT OF CALIFORNIA
15
                              SAN FRANCISCO DIVISION
16

17 APPLE, INC.,                              Civil Action No. 4:06-cv-05805 SBA

18                Plaintiff,
                                             **NOTICE AND SUBMISSION OF
19      v.                                   DECLARATION OF STEVEN R.
                                             HUTCHINSON, VP OF BUSINESS AND
20 PODFITNESS, INC., and DOES 1-100,         LEGAL AFFAIRS FOR DEFENDANT
   inclusive                                 PODFITNESS, INC., REQUESTING A
21                                           TEMPORARY STAY IN LIGHT OF
                 Defendants.                 COUNSELS' MOTION TO WITHDRAW**
22

23

24                                           Hon. Saundra B. Armstrong

25

26

27

1   At the request of Defendant Podfitness, Inc., Workman Nydegger submits the Declaration
2   Of Steven R. Hutchinson, VP Of Business And Legal Affairs For Defendant Podfitness, Inc.,
3   Requesting A Temporary Stay In Light of Counsels' Motion To Withdraw ("Hutchinson
4   Declaration").  The Hutchinson Declaration is attached hereto as Exhibit 1.
5   Because Workman Nydegger has not yet been granted leave to withdraw as counsel, it
6   submits the Hutchinson Declaration at the request of Defendant Podfitness, Inc.  As such,
7   Workman Nydegger does not necessarily assent to the statements included in the Hutchinson
8   Declaration.  Additionally, to the extent the Hutchinson Declaration contends that the withdrawal
9   of current counsel will critically prejudice Podfitness, Inc., Workman Nydegger respectfully
10  disagrees for the reasons stated in its Notice and Motion for Leave to Withdraw as Counsel.

12  DATED: September 26, 2007.                    Respectfully submitted,

13                                                 WORKMAN | NYDEGGER

15                                                 /s/ Charles J. Veverka
                                                   1000 Eagle Gate Tower
16                                                 60 East South Temple
                                                   Salt Lake City, UT  84111
17                                                 Telephone:  (801) 533-9800

19                                                 COLLETTE ERICKSON FARMER & O'NEILL LLP
                                                   235 Pine Street, Suite 1300
20                                                 San Francisco, CA 94104
                                                   Telephone:  (415) 788-4646

22                                                 Attorneys for Defendant and Counterclaimant
                                                   Podfitness, Inc.

**PROOF OF SERVICE**

I hereby certify that on September 26, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to the following: Abrams@fr.com; jacobalpren@quinnemanuel.com; raycock@wnlaw.com; wfarmer@collette.com; rlawrence@collette.com; llaycock@wnlaw.com; jlewis@wnlaw.com; martens@fr.com; miclean@fr.com; cveverka@wnlaw.com and served Podfitness' in-house counsel separately at shutchinson@podfitness.com.

DATED September 26, 2007.

WORKMAN | NYDEGGER

/s/ Charles J. Veverka
Larry R. Laycock
Charles J. Veverka
Robert A. Aycock
Mark W. Ford
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800

William S. Farmer
Jacob Alpren
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 788-4646

Attorneys for Defendant and Counterclaimant Podfitness, Inc.