# Exhibit 1

Steven R. Hutchinson
VP Business & Legal Affairs
PODFITNESS, INC.
235 West Sego Lily Drive
Sandy, Utah 84070

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| APPLE, INC., | Civil Action No. 4:06-cv-05805 SBA |
|---|---|
| Plaintiff, | |
| v. | DECLARATION OF STEVEN R. HUTCHINSON, VP OF BUSINESS AND LEGAL AFFAIRS FOR DEFENDANT PODFITNESS, INC., REQUESTING A TEMPORARY STAY IN LIGHT OF COUNSELS' MOTION TO WITHDRAW |
| PODFITNESS, INC., and DOES 1-100, inclusive | |
| Defendants. | |
| | Hon. Saundra B. Armstrong |

By this request, Podfitness seeks a temporary stay of 30 days while it retains and educates substitute counsel in light of its current counsels' Motion to Withdraw. It is essential that Defendant, Podfitness, Inc., receive a temporary stay of proceedings while it retains substitute counsel or, in the alternative, a denial of Podfitness' counsels' present Motion to Withdraw. Such withdrawal, without the 30-day stay, will critically prejudice Podfitness' case unless and until Podfitness is able to retain and educate new competent counsel.

1.   Current counsel for Podfitnesss, Workman Nydegger and Collette Erickson Farmer & O'neill LLP, recently filed a Notice of Motion for Leave to Withdraw as counsel for Podfitness.

2. Podfitness' current counsel have represented Podfitness for the past year during which time four to six attorneys and their support staff and associates have principally conducted the litigation. Although I have consulted with current counsel, I have not "actively participated," as claimed in the Notice of Motion for Leave to Withdraw, to the extent that I could sufficiently proceed with the case without the extensive resources of current counsel or alternative competent counsel. For example, since most of the discovery produced by Apple has been marked "attorneys eyes only," I have not reviewed any of Apple's extensive discovery.

3. As current counsel stated in its Motion to Withdraw, Apple has recently produced about 290,000 pages of written discovery. This voluminous cache must be carefully reviewed by any new counsel prior to further discovery, including depositions by Podfitness or Apple, the scheduling of which is imminent.

4. Podfitness' current counsel recently responded on August 31, 2007, to Apple's First Amended Complaint, filed on August 1, 2007, through its Answer to First Amended Complaint, and Podfitness included therein certain (new) counterclaims. These additional claims are likely to spawn further discovery requests by both Parties.

5. Apple has noticed its intention to depose Podfitness' CEO, Teri Sundh, and its President, Jeff Hays. The Parties are coordinating schedules for these depositions. Substitute counsel will need to be properly educated regarding the case to properly defend the proposed deponents.

6. The Parties are presently in sincere settlement discussions, having exchanged preliminary settlement agreement drafts. A stay would allow the parties to continue with the settlement discussions while avoiding additional costs and burdens to themselves and the Court if a settlement is reached. While I'm optimistic that the Parties will reach an accord, alternatively, Podfitness will need to retain and educate new counsel to proceed with the case until such settlement is attained.

Based on the foregoing, in order to avoid severe prejudice to Podfitness' case, it is essential that the case be stayed pending Podfitness retaining and educating new counsel or, in

2

DECLARATION OF
STEVEN R. HUTCHINSON
Case No. C 06-5805 SBA

1  the alternative, that Podfitness' current counsels' Notice of Motion for Leave to Withdraw be
2  denied by the Court. In addition, a stay would allow the parties to pursue their settlement
3  discussions.

4  DATED: September 26, 2007.                Respectfully submitted,

5

6

7                                             _____
                                              Steven R. Hutchinson
                                              VP Business & Legal Affairs
8                                             PODFITNESS, INC.
                                              235 West Sego Lily Drive, Suite 200
9                                             Sandy, Utah 84070

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27