Larry R. Laycock (Admitted *Pro Hac Vice*)
Charles J. Veverka (Admitted *Pro Hac Vice*)
Robert E. Aycock (Admitted *Pro Hac Vice*)
Mark W. Ford (Admitted *Pro Hac Vice*)
WORKMAN | NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800
Facsimile:  (801) 328-1707
Email: llaycock@wnlaw.com

William B. Farmer (State Bar No. 46694)
Jacob Alpren (State Bar No. 235713)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone:  (415) 788-4646
Facsimile:  (415) 788-6929
Email: wfarmer@collette.com

Attorneys for Defendant
PODFITNESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

APPLE, INC.,

          Plaintiff,

      v.

PODFITNESS, INC., and DOES 1-100,
inclusive

          Defendants.

Civil Action No. 4:06-cv-05805 SBA

**PODFITNESS' MOTION TO STAY
PROCEEDINGS FOR THIRTY
DAYS PENDING ENGAGEMENT
OF SUBSTITUTE COUNSEL**

Date:   November 6, 2007
Time:  1:00 pm
Courtroom 3, 3rd Floor
Judge: Hon. Saundra B. Armstrong

**PODFITNESS' MOTION TO STAY**

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

At the request of Defendant Podfitness, Inc. ("Podfitness"), Workman Nydegger submits the follow Motion to Say Proceedings for Thirty Days Pending Engagement of Substitute Counsel. The statements herein are based upon the supporting declaration of Steven R. Hutchinson (filed contemporaneously herewith) and are not necessarily the position of Workman Nydegger:

On September 18, 2007, present counsel for Podfitness, Workman Nydegger and Collette Erickson Farmer & O'Neill, moved this Court for leave to withdraw as counsel. Podfitness must now find and educate substitute counsel to represent Podfitness. Once found and retained, educating substitute counsel is a task that will likely take a signification amount of time. In light of this, on September 27, 2007, Podfitness' VP of Business & Legal Affairs (Steve Hutchinson) contacted counsel for Apple Inc. (Lisa Martens) seeking Apple's agreement to a thirty-day stay or stand-down, while Podfitness engages and educates substitute counsel. Apple refused to accommodate Podfitness' reasonable request under the circumstances. (*See* Declaration of Steve Hutchinson, attached hereto as Exhibit A).

Podfitness has identified the following facts, which make staying this action for thirty days essential in order to avoid prejudice to Podfitness' case:

First, Apple has recently produced nearly 300,000 pages of documents, many of which have been marked "attorney's eyes only." Because in-house counsel for Podfitness, Steve Hutchinson, is not permitted under the protective order to review these documents, much of this remains in need of review. Apple has expressly opposed Mr. Hutchinson's requests for a thirty-day stay while Podfitness retains substitute counsel, stating that Mr. Hutchinson himself can represent Podfitness going forward. Despite knowing that Mr. Hutchinson cannot review much of Apple's document production because it is marked "attorney's eyes only," Apple has not offered to allow disclosure of "attorney's eyes only" documents to Mr. Hutchinson. (*Id.* at ¶¶ 2, 3 and 7).

Second, Apple filed its First Amended Complaint on August 1, 2007. The new claims asserted in Apple's Amended Complaint, and the additional counterclaims included in Podfitness' Answer to the First Amended complaint will likely spawn the need for additional discovery. (*Id.* at ¶ 4).

**PODFITNESS' MOTION TO STAY**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Third, Apple has also noticed its intention to depose Podfitness' president and CEO.  Substitute counsel will need to be properly educated on the facts and issues present in this case prior to defending those depositions.  (*Id.* at ¶ 5).

Finally, the parties are presently in sincere settlement discussions and have exchanged preliminary settlement agreement drafts.  Staying these proceedings for thirty-days would allow the parties to continue with the settlement discussions while avoiding additional costs and burdens to themselves and the Court if a settlement is reached.  (*Id.* at ¶ 6).

Based on the foregoing, Podfitness seeks a thirty-day stay of this action.  Without a thirty-day stay, Podfitness' case would be critically prejudiced.

DATED: October 1, 2007.                 Respectfully submitted on behalf of Podfitness,

WORKMAN | NYDEGGER

/s/ Charles J. Veverka_____
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800

COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone:  (415) 788-4646

Attorneys for Defendant and Counterclaimant Podfitness, Inc.

**PODFITNESS' MOTION TO STAY**

3

1

**PROOF OF SERVICE**

2

3        I hereby certify that on October 1, 2007, I electronically filed the foregoing with the Clerk of the
Court by using the CM/ECF system which sent notification of such filing to the following:

4      Abrams@fr.com; jacobalpren@quinnemanuel.com; raycock@wnlaw.com; wfarmer@collette.com;
rlawrence@collette.com; llaycock@wnlaw.com; jlewis@wnlaw.com; martens@fr.com;

5      miclean@fr.com; cveverka@wnlaw.com and served Podfitness' in-house counsel separately at
shutchinson@podfitness.com.

6

7                                        WORKMAN | NYDEGGER

8

9                                        /s/ Charles J. Veverka_____
                                         Larry R. Laycock

10                                       Charles J. Veverka
                                         Robert A. Aycock

11                                       Mark W. Ford
                                         1000 Eagle Gate Tower

12                                       60 East South Temple
                                         Salt Lake City, UT  84111

13                                       Telephone:  (801) 533-9800

14

15                                       William S. Farmer
                                         Jacob Alpren

16                                       COLLETTE ERICKSON FARMER & O'NEILL LLP
                                         235 Pine Street, Suite 1300

17                                       San Francisco, CA 94104
                                         Telephone:  (415) 788-4646

18

19                                       Attorneys for Defendant and Counterclaimant Podfitness,
                                         Inc.

20

21

22

23

24

25

26

27

28

**PODFITNESS' MOTION TO STAY**

4