1  Larry R. Laycock (Admitted *Pro Hac Vice*)
2  Charles J. Veverka (Admitted *Pro Hac Vice*)
   Robert E. Aycock (Admitted *Pro Hac Vice*)
3  Mark W. Ford (Admitted *Pro Hac Vice*)
   WORKMAN | NYDEGGER
4  1000 Eagle Gate Tower
   60 East South Temple
5  Salt Lake City, UT  84111
   Telephone:  (801) 533-9800
6  Facsimile:  (801) 328-1707
7  Email: llaycock@wnlaw.com

8  William B. Farmer (State Bar No. 46694)
   Jacob Alpren (State Bar No. 235713)
9  COLLETTE ERICKSON FARMER & O'NEILL LLP
   235 Pine Street, Suite 1300
10 San Francisco, CA 94104
11 Telephone:  (415) 788-4646
   Facsimile:  (415) 788-6929
12 Email: wfarmer@collette.com

13 Attorneys for Defendant
   PODFITNESS, INC.
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PODFITNESS, INC., and DOES 1-100, inclusive<br><br>　　　　　Defendants. | Civil Action No. 4:06-cv-05805 SBA<br><br>**[PROPOSED] ORDER GRANTING PODFITNESS' MOTION TO STAY PROCEEDINGS FOR THIRTY DAYS PENDING ENGAGEMENT OF SUBSTITUTE COUNSEL**<br><br><br>Date:　November 6, 2007<br>Time:　1:00 pm<br>Courtroom 3, 3rd Floor<br>Judge: Hon. Saundra B. Armstrong |

**[PROPOSED] ORDER GRANTING PODFITNESS' MOTION TO STAY**

1

THIS MATTER came before the Court on defendant Podfitness, Inc.'s ("Podfitness") Motion to Stay Proceedings for Thirty Days Pending Engagement of Substitute Counsel.  Having considered the papers and oral argument, if any, submitted in support of and in opposition to Podfitness' motion, being fully advised in the premises and for good cause shown, IT IS HEREBY ORDERED that Podfitness' motion is GRANTED as follows:

1. For thirty days from the date of entry of this Order, the parties shall refrain from conducting discovery or otherwise submitting papers to the Court that require responsive submissions; and

2. Podfitness shall immediately notify the Court and Plaintiff upon engagement of substitute counsel.

DATED this ____ day of _____, 2007.

_____
Honorable Saundra B. Armstrong
U.S. District Judge

Respectfully submitted on behalf of Podfitness:

Workman | Nydegger

/s/ Charles J. Veverka
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800

COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone:  (415) 788-4646

Attorneys for Defendant and Counterclaimant Podfitness, Inc.

**[PROPOSED] ORDER GRANTING PODFITNESS' MOTION TO STAY**
2

**PROOF OF SERVICE**

I hereby certify that on October 1, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to the following: Abrams@fr.com; jacobalpren@quinnemanuel.com; raycock@wnlaw.com; wfarmer@collette.com; rlawrence@collette.com; llaycock@wnlaw.com; jlewis@wnlaw.com; martens@fr.com; miclean@fr.com; cveverka@wnlaw.com and served Podfitness' in-house counsel separately at shutchinson@podfitness.com.

WORKMAN | NYDEGGER

/s/ Charles J. Veverka
Larry R. Laycock
Charles J. Veverka
Robert A. Aycock
Mark W. Ford
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800


William S. Farmer
Jacob Alpren
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 788-4646

Attorneys for Defendant and Counterclaimant Podfitness, Inc.

**[PROPOSED] ORDER GRANTING PODFITNESS' MOTION TO STAY**