David J, Miclean (#115098/miclean@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Lisa M. Martens (#195824/martens@fr.com)
Andrew M. Abrams (#229698/abrams@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE COMPUTER, INC., | Case No. C 06 5805 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| PODFITNESS, INC., and DOES 1-100, inclusive, | |
| Defendants. | |

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

1   On October 15, 2007, I caused a copy of the following document(s):

2   **APPLE'S OPPOSITION TO PODFITNESS' MOTION TO STAY PROCEEDINGS FOR THIRTY DAYS**

3   

4   **DECLARATION OF DAVID J. MICLEAN IN SUPPORT OF APPLE'S OPPOSITION TO PODFITNESS' MOTION TO STAY PROCEEDINGS FOR THIRTY DAYS**

5   

6   to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| William S. Farmer<br>Jacob Alpern<br>Collette Erickson Farmer & O'Neill LLP<br>235 Pine Street, Suite 1300<br>San Francisco, CA 94104-2733<br>Telephone: (415) 788-4646<br>Facsimile: (415) 788-6929 | Attorneys for Defendant<br>PODFITNESS, INC.<br><br>(VIA HAND DELIVERY) |
| Charles J. Veverka<br>Robert A. Aycock<br>Mark W. Ford<br>Brett I. Johnson<br>Workman, Nydegger & Seeley P.C.<br>1000 Eagle Gate Tower<br>60 East South Temple<br>Salt Lake City, UT 84111<br>Telephone: (801) 533-9800<br>Facsimile: (801) 328-1707 | Attorneys for Defendant<br>PODFITNESS, INC.<br><br>(VIA FEDERAL EXPRESS) |

|   |   |   |
|---|---|---|
| ☐ | **MAIL:** | Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business. |
| ☒ | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
| ☐ | **FACSIMILE:** | Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. |
| ☐ | **ELECTRONIC MAIL:** | Such document was transmitted by electronic mail to the addressees' email addresses as stated above. |
| ☒ | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| ☐ | **EXPRESS MAIL:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service. |

| | | |
|---|---|---|
| ☐ | **OVERNIGHT DELIVERY:** | Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents. |

    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    I declare under penalty of perjury that the above is true and correct. Executed on October 15, 2007, at Redwood City, California.

                                        /s/ Diane M. Arceo-Lowenstein

                                        Diane M. Arceo-Lowenstein

50419868.doc