1  Larry R. Laycock (Admitted *Pro Hac Vice*)
   Charles J. Veverka (Admitted *Pro Hac Vice*)
2  Robert E. Aycock (Admitted *Pro Hac Vice*)
   Mark W. Ford (Admitted *Pro Hac Vice*)
3  WORKMAN | NYDEGGER
   1000 Eagle Gate Tower
4  60 East South Temple
   Salt Lake City, UT  84111
5  Telephone:  (801) 533-9800
   Facsimile:  (801) 328-1707
6  Email: llaycock@wnlaw.com

7  William B. Farmer (State Bar No. 46694)
   Jacob Alpren (State Bar No. 235713)
8  COLLETTE ERICKSON FARMER & O'NEILL LLP
   235 Pine Street, Suite 1300
9  San Francisco, CA 94104
   Telephone:  (415) 788-4646
10 Facsimile:  (415) 788-6929
   Email: wfarmer@collette.com
11
   Attorneys for Defendant
12 PODFITNESS, INC.

13
                        UNITED STATES DISTRICT COURT
14
                       NORTHERN DISTRICT OF CALIFORNIA
15
                           SAN FRANCISCO DIVISION
16

17 | APPLE, INC.,                          | Civil Action No. 4:06-cv-05805 SBA
18 |                    Plaintiff,         |
19 |           v.                          | **NOTICE OF DEPARTURE OF PODFITNESS' IN-HOUSE COUNSEL, STEVE HUTCHINSON**
20 | PODFITNESS, INC., and DOES 1-100,     |
   | inclusive                             |
21 |                                       |
   |                    Defendants.        |
22

23     The undersigned hereby provides notice to this Court and to Plaintiff, Apple, Inc.
24 ("Apple") that Mr. Steve Hutchinson, Esq., in-house counsel for Defendant, Podfitness, Inc.
25 ("Podfitness"), is no longer employed by Podfitness.  The presence of in-house counsel at
26 Podfitness is a fact that is implicated in the Notice and Motion for Leave to Withdraw of
27 Workman Nydegger and Collette Erickson Farmer & O'Neill (Dkt. No. 59) and Apple's

1 | Opposition to Podfitness' Motion To Stay Proceedings For Thirty Days Pending Engagement Of
2 | Substitute Counsel (Dkt. No. 65).
3 |     In support of its motion for leave to withdraw, counsel for Podfitness ("Counsel"),
4 | directed the Court to the following facts:
5 |     1.    Irreconcilable differences have developed between Counsel and Podfitness, which
6 |        differences make it impossible for Counsel to effectively represent Podfitness in
7 |        this action;
8 |     2.    Ample time remains for Podfitness to engage substitute outside counsel; and
9 |     3.    If Podfitness chooses not to engage substitute outside counsel, it can proceed in
10 |        this matter through representation by its full-time in-house counsel, Mr. Steve
11 |        Hutchinson, Esq.
12 |     While the first two facts remain true, Counsel was notified yesterday, October 15, 2007,
13 | that Podfitness' in-house counsel, Steve Hutchinson, is no longer employed by Podfitness.
14 |     Counsel has confirmed with Podfitness' management that Mr. Hutchinson did not retain
15 | substitute outside counsel before he left Podfitness.  Counsel has also confirmed that Podfitness
16 | is actively seeking substitute counsel.  However, Podfitness has not yet engaged substitute
17 | outside counsel to represent it in this matter.  Counsel submits that Mr. Hutchinson's departure
18 | from Podfitness does not materially alter the circumstance supporting its motion for leave to
19 | withdraw.
20 | /////
21 | /////
22 | /////
23 |
24 |
25 |
26 |
27 |

NOTICE OF DEPARTURE OF
PODFITNESS' IN-HOUSE COUNSEL
Case No. C 06-5805 SBA

1  DATED: October 16, 2007.

2                                          Respectfully submitted,

3                                          WORKMAN | NYDEGGER

4

5                                          /s/ Charles J. Veverka
                                           1000 Eagle Gate Tower
6                                          60 East South Temple
                                           Salt Lake City, UT 84111
7                                          Telephone: (801) 533-9800

8

9                                          COLLETTE ERICKSON FARMER & O'NEILL LLP
                                           235 Pine Street, Suite 1300
10                                         San Francisco, CA 94104
                                           Telephone: (415) 788-4646
11

12                                         Attorneys for Defendant and Counterclaimant
                                           Podfitness, Inc.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PROOF OF SERVICE

    I hereby certify that on October 16, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to the following: Abrams@fr.com; jacobalpren@quinnemanuel.com; raycock@wnlaw.com; wfarmer@collette.com; rlawrence@collette.com; llaycock@wnlaw.com; jlewis@wnlaw.com; martens@fr.com; miclean@fr.com; cveverka@wnlaw.com and served Podfitness separately at hchays@podfitness.com.

DATED October 16, 2007.

WORKMAN | NYDEGGER

/s/ Charles J. Veverka_____
Larry R. Laycock
Charles J. Veverka
Robert A. Aycock
Mark W. Ford
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800

William S. Farmer
Jacob Alpren
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone:  (415) 788-4646

Attorneys for Defendant and Counterclaimant Podfitness, Inc.