| | |
|---|---|
| 1 | Larry R. Laycock |
| | Charles J. Veverka |
| 2 | Robert A. Aycock |
| | Mark W. Ford |
| 3 | WORKMAN | NYDEGGER |
| | 1000 Eagle Gate Tower |
| 4 | 60 East South Temple |
| | Salt Lake City, UT 84111 |
| 5 | Telephone: (801) 533-9800 |
| 6 | William S. Farmer (State Bar No. 46694) |
| | Jacob Alpren (State Bar No. 235713) |
| 7 | COLLETTE ERICKSON FARMER & O'NEILL LLP |
| | 235 Pine Street, Suite 1300 |
| 8 | San Francisco, CA 94104 |
| | Telephone: (415) 788-4646 |
| 9 | Attorneys for Defendant |
| 10 | PODFITNESS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC., | Civil Action No. 4:06-cv-05805 SBA |
| Plaintiff, | **PODFITNESS' REPLY TO APPLE'S OPPOSITION TO PODFITNESS' MOTION TO STAY PROCEEDINGS FOR THIRTY DAYS PENDING ENGAGEMENT OF SUBSTITUTE COUNSEL** |
| v. | |
| PODFITNESS, INC., and DOES 1-100, inclusive | |
| Defendants. | Date: _____, 2007<br>Time: 1:00 pm<br>Judge: Hon. Saundra B. Armstrong |

Defendant Podfitness, Inc. ("Podfitness") hereby submits this reply to plaintiff Apple Computer, Inc.'s ("Apple's") Opposition to Podfitness' Motion to Stay Proceedings for Thirty Days Pending Engagement of Substitute Counsel ("Opposition").

In support of its Opposition, Apple relies upon the presence of and involvement by Steven R. Hutchinson ("Mr. Hutchinson") as in-house counsel for Podfitness. It is Apple's position that Mr. Hutchinson would be competent to represent Podfitness, obviating the need of a

1        Reply to Apple's Opposition

1  temporary stay of proceedings.  Since Apple's opposition, these circumstances have changed.
2  On October 15, 2007 Mr. Hutchinson resigned as in-house counsel for Podfitness, with his
3  resignation effective immediately.  (Declaration of Jeff Hays ("Hays decl."), filed concurrently
4  herewith, ¶ 3).  Mr. Hutchinson's departure has made the additional time needed to locate and
5  engage substitute counsel even more critical.

6      As of the date of his departure, Mr. Hutchinson had failed to locate and/or retain
7  substitute counsel.  (Hays decl., ¶ 4).  Podfitness must now find and educate substitute counsel to
8  represent Podfitness.  Jeff Hays, President of Podfitness, has undertaken the task of doing so.
9  (Hays decl., ¶ 2, 5).  However, because the location and engagement of substitute counsel was
10 the sole responsibility of Mr. Hutchinson, upon Mr. Hutchinson's resignation, Mr. Hays was
11 forced to begin the search for substitute counsel from square one.  (Hays decl., ¶ 6).  Even more
12 importantly, once found and retained, educating substitute counsel is a task that will take more
13 time now that Podfitness is without in-house counsel present to facilitate the transition.  (Hays
14 decl., ¶ 7).

15     Based on the foregoing, Podfitness seeks the thirty-day stay of this action.

16 DATED: October 22, 2007    Respectfully submitted,

17     WORKMAN | NYDEGGER

18

19     /s/ Charles J. Veverka
    Charles J. Veverka
20     Robert A. Aycock
    Mark W. Ford
21     1000 Eagle Gate Tower
    60 East South Temple
22     Salt Lake City, UT  84111
    Telephone:  (801) 533-9800
23
    William S. Farmer
24     Jacob Alpren
    COLLETTE ERICKSON FARMER & O'NEILL LLP
25     235 Pine Street, Suite 1300
    San Francisco, CA 94104
26     Telephone:  (415) 788-4646

27     Attorneys for Defendant Podfitness, Inc.

28

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David J. Miclean
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, California  94063

Lisa M. Martens
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, California  92130

**WORKMAN NYDEGGER**

/s/ C.J. Veverka
STERLING A. BRENNAN
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800

3    Reply to Apple's Opposition