| | |
|---|---|
| 1 | Larry R. Laycock |
| 2 | Charles J. Veverka |
| | Robert A. Aycock |
| 3 | Mark W. Ford |
| 4 | WORKMAN | NYDEGGER |
| | 1000 Eagle Gate Tower |
| 5 | 60 East South Temple |
| | Salt Lake City, UT 84111 |
| 6 | Telephone: (801) 533-9800 |
| 7 | William S. Farmer (State Bar No. 46694) |
| | Jacob Alpren (State Bar No. 235713) |
| 8 | COLLETTE ERICKSON FARMER & O'NEILL LLP |
| | 235 Pine Street, Suite 1300 |
| 9 | San Francisco, CA 94104 |
| 10 | Telephone: (415) 788-4646 |
| 11 | Attorneys for Defendant |
| | PODFITNESS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE, INC., | Civil Action No. 4:06-cv-05805 SBA |
| Plaintiff, | |
| v. | **DECLARATION OF JEFF HAYS IN SUPPORT OF PODFITNESS' MOTION TO STAY PROCEEDINGS FOR THIRTY DAYS PENDING ENGAGEMENT OF SUBSTITUTE COUNSEL** |
| PODFITNESS, INC., and DOES 1-100, inclusive | |
| Defendants. | |
| | Judge: Hon. Saundra B. Armstrong |

I, Jeff Hays, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare as follows:

1. I am competent to testify about the following statements from my own personal knowledge.

DECLARATION OF JEFF HAYS

Dockets.Justia.com

2. I am the current President of Podfitness, Inc.

3. On Monday, October 15, 2007, Steven R. Hutchinson, Podfitness Vice President of Business and Legal Affairs and in-house counsel for Podfitness, Inc., notified me that he was resigning, with his resignation to be effective immediately.

4. At the time of his departure on Monday, October 15, 2007, Steven R. Hutchinson had not found and/or engaged substitute legal counsel to represent Podfitness, Inc.

5. As a result of his abrupt departure, I have undertaken the task of locating and engaging substitute legal counsel.

6. Unfortunately, since the location and engagement of substitute legal counsel was solely Mr. Hutchinson's responsibility, I have had to start the search for legal counsel from square one.

7. I anticipate that educating substitute counsel, once found and retained, will take longer without Mr. Hutchinson available to facilitate the transition.

8. Since Mr. Hutchinson's departure I have been searching for substitute outside counsel

9. As of the date of this declaration I have not yet been unable to locate and engage replacement legal counsel.

DATED this 22nd day of October 2007.

_/s/ Jeff Hays_

Jeff Hays
President, Podfitness, Inc.

**DECLARATION OF JEFF HAYS**