| | |
|---|---|
| 1 | Larry R. Laycock (Admitted *Pro Hac Vice*) |
| | Charles J. Veverka (Admitted *Pro Hac Vice*) |
| 2 | Robert E. Aycock (Admitted *Pro Hac Vice*) |
| | Mark W. Ford (Admitted *Pro Hac Vice*) |
| 3 | WORKMAN | NYDEGGER |
| | 1000 Eagle Gate Tower |
| 4 | 60 East South Temple |
| | Salt Lake City, UT 84111 |
| 5 | Telephone: (801) 533-9800 |
| | Facsimile: (801) 328-1707 |
| 6 | Email: llaycock@wnlaw.com |
| 7 | William B. Farmer (State Bar No. 46694) |
| | Jacob Alpren (State Bar No. 235713) |
| 8 | COLLETTE ERICKSON FARMER & O'NEILL LLP |
| | 235 Pine Street, Suite 1300 |
| 9 | San Francisco, CA 94104 |
| | Telephone: (415) 788-4646 |
| 10 | Facsimile: (415) 788-6929 |
| | Email: wfarmer@collette.com |
| 11 | |
| 12 | Attorneys for Defendant PODFITNESS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 17 | APPLE, INC., | Civil Action No. 4:06-cv-05805 SBA |
| 18 | Plaintiff, | |
| 19 | v. | **NOTICE OF CORRRECTED [PROPOSED] ORDER PERMITTING WITHDRAW OF WORKMAN NYDEGGER AND COLLETTE ERICKSON FARMER & O'NEILL** |
| 20 | PODFITNESS, INC., and DOES 1-100, inclusive | |
| 21 | | |
| 22 | Defendants. | |
| 23 | | Hon. Saundra B. Armstrong |
| 24 | | |
| 25 | // | |
| 26 | // | |
| 27 | | |

1  The undersigned hereby provides notice to this Court and to Plaintiff, Apple, Inc.
2  ("Apple") that filed concurrently herewith is Defendant, Podfitness, Inc.'s ("Podfitness'")
3  Corrected [Proposed] Order Permitting Withdraw of Workman Nydegger and Collette Erickson
4  Farmer & O'Neill ("Amended Papers").
5  Podfitness files these Amended Papers to include two attorneys, Janna Jensen Lewis and
6  Robert S. Lawrence, who made appearances early on in the case but who are not presently
7  assigned to this matter and were thus inadvertently left off of the Notice and Motion to Leave to
8  Withdraw of Workman Nydegger and Collette Erickson Farmer & O'Neill, and [Proposed]
9  Order Permitting Withdraw of Workman Nydegger and Collette Erickson Farmer & O'Neill
10 filed by Podfitness on September 18, 2007.

12 DATED: October 24, 2007.

13 Respectfully submitted,

14 WORKMAN | NYDEGGER

16 /s/ Charles J. Veverka
   1000 Eagle Gate Tower
17 60 East South Temple
   Salt Lake City, UT  84111
18 Telephone:  (801) 533-9800

20 COLLETTE ERICKSON FARMER & O'NEILL LLP
   235 Pine Street, Suite 1300
21 San Francisco, CA 94104
   Telephone:  (415) 788-4646

23 Attorneys for Defendant and Counterclaimant
   Podfitness, Inc.

2  NOTICE OF AMENDED NOTICE, MOTION AND
   [PROPOSED] ORDER
   Case No. C 06-5805 SBA

PROOF OF SERVICE

    I hereby certify that on October 24, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to the following: Abrams@fr.com; jacobalpren@quinnemanuel.com; raycock@wnlaw.com; wfarmer@collette.com; rlawrence@collette.com; llaycock@wnlaw.com; jlewis@wnlaw.com; martens@fr.com; miclean@fr.com; cveverka@wnlaw.com and served Podfitness separately at hchays@podfitness.com.

DATED October 24, 2007

WORKMAN | NYDEGGER

/s/ Charles J. Veverka
Larry R. Laycock
Charles J. Veverka
Robert A. Aycock
Mark W. Ford
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800

William S. Farmer
Jacob Alpren
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 788-4646

Attorneys for Defendant and Counterclaimant Podfitness, Inc.

3

NOTICE OF AMENDED NOTICE, MOTION AND [PROPOSED] ORDER
Case No. C 06-5805 SBA