```
 1  David J. Miclean (#115098/miclean@fr.com)
    FISH & RICHARDSON P.C.
 2  500 Arguello Street, Suite 500
    Redwood City, California 94063
 3  Telephone: (650) 839-5070
    Facsimile: (650) 839-5071
 4
    Lisa M. Martens (#195824/martens@fr.com)
 5  Andrew M. Abrams (#229698/abrams@fr.com)
    FISH & RICHARDSON P.C.
 6  12390 El Camino Real
    San Diego, California 92130
 7  Telephone: (858) 678-5070
    Facsimile: (858) 678-5099
 8
    Attorneys for Plaintiff
 9  APPLE COMPUTER, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| APPLE COMPUTER, INC., | Case No. C 06-5805 SBA (JCS) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLE COMPUTER, INC.'S MOTION TO COMPEL THE DEPOSITIONS OF JEFF HAYS AND TERI SUNDH |
| v. | |
| PODFITNESS, INC., and DOES 1-100, inclusive, | Date: December 7, 2007<br>Time: 9:30 a.m.<br>Courtroom: A, 15th Floor<br>Judge: Honorable Joseph C. Spero |
| Defendants. | |

AND NOW, the Court, having considered Plaintiff Apple Computer, Inc.'s ("Apple") Motion to Compel the Depositions of Jeff Hays and Teri Sundh,

IT IS HEREBY ORDERED that Apple's Motion is approved and granted. Plaintiff may take the depositions of Jeff Hays and Teri Sundh, and Defendants are hereby ordered to produce these individuals for deposition by _____.

///

///

1

1  IT IS SO ORDERED.

2

3  Dated: _____

4  _____
   Honorable Joseph C. Spero
   UNITED STATES MAGISTRATE JUDGE

5  50445953.doc