Larry R. Laycock (Admitted *Pro Hac Vice*)
Charles J. Veverka (Admitted *Pro Hac Vice*)
Robert E. Aycock (Admitted *Pro Hac Vice*)
Mark W. Ford (Admitted *Pro Hac Vice*)
WORKMAN | NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800
Facsimile:  (801) 328-1707
Email: llaycock@wnlaw.com

William B. Farmer (State Bar No. 46694)
Jacob Alpren (State Bar No. 235713)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone:  (415) 788-4646
Facsimile:  (415) 788-6929
Email: wfarmer@collette.com

Attorneys for Defendant
PODFITNESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PODFITNESS, INC., and DOES 1-100, inclusive <br><br> Defendants. | Civil Action No. 4:06-cv-05805 SBA <br><br> **[PROPOSED] ORDER GRANTING PODFITNESS' MOTION TO STAY PROCEEDINGS FOR THIRTY DAYS PENDING ENGAGEMENT OF SUBSTITUTE COUNSEL** <br><br> Date:   November 6, 2007 <br> Time:   1:00 pm <br> Courtroom 3, 3rd Floor <br> Judge: Hon. Saundra B. Armstrong |

**[PROPOSED] ORDER GRANTING PODFITNESS' MOTION TO STAY**

1

THIS MATTER came before the Court on defendant Podfitness, Inc.'s ("Podfitness") Motion to Stay Proceedings for Thirty Days Pending Engagement of Substitute Counsel. Having considered the papers and oral argument, if any, submitted in support of and in opposition to Podfitness' motion, being fully advised in the premises and for good cause shown, IT IS HEREBY ORDERED that Podfitness' motion is GRANTED as follows:

1. For thirty days from the date of entry of this Order, the parties shall refrain from conducting discovery or otherwise submitting papers to the Court that require responsive submissions; and

2. Podfitness shall immediately notify the Court and Plaintiff upon engagement of substitute counsel.

DATED this __31__ day of __OCTOBER__, 2007.

_____
Honorable Saundra B. Armstrong
U.S. District Judge

Respectfully submitted on behalf of Podfitness:

Workman | Nydegger

/s/ Charles J. Veverka
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800

COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone:  (415) 788-4646

Attorneys for Defendant and Counterclaimant Podfitness, Inc.

**[PROPOSED] ORDER GRANTING PODFITNESS' MOTION TO STAY**

2

**PROOF OF SERVICE**

     I hereby certify that on October 1, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to the following: Abrams@fr.com; jacobalpren@quinnemanuel.com; raycock@wnlaw.com; wfarmer@collette.com; rlawrence@collette.com; llaycock@wnlaw.com; jlewis@wnlaw.com; martens@fr.com; miclean@fr.com; cveverka@wnlaw.com and served Podfitness' in-house counsel separately at shutchinson@podfitness.com.

                            WORKMAN | NYDEGGER

                            /s/ Charles J. Veverka
                            Larry R. Laycock
                            Charles J. Veverka
                            Robert A. Aycock
                            Mark W. Ford
                            1000 Eagle Gate Tower
                            60 East South Temple
                            Salt Lake City, UT 84111
                            Telephone: (801) 533-9800

                            William S. Farmer
                            Jacob Alpren
                            COLLETTE ERICKSON FARMER & O'NEILL LLP
                            235 Pine Street, Suite 1300
                            San Francisco, CA 94104
                            Telephone: (415) 788-4646

                            Attorneys for Defendant and Counterclaimant Podfitness, Inc.

**[PROPOSED] ORDER GRANTING PODFITNESS' MOTION TO STAY**