1   Larry R. Laycock (Admitted *Pro Hac Vice*)
    Charles J. Veverka (Admitted *Pro Hac Vice*)
2   Robert E. Aycock (Admitted *Pro Hac Vice*)
    Mark W. Ford (Admitted *Pro Hac Vice*)
3   WORKMAN | NYDEGGER
    1000 Eagle Gate Tower
4   60 East South Temple
    Salt Lake City, UT  84111
5   Telephone:  (801) 533-9800
    Facsimile:  (801) 328-1707
6   Email: llaycock@wnlaw.com

7   William B. Farmer (State Bar No. 46694)
    Jacob Alpren (State Bar No. 235713)
8   COLLETTE ERICKSON FARMER & O'NEILL LLP
    235 Pine Street, Suite 1300
9   San Francisco, CA 94104
    Telephone:  (415) 788-4646
10  Facsimile:  (415) 788-6929
    Email: wfarmer@collette.com

11
    Attorneys for Defendant
12  PODFITNESS, INC.

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16  APPLE, INC.,                          Civil Action No. 4:06-cv-05805 SBA

17              Plaintiff,

18        v.                              [PROPOSED] ORDER PERMITTING
                                          WITHDRAW OF
19  PODFITNESS, INC., and DOES 1-100,     WORKMAN NYDEGGER AND
    inclusive                             COLLETTE ERICKSON FARMER &
20                                        O'NEILL

21              Defendants.

22                                        Hon. Saundra B. Armstrong

23

24

25

26        THIS MATTER is before the Court on the motion of WORKMAN NYDEGGER and

27  COLLETTE ERICKSON FARMER & O'NEILL (collectively "Counsel") for leave to withdraw as

counsel for Defendant Podfitness, Inc. ("Podfitness"). Based upon the submissions of Counsel and status of the present action, Podfitness has sufficient time to either engage substitute counsel or proceed through representation of its in-house counsel, Mr. Steve Hutchinson, Esq. Therefore, being fully advised in the premises and for good cause shown, IT IS HEREBY ORDERED that Counsel's Motion for Leave to Withdraw is GRANTED as follows:

1. Larry R. Laycock, Charles J. Veverka, Robert E. Aycock, Brett I. Johnson and Mark W. Ford of WORKMAN NYDEGGER, and William B. Farmer and Jacob Alpren of COLLETTE ERICKSON FARMER & O'NEILL are granted leave to withdraw as counsel for Podfitness.

2. All papers shall be served on Workman Nydegger until an Appearance of Counsel for Podfitness is filed by either substitute outside counsel, Podfitness' in-house counsel or Podfitness files a Notice to Appear *Pro Se*. Workman Nydegger is ordered to forward all such papers to Podfitness until Notice(s) of Appearance are filed on behalf of Podfitness.

IT IS SO ORDERED this 31 day of OCTOBER, 2007.

BY THE COURT:

SAUNDRA B. ARMSTRONG
U.S. DISTRICT JUDGE

2

# PROOF OF SERVICE

I hereby certify that on September 19, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to the following:  Abrams@fr.com; jacobalpren@quinnemanuel.com; raycock@wnlaw.com; wfarmer@collette.com; rlawrence@collette.com; llaycock@wnlaw.com; jlewis@wnlaw.com; martens@fr.com; miclean@fr.com; cveverka@wnlaw.com and served Podfitness' in-house counsel separately at shutchinson@podfitness.com.


DATED September 19, 2007.


WORKMAN | NYDEGGER


/s/ Charles J. Veverka
Larry R. Laycock
Charles J. Veverka
Robert A. Aycock
Mark W. Ford
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800


William S. Farmer
Jacob Alpren
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 788-4646


Attorneys for Defendant and Counterclaimant
Podfitness, Inc.

ORDER PERMITTING WITHDRAW
Case No. C 06-5805 SBA