1  JAMES M. WAGSTAFFE (95535)
   **KERR & WAGSTAFFE LLP**
2  100 Spear Street, Suite 1800
   San Francisco, CA 94105–1528
3  Telephone: (415) 371-8500
   Fax: (415) 371-0500
4

5  ATTORNEYS FOR PODFITNESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

APPLE, INC.,

    Plaintiff,

v.

PODFITNESS, INC., and DOES 1-100, Inclusive

    Defendants.

Case No. C 06-05805 SBA

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

Defendant Podfitness, Inc. ("Defendant") files this Notice of Appearance of Co-Counsel as follows:

1. Defendant desires to designate James M. Wagstaffe, of Kerr & Wagstaffe LLP, as Co-Counsel for Defendant in the above referenced civil action.

2. James M. Wagstaffe, is a member in good standing of the bar of the United States District Court for the Northern District of California. The information for Co-Counsel is as follows:

> James M. Wagstaffe (Bar No. 95535)
> KERR & WAGSTAFFE LLP
> 100 Spear Street, Suite 1800
> San Francisco, CA 94105
> (415) 371-8500 Telephone
> (415) 371-0500 Facsimile
> email: wagstaffe@kerrwagstaffe.com

All notices, orders or other filings concerning the above referenced civil action may be delivered to James M. Wagstaffe, at the above address.

Accordingly, Defendant Podfitness, Inc., respectfully requests the Court to take notice of the appearance of James M. Wagstaffe as Co-Counsel for Defendant in the above referenced civil action.

DATED: December 6, 2007

**KERR & WAGSTAFFE LLP**

By _____
JAMES M. WAGSTAFFE (BAR NO. 95535)
Attorneys for Defendant
PODFITNESS, INC.