# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO. C 06-05805 SBA (JCS)**

**CASE NAME: APPLE COMPUTER INC. v. PODFITNESS INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: December 7, 2007    **TIME: 11 mins** | **COURT REPORTER**: <u>Margo Gurule</u> |
| <u>**COUNSEL FOR PLAINTIFF:**</u><br>Lisa Martin (T)* | <u>**COUNSEL FOR DEFENDANT:**</u><br>James Magleby (T)*<br>James Wagstaff |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Pla's Motion to Compel the Depositions of Jeff Hays and Teri Sundh [Docket No. 71] | Granted |

**ORDERED AFTER HEARING:**

**Depositions of Jeff Hayes and Teri Sundh shall be taken on or before 12/21/7.**

**ORDER TO BE PREPARED BY:**     () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**

| | | |
|---|---|---|
| Number of Depos: | Number of Experts: | Discovery Cutoff: |
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| Motions Hearing:    at 9:30 a.m. | | Pretrial Conference:    at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m. ()Jury ()Court    Set for    days | | |

**cc:**     **Chambers; Karen**
* (T) = Telephonic Appearance