ORIGINAL

1    JAMES M. WAGSTAFFE (95535)
     **KERR & WAGSTAFFE LLP**
2    100 Spear Street, Suite 1800
     San Francisco, CA 94105–1528
3    Telephone: (415) 371-8500
     Fax: (415) 371-0500
4
5    ATTORNEYS FOR PODFITNESS, INC.

FILED

2007 DEC -6 PM 3:46

Fee Pd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE, INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>PODFITNESS, INC., and DOES 1-100, Inclusive<br><br>               Defendants. | Case No. 4:06-cv-05805 SBA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>**Signature via facsimile** |

KERR & WAGSTAFFE LLP

CASE NO. 4:06-cv-05805 SBA     APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 11-3, Jason A. McNeill, an active member in good standing of the |
| 2 | State Bar of Utah, hereby applies for admission to practice in the Northern District of California |
| 3 | on a *pro hac vice* basis representing in the above-entitled action. |
| 4 | In support of this application, I certify on oath that: |
| 5 | 1. I am an active member in good standing of a United States Court or of the highest |
| 6 | court of another State or the District of Columbia, as indicated above; |
| 7 | 2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local |
| 8 | Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar |
| 9 | with the Local Rules and the Alternative Dispute Resolution programs of this Court; and, |
| 10 | 3. An attorney who is a member of the bar of this Court in good standing and who |
| 11 | maintains an office within the State of California has been designated as co-counsel in the above- |
| 12 | entitled action. The name, address and telephone number of that attorney is James M. |
| 13 | Wagstaffe, Esq., Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, CA |
| 14 | 94105, telephone (415) 371-8500. |
| 15 | I declare under penalty of perjury that the foregoing is true and correct. |
| 17 | Dated: December 5, 2007 |

Jason A. McNeill

# PROOF OF SERVICE

I, Sarah Smoot, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On December 5, 2007, I served the following document(s):

- **Application for Admission of Attorney** *Pro Hac Vice*

on the parties listed below as follows:

| | |
|---|---|
| David J. Miclean<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | Lisa M. Martens<br>Andrew M. Abrams<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130 |
| William S. Farmer<br>Jacob Alpern<br>Collette Erickson Farmer & O'Neill LLP<br>235 Pine Street, Suite 1300<br>San Franciso, CA 94104-2733 | Charles J. Veverka<br>Robert A. Aycock<br>Mark W. Ford<br>Brett I. Johson<br>Workman, Nydegger & Seeley P.C.<br>1000 Eagle Gate Tower<br>60 East South Temple<br>Salt Lake City, UT 84111 |
| James E. Magleby<br>Jason A. McNeill<br>Magleby & Greenwood, P.C.<br>170 South Main Street, Suite 350<br>Salt Lake City, Utah 84101 | |

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☐ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

☐ **By Federal Express** or overnight courier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 5, 2007, at San Francisco, California.

*/s/ Sarah Smoot*
Sarah Smoot

— 2 —

CASE NO. 4:06-cv-05805 SBA      APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001586
Cashier ID: lenahac
Transaction Date: 12/06/2007
Payer Name: Kerr and Wagstaffe LLP
------------------------------------
PRO HAC VICE
 For: Jason A. McNeill
 Case/Party: D-CAN-4-07-CV-005805-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 9518
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

4:06-cv-5805-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```