UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER INC., <br><br> Plaintiff(s), <br><br> v. <br><br> PODFITNESS INC., <br><br> Defendant(s). | Case No. C06-05805 SBA (JCS) <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL THE DEPOSITIONS OF JEFF HAYS AND TERI SUNDH [Docket No. 71]** |

On October 30, 2007, Plaintiff filed a Motion to Compel the Depositions of Jeff Hays and Teri Sundh (the "Motion").

On December 7, 2007, oral argument was heard on the Motion. Lisa Martin, counsel for Plaintiff, appeared. James Wagstaff, and James Magleby, counsel for Defendant, appeared.

IT IS HEREBY ORDERED that the Motion is GRANTED. The depositions of Jeff Hays and Teri Sundh shall be taken on or before **December 21, 2007,** unless otherwise agreed by counsel.

IT IS SO ORDERED.

Dated: December 10, 2007

JOSEPH C. SPERO
United States Magistrate Judge