| | |
|---|---|
| 1 | James M. Wagstaffe (95535) |
| | **KERR & WAGSTAFFE LLP** |
| 2 | 100 Spear Street, Suite 1800 |
| | San Francisco, CA 94105–1528 |
| 3 | Telephone: (415) 371-8500 |
| | Fax: (415) 371-0500 |
| 4 | |
| 5 | James E. Magleby (Utah Bar No. 7247, *pro hac vice* pending) |
| | Jason A. McNeill (Utah Bar No. 9711, *pro hac vice* pending) |
| 6 | **MAGLEBY & GREENWOOD, P.C.** |
| | 170 South Main Street, Suite 350 |
| 7 | Salt Lake City, Utah 84101-3605 |
| 8 | Telephone: (801) 359-9000 |
| | Facsimile: (801) 359-9011 |
| 9 | |
| | Attorneys for Defendant and |
| 10 | Counterclaim Plaintiff Podfitness, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC., | Case No. C 06-05805 SBA |
| Plaintiff, | **DECLARATION OF JAMES MAGLEBY IN SUPPORT OF DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF EXTENDING PRETRIAL DEADLINES** |
| v. | |
| PODFITNESS, INC., and DOES 1-100, Inclusive, | Hon. Saundra Brown Armstrong |
| Defendants. | |
| PODFITNESS, INC., | |
| Counterclaim Plaintiff, | |
| v. | |
| APPLE COMPUTER, INC., | |
| Counterclaim Defendant. | |

KERR & WAGSTAFFE LLP

CASE NO. C 06-05805 SBA　　　　　DECL. OF JAMES MAGLEBY IN SUPPORT OF
　　　　　　　　　　　　　　　　　　　DEF.'S MOTION FOR ADMINISTRATIVE RELIEF

Dockets.Justia.com

I, James Magleby, hereby declare:

1. I am a partner in the law firm of Magleby & Greenwood, P.C., attorneys for Defendant Podfitness, Inc. ("Defendant"). I have personal knowledge of the facts set forth herein and, if called as a witness, would testify competently thereto.

2. Within the same day as retaining new counsel, Podfitness (through counsel) contacted Apple's attorneys telephonically, advised them of having successfully obtained new counsel, and sought a stipulation to extend the current form of scheduling order. Podfitness offered to produce witnesses for depositions on dates certain, but not within the December 14, 2007 existing discovery cut-off deadline.

3. In a subsequent communication, Apple requested that it be allowed to conduct its discovery as late as the <u>end of January 2008</u>, by taking the depositions of Podfitness' witnesses. The premise for this request was due to scheduling conflicts with Apples' attorneys. Apple would not agree to reciprocate such timing to Podfitness in providing its witnesses.

4. Podfitness has requested an extension on all deadlines, and for Apple to reciprocate production of witnesses, but Apple would not stipulate to any modification of the existing scheduling order, even though it requests depositions as late as end of January 2008 and a 30 day stay was in place.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 10th day of December at Salt Lake City, Utah.

JAMES E. MAGLEBY

- 1 -

CASE NO. C 06-05805 SBA   DECL. OF JAMES MAGLEBY IN SUPPORT OF DEF.'S MOTION FOR ADMINISTRATIVE RELIEF