James M. Wagstaffe (95535)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

James E. Magleby (Utah Bar No. 7247, *pro hac vice* pending)
Jason A. McNeill (Utah Bar No. 9711, *pro hac vice* pending)
**MAGLEBY & GREENWOOD, P.C.**
170 South Main Street, Suite 350
Salt Lake City, Utah 84101-3605
Telephone: (801) 359-9000
Facsimile: (801) 359-9011

Attorneys for Defendant and
Counterclaim Plaintiff Podfitness, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> PODFITNESS, INC., and DOES 1-100, Inclusive, <br><br> Defendants. | Case No. C 06-05805 SBA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF EXTENDING PRETRIAL DEADLINES** <br><br> Hon. Saundra Brown Armstrong |
| PODFITNESS, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> APPLE COMPUTER, INC., <br><br> Counterclaim Defendants. | |

# [PROPOSED] ORDER GRANTING ADMINISTRATIVE RELIEF EXTENDING PRETRIAL DEADLINES

This matter came before the Honorable Saundra Brown Armstrong on Defendant Podfitness, Inc.'s ("Defendant") Motion for Administrative Relief to the Court to extend the deadlines set in its January 25, 2007 Order for Pretrial Preparation.

This Court, having fully considered the moving papers, hereby GRANTS Defendant's Motion and ORDERS the following schedule:

Deadlines extended ninety (90) days:
- All discovery, except for expert discovery to be completed by March 14, 2008.
- Experts to be designated by April 8, 2008; rebuttal disclosure by May 16, 2008; expert discovery to be completed by June 12, 2008.

Deadlines extended sixty (60) days:
- All motions to be heard on or before June 16, 2008.
- All parties to participate in a mandatory settlement conference between June 20, 2008 and July 15, 2008.

Deadlines extended thirty (30) days:
- Pretrial preparation due June 19, 2008.
- Motions in Limine and Objections to Evidence due by June 26, 2008; responses due by July 3, 2008.
- Pretrial conference to be held on July 10, 2008.
- Trial before the jury to begin on July 23, 2008.

Any opposition to the Motion shall be filed by December 13, 2007.

IT IS SO ORDERED.

Dated: _____          _____
                             The Honorable Saundra Brown Armstrong
                             UNITED STATES DISTRICT JUDGE



– 1 –

CASE NO. C 06-05805 SBA                                    [PROPOSED] ORDER