# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 06-05805 SBA (JCS)**

**CASE NAME:  APPLE COMPUTER INC. v. PODFITNESS INC.**

| | |
|---|---|
| **JUDGE CHARLES R. BREYER** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: December 14, 2007        **TIME: 6  mins** | **COURT REPORTER**: <u>Sahar McVickar</u> |
| <u>**COUNSEL FOR PLAINTIFF:**</u><br>Lisa Martens (T)* | <u>**COUNSEL FOR DEFENDANT:**</u><br>James Magleby (T)*<br>James Wagstaff (T)* |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1.  Pla's Motion to Quash Defendant's Deposition Subpoena's [docket no. 88] | Submitted |

<u>**ORDERED AFTER HEARING:**</u>

Parties shall advise Judge Spero by the close of business on Tuesday, 12/18/7 if this issue has been resolved.  If the issue is unresolved, Court will issue an Order on Wednesday, 12/19/7

**ORDER TO BE PREPARED BY:**        () Plaintiff     () Defendant      (X) Court

**CASE CONTINUED TO:**

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**     at 9:30 a.m. | | **Pretrial Conference:**     at 1:30 p.m. |
| **Trial Date:**           at 8:30 a.m.  ()Jury   ()Court     Set for     days | | |

**cc:**       Chambers; Karen
* (T) = Telephonic Appearance