1  James M. Wagstaffe (95535)
**KERR & WAGSTAFFE LLP**
2  100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
3  Telephone: (415) 371-8500
Fax: (415) 371-0500
4

5  James E. Magleby (Utah Bar No. 7247, *pro hac vice* pending)
Jason A. McNeill (Utah Bar No. 9711, *pro hac vice* pending)
6  **MAGLEBY & GREENWOOD, P.C.**
170 South Main Street, Suite 350
7  Salt Lake City, Utah 84101-3605
Telephone: (801) 359-9000
8  Facsimile: (801) 359-9011
9
Attorneys for Defendant and
10 Counterclaim Plaintiff Podfitness, Inc.

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                             OAKLAND DIVISION

15 APPLE COMPUTER, INC.,               Case No. C 06-05805 SBA

16        Plaintiff,                        **PODFITNESS' NOTICE OF
WITHDRAWAL OF ITS MOTION FOR
17     v.                                   ADMINISTRATIVE RELIEF**

18 PODFITNESS, INC., and DOES 1-100,        Hon. Saundra Brown Armstrong
19 Inclusive,

20        Defendants.

21

22 PODFITNESS, INC.,

23        Counterclaim Plaintiff,

24     v.

25 APPLE COMPUTER, INC.,

26        Counterclaim Defendants.

27

28

Dockets.Justia.com

1 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2 | **PLEASE TAKE NOTICE THAT** in light of the parties' proposed stipulated request for an

3 | order enlarging the schedule in this case, docket no. 4:06-cv-05805-SBA, Podfitness, Inc. hereby

4 | withdraws the following motion without prejudice:

5 |     Motion for Administrative Relief Extending Pretrial Deadlines, and supporting pleadings,

6 | docket no. 4:06-cv-05805-SBA.

DATED: December 21, 2007

Respectfully submitted,

**MAGLEBY & GREENWOOD, P.C.**
**KERR & WAGSTAFFE LLP**

By _____/s/_____
JAMES E. MAGLEBY
JASON A. MCNEILL
JAMES M. WAGSTAFFE

Attorneys for Defendant and Counterclaim Plaintiff Podfitness, Inc.

– 1 –

CASE NO. C 06-05805 SBA        NOTICE OF WITHDRAWAL OF MOTION FOR ADMINISTRATIVE RELIEF