David J. Miclean
(#115098/miclean@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Lisa M. Martens
(#195824/martens@fr.com)
Andrew M. Abrams
(#229698/abrams@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff and
Counterclaim Defendant
APPLE INC.

James M. Wagstaffe
Kerr & Wagstaffe LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
Telephone: (415) 371-8500
Facsimile: (415) 371-0500

James E. Magleby
Jason A. McNeill
Magleby & Greenwood, P.C.
170 South Main Street, Suite 350
Salt Lake City, UT 84101-3606
Telephone: (801) 359-9000
Facsimile: (801) 359-9011

Attorneys for Defendants
and Counterclaim Plaintiff
Podfitness, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> PODFITNESS, INC., and DOES 1-100, inclusive, <br><br> Defendants. | Case No. C 06-5805 SBA <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME** <br><br> Honorable Saundra B. Armstrong |
| PODFITNESS, INC., <br><br> Counterclaim Plaintiff <br><br> v. <br><br> APPLE INC., <br><br> Counterclaim Defendant | |

Pursuant to Local Rule 6-2, Plaintiff and Counterclaim Defendant Apple Inc. ("Apple") and Defendant and Counterclaim Plaintiff Podfitness, Inc. ("Podfitness") file this stipulation requesting an enlargement of the schedule in this case. In support of this stipulation, the parties submit the declaration of James E. Magleby, counsel for Podfitness, which sets forth the facts that necessitated the requested enlargement. The parties believe good cause for the enlargement exists for the following reasons.

A. **FILING OF AMENDED COMPLAINT AND COUNTERCLAIM**

Since the Court's January 25, 2007 Order for Pretrial Preparation setting forth the original trial schedule, the scope of this matter has expanded. On August 1, 2007, Apple filed an amended complaint adding causes of action for cybersquatting and for breach of contract. Magleby Decl., ¶ 2. Apple's amendment arose from new information uncovered during the discovery process. *Id.* Podfitness answered the amended complaint on August 31, 2007, and counterclaimed, alleging intentional and negligent interference with contractual relations, negligent interference with prospective economic advantage, and unlawful, unfair and deceptive practices in violation of the California Business and Professions Code. Podfitness' counterclaims arose from conduct which purportedly occurred during the discovery process, and after the scheduling order had been put into place. Magleby Decl., ¶ 3. Both Apple's new claims and Podfitness' new counterclaims invoke the need for additional discovery. Further, pursuant to Podfitness' efforts to obtain new counsel and the courts order staying this action, discovery has not gone forward for several months.

B. **WITHDRAWAL OF PODFITNESS' COUNSEL AND STAY OF THE PROCEEDINGS**

On September 19, 2007, Podfitness' outside counsel, Workman Nydegger, filed its motion to withdraw as counsel. Subsequently, on October 16, 2007, in-house counsel for Podfitness, Steve Hutchinson, filed notice with the Court that he was no longer employed with Podfitness. Magleby Decl., ¶ 4. On October 31, 2007, the Court permitted a withdrawal of outside counsel and ordered a temporary stay of the case for thirty (30) days pending Podfitness' engagement of substitute counsel. *Id.* Podfitness retained Magleby & Greenwood, P.C. as new outside counsel

on November 30, 2007, and retained local California counsel, Kerr & Wagstaffe, LLP on December 6, 2007. Magleby Decl., ¶ 5.

During this time, in the months of August, September, October and November 2007, the parties participated in numerous settlement negotiations. Magleby Decl., ¶ 6. Ultimately, the parties did not succeed in reaching a settlement. *Id.* As such, the parties now must reschedule the discovery activities that were postponed during the stay of the action. Further, new counsel for Podfitness requires additional time to review Apple's document production and propound additional discovery.

**D.     PROPOSED SCHEDULE WITH EXTENDED DEADLINES**

To allow the parties adequate time to complete discovery and prepare for trial, the parties have stipulated and agreed to the following schedule:

| | |
|---|---|
| Fact discovery closes | May 23, 2008 |
| Last day to designate experts and to submits reports on those issues the party bears the burden of proof | June 17, 2008 |
| Last day to serve rebuttal expert reports | July 25, 2008 |
| Expert discovery closes | August 22, 2008 |
| Deadline for dispositive motions to be filed | August 19, 2008 |
| Deadline for dispositive motions to be heard | September 23, 2008 |
| Settlement conference | September 29 to October 24, 2008 |
| Filing of pretrial preparation due | October 7, 2008 |
| Motions in Limine and Objections to Evidence due | October 28, 2008 |
| Responses to Motions in Limine and Objections due | November 4, 2008 |
| Pretrial conference | November 18, 2008 |
| Jury trial begins | December 1, 2008 |

| | |
|---|---|
| 1 | There have been no prior modifications to the schedule set forth in the Court's January 25, |
| 2 | 2007 Order.  Magleby Decl., ¶ 7.  The requested time modification would re-set the entire |
| 3 | schedule for this case, and the parties would be prepared to try the case on December 1, 2008. *Id*. |
| 4 | Based on the foregoing, the parties respectfully request that the Court grant the parties |
| 5 | stipulated request. |

Dated:  January 7, 2008                             FISH & RICHARDSON P.C.


By:   /s/ David J. Miclean
         David J. Miclean

Attorneys for Plaintiff and
Counterclaim Defendant
APPLE INC.

Dated:  January 7, 2008                             MAGLEBY & GREENWOOD, P.C.


By:   /s/ James E. Magleby
         James E. Magleby

Attorneys for Defendants and
Counterclaim Plaintiff
PODFITNESS, INC.

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James E. Magleby.

Dated:  January 7, 2008                             FISH & RICHARDSON P.C.


By:   /s/ David J. Miclean
         David J. Miclean

Attorneys for Plaintiff and
Counterclaim Defendant
APPLE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____    _____
                            United States District Judge

# PROOF OF SERVICE

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On January 7, 2008, I caused a copy of the following document(s):

**STIPULATED REQUEST FOR ORDER CHANGING TIME**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| James M. Wagstaffe<br>Kerr & Wagstaffe LLP<br>100 Spear Street, Suite 1800<br>San Francisco, CA 94105-1528<br>Telephone: (415) 371-8500<br>Facsimile: (415) 371-0500 | Attorneys For Defendant<br>PODFITNESS, INC. |
| James E. Magleby<br>Jason A. McNeill<br>Magleby & Greenwood, P.C.<br>170 South Main Street, Suite 350<br>Salt Lake City, UT 84101-3606<br>Telephone: (801) 359-9000<br>Facsimile: (801) 359-9011 | Attorneys For Defendant<br>PODFITNESS, INC. |

[X] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[ ] **ELECTRONIC MAIL:** Such document was transmitted by electronic mail to the addressees' email addresses as stated above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on January 7, 2008, at San Diego, California.

/s/Nicole C. Pino
Nicole C. Pino