JAMES M. WAGSTAFFE (95535)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

ATTORNEYS FOR PODFITNESS, INC.

FILED
JAN 0 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
DEC - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PODFITNESS, INC., and DOES 1-100, Inclusive <br><br> Defendants. | Case No. C 06-05805 SBA <br><br> [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

KERR & WAGSTAFFE LLP

CASE NO. C 06-05805 SBA     ORDER GRANTING APP. FOR ADMISSION OF ATTY. *PRO HAC VICE*

1    Jason A. McNeill, an active member in good standing of the State Bar of Utah, whose
2 business address and telephone number is Jason A. McNeill, Magleby & Greenwood, P.C., 170
3 South Main Street, suite 350, Salt Lake City, Utah 84101, telephone (801) 359-900, facsimile
4 (801) 359-9011, having applied in the above-entitled action for admission to practice in the
5 Northern District of California on a *pro hac vice* basis, representing Podfitness, Inc.
6    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8 *vice*. Service of papers upon and communication with co-counsel designed in the application will
9 constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, Electronic Case Filing.

Dated: December 28, 2007

United States Magistrate Judge

# PROOF OF SERVICE

I, Sarah Smoot, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On December 5, 2007, I served the following document(s):

- **[Proposed] Order Granting Application for Admission of Attorney *Pro Hac Vice***

on the parties listed below as follows:

| | |
|---|---|
| David J. Miclean<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | Lisa M. Martens<br>Andrew M. Abrams<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130 |
| William S. Farmer<br>Jacob Alpern<br>Collette Erickson Farmer & O'Neill LLP<br>235 Pine Street, Suite 1300<br>San Franciso, CA 94104-2733 | Charles J. Veverka<br>Robert A. Aycock<br>Mark W. Ford<br>Brett I. Johson<br>Workman, Nydegger & Seeley P.C.<br>1000 Eagle Gate Tower<br>60 East South Temple<br>Salt Lake City, UT 84111 |
| James E. Magleby<br>Jason A. McNeill<br>Magleby & Greenwood, P.C.<br>170 South Main Street, Suite 350<br>Salt Lake City, Utah 84101 | |

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☐ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

☐ **By Federal Express** or overnight courier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 5, 2007, at San Francisco, California.

*/s/ Sarah Smoot*
Sarah Smoot

— 2 —

CASE NO. C 06-05805 SBA   ORDER GRANTING APP. FOR ADMISSION OF ATTY. *PRO HAC VICE*