1  James M. Wagstaffe (95535)
   **KERR & WAGSTAFFE LLP**
2  100 Spear Street, Suite 1800
   San Francisco, CA 94105–1528
3  Telephone: (415) 371-8500
   Fax: (415) 371-0500
4

5  James E. Magleby (Utah Bar No. 7247, admitted *pro hac vice*)
   Jason A. McNeill (Utah Bar No. 9711, admitted *pro hac vice*)
6  **MAGLEBY & GREENWOOD, P.C.**
   170 South Main Street, Suite 350
7  Salt Lake City, Utah 84101-3605
   Telephone: (801) 359-9000
8  Facsimile: (801) 359-9011

9  Attorneys for Defendant and
10 Counterclaim Plaintiff Podfitness, Inc.

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                            OAKLAND DIVISION
14

15 APPLE COMPUTER, INC.,                    | Case No. C 06-05805 SBA
16        Plaintiff,                        | **DECLARATION OF JEFF HAYS IN
17                                          | SUPPORT OF DEFENDANT'S
       v.                                   | MOTION FOR PARTIAL SUMMARY
18                                          | JUDGMENT**
19 PODFITNESS, INC., and DOES 1-100,        | Hon. Saundra Brown Armstrong
   Inclusive,
20
          Defendants.
21

22 PODFITNESS, INC.,
23        Counterclaim Plaintiff,
24     v.
25
   APPLE COMPUTER, INC.,
26
          Counterclaim Defendants.
27
28

KERR & WAGSTAFFE LLP

CASE NO. C 06-05805 SBA                     DECL. OF JEFF HAYS IN SUPPORT OF
                                            DEF.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Jeff Hays, hereby declare:

1. I am the President of Defendant and Counterclaim Plaintiff Podfitness, Inc. ("Podfitness"). I have personal knowledge of the facts set forth herein and, if called as a witness, would testify competently thereto.

2. I selected the name Podfitness partly in response to the increasing popularity of the term "podcast" or "podcasting, but also because it was one of the names for which a domain name was available to purchase. At the time, because of the media and other discussion about the popularity of podcasts, the word "pod" had a number of meanings, including primarily reference to the generic category of MP3 players, the "pod" in "podcast," "portable on demand," a small thing connected to a larger thing, and the iPod product.

3. "Podcast" was named the "word of the year" at the end of 2005 by the New Oxford American Dictionary. [*See* Oxford University Press webpage, attached as Exhibit "A"]. The word "podcast" is a generic term meaning a digital recording made available on the Internet for downloading to a personal audio player or computer.

4. Podfitness chose its name to associate downloadable Internet media with fitness and exercise. In other words, Podfitness sells fitness podcasts, except that unlike traditional podcasts, the Podfitness product is a customized podcast, created by the consumer (as discussed in more detail below).

5. Podfitness registered to do business in the State of Utah on or about April 18, 2005. To the best of my knowledge, it was not until months later, in about June 2005, that Apple made podcasts available from its iTunes website.

6. Use by Podfitness of the "PODFITNESS" mark is done in a consistent manner, using a consistent color scheme.

7. Examples of the Podfitness logo directly from Podfitness electronic files, reflecting how the Podfitness name is used on Podfitness website and marketing materials, follows:

# Podfitness.com

or



8. Podfitness sells a customized podcast, a custom audio workout based upon the customer's personal fitness profile, needs and desires. The downloadable audio workouts combine the customer's own digital music library (whether on Microsoft's Zune player, an iPod, or other MP3 music player) with a set of fitness instructions from a trainer selected by the customer for playback on the subscriber's portable media player.

9. Podfitness does not make or sell portable media players; nor does it plan to enter the portable media player market in the future.

10. Based on their individual fitness profiles, selected goals, trainer, and equipment, customers get a unique, customized workout plan. Once the workout is individually built, then Podfitness combines music tracks from the users' Zune or iTunes library with each training session.

11. Even though a user will use Zune or iTunes to manage the music used with their customized workout, a user does not need a Zune or an iPod, because the Zune and iTunes music managers work on all MP3 music players. In fact, an iPod user could use Zune to manage their music library, and a Zune user could use iTunes to manage their music library.

12. A description of Podfitness business, its marketing to internet users, and other information about the company and its product are reflected in the current Podfitness website, at



www.podfitness.com. A true and correct copy of the Podfitness website is attached as Exhibit "B." These pages reflect the use of the Podfitness name and color scheme set forth above.

13. Podfitness has also built or is building strategic partnerships with technology, fitness, and media companies like Microsoft, Fitness Magazine, Polar USA, Cooper Aerobics Center, and Lady Foot Locker. Podfitness has been featured on the Tyra Banks show, CNN Headline News, E! News Live, and in the pages of Shape, Life & Style Weekly, Consumer Digest, Wall Street Journal, LA Times, New York Times, Washington Post, and Better Homes and Gardens. Self magazine gave Podfitness the highest rating of its training "gadgets" review, an "A." rating.

14. Podfitness has gathered an incredible group of nationally-known trainers and fitness/workout experts, including "America's Trainer" Kathy Smith, supermodel trainer David Kirsch, Mr. Olympia Jay Cutler, and running legend Jeff Galloway. Others include Yumi Lee (trained Brad Pitt), Mark Blanchard (Yoga instructor to Jennifer Lopez), Jeanette Jenkins (trainer for Queen Latifa), Bas Rutten (undefeated UFC heavyweight champion), Jimmy Pena (Fitness Director, Muscle & Fitness Magazine), Gunther Schlierkamp (former Mr. Universe), and Nancy Kennedy (trained Julia Roberts and Kevin Costner). [*See* Podfitness website, Meet the Trainers, Ex. B].

