# Exhibit "A"



# "Podcast" is the Word of the Year



(New York, NY) — Only a year ago, podcasting was an arcane activity, the domain of a few techies hear everything from NASCAR coverage to NPR's *All Things Considered* in downloadable audio file are available at the iTunes Music Store, and websites such as iPodder.com and Podcast.net track th the **New Oxford American Dictionary** have selected 'podcast' as the Word of the Year for 2005. Po radio broadcast or similar program, made available on the Internet for downloading to a personal au update of the **New Oxford American Dictionary**, due in early 2006.

Runners-up for the 2005 Word of the Year include:

- **bird flu** (an often fatal flu virus of birds, esp. poultry, that is transmissible from them to humans, in whom it ma
- **ICE** (an entry stored in one's cellular phone that provides emergency contact information)
- **IDP** (internally displaced person; someone forced to relocate within a country because of a natural disaster or
- **IED** (improvised explosive device, such as a car bomb)
- **lifehack** (a more efficient or effective way of completing an everyday task: "I found a great lifehack for getting
- **persistent vegetative state** (a condition in which a patient recovering from a coma retains reflex responses a cognitive functions or other evidence of cerebral cortical activity)
- **reggaeton** (a Latin American dance music which combines elements of reggae music with hip-hop and rap.)
- **rootkit** (software installed on a computer by someone other than the owner, intended to conceal other progra
- **squick** (cause immediate and thorough revulsion: "was anyone else squicked by our waiter's piercings?")
- **sudoku** (a logic-based puzzle consisting of squares that form grids within a grid. Into each smaller grid, the nu repeated, and they may not be repeated in any row or column of the larger grid.)
- **trans fat** (fat containing trans-fatty acids, considered unhealthier than other dietary fats.)

Erin McKean, editor in chief of the **New Oxford American Dictionary**, said: "Podcast was considered for inclusion la people were using it, or were even familiar with the concept. This year it's a completely different story. The word has phenomenon."

"Choosing the word of the year is incredibly difficult," said McKean. "Not just because of the enormous amount of dat technical journals to suggestions sent to dictionaries@oup.com—but because everyone has such strong opinions ab material. You'd be amazed at how hard our editors campaign for their favorites. I'm surprised nobody tried to bribe m more cool new words!"

Publication dates and prices are subject to change without notice. Prices are stated in US Dollars and valid only for sales transacted Conditions and Privacy Policy. We value your opinion and feedback about our website. Share your thoughts with us now. Copyright reserved.