# Exhibit "B"




**Podfitness.com**

   

   



"I **love** my workouts, and every one is **different**"
Duane Jess

Less than $5 / week
INTRODUCTORY OFFER
**FREE 10-DAY**
TRIAL MEMBERSHIP
**START NOW**

## About Us

Podfitness.com, founded in 2005, is world's first and only service that delivers custom audio workouts to your MP3 player. Built from the world's largest audio exercise library and with 10 patents pending, Podfitness has created an unprecedented multimillion-dollar system that gives you a personal trainer, right on your MP3 player.

Headquartered in Sandy, Utah, Podfitness has a team of dozens constantly improving the Podfitness experience, with trainers recording new exercises in facilities across the United States.

Podfitness members choose workout plans from dozens of top trainers from Hollywood and around the world, and Podfitness gives users a brand new, customized workout every time they use it.

Best of all, Podfitness gives members the expertise of elite personal trainers, combined with the motivating power of their own music. Take it for a free test drive and see how amazing Podfitness is for yourself!

Additional Company Information
Management Team





Two of Podfitness' in-house recording studios in a rare quiet moment...



### Reviews

"I just wanted to write to say 'thank you' for helping me shed 41.6 lbs!! I look and feel better than I did in my 20's and I owe much of that to you."
Kim Lohrke

"If you have a love affair with your MP3 player and want to use it for customized workouts, Podfitness.com is a great choice for you."
About.com

"I just started working out to this program. I have been working out with Denise Austin for the past 2 years. I tried Podfitness when the station changed the time for your program. I am 54 years old and was nervous about changing work outs, but your trainers are great! They explain moves well and are very encouraging. I hope you continue on your program start on tv."
Thanks,
Sandy D'Angelo

"Today March 20th I caught the episode with Yumi Lee on Kickboxing Butt Workout. It was the best I have ever seen and would extremely love to get her dvd or a copy of this segment. If this is not possible could I email her personally to let her know how much I enjoyed it. I was just told by my doctor that I am in the early stages of diabetes. I'm 46 years old and can't do workouts that are too difficult. I was able to keep up beautifully with her kickboxing. She was very encouraging."
Thanks,
Yvette Edwards

**Microsoft**  **WAL★MART**  nDisits  W  Lady Foot Locker  POLAR  SPRI  human kinetics  VIA

My Account | Support Center | FAQ | Contact Us | About Us | Partners | Press | Jobs | Privacy | Terms | Site Map

©Podfitness, Inc. All rights reserved. Podfitness and Podfitness.com are trademarks of Podfitness, Inc.
iPod is a registered trademark of Apple, Inc. Podfitness is not affiliated with or endorsed or supported by Apple, Inc.


VeriSign
Secured
3:48:52 PM 2/14/2008



**Our Partners**





## "I **love** my workouts, and every one is **different**"

Duane Jets

### Less than $5 / week

INTRODUCTORY OFFER

**FREE 10-DAY**
TRIAL MEMBERSHIP

**START NOW**

## How does it work?

For the first time in history, Podfitness has created a system that builds audio workouts just for you. Based on your goals and preferences, every workout is customized for you, and downloaded to your iPod, Zune, or other MP3 player. It's simply the most effective and flexible workout system ever.

### Reviews

"I just wanted to write to say 'thank-you' for helping me shed 41.6 lbs! I look and feel better than I did in my 20's and I owe much of that to you."
Kim LoKirke

"I'm addicted... 'A' Rating"
Self Magazine

## Using Podfitness

### 1. May we recommend...

Fill out a short Fitness Profile, and Podfitness matches you with the trainers and programs that are most likely to help you reach your goals. For instance, if you're a beginner, you want to lose 10 pounds, and you prefer to exercise outdoors, Podfitness will recommend several trainers that know how to ease you into an outdoor exercise program that will help you shed pounds quickly.



### What You Get

- 24/7 access to Podfitness.com

- Unlimited workouts (2 per day)

- Access to 2,896+ exercises

- Workouts from 80+ of the world's top coaches

- Expert coaching through every session

- Smart workouts that adapt to you

- Flexibility to switch trainers and activities anytime

- A Fitness Journal to track your progress

- Your music mixed with every workout

- Total control of your fitness plan

### 2. Hire a trainer (or two, or five)

If you're after more than one fitness goal (or just want some variety), you can work out with any of the 80 top trainers in Podfitness anytime. So, in addition to a weight loss program with one trainer, you could add a weight training program with another trainer, and a Yoga program with another. The choices are endless, and Podfitness keeps track of your progress, so you can switch up your programs whenever you want.



### 3. Choose your tunes

Every Podfitness workout is customized to the best music in the world—yours! So choose your favorite songs, upload them to iTunes or Zune, and Podfitness will mix them with every custom workout.

 

### 4. Workouts, evolved

No two people are exactly alike, so why get stuck with canned, pre-made workouts? Podfitness custom-builds every workout from the world's largest audio exercise library (for example, there are 600 kinds of rows in Podfitness), so every workout is different and pushes you further toward your fitness goals.

You simply have to hear it to believe it.



## What you get with Podfitness:



**Fun workouts. Serious results.** When you combine the motivating power of your music with the expertise of your Podfitness trainer, you get a workout that is more than the sum of its parts: it's a power tool for losing weight, building or toning muscle, and the fastest, most fun way to reach your fitness goals.



**Anytime, anywhere convenience.** With Podfitness, you get a workout plan that fits your lifestyle, not the other way around. And your trainer goes anywhere you can take your MP3 player!

**Hollywood's Dream Team:** Now yours. Hollywood stars and professional athletes pay thousands of dollars to have their bodies sculpted by the trainers at Podfitness. Now, for pennies a day, you can have the kind of results that you only get from working with the world's best trainers (and there are more than 70 to choose from)!

**Everyone could use a boost.** Don't know how to get started? Reached a plateau? Stuck in an exercise rut? Podfitness is your secret weapon to finally lose weight, run a marathon, or get the body you've always wanted.

**There's simply no risk.** You get virtually unlimited custom workouts (up to 2 per day) with any of our trainers for only $19.95 per month (plus tax where applicable). Compared to the hundreds of dollars you'd spend to hire a club trainer for only a few sessions per month, it's a no-brainer!

**There are no commitments, no cancellation fees, and no hassle.** If you decide Podfitness isn't for you, you can cancel anytime, online or by phone, and you won't be charged for any additional months. Plus, keep all the workouts you've created, on us!

PODFITNESS CORPORATE PARTNERS

**Microsoft** **WAL-MART**    Lady Foot Locker *POLAR*   VJV

My Account | Support Center | FAQ | Contact Us | About Us | Partners | Press | Jobs | Privacy | Terms | Site Map

©Podfitness, Inc. All rights reserved. Podfitness and Podfitness.com are trademarks of Podfitness, Inc.
iPod is a registered trademark of Apple, Inc. Podfitness is not affiliated with or endorsed or supported by Apple, Inc.


3:41:39 PM 2/14/2008


**Podfitness.com**

"I **love** my workouts, and every one is **different**"
Duane Jett

Less than $5 / week
INTRODUCTORY OFFER
**FREE 10-DAY**
TRIAL MEMBERSHIP

**START NOW**

## Our Elite Trainers are Ready to Help You Succeed

Everyone has good intentions when it comes to fitness and exercise, but that's not always enough. Podfitness gives you access to the top trainers in the world, to help you get motivated, stay focused and reach your goals.

Whether you want to walk outdoors with fitness legend Kathy Smith, or get six-pack abs with Hollywood's top trainers, Podfitness will help you find the personal trainer that gets you results.

NOTE: All of our workouts were designed specifically for Podfitness by the trainers listed below. Podfitness' advanced workout engine creates custom workouts for you using each trainer's unique formula and style.

### Quick FAQ

How much does it cost?

Who designs my workout plan?

How are my workouts customized for me?

Are these audio, video, or photo workouts?

What if I decide to cancel?

What do I need in order to use Podfitness?

How do I download Podfitness workouts?

Is this just for the iPod?

What if I don't belong to a gym?

How does it mix with my music?


David Kirsch


Jeanette Jenkins


Trained Reese Witherspoon & Tobey Maguire
Michael George


Yumi Lee


Ron Mathews


Kathy Smith


Mr. Olympia Champion
Jay Cutler


Jim Ryno


Alyssa Ungaro


Mark Blanchard


"Today Show" Fitness Authority and Celebrity Trainer
Kathy Kaehler


Danny Bonaduce


Bas Rutten

and many more!


The Cooper Aerobics Center is the most recognized and respected (not to mention exclusive) fitness clinic in the world, and now their experts and programs are at your fingertips at Podfitness.

PODFITNESS CORPORATE PARTNERS

**Microsoft**   **WAL★MART**   eDiets   W   izzzo   Lady Foot Locker   **POLAR**   SPRI   Augeo   VBV

By Account | Support Center | FAQ | Contact Us | About Us | Partners | Press | Jobs | Privacy | Terms | Site Map

©Podfitness, Inc. All rights reserved. Podfitness and Podfitness.com are trademarks of Podfitness, Inc.
iPod is a registered trademark of Apple, Inc. Podfitness is not affiliated with or endorsed or supported by Apple, Inc.


VeriSign Secured

3:44:23 PM 2/14/2008

## "I **love** my workouts, and every one is **different**"

Duane Jets

Less than $5 / week

INTRODUCTORY OFFER

**FREE 10-DAY**
TRIAL MEMBERSHIP

**START NOW**

**Table of Contents**

1. FAQ
2. Billing
3. General
4. Getting Started
5. Music/Mixing
6. Trainers
7. Workouts
8. Troubleshooting

Welcome to the Podfitness Support Center! We've got answers to all your questions, and even some tips to make your Podfitness experience more efficient.

If you need more assistance, our Podfitness Support team is here to help!

You may also find the answers to your questions in the Podfitness 101 pdf.

- Frequently Asked Questions -top-

### What is Podfitness?

Podfitness is a patent-pending, revolutionary fitness service that gives you custom workouts from the world's top trainers, mixed with your own music. Based on how, when, and where you want to work out, Podfitness builds a brand new audio workout for you every time you use it.

You get the benefits of a personal trainer anywhere, anytime: your Podfitness coach steps you through your entire workout, counts your reps, and keeps you motivated, all while you listen to your music!

### How does it work?

Podfitness is the result of several years and millions of dollars in development: the world's first and only custom audio workouts. It's simple: you choose your fitness goal, from losing weight to running a marathon. Then, choose the coach you want from over 50 of the world's top fitness experts to guide you. Then, pick the music to make your workout soundtrack.

What you get is a totally custom workout plan, designed specifically for you that you can take with you on your MP3 player. To make this a reality, we've created a super-smart, patent-pending system based on the way our trainers would work with you in person, and a mixer to bring each session together with the best music in the world—yours. Every workout is designed just for you, with one goal. To get you in the best shape of your life, fast.

### What does Podfitness have to do with music?

If you've ever used music during your workout, you know that your "workout soundtrack" can make or break your momentum. Podfitness is all about your music. We've made a patent-pending mixer that lets you mix music from your iTunes™ or Zune library with every session. It's even smart enough to know when to turn down the music to let you hear your instructor. You get exactly the right music during every workout, because you get to choose it yourself.

### Do I need to install anything on my computer?

When you create your first workout, you will be asked to install the Podfitness Mixer that lets Podfitness add music from your iTunes™ or Zune music library.

### What do I need to run Podfitness?

All you need is a PC (Windows 2000, XP, or Vista) or Mac (Mac OS 10.4 or greater) running iTunes™ or Zune software, an iPod, Zune, or portable MP3 player, and a broadband internet connection.

### Where does the music come from? Can I use my own?

Podfitness works with any music you've imported into iTunes™ or Zune (but not tracks purchased form the iTunes™ Store or Zune Marketplace). You'll be able to select tracks or a Playlist from your own music library, and Podfitness will automatically mix your music to play in the background of your workout.

### Why can't I use my purchased music with Podfitness?

Currently, Podfitness is only compatible with music you have imported into iTunes or Zune, not music purchased through their stores.

Because of restrictions placed by record companies, music purchased from the iTunes Store and Zune Marketplace are locked with Digital Rights Management (DRM). This is designed by the record companies to prevent people from sharing their music with others. Because of these restrictions, Podfitness cannot legally unlock this music to mix with workouts.

We're not big fans of DRM, since it treats everyone like a criminal, and keeps people from using the music they've purchased for legitimate purposes (like mixing songs with Podfitness). The good news is that there's a growing library of iTunes Plus tracks available to purchase. iTunes Plus music is not shackled by DRM, and that music is compatible with Podfitness.

### What if I don't use an iPod or Zune?

Podfitness creates workouts that you can use with any type of MP3 player. You just need the free iTunes or Zune software installed on your computer in order to use Podfitness. Click here to download iTunes, or click here to download Zune.

### How do the workouts get to my MP3 player?

If your iPod or Zune is set to automatically sync, your workouts are automatically copied to and from your iPod. If you are set to manually sync, or have another MP3 player, you can simply drag-and-drop your workout from your Podfitness playlist to your MP3 player.

### How much is it? Is it a subscription service?

Podfitness is a quarterly subscription service, at $59.85 per quarter (13 weeks). There are no contracts, and you may cancel at any time.

