# Exhibit "C"

Dockets.Justia.com

# Podfitness 101:

To use Podfitness, you need three things:

**1. A COMPUTER WITH A WEB BROWSER AND INTERNET CONNECTION**
**2. AN ITUNES OR ZUNE PLAYLIST OF YOUR FAVORITE WORKOUT MUSIC**
**3. A PORTABLE MP3 PLAYER**

The first time you use Podfitness, you'll create a Fitness Profile, choose your Training Program, and download the Podfitness iTunes/Zune software.

*NOTE: You will only need to install and set up Podfitness once. It should take about 10 minutes to get set up to create your first workout. The next time you use Podfitness, you'll be ready to mix your next workout instantly.*

## THE BASICS:

### 1.1 CREATING AN ITUNES/ZUNE WORKOUT PLAYLIST

*If you don't have iTunes or Zune player installed, you'll need to download and install the software, and import some music to work out with. To download iTunes, visit http://www.apple.com/itunes/download. To download Zune, visit http://www.zune.net/en-us/meetzune/software.htm*



Your workouts are mixed with the best music in the world--yours. Podfitness mixes any iTunes or Zune music playlist to help you get the perfect workout soundtrack, every time.

To create a playlist in iTunes, click the Add Playlist (looks like a plus sign) button in the lower-right. Then, just type the name of the playlist (for example, "Workout") and press Enter. Then, drag songs from your music library into the new playlist.



To make a playlist in Zune, click "Create Playlist" in the upper-left. Then, type in the name of the playlist (for example, "Workout") and press Enter. Then, just drag songs from your Library into this new playlist.

*Note: Be sure to create playlists with songs you've added or imported yourself. Podfitness is not compatible with music that is locked by Digital Rights Management (DRM), including most music from the iTunes Store or Zune Marketplace. For more about Podfitness and DRM, visit our FAQ section at http://www.podfitness.com/web/template/faqs.*

The Podfitness mixer will automatically adjust the volume of your workout music so you can hear your trainer during your workout.

The music you pick can greatly change your workout, so be sure to choose music for your workouts that motivates and energizes you!

### 1.2 SIGNING UP

When signing up for Podfitness, follow the onscreen directions to create your account.

You'll be asked for your email address and to choose a password. This will be your Podfitness login, so be sure to use an email address and password that you can easily remember.



### 1.3 INSTALLING THE PODFITNESS ITUNES/ZUNE PLUGIN

You'll need to install the Podfitness mixing software before downloading your first workout. This lets Podfitness use the music on your computer to mix your custom workouts.

When prompted, choose to download the Podfitness Setup file.




**FOR WINDOWS USERS:**
Once the Podfitness application has downloaded to your desktop, double-click the file (PodfitnessSetup.exe) to begin the install. Follow the prompts, read the User Agreement, and click Next until the installation is complete.

**FOR MACINTOSH USERS:**
In Safari, visit www.podfitness.com/download and click "Download Mixer for Mac", and click "Continue" to open the DMG file.

In Firefox, click "Save File" on the popup window. Then, double-click Podfitness.dmg. The Podfitness application disk image will now open.



Drag the Podfitness icon to your Applications folder. From your Applications folder, double-click the Podfitness icon to start Podfitness.

*Note: It's important to copy Podfitness to your Applications folder first, then double-click the Podfitness icon from your Applications folder.*

With Podfitness now running, you are ready to download Podfitness workouts.



## 1.4 CREATING YOUR FITNESS PROFILE

After signing up, you'll be asked to fill out a simple Fitness Profile. This lets Podfitness customize each of your workouts based on your personal fitness level and personal preferences.

In addition, you'll be asked to choose one (or more) fitness goals. Check the boxes of the goals you'd like to accomplish with Podfitness, and select the most important goal as your primary goal.

Check the boxes for the types of exercise you prefer and the equipment you have available at home, and click **Save**.

You'll get a quick snapshot of your Profile, and you can confirm it or go back and make changes. If everything looks good, click **Continue** to see your recommended Training Programs.

You can return and change your goal and profile anytime by clicking **Edit Profile** from your Podfitness homepage.

After changing your Profile, you'll see a **New Recommendations** link at the top of your homepage. You can click this to see the new Training Programs that Podfitness recommends for you based on the changes in your Profile.



## 1.5 CHOOSING A TRAINING PROGRAM

Note: Your Training Program will vary, since each workout is customized for you based your Trainer's plan, your Fitness Profile, and where you work out.

After completing or changing your Fitness Profile, Podfitness will recommend the trainers and training programs that best match your profile. You'll see the top 3 recommendations, but you can click View Top 10 to see more.

Click **View Details** to learn more about the Trainer and Training Program. When you find a Training Program that you would like to choose, click **Select**.



If you prefer, you can browse and pick a Training Program yourself by clicking **Find a Different Training Program** at the bottom of the screen.



### 1.6 CONFIRMING YOUR WORKOUT

After choosing your Training Program, you'll be brought to your Podfitness homepage. From your Podfitness homepage, you can give feedback about previous workouts, view and change your Fitness Profile, switch Training Programs, and download workouts.

To download your workout, take a look at the Workout Preview. If it looks good, double-check your workout location (Gym, Home, or Outdoors) and click **Confirm Workout**.