15. Although Podfitness obviously targets persons who use MP3 players (including iPods and Microsoft's Zune players), the primary target audience is necessarily those persons interested in fitness and workout programs, i.e., physical exercise. In fact, if a person is not interested in a fitness or workout program, they will have no reason to buy the Podfitness product, no matter how many MP3 players they own, or whether they own an iPod, a Zune, or some other brand of MP3 player.

16. Podfitness makes clear that its product works with an iPod or other MP3 player, including the competing Microsoft ZUNE player, and Podfitness is obviously not selling actual iPods (or any other MP3 player). Podfitness explains its business as follows:

**Supernova Marketplace: The Intersection of MP3 and Fitness**

When Podfitness was founded in January 2005, Apple had sold just over 10 million iPods

- 3 -

CASE NO. C 06-05805 SBA        DECL. OF JEFF HAYS IN SUPPORT OF
                                 DEF.'S MOTION FOR PARTIL SUMMARY JUDGMENT

in the nascent MP3 marketplace. Sensing a major shift coming, President and Founder Jeff Hays gambled that the iPod-led MP3 revolution had the potential not only to change the economics of the music business, but also the fitness industry. This began a multimillion-dollar process of conceptualizing, building, and refining the idea of Podfitness.

Now, in 2007, there have been over 100 million iPods sold, and the MP3 accessory market is white-hot. In addition, the number of people focusing on fitness has never been higher: there are 40 million fitness club members in the U.S. alone.

Not coincidentally, at this exact time, Podfitness is at the culmination of 2 years' efforts: The company built the world's largest audio exercise library, partnered with the most formidable team of celebrity trainers ever assembled, created an "expert system" that applies a trainer's style to each workout, and built a mixer to pull it all together with music. Podfitness has 10 patents pending, with more underway.

Podfitness delivers a workout that is customized, varied, and professionally designed, then a custom-built mixer adds music, like a soundtrack for the background of each workout. There's nothing like it anywhere.

17. Podfitness' business is conducted primarily through the Internet, and that is the *only* source of the downloadable, customized podcasts created and bought by the consumers. In other words, if the consumer cannot understand and use the internet to access and customize a Podfitness workout, the customer cannot use the Podfitness product. The Podfitness website makes limited references to the iPod product as necessary to inform the consumer, but these are not confusing. [*See* Ex. B].

18. It is obviously necessary that Podfitness tell consumers about the compatibility of the Podfitness product, and to allow a user to choose the iPod, Zune, or other MP3 player, and such references are limited to this purpose, they are not designed to confuse consumers into thinking that Podfitness is affiliated or sponsored by Apple or iPod. In fact, it would make no business sense for Podfitness to limit its market to only iPod users because, even though iPod users are the majority of the MP3 users, there is an ever-growing number of consumers who are *not* using the iPod.

19. For example, in the Frequently Asked Questions ("FAQ") section of the site, there are a few very clear and plain references to the iPod product, like the following:

**What do I need to run Podfitness?**

All you need is a PC (Windows 2000, XP, or Vista) or Mac (Mac OS 10.4 or greater) running iTunes™ or Zune software, an iPod, Zune, or portable MP3 player, and a broadband internet connection.

20. For example, under the "Getting Started" heading on the Podfitness site, a user is told the following:

**I own an iPod, how do I get started?**

Click here for a Getting Started tutorial on setting up Podfitness for the first time.

**I own a Zune, how do I get started?**

Click here for a Getting Started tutorial on setting up Podfitness for the first time.

**I don't use an iPod or a Zune, is there anything I should know?**

Yes! If you use an MP3 player that is not an iPod or Zune, you will still need to have iTunes or Zune software installed to mix and download workouts.

21. There can be no confusion because the user of the Podfitness product must not only be sophisticated enough to understand and interact with the relatively time-consuming and complicated webpages, but as a *necessary* step a user *must* choose between using a Microsoft ZUNE format, an IPOD format, or some other MP3 format:



22. Podfitness' subscription service is currently $59.95 per quarter, or about $240.00 / year.

23.     The Podfitness product demands a degree of care and commitment unlike the purchase of a physical good. Only those committed to fitness workouts have need for the Podfitness service. In order to research, design, customize, and use a Podfitness workout, the consumer must be interested in spending money on a workout or fitness program, and desire physical and time consuming interaction with the product.

24.     In using the Podfitness website, a user must *customize* the product for their *personal* needs, including by making numerous specific decisions which could involved hundreds (or thousands) of different combinations of decisions, and interacting with multiple screens and options – hardly a process promoting inadvertence or mistake. Some of the steps, including the choice between a Zune player and an iPod player, are reflected in a document sometimes called "Podfitness101," which is available to users through the Podfitness webpage. A true and correct copy is attached as Exhibit "C," and can be found at the following address: http://www.podfitness.com/page_attachments/1092/Podfitness101.pdf.

25.     Podfitness includes a disclaimer on its website and its advertising which states that "iPod is a registered trademark of Apple, Inc. Podfitness is not affiliated with or endorsed or supported by Apple, Inc." [Podfitness Website, Home page, Ex. B].

26.     Attached as Exhibit "D" are excerpts from what I understand to be a rough transcript of my deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 22nd day of February at Salt Lake City, Utah.

_____
JEFF HAYS