### Do you sell pre-recorded workouts one at a time?

No. We think pre-recorded workouts certainly have a place, but they're not that great after they're used once. Pre-recorded workouts aren't very good at helping people progress and get more fit,

## Reviews

"I just wanted to write to say 'thank-you' for helping me shed 41.6 lbs!! I look and feel better than I did in my 20's and I owe much of that to you."
Kim LoRiNe

"If you have a love affair with your MP3 player and want to use it for customized workouts, Podfitness.com is a great choice for you."
About.com

"I just started working out to this program. I have been working out with Denise Austin for the past 2 years. I tried Podfitness when the station changed the fee for Denise Austin. I really like your program. I am 54 years old and was nervous about changing work outs, but your trainers are great! They explain moves well and are very encouraging. I hope you continue on your program stays on tv."
Thanks,
Sandy D'Angelo

"Today March 20th I caught the episode with Yumi Lee on kickboxing Butt Workout. It was the best I have ever seen and would extremely love to get her dvd or a copy of this segment. If this is not possible could I email her personally to let her know how much I enjoyed it. I was just told by my docter that I am in the early stages of diabetes. I'm 46 years old and can't do workouts that are too difficult. I was able to keep up beautifully with her kickboxing. She was very encouraging."
Thanks,
Yvette Edwards

and helping people become more fit is our top priority.

### Do I need a credit card to use Podfitness?

To use Podfitness, you can either sign up with a PayPal account, or a major credit card (Visa, MasterCard, or American Express).

### What devices does Podfitness support?

Podfitness works on any recent PC or Mac using iTunes or Zune. The workouts are playable on any MP3-capable device, including the iPod and Zune.

### Can I use Podfitness on multiple computers?

Yes. You can log in to Podfitness from any internet-connected computer, and Podfitness will pick up where you left off last. To mix your music with a workout, you just need to have iTunes loaded with music on the computer you're using, and the Podfitness Mixer installed.

### I'm a trainer, and I'd like to offer workouts through Podfitness!

Podfitness is looking for the best trainers in the world to create custom workouts. Contact us at trainers@podfitness.com if you're interested in joining the Podfitness revolution!

### Is Podfitness available outside the United States?

We're working on getting Podfitness everywhere people work out. We'll have more detailed information about this soon.

### How do I contact Podfitness?

Check out our contact us page.

- Billing -top-

### What will I be charged monthly?

A subscription to Podfitness costs $59.85 per quarter (13 weeks). If you are on a trial, you will not be charged until your trial ends. If for any reason during your trial you decide to cancel, you may do so at any time.

### Do I need a credit card to use Podfitness?

No. You may use either credit card or PayPal.

### When will I see a charge on my credit card?

You will see a charge for Podfitness quarterly (every 13 weeks at $59.85) which will recur on the date you signed up. If you are on a free trial you will not be charged. When your trial expires your billing cycle will begin.

### How do I cancel my Podfitness subscription if I am paying with a credit card?

Simply login to Podfitness and click on the My Account tab. Click on Account Status then click on the cancellation link.

### How do I cancel Podfitness if I am paying with PayPal?

If you are currently using PayPal to pay for Podfitness and would like to cancel, login to your PayPal account then locate the Podfitness subscription and follow the instructions to cancel. There is also a details link if you have additional questions.

### Are there any fees for canceling?

No way! Podfitness loves its customers and would never charge them any hidden fees.

### What if I cancel my trial early?

If you cancel before your trial is up you are not eligible for any time, workout or financial credits. You are also not eligible for any refunds on unused time.

### Do you have to commit to Podfitness for a certain amount of time?

Nope! Unlike a gym, you are never locked into subscribing to Podfitness.

- General -top-

### What is Podfitness?

Podfitness is the world's first fitness program that utilizes over 50 world-class trainers and your music to serve up customized audio workouts. We have the largest exercise database in the world waiting to use for your fitness goals.

### How does Podfitness work?

The first time you log in to Podfitness, you'll fill out a quick Fitness Profile. This allows us to team you up with a trainer and program that is best suited to help you reach your goals (or, you can choose one yourself if you'd like). Then, simply select one of your own music playlists and Podfitness automatically mixes the music with your audio workout. You get a personal trainer on your MP3 player, wherever and whenever you like, and your workouts change over time. When you come back to Podfitness after a workout to mix your next session, you can give feedback that directly changes your next workout, every workout keeps getting smarter, more tailored to you, and more satisfying.

### How do I access Podfitness?

You can click here to get started. After you have signed up, you can come back whenever you like and click on the 'Member Login' tab to start your next session.

### How much is it?

Podfitness is $59.85 per quarter (billed every 13 weeks). If you are interested in checking it out before you subscribe, click here to begin a free trial.

### What do I get when I subscribe to Podfitness?

When you subscribe to Podfitness, you get access to over 50 world-class celebrity trainers and

creates smarter workouts over time, and the ability to mix any workout with the best music in the world -yours!

### What does Podfitness have to do with my music?

Podfitness creates audio workouts customized for you. And it's the only one that mixes your audio coaching with music from your own iTunes or Zune playlists! When the trainer is providing audio instructions, your music volume will turn down and then kick back up when you need it most.

### Is this a Podcast?

Certainly not! Unlike other sites on the internet that serve up canned audio workouts, Podfitness learns your likes and dislikes each time you use it. We've built Podfitness with one thing in mind - your results!

We do however offer a free weight loss Podcast created by the Podfitness trainer staff. Click here to subscribe!

### Do I need a gym membership to use Podfitness?

No. Whether you work out at home, outside or in the gym, Podfitness workouts can adapt to fit where you work out, your skill level, and the equipment you have available. Anywhere you can take your MP3 player, you can use Podfitness.

### How does Podfitness know my fitness level?

Before your first workout, we ask you a series of questions that allow us to determine your fitness level, interests, workout experience and equipment availability. This allows us to search our exercise database and provide you with a trainer and program that is perfectly tailored for you. Whether you are training for a marathon, bodybuilding or just walking in the park, we can help you get results quicker.

### Is Podfitness available outside of the United States?

Currently Podfitness is only available in the United States. Don't worry though; we are working to expand Podfitness to anywhere your MP3 player can go.

### Are there any system requirements I should be aware of?

PC System Requirements:
Windows 2000 or newer
iTunes or Zune software installed

Mac System Requirements:
Mac OS 10.4 or greater
iTunes 5 or greater

### How do I contact Podfitness?

To call or email Podfitness simply visit our Contact Us page.

- Getting Started -top-

### I own an iPod, how do I get started?

Click here for a Getting Started tutorial on setting up Podfitness for the first time.

### I own a Zune, how do I get started?

Click here for a Getting Started tutorial on setting up Podfitness for the first time.

### I don't use an iPod or a Zune, is there anything I should know?

Yes! If you use an MP3 player that is not an iPod or Zune, you will still need to have iTunes or Zune software installed to mix and download workouts.

### Windows

### Do I need to install anything on my computer?

Yes, in order to use Podfitness on a PC you will need to install the latest version of the Podfitness Mixer. You can download the last version by clicking here.

### How do I install Podfitness?

Click here for a Getting Started tutorial on setting up Podfitness for the first time.

### How do I know if Podfitness is running?

When Podfitness is active, there will be a green Podfitness icon in the System Tray (next to the clock in the lower-right).

### Mac

### Do I need to install anything on my computer?

Yes, in order to use Podfitness on a Mac you will need to install the latest version of the Podfitness Mixer. You can download the last version by clicking here.

### How do I install Podfitness?

Click here for a Getting Started tutorial on setting up Podfitness for the first time.

### How do I know if Podfitness is running?

When Podfitness is active, you will see a green Podfitness icon in your Dock with a small black arrow underneath it.

- Music/Mixing -top-

### Do I need to have iTunes Playlists created before I mix?

It's highly recommended that you create a few Playlists filled with music you would like mixed with your workout before you begin. That way, when you are ready to mix your first workout, your music is ready to go.

Tip: Create Playlists with at least 30 minutes of music.
Tip: Create different playlists for different kinds of workouts: relaxed music for Yoga, upbeat for Cardio training, and so on.

## I use iTunes, how do I create a Playlist?

1. Open iTunes.
2. Under File, select 'New Playlist'.
3. Name your Playlist whatever you would like (for example, "Workout Music".
4. Now simply highlight songs from your library and drag them into your newly created Playlist on the left.

## How do I import my CDs into iTunes?

1. Insert an audio CD into your computer's internal CD or DVD drive.
2. When the list of songs appears in the iTunes window, deselect (remove the checkmark from) any songs you don't want to import.
3. To add the selected songs to your library, click the Import CD button (at the bottom of the iTunes window).
4. Once the CD is imported into your library you may add it to a Playlist

## I use Zune software, how do I create a Playlist?

1. Go to your PC and open up the Zune software. In the Navigation pane, right-click Playlists and select Create Playlist. A new Playlist appears on the right-hand list pane.
2. Drag your songs to the new Playlist and arrange them however you want.
3. When you are done, click Save Playlist.

## How do I add my workouts to my Zune?

1. Connect Zune to your PC and open Zune software.
2. On the Navigation pane (left), click the icon to display Music.
3. Navigate to the workouts you want to sync to Zune.
4. On the List pane (right), click the sync icon Task Selector to display the sync list.
5. Drag media from the Details pane (center) to the List pane to create a sync list.
6. When you're ready, click Start Sync. Zune software will sync your choices to your Zune device.

## How does Podfitness mix music with my workout?

Podfitness uses patent-pending technology that mixes your music with every custom workout. Then, it creates a music file that can be downloaded to your iPod or Zune player.

## I don't have any music; does Podfitness provide any?

No, unfortunately you will need to provide your own for right now. We are working on some solutions though... stay tuned.

## Do the workouts come pre-mixed with music?

No way! We would never tell you what music to listen to while you work out. That's part of the fun using your own tunes.

## Do I need to match my Playlist length to the length of my workout?

Nope. If your Playlist length is longer than your workout time, the mixer will automatically cut your Playlist off where the workout ends. (But we won't cut you off. It'll finish the song you were listening to.)

## Why can't Podfitness mix music I bought from the iTunes Store or Zune Marketplace?

Currently, Podfitness is only compatible with music you have imported into iTunes or Zune, not music purchased through their stores unless it is iTunes Plus.

Because of restrictions placed by record companies, music purchased from the iTunes Store and Zune Marketplace are locked with Digital Rights Management (DRM). This is designed by the record companies to prevent people from sharing their music with others. Because of these restrictions, Podfitness cannot legally unlock this music to mix with workouts.

Note: Any songs that are grayed out and not selectable are copyright-protected and not available to mix with Podfitness workouts.

## Will Podfitness ever work with music I buy online?

Yes! The good news is that there's a growing library of iTunes Plus tracks available to purchase. iTunes Plus music is not shackled by DRM, and that music is compatible with Podfitness.

## My workout is taking a while to mix. Can I speed it up?

We work hard to make getting to your workouts as fast as possible, but mixing your workout depends on the speed of your computer. If you have a relatively new computer, it should only take a minute or two. It will also help to make sure you're not running any demanding tasks, such as working with video, while mixing your workout.

## I hear the voice of my trainer, but no music in my workout. What happened?

Make sure you have selected a Playlist that has music added to it. Also, make sure the songs you are trying to mix aren't copyright protected.

## The mixer says, "Loading Playlists" instead of "Select a Playlist". What do I do?

Your Podfitness mixer or iTunes may not be running. If using a PC, find the Podfitness Mixer in your Start Menu/Programs and start Podfitness. Next, find iTunes in Start Menu/Programs and start iTunes.

If using a Mac, find the Podfitness Mixer icon in your Applications folder and start the program. Next, find iTunes in your Applications folder and launch iTunes.

- Trainers -top-

## Why do I hear a second voice in my workout (other than my trainer's)?

Each trainer uses an Assistant Trainer to count your reps and help with instructions. Depending on your workout settings, you may hear more or less of the assistant trainer. Throughout your workouts, your trainer will pop back in to give you additional instructions or motivation.

## Why don't I hear my trainer's voice at all?

Every workout is custom-built around your preferences from millions of possible combinations.

are a LOT of possibilities!). Even though your trainer designed the workout program you are participating in, it may have been customized to give you different exercises that your trainer hasn't recorded yet. In rare cases, your workout can become so customized that your Assistant Trainer coaches you through the entire workout. If this happens, please contact us and tell us about it.

### Is the workout I get really designed by the trainer I select?

Absolutely. Every Podfitness workout program is designed by the world-class trainer you choose. Each of these trainers creates a Podfitness workout program to give you the same workout you would get with them in person. Then, inside the Podfitness studio, the trainers record all the exercises and coaching you'll need for every workout. As a result, Podfitness has the largest exercise database in the world. These workouts aren't canned, they are designed and built for your fitness needs and grow with you.

### Where do I learn more about the trainer I've selected?

You can learn more about the your trainer by clicking "Details" on their picture inside Podfitness. And if you really want to be impressed, do a quick Google search on any of them (Hint: these are top-notch trainers).

### Can I contact my trainer?

Sure! If you have a question or story you would like to share with your trainer, simply send them an email at askmytrainer@podfitness.com.

### How do I choose a trainer that's right for me?

The first time you log in to Podfitness, you'll fill out a quick Fitness Profile. This allows us to team you up with a trainer that is best suited to help you reach your goals. However, at any time you can check out other trainers and switch to their programs.

### How often can I switch trainers?

You can add, switch, or remove trainers and training programs as often as you like. In fact, you can use multiple training programs at one time. Podfitness even keeps track of each of your programs for you!

- Workouts -top-

### Why don't I hear more of the trainer I selected?

Each trainer uses an Assistant Trainer to count your reps and help with instructions. Depending on your workout settings, you may hear more or less of the assistant trainer. Throughout your workouts, your trainer will pop back in to give you additional instructions or motivation.

### How is my workout customized? Will my workout be different every day?

Your workout is customized based on your Fitness Profile, as well as by gathering your feedback when you log back into Podfitness after mixing a workout. When you give feedback, you change your next workout. With each workout you complete and give feedback about, you make the next workout smarter and more customized for you. Your workouts will be more similar or less similar day-to-day based on the way your trainer designed your plan. Try out several plans and see what works best for you.

### My workout was too hard or too easy, what do I do?

You can give feedback after your workout to increase the challenge of your next workout. If you want to try something new, feel free to change it up! You have the power to change your trainer, program or goals at any time.