*Note: If you change your Workout Location, your workout will change to accommodate the equipment at that location. For instance, if you change your location from "Gym" to "Home", and you had leg press exercises, they may be replaced by body weight squat exercises. Before downloading, check for changes in the Preview window.*



### 1.7 CHOOSING YOUR MUSIC

The Podfitness software will take a moment to list your iTunes or Zune playlists. Click a playlist on the left, and the songs in that playlist will be listed on the top-right window.

To add a song to your workout, simply click **Add** next to the song name. Songs that will be mixed with your workout are added to the lower-right window. To remove a song, click the **Remove** button. While adding songs, you'll see a meter fill up in the bottom-left. When the meter is full, you have enough music to fill your entire workout.

*Note: Songs that say "Protected" instead of "Add" are locked by iTunes or Zune Digital Rights Management (DRM), and cannot be mixed with your workout. For more about DRM and Podfitness, visit our FAQ at http://www.podfitness.com/web/template/faqs.*



Click **Confirm Workout** to review the exercises and playlist for the workout, then click **Download Workout** to create, mix, and download your custom workout.

When finished, you're ready to sync your iPod and go work out, or you can download another workout. (You can download up to 3 workouts per day.)



## 1.8 GETTING WORKOUTS TO YOUR IPOD, ZUNE, OR MP3 PLAYER

**Adding Workouts to iPod or Zune via Automatic Sync**
If your iPod or Zune is set to automatically sync, you don't have to do a thing; your new workouts will be added to the Podfitness playlist, and downloaded to your iPod or Zune the next time you plug your MP3 player to your computer.

**Adding workouts to iPod via Manual Sync**
1. Connect your iPod to your computer and open iTunes.
2. Under Playlists on the left side, click "Podfitness".
3. Select the workouts you want to sync to your iPod.
4. Drag the workouts (or the Podfitness playlist) to your iPod.
5. Click the Eject button next to your iPod to eject the iPod.

**Adding workouts to Zune via Manual Sync**
1. Connect Zune to your PC and open Zune software.
2. On the Navigation pane (left), click the icon to display Music.
3. Navigate to the workouts you want to sync to Zune in the Podfitness Playlist.
4. On the List pane (right), click the sync icon Task Selector to display the sync list.
5. Drag your workout from the Details pane (center) to the List pane to create a sync list.
6. Click Start Sync. Zune software will sync your choices to your Zune device.

**Adding workouts to other MP3 players**
Podfitness requires iTunes or Zune software in order to mix workouts, but you can create MP3 files that can be synced with any MP3-capable device. To set Podfitness to create MP3 files, do the following:

1.   Open iTunes.
2.   Under Edit, select Preferences.
3.   In Preferences, click the Advanced Tab, then click Importing below.
4.   Next to Import Using, select MP3 Encoder.

After downloading your workouts, locate them in the Podfitness playlist in iTunes. You can drag the MP3 file from here to your desktop, where you can use it with any player using the software that came with your MP3 device.

After completing your workout, return to Podfitness to get the next workout in your Training Program.

# MORE FEATURES:

## 2.1 USING FEEDBACK TO IMPROVE YOUR WORKOUTS

To make your workouts better each time, return and offer feedback on your previous workout!

After returning to Podfitness, click **Improve Your Next Workout** near the top of your Podfitness homepage.

You'll be taken to the Feedback section, where you can answer a few quick questions that will improve your future workouts. If your workout is too easy or too hard, you can adjust it here.

You can also adjust how much instruction and encouragement you get from your trainer.

Click **Save**, and you'll see how your next workout is going to change based on your feedback.

Keep offering feedback, and the Podfitness Expert System will adjust each future workout to better fit your fitness needs and your preferences. Each workout will change and push you closer to your fitness goals!

## 2.2 USING MORE THAN ONE TRAINING PROGRAM

Podfitness lets you choose as many Training Programs as you'd like. For example, if you wanted a Strength Training program for Monday, Wednesday, and Friday, a Treadmill Cardio program for Tuesday and Thursday, and a Yoga program for Saturday, you can have all three at the same time, and Podfitness will keep track of your place in all of them.

On the left side of your Podfitness homepage, you'll see your currently active program, as well as your other current programs.

If you click **Get This Workout**, you'll download the next workout in your currently active program.

To add another Training Program, click **Add a New Program** at the bottom of your Programs list.

You'll be taken to your recommendations list, where you can choose a Training Program from your recom-







mendations, or select one yourself from the **Find a Different Training Program** link.

You can switch between multiple Training Programs by clicking them on the left side of your Podfitness Homepage.

Podfitness will remember your place in each program, and you can have as many or as few as you want.

To remove a program from your Training Program list, click its **Delete** link.



## 2.3 OTHER LINKS

You can view or change your account information, including your password, e-mail address, and billing information by clicking the **Account** link at the top of your Podfitness homepage.

If you need help or support, click **Help** at the top of your Podfitness window, and you'll be taken to the Support Center, where you can find answers to your questions, as well as contact information for the Podfitness support team.

To go back to your Podfitness homepage, click **Current Program** at the top of any Podfitness window.

## 2.4 FOR MORE HELP

Still need help? Podfitness is here for you. You can find answers to most of your questions at http://www.podfitness.com/support.

You can also chat live with our support staff online, or email us at support@podfitness.com.

Live chat and phone support are available 7:00 AM – 7:00 PM Monday - Friday, and 10:00 AM – 2:00 PM Saturday (Mountain Standard Time).