### I didn't have the equipment to do some of the exercises in my workout, what do I do?

Check your fitness profile and make sure you have selected all the right settings for you. This includes making sure your location, equipment and fitness levels are set correctly.

### How many workouts can I download at a time?

Podfitness allows you to mix up to three workouts per day.

### I received instruction that I don't think was correct or that I couldn't understand, what do I do?

We strive to make workouts that everyone can enjoy and get results with. If you have trouble with any part of your workout, note name of the trainer, the workout, and the approximate elapsed time that you had an issue. Click here to contact us and let us know about it!

- Troubleshooting -top-

### I've mixed my workout, where is it?

Your workout is automatically added to the "Podfitness" playlist in iTunes or Zune. Click here for instructions for getting the workout to your iPod or Zune.

### Why do I have to install software to use Podfitness?

Podfitness uses a patent-pending mixer that builds your workout, combines it with music from your computer's library, and downloads it to your iPod or Zune. It's available for Windows or Mac here.

### When I try to install Podfitness for Mac, I get the error, "DMG is corrupt". What do I do?

This means that you are attempting to install Podfitness on a Mac that is not running OS 10.4 Tiger. You need at least Mac OS 10.4 to use Podfitness. If you are using Mac OS 10.3 and would like to use Podfitness, click here to contact Support.

### Why do I hear a second voice in my workout (other than my trainer's)?

Each trainer uses an Assistant Trainer to count your reps and help with instructions. Depending on your workout settings, you may hear more or less of the assistant trainer. Throughout your workouts, your trainer will pop back in to give you additional instructions or motivation.

### Why don't I hear my trainer's voice at all?

Every workout is custom-built around your preferences from millions of possible combinations. So, not every trainer has recorded for every possibility that could come up (and believe us, there are a LOT of possibilities!). Even though your trainer designed the workout program you are participating in, it may have been customized to give you different exercises that your trainer hasn't recorded yet. In rare cases, your workout can become so customized that your Assistant Trainer

coaches you through the entire workout. If this happens, please contact us and tell us about it.

**I'm hearing two voices at once, what happened?**

Podfitness mixes your workout with tracks from your iTunes library. If you have accidentally selected to mix a previously-downloaded Podfitness workout from your iTunes library, your new workout is mixed on top of your old one. You can fix this by returning to Podfitness and mixing again, being sure to select only music.

**My workout didn't have any music in it. What happened?**

More than likely, you selected Protected music purchased from an online music store. Podfitness is currently not compatible with most music purchased from online stores such as iTunes or Zune Marketplace.

**I added a new playlist to iTunes, but it's not showing up in Podfitness.**

You will need to quit and restart the Podfitness mixer to update it with the new playlist you've created. On a PC, right-click the Podfitness icon in the lower-left, choose "Exit", and restart Podfitness from your Start Menu. On a Mac, right-click (or control-click) the Podfitness icon in your Dock, select "Quit", and restart Podfitness from your Applications folder.

**I'm unable to download workouts, what do I do?**

There are several things you can check if your are having problems downloading your workout:
1. Make sure the Podfitness software is running on your computer. (For more information, see the question: "When selecting music, I see 'Loading Playlists' instead of 'Select a Playlist'".
2. The problem may be with your music playlist. Try creating a new music playlist, making sure to only add songs that are not protected music from the iTunes Store or Zune Marketplace. (Why can't I use protected music?)
3. Your problems may be caused by certain configurations of third-party firewall software, such as McAfee Internet Security or Norton Internet Security. You'll need to add Podfitness.com to your Trusted Sites in order to download workouts. Click here for a tutorial to do this.
4. Lastly, if you have problems with Microsoft Internet Explorer, we recommend you download and use Mozilla Firefox (it's free, and available here). Even though Podfitness is compatible with Internet Explorer, some users have Internet Explorer modifications that make it difficult for Podfitness to work properly.

**When selecting music, I didn't see any music to choose from.**

You will only see playlists from your iTunes or Zune library. Make sure you have created at least one playlist and added songs to it.

**I know I selected music with my workout, but I didn't hear any music during my workout.**

This can happen if you attempt to mix Protected tracks from the iTunes Store or Zune Marketplace with your workouts.

**When selecting music, I see "Loading Playlists" instead of "Select a Playlist". What do I do?**

Your Podfitness mixer or iTunes may not be running. If Podfitness is running in Windows, you will see a small green Podfitness icon in your System Tray (next to the clock in the lower-left). If it is running on Mac, you will see a green Podfitness icon in the Dock, with a small black arrow under it. To start Podfitness, find Podfitness in your Start Menu/Programs (for Windows) or in your Applications folder (for Mac) and launch Podfitness. To start iTunes, locate its icon in Start Menu/Programs (for Windows) or in your Applications folder (for Mac) and launch iTunes. In addition, Podfitness.com must be allowed as a trusted site on firewall software such as Norton or McAfee Internet Security

**I received instruction that I don't think was correct or that I couldn't understand, what do I do?**

We strive to make workouts that everyone can enjoy and get results with. If you have trouble with any part of your workout, note name of the trainer, the workout, and the approximate elapsed time that you had an issue. Click here to contact us and let us know about it!

**I didn't have the equipment to do some of the exercises in my workout, what do I do?**

Check your fitness profile and make sure you have selected all the right settings for you. This includes making sure your location, equipment and fitness levels are set correctly.

PODFITNESS CORPORATE PARTNERS

**Microsoft**  **WAL·MART**  eDiets    Lady Foot Locker  **POLAR**  MSN  A‑‑‑‑‑‑  V1W

My Account | Support Center | FAQ | Contact Us | About Us | Partners | Press | Jobs | Privacy | Terms | Site Map

©Podfitness, Inc. All rights reserved. Podfitness and Podfitness.com are trademarks of Podfitness, Inc.
iPod is a registered trademark of Apple, Inc. Podfitness is not affiliated with or endorsed or supported by Apple, Inc.


3:47:23 PM 2/14/2008


# Podfitness Blog

Home   Trainer Tips   Contact Us   Success Stories

## Can I get a canburger with that shake?

📄 Posted by Jesse  📅 January 29, 2008

💬 No Responses  📌 Del.icio.us  📷 Digg  🔖 Technorati



A friend turned me on to this delicious invention. I don't know whether to laugh or cry. Are people actually eating these? What a sad sad world we live in. If you are going to eat a cheeseburger, you might as well make it worth your while and eat a hot one.

I suppose in their defense, they are great for taking on the road or camping. But I suppose if you feel like you really need to take a canburger on a backpacking trip then you deserve each other.

And let's face it, there is no way it looks like the picture when it comes out of the can. Somehow I can envision anything but a soggy mess.

If you enjoyed this post, make sure you subscribe to my RSS feed

💬 Leave a comment.

## From the Forums: How Many Songs Can I Have In a Playlist?

📄 Posted by Brandon  📅 January 25, 2008

💬 No Responses  📌 Del.icio.us  📷 Digg  🔖 Technorati



bsteth had a great question this week that hasn't made its way to our FAQ page yet.

He writes, "It seems that with a playlist of 100 songs or more don't load completely in the mixer. As I scroll down the list if songs becomes blank and nothing is listed after a given artist."

Content expert Chris Kluge sets the record straight about playlists and Podfitness: "Yes there is a playlist limit of 200 songs for PC. We do this so everything loads up quicker and you don't have to wait as long. I have a lot of songs I use for variety, so I just break them down into genre lists: metal list, rock list, other metal list."

On the PC, you're limited to the first 200 songs in your iTunes or Zune playlists (mostly since loading your songs into your web browser is no small feat).

On the Mac, there's no limit set specifically, but it's highly advisable to keep playlists you intend to use with your Podfitness workouts under 200 songs, since the more songs it has to load, the longer it takes.

Or maybe staring at that spinning beach ball is your thing. Who are we to judge?

Keep the questions coming, we'll keep picking the best of the week for our 'From the Forums' feature!

If you enjoyed this post, make sure you subscribe to my RSS feed

💬 Leave a comment.

## Are you eating food? Or just "food-like substance"?

📄 Posted by Brandon  📅 January 18, 2008

💬 No Responses  📌 Del.icio.us  📷 Digg  🔖 Technorati

According to author Michael Pollan, what

### Podfitness Blog

Welcome to the blog for Podfitness.com! Take a look around and feel free to discuss Podfitness with others or ask a question of one of our trainers.

☑ Find out more...



### See Podfitness for yourself!

Download personal training sessions, mixed with your own music.

Click Here for a free 10 day trial

**Start Now**

### Archives

📁 January 2008
📁 December 2007
📁 November 2007
📁 October 2007
📁 September 2007
📁 August 2007
📁 July 2007

### Blogroll

☑ Subscribe to our Podcast (iTunes)
☑ Register
☑ Login
☑ WordPress
☑ LPT Magazine







you're eating might not be food at all, but an "edible food-like substance". In his new book, In Defense of Food, Pollan contends that as a society, our study of food as the sum of its nutrients is way off.

This is the second recent book we've seen that directly confronts the way we study nutrition (along with Good Calories, Bad Calories). Both assert that our entire understanding of nutrition is skewed by giant, powerful "edible food-like substance" manufacturing companies.

The problem for me is that I love food, and I love these engineered food-like substances. Sure, a crusty French bread, rare steak, and some well-prepared vegetables are great, but who doesn't love a Pop-Tart fresh from the toaster?

Are these guys overreacting, or is there some sort of major breakdown in our understanding of nutrition?

If you enjoyed this post, make sure you subscribe to my RSS feed!

Leave a comment.

## Is your morning coffee making you fat?

Posted by Jessa    January 16, 2008

No Responses    Del.icio.us    Digg    Technorati

Probably not, but it certainly can kill your day if you are on a diet or trying to cut calories. A Venti Caramel Macchiato from Starbucks has 330 calories! I personally know people who have coffee drinks like this daily and I'm just as guilty as anyone. Luckily I stick to the black stuff more often than not.



This year I'm going to try to order a few more skinny Carmel Macchiatos. Just by using skim milk and lower sugar rather than whole milk and whipped cream it saves you 200 calories. That's the equivalent of 20 minutes of walking on the treadmill. I know for me that extra whipped cream isn't worth it.

Inevitably we have all been standing in line behind someone who is ordering a triple shot, venti, half cab, extra whipped cream caramel macchiato. Now instead of making fun of them, I'll just smile and think about the extra time they'll have to spend burning that off. Of course that doesn't make up for the time I've spent behind them waiting for their drink to be made. 😊

If you enjoyed this post, make sure you subscribe to my RSS feed!

Leave a comment.

## From the Forums: Are you counting carbs?

Posted by Brandon    January 15, 2008

No Responses    Del.icio.us    Digg    Technorati



In a new section called "From the Forums", we'll highlight the questions, concerns, or success stories from the Podfitness Community Forum that we think will be helpful to anyone reading the Podfitness blog. (The Podfitness Forums are a great place to get advice from our experts, as well as to connect with and support other Podfitness members.)

This week's post answers a burning question of many carb-conscious dieters this new year. Member jmarch asks,

Podfitness Experts,
With all the New Year dieters talking low-carb, I've been wondering if you can clear up something. Are there different types of carbs? I've heard that a baked potato is a lot healthier than a piece of white bread, though they are both full of carbohydrates. Can potatoes work in a low- or medium-carb diet?

Resident super-genius Bryan Haycock responds:

(Click "Continue Reading" for more...)

If you enjoyed this post, make sure you subscribe to my RSS feed!

Continue reading or Leave a comment.

## Do we really workout harder when our favorite song comes on?

Posted by Jesse  January 11, 2008

No Responses  Del.icio.us  Digg  Technorati



I read an article in the New York Times about why working out to your favorite music helps you burn more calories. We here at Podfitness have known this for a while, in fact, it's what we base our business model on.

This is all based in scientific evidence showing that when you listen to music with a high BPM (between 120-140 beats per minute) it directly corresponds to where your heart rate normally is during a workout.

In the article the Dr. Karageorghis goes on to recommend a variety of music. Everything from Salt-n-Peppa to Glenn Fry. That's why I love Podfitness, because I can listen to whatever I want while I workout.

Here is my latest workout playlist, what have you been listening to?

Guns by computer - Nini and Saul Williams
So long as we keep our bodies numb we're safe - Midtown
Florida - Modest Mouse
Don't even trip - Peeping Tom
Pics - Ratatat
Bullet in the head - Rage Against the Machine
Aerodynamic - Daft Punk
Survivalism - Nini and Saul Williams
One minute to midnight - Justice
Zero-Sum - Nini and Stephen Morris
Phantom Pt II - Justice
Stronger - Kanye West
Apocalipso - Mew
The past is a grotesque animal - Of Montreal
Evil - Interpol
This tribal antidote - A Killing Joke
Don't say a word - Liam and Me
Fake empire - The National

If you enjoyed this post, make sure you subscribe to my RSS feed!

Leave a comment.

## A weight loss anti-drug?

Posted by Brandon  January 10, 2008

One Response  Del.icio.us  Digg  Technorati



Wired reports on a new drug called rianabant that works like inverse marijuana. In weight loss trials, it sped up metabolism 5%, and gave people "reverse munchies", suppressing appetite rather than encouraging it.

It works by blocking the same brain receptors that THC stimulates, and the weight loss results were encouraging. At a 5mg dose, people lost a pound a week.

Some people reported psychological side effects. Instead of the euphoric "high" of THC, they reported depression and anxiety.

It's in the final stage of the FDA's 3-stage approval process. Personally, I'd be willing to give it a shot, and throw it into my diet and exercise plan to see if it helped. I'm a bit worried about possible side effects (depression and anxiety don't really sound like a 24-hour party to me).

Since it works like inverse marijuana, I wonder if it has any other side effects, like causing a dislike for reggae or making you want to stop playing Guitar Hero 12 hours a day and get a job.

Could this finally be the wonder drug that cures obesity in America?

If you enjoyed this post, make sure you subscribe to my RSS feed!

Leave a comment

## Tasers! Wait, in MP3 players?

Posted by Jesse    January 9, 2008

No Responses    Del.icio.us    Digg    Technorati

Don't tase me bro! (unless you are listening to Sabbath at the time in which case I fully understand)



There is a new taser hitting the market that doubles as an MP3 player and I can't help but ask my self one question. Why? I suppose the line between personal protection and personal enjoyment is growing thin, right? Right?

The company making these is also releasing models in red-hot red and fashion pink for the discerning woman on the go who simply must have her Spice Girls rocking while she walks to her car in a dark parking lot.

People please don't load Podfitness workouts on one of these things because I can tell you from personal experience, when I get done with a Danny Bonaduce workout I always feel like tasing something. And Danny doesn't need any more lawsuits people. 😡

I only hope they were smart enough in the design process to not put the tase button next to the play button.

*If you enjoyed this post, make sure you subscribe to my RSS feed!*

Leave a comment.

## New Year's Resolutions: Yea or Nay?

Posted by Brandon    January 8, 2008

No Responses    Del.icio.us    Digg    Technorati



A quick personal story:

Yesterday was the first day of my new workout and eating plan. Even so, I was talking with a co-worker about the possibility that I might skip last night's workout due to lethargy. That's right, I was ready to cop out on day 1. I am not proud of this fact.

My coworker wisely commented, "No, no. You're supposed to start strong, so you can sputter and fail *later.*"

I don't typically participate in New Year's resolutions, but I have to imagine this is now most of them end up. Otherwise, December 31 would be known as "the day we celebrate having accomplished all of our resolutions from last year".

But hope springs eternal, I suppose, and I choose to throw myself into my commitment this year. What say you? Is my new year's resolution a real opportunity to change, or an annual self-delusion?

Whatever your reasons for attempting to get healthier this year, I want you to know that 1) you are definitely not alone, and 2) we're here to help.

*If you enjoyed this post, make sure you subscribe to my RSS feed!*

Leave a comment.

## We've teamed up with Discovery Health for their National Body Challenge

Posted by Jesse    January 7, 2008

No Responses    Del.icio.us    Digg    Technorati



Podfitness has teamed up with Discovery Health to give you the chance to try us for free simply for joining the National Body Challenge.

"Discovery Health's National Body Challenge is a comprehensive

inspiration to get in shape, shed pounds and adopt a healthier lifestyle."

It's all free, and by joining you get a free 8 week memberships to Bally Total Fitness and 8 weeks free of Podfitness. What I've found most useful about registering for the Challenge is all the great tips they give you to lose weight and just generally feel better. I have been giving these stretching exercises a try for the last week or so and I feel absolutely great.



The meal plans and workout routines included are well done and really help you track your progress. So give it a shot, it's free, and you may get just the extra push you are looking for.

If you enjoyed this post, make sure you subscribe to my RSS feed!

☐ Leave a comment.

Podfitness

Copyright Podfitness, Inc., 2007. All rights reserved.

3:45:18 PM 2/14/2008




# Success Stories
### WHAT MEMBERS ARE SAYING ABOUT PODFITNESS

Less than $5 / week
INTRODUCTORY OFFER
**FREE 10-DAY**
TRIAL MEMBERSHIP
**START NOW**

## "I look & feel better than I did in my 20's!"

I just wanted to write to say "thank-you" for helping me shed 41.6lbs! I had a baby via c-section (my 2nd c-section in 18 months) in February 2006. I knew if I didn't start an exercise/diet program right away my weight would quickly get out of control. After my 6 week post-partum check-up, I got started.

I weighed 179.8 on April 25th 2006. I am 5'7. I looked and felt terrible. I read a blurb in Oprah's magazine about Podfitness and I joined. I downloaded [Jeanette Jenkins'] walk, jog, run, hike, super calorie burner and after doing it the first time, I felt like Rocky after he ran up all of those stairs! I downloaded all of your other workouts and I LOVE, LOVE, LOVE them! Days that I am feeling really great, I'll do [Jeanette's] Cardio Sculpt and Treadmill workout back-to-back! I logged 9 miles doing them and I felt fantastic!

As I write this, my abs and legs are screaming! I plan to run our city marathon next year as well, so if you have any more treadmill training workouts, I'd pay BIG BUCKS for them! Today I weigh 138lbs--not bad for a 31-year-old mother of two!! At the mall last week, I bought a pair of size 4 jeans! I was a size 16 at my heaviest. I look and feel better than I did in my 20's and I owe much of that to you. Your workouts are so fun and motivating. You've empowered me to be the best I can be!! Thank You!!

Sincerely,
Kim Lohrke

### Kim Lohrke, 31
Salt Lake City, Utah

## Lost 41.6lbs and 12 pants sizes in just 6 months!



### More Success Stories

"With my own music is the background, I don't lose momentum through a tough workout."
Heidi Gay

"It keeps me going where in another workout [without podfitness] I would have slowed down, or given up."
Paul Brill

"It's amazing how easy it is to customize a workout with a fun trainer AND my favorite music."
Chantel Nielsen

"Awesome - above and beyond my expectations!"
Justin Emerick

"I love that the only time and effort I have to put into my training is actually at the gym."
Tim Heeton

"I can just listen to the trainer, do what I'm told and know I'm getting a great workout that will help me reach my goals."
Kelly Gratiott

"The versatility is huge. I can work out on my own time, according to my own needs, and still get in shape."
Teresa Young

## "I decided to make a change..."

My whole life I have struggled with wanting to have an active lifestyle, but not having the drive or inspiration to keep it going for long... One day I looked in the mirror, and disgusted with myself for letting it get this far, I decided to make a change.

My biggest hurdle has been to come up with exercises to do to keep myself interested and motivated. I had some difficulty doing that until I discovered Podfitness.

I love the variety and control that Podfitness gives me. It really is like having my personal trainer back for a fraction of the cost.

I am now trying to get my mom to use Podfitness for her workouts. I really believe that Podfitness is an amazing motivational tool in trying to change your viewpoint on exercise and fitness.

Wish me, and my mom luck!! Although with Podfitness we really don't need luck.

Sincerely,
Sabrina Rehnke



### Sabrina Rehnke
Denver, Colorado

"It really is like having my personal trainer back for a fraction of the cost."

PROVIDING CORPORATE PARTNERS

**Microsoft**  **WAL★MART**     Lady Foot Locker  **PASAR**       **ViV**

My Account | Support Center | FAQ | Contact Us | About Us | Partners | Press | Jobs | Privacy | Terms | Site Map

©Podfitness, Inc. All rights reserved. Podfitness and Podfitness.com are trademarks of Podfitness, Inc.
iPod is a registered trademark of Apple, Inc. Podfitness is not affiliated with or endorsed or supported by Apple, Inc.


VeriSign
Secured
3:42:32 PM 2/14/2008



## Podfitness.com

"I **love** my workouts, and every one is **different**"
Duane Jess

Less than $5 / week
INTRODUCTORY OFFER
**FREE 10-DAY**
TRIAL MEMBERSHIP

**START NOW**

## Listen to sample Podfitness workouts

See what our customers are saying about Podfitness, and listen in on excerpts from their own personalized, custom workouts. Please note that since every workout is customized only for you, your workouts will vary from the samples.

Click below to listen in!


**Name:** Rusty R
**Trainer:** Bobby Strom
**Activity:** Weight Lifting
**Music:** Heavy Metal

**Prefers: Working out at the gym**
"I would like to pay you the highest compliment in the world: you got me into the gym. I have had a gym membership for almost a year, and never, never go. Now, I've been 3 times in the past week! Thanks for making it so easy."


**Name:** Dan W
**Trainer:** Steve Jordan
**Activity:** Cardio Circuit
**Music:** 80's

**Prefers: Less instruction for exercises & less encouragement**
"I've been going to the gym for years, and I hadn't realized what a rut I was in, doing the same routine over and over again. Thanks for getting me out and trying different things in the gym, you have won an enthusiastic convert."


**Name:** Jennifer L
**Trainer:** Debbie Rocker
**Activity:** Outdoor Walking
**Music:** Classic R&B

**Prefers: Working out at home, and occasionally at the gym**
"I was amazed at how easy it was to get started. I didn't realize that this would keep track of my workouts and plan everything, and I just download to my iPod and go to the gym! It's so easy that I haven't missed a workout in 3 weeks! "


**Name:** Andrea I
**Trainer:** Teddy Bass
**Activity:** Indoor Cardio
**Music:** Top 40 Pop

**Prefers: To be reminded of instructions if she hasn't done an exercise for 4 weeks**
"...you guys did a great job making this work for non-technical people, because if I can figure it out, anyone can."


**Name:** Anna B
**Trainer:** LaVeine Chabot
**Activity:** Pregnancy Fitness
**Music:** Country

**Prefers: 2 workouts per day**
"At first, I had no idea what this was about. Actually, I thought this was a music store like iTunes! Well, I listened to your demo and decided to try it out. Wow! I wasn't sure what to expect, but I took my iPod into the gym I can't wait for my next workout! "


**Name:** Marilee E
**Trainer:** Jeanette Jenkins
**Activity:** Body Shaping
**Music:** Modern Rock

**Prefers: Working out at the gym**
"Taking my iPod to the gym really helped my workouts before. My trainer (Jeanette Jenkins) has her voice somehow mixed with the music. I don't know how you guys did it, but when I heard my music turn down and my trainer start talking, it was like a revelation!"

**Name:** Shantel S
**Trainer:** Kathy Smith
**Activity:** Treadmill
**Music:** Dance

**Prefers: Less instruction, more coaching and encouragement**
"I have friends that are personal trainers, and they were curious about my experience with Podfitness. After using it I can say it's darn close to working with a personal trainer. On days I don't workout with my trainer, you can be sure I'll have Podfitness!"

PARTNERS CORPORATE PARTNERS:
**Microsoft**   **WAL-MART**   cDish   **W**   SPRINT   Lady Foot Locker   **POLAR**   SPRI   Amerivox   **VW**

My Account | Support Center | FAQ | Contact Us | About Us | Partners | Press | Jobs | Privacy | Terms | Site Map

©Podfitness, Inc. All rights reserved. Podfitness and Podfitness.com are trademarks of Podfitness, Inc.
iPod is a registered trademark of Apple, Inc. Podfitness is not affiliated with or endorsed or supported by Apple, Inc.


VeriSign Secured
3:43:22 PM 2/14/2008

### Reviews

"I just wanted to write to say thank you for helping me shed $1.6 lbs!! I look and feel better than I did in my 20's and I owe much of that to you."
Kim Lohrke

"If you have a love affair with your MP3 player and want to use it for customized workouts, Podfitness.com is a great choice for you."
About.com

"I just started working out to this program. I have been working out with Denise Austin for the past 2 years. I tried Podfitness when the station changed the time for Denise Austin. I really like your program. I am 54 years old and was nervous about changing work outs, but your trainers are great! They explain moves well and are very encouraging. I hope you continue on your program stays on tv."
Thanks,
Sandy D'Angelo

"Today March 20th I caught the episode with Yumi Lee on kickboxing Butt Workout. It was the best I have ever seen and would extremely love to get her dvd or a copy of this segment. If this is not possible could I email her personally to let her know how much I enjoyed it. I was just told by my docter that I am in the early stages of diabetes. I'm 40 years old and can't do workouts that are too difficult. I was able to keep up beautifully with her kickboxing. She was very encouraging."
Thanks,
Yvette Edwards





Email:
Password:

☐ Remember me      Login

Forgot your password?

3:46:26 PM 2/14/2008





# Podfitness.com

## "I **look** and **feel better** than I did in my **20's**"
— Kim Lohnes

## No Hassle, No Obligation.

### Try Podfitness today, it's easy:

- You can sign up using your credit card or PayPal account.
- You will not be charged until your trial period ends.
- We keep your identity safe! Your transactions are secure and encrypted using SSL.
- Your credit card or PayPal information is used to limit trial memberships to one per person.
- If you love Podfitness, simply keep using it, and your membership will be automatically renewed.
- Need help? Our dedicated Customer Service team is here for you!

Try it now, **absolutely free.**

### Less than $5 / week

INTRODUCTORY OFFER

## FREE 10-DAY TRIAL

MEMBERSHIP

Email Address:

Please Re-enter your email address:

Password (6-10 characters):

Please Re-enter your Password:

Payment Method:
Credit Card

Credit Card Number:

Expiration Information:
01 / 2007

Card Security Code (CVV2 / CVC2 / CID):

If you are not satisfied for any reason, simply cancel before your trial ends, and you will not be billed. After the free trial, your membership will continue for just $4.00 a week, billed quarterly (every 13 weeks). Your credit card will be charged $52.00 at the beginning of each quarter. See Terms & Conditions for more information.

☑ Keep me informed of Podfitness news

**SUBMIT**
TAKE ME TO FITNESS PROFILE

**Microsoft**   **WAL*MART**   eDiets         Lady Foot Locker            

Contact Us | Privacy | Terms

©Podfitness, Inc. All rights reserved. Podfitness and Podfitness.com are trademarks of Podfitness, Inc.
iPod is a registered trademark of Apple, Inc. Podfitness is not affiliated with or endorsed or supported by Apple, Inc.



4:01:07 PM 2/14/2008



## Podfitness.com

See How It Works    Success Stories    Workout Samples    Meet the Trainers

"I **love** my workouts, and
every one is **different**"
Duane Jets

Less than $5 / week
INTRODUCTORY OFFER
**FREE 10-DAY**
TRIAL MEMBERSHIP
**START NOW**

## Contact

For technical support or questions about Podfitness, you can reach us by email at support@podfitness.com

Please check our Support Center or the Podfitness 101 pdf before contacting us.

For Live Chat with a Podfitness Customer Support agent, please click the button below.

CLICK HERE FOR
**InstantService**

Hours:

- Monday - Friday 8:00 AM – 5:00 PM (MST)
- Saturday 10:00 AM – 2:00 PM (MST)

Podfitness, Inc.
235 West Sego Lily Drive
2nd Floor
Sandy, UT 84070
Phone: 801-990-1992

PODFITNESS CORPORATE PARTNERS

**Microsoft**    **WAL•MART**    eDiets    W       Lady Foot Locker    **POLAR**          **VIM**

My Account | Support Center | FAQ | Contact Us | About Us | Partners | Press | Jobs | Privacy | Terms | Site Map

©Podfitness, Inc. All rights reserved. Podfitness and Podfitness.com are trademarks of Podfitness, Inc.
iPod is a registered trademark of Apple, Inc. Podfitness is not affiliated with or endorsed or supported by Apple, Inc.

VeriSign
Secured

3:48:19 PM 2/14/2008

"I **love** my workouts, and every one is **different**"

Duane Jets

Less than $5 / week

INTRODUCTORY OFFER

**FREE 10-DAY**
TRIAL MEMBERSHIP

**START NOW**

1. Press Releases
2. Media Coverage
3. Testimonials

- Press Releases -top-

Podfitness™ Partners with Polar to Combine MP3 Playlists and Heart Rate Training [10.08.07]

Click here to read more..

Podfitness™ Announces Groundbreaking Fitness Technology Built for Microsoft HealthVault [10.04.07]

Click here to read more..

Podfitness and Marware partner to "bring together the premier iPod accessory maker and Podfitness, the best way to train with your iPod" [08.28.06]

W Hotels selects Podfitness as a featured partner in its "Welcome Delight", "W Wired", and "W The Card" programs [08.23.06]

Podfitness to release major upgrade on July 31, offering better workouts and new features [07.20.06]

Podfitness becomes the first downloadable iPod accessory packaged for retail sale [04.18.06]

Podfitness becomes first-ever downloadable iPod accessory offered at Overstock.com [04.06.06]

Podfitness to launch beta on March 15th, 2006 [03.23.06]

Podfitness and Power Music team up to create the world's first customized audio workouts [11.18.05]

- Media Coverage -top-

The Deseret News: "Utah company provides customized workouts — set to your own music."

Click here to read more..

The Dallas Morning News reviews Podfitness: "I'm sweating... and thanking [my trainer] for it."

Click here to read more..

The Salt Lake Tribune mentions Podfitness in article about "Pumped Up iPods" [07.10.07]

Click here to read more..

Smart Money Magazine mentions Podfitness in their January 2007 issue. [01.12.07]

Click here to read more..

California Magazine highlights Podfitness in their January 2007 issue. [01.05.07]

Click here to read more..

Pilates Style highlights Podfitness in their December 2006 issue. [12.19.06]

Click here to read more..

Fitness RX spotlights Podfitness trainer and Nike athlete, Ashley Borden in their December issue. [12.15.06]

Click here to read more..

Jennifer Aniston works with Podfitness yoga instructor Mandy Ingber in December's Self magazine. [12.05.06]

Podfitness is highlighted in December's issue of Pilates Style magazine. [11.15.06]

Click here to read more..

Danny Bonaduce talks to Howard Stern about his amazing results with Podfitness, and why he signed up as a trainer. [10.25.06]

Click here to read more..

The UK's Slimming World Magazine highlights Podfitness and trainer David Kirsch. [09.22.06]

Outside Magazine features Podfitness in its October 2006 article, "High-Tech Training" [09.14.06]

Click here to read more..

Tuscon Citizen profiles Podfitness; ..."being able to listen to your own music, whether it be Mozart or Marilyn Manson, is awesome."" [09.04.06]

Click here to read more..

Oxygen Magazine profiles Podfitness for its September 2006 issue [08.23.06]

Shape Magazine selects Podfitness for its Fitness Editor's pick in the September 2006 issue;

**Quick FAQ**

How much does it cost?

Who designs my workout plan?

How are my workouts customized for me?

Are these audio, video, or photo workouts?

What if I decide to cancel?

What do I need in order to use Podfitness?

How do I download Podfitness workouts?

Is this just for the iPod?

What if I don't belong to a gym?

How does it mix with my music?

**Reviews**

"I just wanted to write to say Thank-you for helping me shed 41.6 lbs! I just and feel better than I did in my 20's and I owe much of that to you."
Kim Lokotse

"If you have a love affair with your MP3 player and want to use it for customized workouts, Podfitness.com is a great choice for you."
About.com

"I just started working out to this program. I have been working out with Denise Austin for the past 2 years. I tried Podfitness when the station changed the time for Denise Austin. I really like your program. I am 54 years old and was nervous about changing work outs, but your trainers are great! They explain moves well and are very encouraging. I hope you continue on your program stays on tv."
Thanks,
Sandy D'Angelo

"Today March 20th I caught the episode with Yumi Lee on kickboxing Butt Workout. It was the best I have ever seen and would extremely love to get her dvd or a copy of this segment. If this is not possible could I email her personally to let her know how much I enjoyed it. I was just told by my doctor that I am in the early stages of diabetes, hi 46 years old and can't do workouts that are too difficult. I was able to keep up beautifully with her kickboxing. She was very encouraging."
Thanks,
Yvette Edwards

...the age of customized virtual training is here.  [08.20.06]

Click here to read more...

Podfitness trainer Bryan Haycock hosts "The Weight Loss Update", a weekly podcast about the science of losing weight [08.18.06]

Click here to read more...

Podfitness and trainer Steve Jordan are featured in the September 2006 issue of Jalouse Magazine (France). [08.12.06]

Grazia Magazine in the UK reviews Podfitness: "I lost 15cm off my stomach." [07.25.06]

Click here to read more...

Podfitness is highlighted in Salt Lake Magazine's August 2006 issue. [07.22.06]

People Extra features "Jennifer Garner's New Mom Workout", available at Podfitness.com [07.10.06]

Click here to read more...

FirstMagazine profiles Podfitness: "It's perfect for the fitness buff who's picky about music and wants a customized approach." [07.01.06]

Click here to read more...

SELF Magazine rates "Digital Workout Assistants", and ranks Podfitness highest, giving it an "A" [06.30.06]

Click here to read more...

Podfitness is featured by WAVY-TV (NBC) Channel 10 News in Norfolk, VA. [06.29.06]

InStyle Magazine features Podfitness in "Celebrity Fitness" in the July 2006 issue [06.15.06]

Click here to read more...

Hamptons Magazine features Podfitness in its July 2006 issue [06.13.06]

Click here to read more...

Dr. Andrew Weil, MD highlights Podfitness as a great variation on walking in his June 2006 Self Healing newsletter. [06.01.06]

Podfitness is featured in the Trends section of Weight Watchers Magazine for July/August 2006 [05.30.2006]

Click here to read more...

American Fitness Magazine features Podfitness and trainer Teddy Bass [05.25.06]

Click here to read more...

The June 2006 issue of Consumers Digest offers a profile of Podfitness [05.16.06]

Click here to read more...

Tampa Bay's WTSP (CBS) Channel 10 News team covers Podfitness. [05.05.06]

Podfitness is featured by KXAN (NBC) News in Austin, Texas [05.03.06]

Good Housekeeping's Quick & Simple Magazine holds a contest for 1 year of Podfitness and an iPod Nano [04.16.06]

Click here to read more...

Podfitness is featured in Shape Magazine's "The Gadget I'm Loving Now" in the May 2006 issue [04.10.06]

Click here to read more...

KUTV in Salt Lake City (CBS) profiles Podfitness in its "Healthy Living" segment. [03.28.06]

• Testimonials -top-

"I love having a workout created for me in seconds--and knowing I can always try new things so I won't ever be bored." -Emily Emerick

"It's amazing how easy it is to customize a workout with a fun trainer AND my favorite music." -Chantel Nielsen

"With my own music in the background, I don't lose momentum through a tough workout." -Heidi Day

"It keeps me going where in another workout [without podfitness] I would have slowed down, or given up." - Paul Brill

"Awesome! I loved hearing my name in the workout. This is not your average workout!" -Vanessa Hyde

"Awesome -- above and beyond my expectations!" - Justin Emerick

"I love that the only time and effort I have to but into my training is actually at the gym." -Tim Heaton

"I can just listen to the trainer, do what I'm told and know I'm getting a great workout that will help me reach my goals." -Kelly Onstott

"The versatility is huge. I can work out on my own time, according to my own moods, and still get in shape." -Teresa Young

"I just wanted to write to say thank you for helping me shed 41.6lbs! I look and feel better than I did in my 20's and I owe much of that to you. Your workouts are so fun and motivating. -Kim Lohrke

"I love the variety and control that Podfitness gives me. It really is like having my personal trainer back for a fraction of the cost. I really believe that Podfitness is an amazing motivational tool..." -Sabrina Rehnke

PODFITNESS CORPORATE PARTNERS

**Microsoft**   **WAL·MART**   eDiets   **W**   LOTTO   Lady Foot Locker   **POLAR**   SPRI   Accupedo   **VIV**

My Account | Support Center | FAQ | Contact Us | About Us | Partners | Press | Jobs | Privacy | Terms | Site Map

©Podfitness, Inc. All rights reserved. Podfitness and Podfitness.com are trademarks of Podfitness, Inc. iPod is a registered trademark of Apple, Inc. Podfitness is not affiliated with or endorsed or supported by Apple, Inc.

3:52:18 PM 2/14/2008


"I **love** my workouts, and every one is **different**"
Duane Jett

Less than $5 / week
INTRODUCTORY OFFER
**FREE 10-DAY**
TRIAL MEMBERSHIP
**START NOW**

## We're Hiring!

We are currently looking for qualified candidates for the position(s) listed below

- Software Engineer
- Sr. QA Engineer
- Data Analyst

### Software Engineer

Podfitness.com, the leading innovator of dynamic media for health & fitness is seeking visionary Software Engineers skilled in the latest UI tools, asynchronous web development, media & music technologies. Our developers are known for collaboration and experimentation; your ideas are welcome. Successful candidates will have opportunities to showcase their innovations and creativity in a quickly evolving product line.

Podfitness.com offers a competitive salary, group incentive and individual bonus structure. Excellent benefits, on-site fitness center and a high-energy, positive work environment.

**Responsibilities will include:**

- Participation in software architecture / design
- Collaborative planning and iterative development
- Adaptability and rapid self education
- Software component development life cycles, including revisions and refinements
- Code and design documentation, project briefs, use-cases and diagrams
- Critical assessment of one's work
- Unit testing / TDD
- And above all else, craftsmanship

**Skills:**

- Software architecture, including OOA/D, design-patterns, extensibility; classical and new AI methods / algorithms
- Transactional and analytical database modeling
- SQL and its subsets (PLSQL, TSQL)
- Database platforms like Oracle or MySQL
- Programming languages, particularly Ruby, Java, C#, C++
- System level frameworks like Cocoa and .Net
- Inter-application and trans-domain APIs including COM, AppleScript / AppleEvents, Web Services & Messaging
- The epitome of W2.0: Rails web development framework, Google Web Toolkit, Scriptaculous, Prototype, RICO, etc.
- Digital media production knowledge is a ++

**Experience & Qualifications:**

B.S in Computer Science or equivalent experience. Experience working in software development teams. Agile methodologies like Scrum are a ++.

Local qualified candidates only please / No recruiters / No relocation is available

Sandy, UT
Email: Jimm Lee

TOP
### Sr. QA Engineer

Podfitness.com, a cutting edge, quickly moving, fun company is seeking a Sr. QA Engineer who will be responsible for being a lead as it relates to all quality assurance initiatives, processes, and functions. The ideal candidate must be able to work independently, have strong communication skills, rapidly become completely familiar with our products and develop test scripts for specific changes based on that knowledge.

Podfitness.com offers a competitive salary, group incentive and individual bonus structure. Excellent benefits, on-site fitness center and a high-energy, positive work environment.

**Responsibilities will include:**

- Performing functional and regression tests on new applications and changes to existing applications.
- Tracking defects and their resolution.
- Directly participates in test plan development, QA automation software development, and test plan execution, results analysis, root cause identification, and reporting.
- Ensure automation scripts are up to date and properly maintained.
- Independently determines and develops approaches to solutions for a wide range of difficult problems.

**This position requires the following skills and experience:**

- 5+ years experience in a QA Lead role
- Solid understanding of build automation and management
- Solid understanding of QA practices and methodologies.
- Solid understanding of QA network topologies and environments.
- Familiarity with Quality automation tools, Ruby Watir preferred.
- Understanding of development practices and methodologies, specifically Agile.
- Familiarity with scripting languages, Ruby preferred
- Exposure to Java and / or C# a plus
- Experience configuring complex environments with various data sources
- Experience writing and executing test plans and test scripts
- SQL, preferably with MySQL.
- Familiarity with popular browsers (Internet Explorer, Firefox, Safari, Mozilla, Opera, AOL)
- Eagerness to learn new technologies, processes and techniques.

**Essential Qualifications:**

- Demonstrated knowledge of computer hardware, and operating systems (Mac OS X, Win 2000, Win XP, Win Vista and Linux).
- High regard for product quality and customer satisfaction

### Reviews

"I just wanted to write to say thank-you for helping me shed 41.6 lbs! I look and feel better than I did in my 20's and I owe much of that to you."
Kim Lohrke

"If you have a love affair with your MP3 player and want to use it for customized workouts, Podfitness.com is a great choice for you."
About.com

"I just started working out to this program. I have been working out with Denise Austin for the past 2 years. I tried Podfitness when the station changed the fee for Denise Austin. I really like your program. I am 54 years old and was nervous about changing workouts, but your trainers are great! They explain moves well and are very encouraging. I hope you continue on your program styles on tv."
Thanks,
Sandy D'Angelo

"Today March 20th I caught the episode with Yumi Lee on kickboxing Butt Workout. It was the best I have ever seen and would extremely love to get her dvd or a copy of this segment. If this is not possible could I email her personally to let her know how much I enjoyed it. I was just told by my doctor that I am in the early stages of diabetes. I'm 46 years old and can't do workouts that are too difficult. I was able to keep up beautifully with her kickboxing. She was very encouraging."
Thanks,
Yvette Edwards

- Excellent verbal and written communications skills.
- Ability to express complex technical concepts effectively, both verbally and in writing.
- Ability to work within a team environment.
- Ability to relate to staff and customers with varying degrees of technical expertise.
- Strong level of patience
- Strong attention to detail, organizational and follow-up skills.
- Ability to be resourceful and demonstrate initiative.
- Intermediate to advance skills in Word, Excel, PowerPoint, Access and Outlook.

**Desired Skills:**

- B.S. in Computer Science or equivalent in experience.

Local qualified candidates only please / No recruiters / No relocation is available

Sandy, UT
Email: Benji Edmund

TOP
**Data Analyst**

Podfitness.com, a cutting edge, quickly moving, fun company is seeking a Database Analyst who will be responsible for the operational management and reporting of all database instances.

Podfitness.com offers a competitive salary and an enjoyable place to work Podfitness provides excellent benefits, an on-site fitness center and a high-energy, positive work environment.

**Responsibilities will include:**

- Operational administration of Oracle and Mysql Databases – backups, indexes, etc.
- Write custom queries and reports based on stakeholders needs.
- Active Participation in database design and architecture discussions with the development and systems teams.
- Conduct needs assessments with key stakeholders regarding reporting and data requirements

**This position requires the following skills and experience:**

- 5+ years experience in database planning, administration, and reporting.
- Solid understanding of Oracle and Mysql.
- Advanced knowledge of SQL and its subsets.
- Experience with ERP and CMS software packages, experience with Compiere is a bonus.
- Understanding of development practices and methodrologies, specifically Agile.
- Demonstrated knowledge of computer hardware, and operating systems (Mac OS X, Win 2000, Win XP, Win Vista and Linux).
- Excellent verbal and written communications skills.
- Ability to express complex technical concepts effectively, both verbally and in writing
- Ability to work within a team environment.
- Strong attention to detail, organizational and follow-up skills.
- Ability to be resourceful and demonstrate initiative.
- Intermediate to advance skills in Word, Excel, PowerPoint, Access and Outlook.
- Independently determines and develops approaches to solutions for a wide range of difficult problems.

Local qualified candidates only please / No recruiters / No relocation is available

Sandy, UT
Email: Benji Edmund

TOP



My Account | Support Center | FAQ | Contact Us | About Us | Partners | Press | Jobs | Privacy | Terms | Site Map

©Podfitness, Inc. All rights reserved. Podfitness and Podfitness.com are trademarks of Podfitness, Inc.
iPod is a registered trademark of Apple, Inc. Podfitness is not affiliated with or endorsed or supported by Apple, Inc.

3:53:49 PM 2/14/2008

# Podfitness.com

See How It Works    Success Stories    Workout Samples    Meet the Trainers

"I **love** my workouts, and every one is **different**"

Duane Jets

Less than $5 / week

INTRODUCTORY OFFER

**FREE 10-DAY**
TRIAL MEMBERSHIP

**START NOW**

## Privacy and Security Policy

### Why we collect information

When you register for Podfitness and other Podfitness services, we ask you for your name, contact information, preferences, and certain demographic information. This information helps us to provide personalized services and communicate separately with you. We also use aggregated information about the use of our services to evaluate our users' preferences, improve our programming, and facilitate third-party reporting of internet usage.

Like most websites, we use small bits of data called cookies stored on users' computers to simulate a continuous connection. Cookies let us "remember" information about your preferences and passwords and allow you to move within our Service without reintroducing yourself. Recent versions of most Internet browsers let you easily see and control cookies. Podfitness and its advertisers may also use cookies to determine which advertisements users have seen and how users responded to them, but we don't use such cookies to collect personally identifiable information unless you give us permission to do so. Similarly, Podfitness and its advertisers may use small pieces of code called "web beacons" or "clear gifs" to collect anonymous advertising metrics and to deliver cookies related to such advertisements.

Podfitness and its advertisers may also use ad network providers to help present advertisements on Podfitness.com and other Web sites. These ad network providers use cookies, Web beacons, or similar technologies on your computer to help present, better target, and measure the effectiveness of their advertisements, using data gathered over time and across their networks of Web pages to determine or predict the characteristics and preferences of their audience. The use of cookies, web beacons, or similar technologies by ad network providers is subject to their own privacy policies, and you can find out more about ad network providers and the choices you have about these technologies in the "Your Choices about your Podfitness Information" section.

### Information Collection and Use

Your Podfitness account consists of personally identifiable information collected or received about you when you log in to Podfitness as a registered user and interact with Podfitness features or use offerings and content from Podfitness affiliated providers. Depending on how you use Podfitness, your information may include registration-related information (such as name, home or work addresses, e-mail addresses, telephone and fax numbers, birth date or gender, fitness profile, favorites, and playlist information); transaction-related information (such as credit card or other preferred means of payment, or a history of products purchased through Podfitness); information about your visits to Podfitness affiliated providers' Web sites and pages, and your responses to the offerings and advertisements presented on these sites and pages; information about the features or offerings from Podfitness and its affiliated providers that you use, and how frequently you use them; information about how long you have used Podfitness features prior to subscription, your billing and shipping information if you make purchases to be shipped to your customer service information about you as a Podfitness subscriber; and other information specifically related to your use of a particular Podfitness feature or offering. Your Podfitness information may be supplemented with additional information from other companies.

Your Podfitness information may also include certain technical information gathered by Podfitness when you use features, offerings or content from Podfitness and its affiliated providers. Some of the technical information that may be collected or received includes: the type of browser you are using (e.g., Firefox, Internet Explorer), the type of operating system you are using (e.g., Windows XP or Mac OS), CPU type (e.g. Pentium), your manner of connecting to the Internet (e.g., connection speed through narrowband or broadband access); Internet protocol address; information about the version of any Podfitness feature that you used prior to registering with Podfitness; other information about your geographic location; and the domain name of your Internet service provider.

When you register with Podfitness and use features, offerings or content from Podfitness and its affiliated providers, your Podfitness information may be collected and stored in the United States by Podfitness, Inc. as the operator of Podfitness website. Additionally, Podfitness will use the Login Name and password, or other similar technologies, to authenticate you on the Podfitness website, help store your registration and transaction-related information, and enable you to take advantage of offerings from Podfitness and its affiliated providers.

### How Your Podfitness Information Is Used

Your Podfitness information is used to operate and improve the features, offerings and content presented to you by Podfitness and its affiliated providers; to personalize the content and advertisements provided to you; to fulfill your requests for products, programs, and services; to communicate with you and respond to your inquiries; to conduct research about your use of the features, offerings and content from Podfitness and its affiliated providers; and to help offer you other products, programs, or services that may be of interest to you.

Your Podfitness information may be shared with affiliated providers. You have choices about how your Podfitness information is used, and whether affiliated providers receive personally identifiable information about you as a Podfitness user. Affiliated providers that receive your Podfitness information may use this information according to their applicable privacy policies, with which you should be familiar.

Your Podfitness information will not be shared with third parties unless it is necessary to fulfill a transaction you have requested, or in other circumstances in which you have consented to the sharing of your Podfitness information. Podfitness may use your Podfitness information to present offers to you on behalf of business partners and advertisers. These business partners and advertisers receive aggregate data about groups of Podfitness users, but do not receive information that personally identifies you.

Podfitness does not read your private online communications when you use any of the communication tools offered as Podfitness features (for example, Private Messaging in our User Forums). If, however, you use these tools to disclose information about yourself publicly, other online users may obtain access to any information you provide.

Your Podfitness information, including the contents of your online communications, may be accessed and disclosed in response to legal process (for example, a court order, search warrant or subpoena), or in other circumstances in which Podfitness has a good faith belief that Podfitness or its affiliated providers are being sued for unlawful purposes. Podfitness may also access or disclose your Podfitness information when necessary to protect the rights or property of the Podfitness and its affiliated providers, or in special cases such as a threat to your safety or that of others.

Podfitness may use agents and contractors in order to help operate Podfitness. If such agents and contractors have access to personally identifiable information, then are required to protect this information in a manner that is consistent with this Privacy Policy to, for example, not using the information for any purpose other than to carry out the services they are performing for Podfitness.

In the event that ownership of Podfitness was to change as a result of a merger or acquisition by another company, your Podfitness information may be transferred. Podfitness will provide you notice prior to any such transfer of your Podfitness information. If such a transfer results in a material change in the use of your Podfitness information, Podfitness will also provide you notice about the choices you have to decline to permit such a transfer.

### Quick FAQ

How many workouts do I get?

How much does it cost?

Who designs my workout plan?

How are my workouts customized for me?

Are these audio, video, or photo workouts?

What if I decide to cancel?

What do I need in order to use Podfitness?

How do I download Podfitness workouts?

Is this just for the iPod?

What if I don't belong to a gym?

How does it mix with my music?

### Reviews

"I just wanted to write to say 'thank-you' for helping me shed 41.6 lbs! I look and feel better than I did in my 20's and I owe much of that to you."
Kim Lubrike

"If you have a love affair with your MP3 player and want to use it for customized workouts, Podfitness.com is a great choice for you."
About.com

"I just started wanting out to this program. I have been working out with Denise Austin for the past 2 years. I tried Podfitness when the station changed the time for Denise Austin. I really like your program. I am 54 years old and was nervous about changing work outs, but your trainers are great! They explain moves well and are very encouraging. I hope you continue on your program stays on tv."
Thanks,
Sandy D'Angelo

"Today March 28th I bought the episode with Yuni Lee on kickboxing that I Workout. It was the best I have ever seen and would extremely love to get her dvd or a copy of this segment. If this is not possible could I email her personally to let her know how much I enjoyed it. I was just told by my doctor that I am in the early stages of diabetes. I'm 45 years old and can't do workouts that are too difficult. I was able to keep up beautifully with her kickboxing. She was very encouraging."
Thanks,
Yvette Edwards

### What You Get

• 24/7 access to Podfitness.com

• Unlimited workouts (2 per day)

• Access to 2,000+ exercises

• Workouts from 60+ of

## Your Choices About Your Podfitness Information

Podfitness provides you with access to your registration, billing and shipping information; the ability to edit this information at the My Account area; and the ability to deactivate your registration with Podfitness.

You can make choices about how your Podfitness information may be used by the Podfitness to provide marketing offers to you. In order to do so, please visit the My Account area and review your Podfitness marketing preferences. These preferences do not apply to communications that are directly related to your registration with Podfitness or to the fulfillment of a specific transaction you have requested (for example, a service advisory from Podfitness, or an acknowledgment of a purchase order).

You may also choose whether Podfitness affiliated providers receive personally identifiable information about you. This choice does not apply to the sharing of Podfitness information necessary to provide you the basic functionality of the Service (for example, recognizing you as an authenticated user on affiliated providers' Web sites). Additionally, Podfitness may share personally identifiable information about you as a Podfitness user with one or more of its affiliated providers when that information is necessary to carry out a specific transaction or request you make for an offering from Podfitness or its affiliated providers, or as otherwise specified at the time you take advantage of that particular Podfitness offering.

Because the choices you make in connection with your Podfitness information may not take effect immediately, it is possible you may receive a communication during the period in which your request is being processed.

## Cookies

Podfitness may use cookies, web beacons, or similar technologies to enhance and personalize your experience on Podfitness and its affiliated providers, including to operate and improve offerings through Podfitness, to help authenticate your identity when you visit and transact with Podfitness and its affiliated providers, to remember your preferences and registration information, enable a shopping cart, to present and help measure and research the effectiveness of Podfitness offerings, advertisements, and e-mail communications (by determining which Podfitness e-mails you open and act upon); and to customize the content and advertisements provide to you by Podfitness and its affiliated providers.

Podfitness and its advertisers may also use ad network providers to help present advertisements online in connection with the features, offerings or content from Podfitness, its affiliated providers, and other Web sites. These ad network providers use cookies, web beacons, or similar technologies on your computer to help present, better target, and measure the effectiveness of their advertisements, using data gathered over time and across their networks of Web pages to determine or predict the characteristics and preferences of their audience. The use of cookies, web beacons, or similar technologies by ad network providers is subject to their own privacy policies, not that of Podfitness, and you should be familiar with these.

## Personal Financial Information

The Gramm-Leach-Bliley Act was passed by Congress to help protect the privacy of your personal financial information. The following notice explains Podfitness's practices with respect to personal financial information that Podfitness users provide while using any Podfitness features that collect personal financial information subject to the Gramm-Leach-Bliley Act ("Podfitness financial features"). By using Podfitness financial features, you agree to receive future notices required under the Gramm-Leach-Bliley Act through the continuous posting of this Privacy Policy online.

If you subscribe to the Podfitness service, you provide Podfitness with information including your name, credit card, and billing and/or shipping addresses. To give you updated information when you use these features, Podfitness servers automatically collect and store the financial information that you provide.

Podfitness does not disclose financial information to third parties that are not affiliated with the Network, except in the limited circumstances permitted by law (for example, in response to legal process); or when you request the disclosure of the information (for example, when you request that Podfitness share this information in order to facilitate a purchase on a third party web site). Any sharing of financial information with Podfitness affiliated providers is also subject to your choices.

Access to financial information is restricted to Podfitness employees and contractors who need to know this information in order to provide the Service to you.

## Our Commitment to Security

Podfitness has established safeguards to help prevent unauthorized access to or misuse of your Podfitness information, but cannot guarantee that your personally identifiable information will never be disclosed in a manner inconsistent with this Privacy Policy (for example, in the event of unauthorized acts by third parties that violate applicable law or the policies of Podfitness and its affiliated providers). To protect your privacy and security, Podfitness uses passwords to help verify your identity before granting access or making corrections to any of your Podfitness information.

## Special Note for Parents

Podfitness is intended for a general audience, and children under the age of eighteen are not permitted to register with Podfitness. If any Podfitness affiliated providers offer a site directed toward children, or knowingly collects information from children, that affiliated provider will provide you information about its practices for the handling of children's online data through its privacy policy.

## How to Contact Us

If you have any questions or concerns about this Podfitness Privacy Policy or its implementation, you may contact us by visiting our Contact Us page.

## Changes to this Privacy Policy and Additional Information

Podfitness may update this Privacy Policy from time to time, and so you should review this Policy periodically. If there are significant changes to Podfitness information practices, you will be provided with appropriate online notice.

Podfitness may in the future offer other special features and services, and if these features and services are not described in this Policy, you will be provided with additional privacy-related information.

**Microsoft**   **WAL★MART**   nDani▾   **W**   BBT●   Lady Foot Locker   **POLAR**   icon   Aveeno>om   VjV.

My Account | Support Center | FAQ | Contact Us | About Us | Partners | Press | Jobs | Privacy | Terms | Site Map

©Podfitness, Inc. All rights reserved. Podfitness and Podfitness.com are trademarks of Podfitness, Inc. iPod is a registered trademark of Apple, Inc. Podfitness is not affiliated with or endorsed or supported by Apple, Inc.



3:57:18 PM 2/14/2008

# "I **love** my workouts, and every one is **different**"

Less than $5 / week
INTRODUCTORY OFFER
**FREE 10-DAY**
TRIAL MEMBERSHIP
**START NOW**

## Terms and Conditions

**Effective January 1, 2006**

PODFITNESS™ IS A PROVIDER OF DIGITAL CONTENT THAT MAY BE USED BY SUBSCRIBERS AS PART OF THEIR EXERCISE PROGRAM. YOU SHOULD CONSULT WITH YOUR DOCTOR BEFORE INITIATING ANY EXERCISE PROGRAM, OTHER STRENUOUS ACTIVITY, OR IF YOU EXPERIENCE PAIN OR DISCOMFORT.

This document ("the Agreement") is a legal contract between Podfitness, Inc. ("Podfitness" or "we" or "us") and the users of the Podfitness online content services (i.e., the Podfitness subscription services and the Podfitness download sales service) available at www.Podfitness.com (together "the Service"). Reference to "you" or "your" identifies the individual who accesses the Podfitness site ("the Site") and/or uses the Service. The terms below will apply to you if you access the Site or use the Service. If you are unwilling or unable to agree to these terms and conditions, do not attempt to access the Site or the Service. All rights not expressly granted to you in this Agreement are reserved to Podfitness and/or its licensors or other third-party rights holders.

### AMENDMENTS

Podfitness may from time to time modify the Agreement by posting a copy of the amended agreement at this link. If you do not agree to (or cannot comply with) the Agreement as amended, your only remedy is to stop using the Service or, if applicable, cancel your Service subscription. You will be deemed to have accepted the Agreement as amended if you continue to use the Service after any amendments are posted.

### AGE REQUIREMENT

You must be at least 18 years of age to enter into this Agreement on your own behalf and to register for use of the Service. If you are under 18 but at least 13 years of age, you must present this Agreement to your parent or legal guardian, and he or she must check the box below to enter into this Agreement on your behalf.

### DESCRIPTION OF THE SERVICE

The Service allows you to listen to Samples (as defined below) and to obtain downloads of sound recordings ("Workouts") and related digital content ("Materials"). To access the Service, you will need to install or activate the Podfitness proprietary software application, and you may also be required to install other software made available through the Service (collectively this software is called the "Client"). In order to use the Service, you may need additional third-party hardware and/or software, You are responsible for any hardware, systems and/or software program(s) you use and any associated fees and expenses (a) to connect to or use the Internet, and/or (b) to use the Client, other than the Client. The Service (including any Podfitness promotional offers or codes redeemable for the Service) is only for your personal, non-commercial use and are non-transferable except as otherwise expressly authorized by Podfitness.

In an effort to improve the Service, you agree that Podfitness and/or its business partners may collect information regarding your listening habits and music play lists. This allows us to build you a Workout using your music. We will manage all information you provide and/or that we collect about you or your use of the Service according to our Privacy Policy.

### REGISTRATION AND SOFTWARE USE

To use the Service, you must register and provide certain information, including a member (user) name, a password and a valid email address ("Registration Data"). You agree to provide accurate Registration Data and to update your Registration Data as necessary to keep it accurate. Podfitness will use your Registration Data in accordance with its privacy policy, which you can review at this link.

You agree that you are responsible for maintaining the confidentiality of your account and password and for restricting access to your computer, and you agree to accept responsibility for all activities that occur under your account.

The Service and the Workouts and Materials are owned by Podfitness, its business partners, affiliates and/or licensors, as applicable, and are protected by United States and international intellectual property laws. You agree that the content rights holders that license their musical or other content to Podfitness for use in the Service are intended third-party beneficiaries under this Agreement with the right to enforce the provisions that directly concern their content You shall not reproduce, modify, display, perform, transfer, distribute, or otherwise use the Service except as expressly authorized by Podfitness, and you shall not allow or facilitate such unauthorized use by anyone else.

Your access to and/or use of any Workout will be limited by the rules assigned to the Workout by Podfitness ("Usage Rules") and described in this section. You may not attempt (nor support others' attempts) to circumvent, reverse engineer, decrypt, or otherwise alter or interfere with any Usage Rules or Workouts. Podfitness reserves the right to modify the Usage Rules at any time.

You may not attempt (nor support others' attempts) to capture, copy, or download a Sample. A "Purchased Workout" is a Workout that you may (1) save to the hard drives of up to three of your personal computers and play back at any time, (2) burn to a CD, and/or (3) transfer to a compatible portable device. You may only burn to a CD each Purchased Workout up to seven (7) times. Once you have burned a Purchased Workout to a CD, you agree not to copy, distribute, or transfer the Workout from that CD to any other media or Device, except as provided herein. You may transfer a Purchased Workout to two portable devices that are compatible with the Usage Rules and security requirements. The burning or transfer capabilities provided for herein shall not operate to waive or limit any rights of the copyright owners in Workouts or Materials or any works embodied in them.

You may use the Client to import certain music files that you have obtained independent of the Service and mix them using the Client. Podfitness does not represent or warrant that the Client will successfully import or support any music files not part of the Service. Further, Podfitness does not purport to grant you any rights to use such music files.

### CHARGES / BILLING

By using the Service, you are expressly agreeing that we are permitted to bill you a monthly subscription fee, any applicable tax and any other charges you may incur in connection with your use of the Service. Additional charges may include gift subscription purchases you make or service level charges you request. When you register for the Service, you must give us a valid credit or debit card as your "Payment Method." As used in this Agreement, "billing" shall indicate either a charge or debit, as applicable, against your Payment Method, including a checking account, where applicable. The subscription fee will be billed at the beginning of your subscription and on each monthly renewal thereafter unless and until you or we cancel your membership. Click on the "View Membership Terms" link on the "My Account" page to see the commencement date for your next renewal period. We will automatically bill your Payment Method each month on the calendar day corresponding to the commencement of your membership or the nearest proximate day in that month. All fees and charges are nonrefundable, and there are no refunds or credits for partially used periods. We may change the fees and charges in effect, or add new fees and charges from time to

### Quick FAQ

How much does it cost?
Who designs my workout plan?
How are my workouts customized for me?
Are these audio, video, or photo workouts?
What if I decide to cancel?
What do I need in order to use Podfitness?
How do I download Podfitness workouts?
Is this just for the iPod?
What if I don't belong to a gym?
How does it mix with my music?

### Reviews

"I just wanted to write to say Thank-you for helping me shed 41.6 lbs! I just and feel better than I did in my 20's and I owe much of that to you."
Kim Lutcrke

"If you have a love affair with your MP3 player and want to use it for customized workouts, Podfitness.com is a great choice for you."
About.com

"I just started working out to this program. I have been working out with Denise Austin for the past 2 years. I tried Podfitness when the station changed the time for Denise Austin. I really like your program. I am 54 years old and was nervous about changing work outs, but your trainers are great! They explain moves well and are very encouraging. I hope you continue on your program always on tv."
Thanks,
Sandy D'Angelo

"Today March 20th I caught the episode with Yumi Lee on kickboxing But Workout. It was the best I have ever seen and would extremely love to get her dvd or a copy of this segment. If this is not possible could I email her personally to let her know how much I enjoyed it. I was just told by my doctor that I are in the early stages of diabetes. I'm 46 years old and can't do workouts that are too difficult. I was able to keep up beautifully with her kickboxing. She was very encouraging."
Thanks,
Yvette Edwards

### What You Get

• 24/7 access to Podfitness.com
• Unlimited workouts (2 per day)
• Access to 2,000+ exercises
• Workouts from 90+ of the world's top coaches
• Expert coaching

time, but we will give you advance notice of these changes by e-mail. If you want to use a different Payment Method or if there is a change in your credit card validity or expiration date, you may edit your Payment Method information by clicking on the "My Account" button, on the Podfitness Home page. If your Payment Method reaches its expiration date, your continued use of the service constitutes your authorization for us to continue billing that Payment Method and you remain responsible for any uncollected amounts. Podfitness may, in its discretion, post charges to your Payment Method individuals, or we may aggregate your charges with other purchases you make on the Service. You are responsible for keeping your account secure and confidential and you will be responsible for any charges that are incurred by any person through your account. All charges will be billed to the billing payment method you designate when you first make a purchase or incur a charge. If any of your billing information changes, you must update that information in the "Member Information" section of the "My Account" area.

You can find the specific details regarding your subscription with Podfitness at anytime by clicking on the "My Account" link, located at the top of the Podfitness home page.

## FREE TRIAL

We encourage the use of the Service through free trials. To view the specific details regarding your free trial, log in to My Account on the Podfitness Home page and click "View Subscription Terms."

Free trials are only available to first-time customers of the Service and cannot be combined with any other offer. Only one free trial may be redeemed per eligible person. You must have Internet access and enter your Payment Method to redeem a free trial offer. Upon registering for your free trial, your Payment Method will be authorized for approximately one month of service. In some instances, your available balance or credit limit may reflect the authorization; however, no charges will be made against the Payment Method unless you do not cancel prior to the end of your free trial period.

We will begin billing your Payment Method for monthly subscription fees corresponding to your subscription plan plus any applicable tax at the end of your free trial period unless you cancel prior to the end of your free trial. To view the specific details of your Subscription Plan, including price and end date of your free trial period, click the "View Subscription Terms" link on the "My Account" page. You will not receive a notice from us that your free trial has ended or that your paid subscription has begun. YOU MUST CANCEL PRIOR TO THE END OF YOUR FREE TRIAL OFFER TO AVOID CHARGES TO YOUR PAYMENT METHOD. CLICK THE "MY ACCOUNT" LINK AT THE TOP OF THE PODFITNESS HOME PAGE FOR CANCELLATION INSTRUCTIONS. We will continue to bill your Payment Method on a monthly basis for your Subscription Plan until you cancel. You may cancel your subscription at any time. For some subscription options, including Podfitness Premier Trainers, you may incur additional charges. We may also offer plans in conjunction with third parties (e.g., gym memberships); with the provision of their own products and services. We are not responsible for the products and services provided by such third parties. We reserve the right to modify, terminate or otherwise amend our offered subscription plans. Unless otherwise stated differently, month or monthly refers to your billing cycle (See "Billing" below).

## TERMINATION

You may cancel your subscription at anytime, which will be effective immediately. WE DO NOT PROVIDE REFUNDS OR CREDITS FOR ANY PARTIAL-MONTH SUBSCRIPTION PERIODS OR UNUSED WORKOUTS. To cancel, follow the instructions for cancellation under the heading "Cancel Membership" in "My Account."

We reserve the right to terminate your account for any or no reason.

Podfitness may in its sole discretion terminate this Agreement or suspend your account at any time without notice to you in the event that you breach (or Podfitness reasonably suspects that you have breached) any provision of this Agreement or for no reason at all. If Podfitness terminates this Agreement or suspends your account due to a suspected breach by you, it shall have no liability or responsibility to you, and Podfitness will not refund any amounts that you have previously paid. You understand and agree that your cancellation of your account and Service membership is your sole right and remedy with respect to any dispute with Podfitness.

## INTERNATIONAL CONSIDERATIONS

Currently, the Service is only available within the United States. You understand and acknowledge that you may not sign up for, access, or attempt to access or use the Service from countries outside of the U.S.

## COPYRIGHT INFORMATION

The Service contains and/or comprises copyrighted or other proprietary subject matter, and your use of it is governed by this Agreement, certain end-user license agreements, and applicable law. You may not alter, merge, modify, adapt or translate the Service, or decompile, reverse engineer, disassemble, or otherwise reduce the Service to a human-perceivable form. You may not sell, rent, lease, or sublicense the Service. You may not modify the Service or create derivative works based upon the Service. You may not export the Service into any country prohibited by the United States Export Administration Act and the regulations hereunder.

Podfitness respects the intellectual property rights of others, and it expects you to do the same. If you know of or suspect that any use of the Service constitutes copyright infringement, please send a notice to Podfitness Customer Care by visiting www.podfitness.com or by sending a fax to 801.990.3237. The notice must contain all of the information set forth in Section 512 (c)(3)(A) of the U.S. Copyright Act, 17 U.S.C. 101 et seq.

Podfitness actively and aggressively enforces its intellectual property rights to the fullest extent of the law.

The illegal copying of music and Podfitness Workouts is a crime! In the United States and many other countries, copyright law provides for severe civil and criminal penalties for the unauthorized reproduction or distribution of copyrighted material. Copyrighted material includes, but is not limited to, computer programs and accompanying sounds, images and text.

If Podfitness receives a notice alleging that you have engaged in behavior that infringes the intellectual property rights of Podfitness or a third party, Podfitness may suspend or terminate your account without notice to you. If Podfitness suspends or terminates your account under this paragraph, it shall have no liability or responsibility to you, including for any amounts that you have previously paid.

Please join Podfitness in its piracy prevention efforts. You can report incidents of piracy by contacting us at info@podfitness.com.

Don't steal music for your Podfitness workouts. Don't steal Podfitness workouts.

## PROMOTIONS AND ADVERTISING

You agree that Podfitness and/or its business partners reserve the right to run advertisements in the Client without payment to you. The timing, frequency, placement and extent of advertising by us within the pages comprising podfitness.com or Podfitness and/or its business partners is subject to change and shall be determined by us at our sole discretion. Your correspondence or business dealings with, or participation in promotions of, advertisers found on or through Podfitness.com or Podfitness and/or its business partners including payment and delivery of related goods or services, and any other terms, conditions, warranties or representations associated with such dealings, are solely between you and such advertiser.

## LINKS TO THIRD-PARTY SITES

The Service may present links to third-party websites not owned or operated by Podfitness. Podfitness is not responsible for the availability of these sites or their content. You agree that Podfitness is not responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with your use of or reliance on any content of any such site or goods or services available through any such site.

## REMEDIES

You agree that any unauthorized use of the Service or any related software or materials would result in irreparable injury to Podfitness and/or its affiliates or licensors for which money damages would be inadequate, and in such event Podfitness, its affiliates and/or licensors, as applicable, shall have the right, in addition to other remedies available at law and in equity, to immediate injunctive relief against you. Nothing contained in this Agreement shall be construed to limit remedies available pursuant to statutory or other claims that Podfitness, its affiliates and/or licensors may have under separate legal authority.

## INDEMNITY

You agree to indemnify and hold harmless Podfitness and its agents, employees, representatives, licensors, affiliates, parents and subsidiaries from and against any and all claims, losses, demands, causes of action and judgments (including attorneys' fees and court costs) arising from or concerning your breach of this Agreement and your use of the Service or your actual or alleged violation of law or any third-party rights, including, but not limited to, intellectual property rights.

## DISCLAIMERS

THE SITE IS PROVIDED ON AN "AS IS," "AS AVAILABLE" BASIS. NEITHER PODFITNESS, NOR ITS AFFILIATES, SUBSIDIARIES, OR DESIGNEES, NOR EACH OF THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, THIRD-PARTY CONTENT PROVIDERS, DESIGNERS, CONTRACTORS, DISTRIBUTORS, MERCHANTS, SPONSORS, LICENSORS OR THE LIKE (COLLECTIVELY, "PODFITNESS ENTITIES") WARRANT THAT USE OF THE SITE WILL BE UNINTERRUPTED OR ERROR-FREE. THE PODFITNESS ENTITIES DO NOT WARRANT THE ACCURACY, INTEGRITY, OR COMPLETENESS OF THE CONTENT PROVIDED ON THE SITE OR THE PRODUCTS OR SERVICES OFFERED FOR SALE ON THE SITE. FURTHER, WE MAKE NO REPRESENTATION THAT CONTENT PROVIDED ON THE SITE IS APPLICABLE OR APPROPRIATE FOR USE IN LOCATIONS OUTSIDE OF THE UNITED STATES. WE SPECIFICALLY DISCLAIMS WARRANTIES OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NO ORAL ADVICE OR WRITTEN INFORMATION GIVEN BY ANY PODFITNESS ENTITY SHALL CREATE A WARRANTY. YOU EXPRESSLY AGREE THAT THE USE OF THE SITE IS AT YOUR SOLE RISK.

UNDER NO CIRCUMSTANCES SHALL ANY PODFITNESS ENTITY BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES THAT RESULT FROM THE USE OF OR INABILITY TO USE THE SITE, INCLUDING BUT NOT LIMITED TO RELIANCE BY A USER ON ANY INFORMATION OBTAINED AT THE SITE, OR THAT RESULT FROM MISTAKES, OMISSIONS, INTERRUPTIONS, DELETION OF FILES OR E-MAIL, ERRORS, DEFECTS, VIRUSES, DELAYS IN OPERATION OR TRANSMISSION, OR ANY FAILURE OF PERFORMANCE, WHETHER OR NOT RESULTING FROM ACTS OF GOD, COMMUNICATIONS FAILURE, THEFT, DESTRUCTION OR UNAUTHORIZED ACCESS TO PODFITNESS RECORDS, PROGRAMS OR SERVICES. THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY WHETHER IN AN ACTION OF CONTRACT, NEGLIGENCE, OR OTHER TORTIOUS ACTION, EVEN IF AN AUTHORIZED REPRESENTATIVE OF PODFITNESS HAS BEEN ADVISED OF OR SHOULD HAVE KNOWLEDGE OF THE POSSIBILITY OF SUCH DAMAGES. YOU HEREBY ACKNOWLEDGE THAT THIS PARAGRAPH SHALL APPLY TO ALL CONTENT, MERCHANDISE AND SERVICES AVAILABLE THROUGH THE SITE. BECAUSE SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES LIABILITY IS LIMITED TO THE FULLEST EXTENT PERMITTED BY LAW. OTHER THAN WHERE SO RESTRICTED, IN NO EVENT SHALL SUCH DAMAGES OR LIABILITY EXCEED THE AMOUNTS PAID BY YOU TO PODFITNESS FOR THE SERVICE.

## LAW AND LEGAL NOTICES

This Agreement and any other terms or documents referred to herein represent your entire agreement with Podfitness with respect to your use of the Service. If any part of this Agreement is held invalid or unenforceable, that portion shall be construed in a manner consistent with applicable law to reflect, as nearly as possible, the original intentions of the parties, and the remaining portions shall remain in full force and effect. The laws of the State of Utah govern this Agreement and your use of the Service, excluding any conflict of laws provisions. You expressly agree that the courts in the State of Utah, Salt Lake County, have exclusive jurisdiction and venue over any claim or dispute with Podfitness.

## CONTACT PODFITNESS

You may contact Podfitness if you have any questions regarding this Agreement, the Service, billing, or your account.

- 801-990-1992

Podfitness, Inc.
236 West Sego Lily Drive, Suite 200
Sandy, Utah 84070

## PODFITNESS TRADEMARK USAGE GUIDE

### Definition of Podfitness Service

Podfitness is the provider of the Podfitness Service ("the Service") that permits you to download digital content - such as sound recordings and videos - under certain terms and conditions as set forth in this Agreement and the Podfitness Terms and Conditions..

### Guidelines for trademarks and copyrights

These guidelines are for Podfitness licensees, authorized resellers, trainers, customers, and other parties wishing to use Podfitness's trademarks, service marks or images in promotional, advertising, instructional, or reference materials, or on their web sites, products, labels, or packaging. Use of the Podfitness Logo for commercial purposes without the prior written consent of Podfitness constitutes trademark infringement and unfair competition in violation of federal and state laws. Use of Podfitness trademarks is prohibited unless expressly authorized by Podfitness. Unless set forth in a separate agreement, all Licensees, Authorized Resellers, Strategic Partners, or Trainers must comply with the following trademark usage guidelines. Podfitness may modify these guidelines from time to time, and such changes shall be effective upon posting of the guidelines for your review.

The Podfitness trademarks, service marks, trade names, and trade dress (collectively, "the Marks") are valuable assets of Podfitness. By using the Marks, in whole or in part, you acknowledge that Podfitness is the sole owner of the Marks, and you promise that you will not interfere with the Podfitness rights in the Marks, including challenging the Podfitness use or registration of the Marks, alone or in combination with other words, anywhere in the world, and that you will not harm, misuse, or bring into disrepute the Marks. The goodwill derived from using any part of the Marks exclusively inures to the benefit of and belongs to Podfitness. Except for the limited right to use as expressly permitted under these Guidelines, no other rights of any kind are granted hereunder, by implication or otherwise. If you have any questions regarding these guidelines, please talk to your Podfitness representative or send an e-mail to Podfitness Legal Department at legal@podfitness.com

### Authorized Use of Podfitness Trademarks

Advertising, Promotional, and Sales Materials: Only Podfitness and its authorized Resellers and other Licensees may use the

Marks in advertising, promotional, sales materials, or other commercial uses. Podfitness Authorized Resellers and Strategic Partners may use the Podfitness Logo only as specified in their Reseller or Strategic Partnership Agreement and such use must always be in conjunction with the appropriate terms that define the relationship authorized by their contract with Podfitness. For example:

- Authorized Reseller
- Authorized Wholesaler
- Podfitness Featured Trainer
- Podfitness Premier Trainer

Publications: You may use the Marks in connection with book titles, magazines, periodicals, seminars, or conferences provided you comply with the following requirements:

a. The use is referential and less prominent than the rest of the title. Acceptable: FITNESS CONFERENCE for Podfitness Users
b. The use reflects favorably on both Podfitness and Podfitness products or technology.
c. Your name and logo appear more prominent than the Podfitness word mark on all printed materials related to the publication, seminar or conference.
d. The Podfitness logo or any other Podfitness-owned graphic symbol, logo, icon or image does not appear on or in the publication or on any materials related to the publication, seminar, or conference without express written permission from Podfitness.
e. A disclaimer of sponsorship, affiliation, or endorsement by Podfitness, similar to the following, is included on the publication and on all related printed materials: "(Title) is an independent (publication) and has not been authorized, sponsored, or otherwise approved by Podfitness, Inc."
f. A trademark attribution notice is included in the credit section giving notice of Podfitness's ownership of its Marks. Please refer to the section below titled "Proper Trademark Notice and Attribution."

Web Sites: Web sites that serve only as noncommercial electronic informational forums may use the Marks, provided such use complies with the guidelines set forth in Section 3 above.

## Unauthorized Use of Podfitness Trademarks

Company, Product, or Service Name: You may not use or register, in whole or in part, Podfitness, Podworkouts, or any other Podfitness trademark, including Podfitness-owned graphic symbols, logos, icons, or an alteration thereof, as or as part of a company name, trade name, product name, or service name except as specifically noted in these guidelines.

Podfitness Logo and Podfitness-owned Graphic Symbols: You may not use the Podfitness Logo or any other Podfitness-owned graphic symbol, logo, or icon on or in connection with web sites, products, packaging, manuals, promotional/advertising materials, or for any other purpose except pursuant to an express written trademark license from Podfitness, such as a Trainer Agreement.

Disparaging Manner: You may not use the Marks or any other Podfitness-owned graphic symbol, logo, or icon in a disparaging manner, as determined by Podfitness in its sole discretion.

Endorsement or Sponsorship: You may not use the Marks, including Podfitness-owned graphic symbols/logos, or icons, in a manner that would imply Podfitness' affiliation with or endorsement, sponsorship, or support of a third-party product or service, without express authorization.

Merchandise Items: You may not manufacture, sell or give-away merchandise items, such as T-shirts and mugs, bearing the Marks, including symbols, logos, or icons, except pursuant to an express written trademark license from Podfitness.

Podfitness's Trade Dress: You may not imitate the distinctive Podfitness packaging, web site design, logos, or typefaces.

Slogans and Taglines: You may not use or imitate a Podfitness slogan or tagline. Domain Names: You may not use the Marks in a domain name. Not acceptable: "podworkouts.com" "podworkouts-podfitness.com"

## Proper Trademark Notice and Attribution

1. Distribution Within the United States Only
a. On product, product documentation, or other product communications that will be distributed only in the United States, use the appropriate trademark symbol (TM, SM, (R)) the first time the Podfitness trademark appears in the text of the advertisement, brochure, or other material.
b. Refer to the Podfitness Trademark List for the correct trademark symbol, spelling of the trademark, and generic term to use with the trademark. Generally, the symbol appears at the right shoulder of the trademark.
c. Include an attribution of Podfitness's ownership of the Marks within the credit notice section of your product, product documentation, or other product communication. Following are the correct formats: _____ and _____ are registered trademarks of Podfitness, Inc _____ and _____ are trademarks of Podfitness, Inc.

2. Distribution Outside the United States:
a. Do not use trademark symbols on products, product documentation, or other product communications that will be distributed outside the United States.
b. Use one of the following international credit notices: _____ is a trademark of Podfitness, Inc., registered in the U.S. and other countries. _____ is a trademark of Podfitness, Inc.

## Copyright information

You represent that you are the owner of the material you use with Podfitness, including all music you select to use in your Workouts. Podfitness is not liable for any action taken against you for illegal use of copyrighted work while using the Podfitness service.

## Reverse Engineering

You may not alter, merge, modify, adapt or translate the Software, or decompile, reverse engineer, disassemble, or otherwise reduce the Software to a human-perceivable form. You may not sell, rent, lease, or sublicense the Software. You may not modify the Software or create derivative works based upon the Software. You may not export the Software into any country prohibited by the United States Export Administration Act and the regulations thereunder.

## LAME MP3 Encoder License

LAME MP3 encoder is used under GNU LESSER PUBLIC LICENSE.

Originally developed by Mike Cheng. Now maintained by Mark Taylor. LAME uses the MPGLIB decoding engine, from the MPG123 package, written by Michael Hipp (www.mpg123.de) MPGLIB is released under the GPL.

©1999,2000,2001 by Mark Taylor
©1998 by Michael Cheng
©1995,1996,1997 by Michael Hipp: MPGLIB As well as additional copyrights as documented in the source code.
©2006 Podfitness, Inc. All rights reserved.

      

©PodFitness, Inc. All rights reserved. PodFitness and Podfitness.com are trademarks of PodFitness, Inc.
iPod is a registered trademark of Apple, Inc. PodFitness is not affiliated with or endorsed or supported by Apple, Inc.



3:58:42 PM 2/14/2008

