# Exhibit "D"

```
1   February 5, 2008              9:00 a.m.
2           P R O C E E D I N G S
3
4           THE VIDEOGRAPHER:  This is tape number
5   one in the deposition of Jeff Hays in the matter of
6   Apple, Inc. V. Podfitness, Inc. et al.  This case is
7   in the United States District Court, Northern District
8   of California, Case Number C 065805 S B A.  Today's
9   date is February 5, 2008, and the time is 9:00.
10          This deposition is taking place at
11  Magleby & Greenwood 170 South Main Street Suite 350,
12  Salt Lake City, Utah.  And it's being taken on behalf
13  of the plaintiff.  The videographer is Colleen Currey
14  appearing on behalf of Sarnoff Court Reporters and
15  legal technologies located in San Francisco,
16  California.
17          Would counsel please identify yourselves
18  and state whom you represent.
19          MR. MICLEAN:  David Miclean, I represent
20  Apple.  And with me today is Apple counsel Genevieve
21  Burch.
22          MR. MAGLEBY:  Jim Magleby and Jason
23  McNeill with Magleby and Greenwood representing
24  Podfitness, we're also representing the deponent Jeff
25  Hays and also with us is Teri Sundh of Podfitness.
```

1  question.  So I had some alternative names and so do

2  you mean as opposed to the other names.

3     Q.    No I'm just asking why -- why did you

4  come up with the name Podfitness for the name of your

5  company?

6     A.    I thought it was a great name and then I

7  was able to get the web domain which is the biggest

8  constrictor.

9     Q.    When did you purchase the web domain for

10 Podfitness?

11    A.    Probably either the summer or fall of

12 2004.

13    Q.    And by domain people that haven't bought

14 a domain you're talking about www dot Podfitness dot

15 com?

16    A.    Correct, the web page.

17    Q.    Why did you think it was a great name why

18 did you think Podfitness was a great name?

19    A.    Because it was the closest name that I

20 could come up with that would identify what we do.

21    Q.    In what way?

22    A.    Well, the pod brings up audio pod casting

23 portable audio, this was if you remember this time

24 period when pod casting was in the newspaper or people

25 writing about it all the time it was people identified

1 with that. And fitness was what we do so I alternated

2 between Podfitness or pod work outs. Our early

3 designs were around pod work outs examine we I finally

4 decided on Podfitness (James came back).

5    Q.    Is it your testimony here Mr. Hays that

6 when you first came up with the Podfitness name that

7 the pod referred to pod cast?

8    A.    I don't think I've given testimony on

9 that yet.

10    Q.    Okay. Is it your testimony that a pod

11 and Podfitness when you first came up with the name

12 was referring to pod cast?

13    A.    Pod cast was one of the things that pod

14 refers to, yes.

15    Q.    Okay. Anything else pod referred to as

16 you were coming up with the name in 2004?

17    A.    Pod refers at that time pod already had a

18 lot of meanings.

19    Q.    I'm just asking for what you were

20 thinking of when you came up with the name?

21    A.    Okay. But what then I was thinking of

22 the word pod. Pod for me had a lot of meanings, it

23 evokes the word was already in the cultural /SAO*EUL

24 gust, it's the pod in pod casting, it means portable

25 on demand, it's a pod as in a small self contained

1  thing connected to a larger thing.

2    Q.    Anything else you were thinking about

3  when you came up with the name Podfitness in the

4  summer of 2004?

5    A.    Yes and obviously the iPod.

6    Q.    Okay. Was the iPod a famous device at

7  that time in the summer of 2004 when you were coming

8  up with the name?

9        MR. MAGLEBY: Objection, calls for a

10  legal conclusion, lacks foundation.

11        THE WITNESS: If you're asking my

12  opinion.

13    Q.    BY MR. MICLEAN: Yeah?

14    A.    It was in the summer of 2004 it was still

15  at the stage where it was well known amongst

16  technically savvy people but it was not yet

17  mainstream, it was one 10th as famous as it would be

18  12 months later. Like my wife had never -- it was

19  completely foreign concept to her when I first talked

20  to her about it.

21    Q.    Okay. So it's your testimony as you sit

22  here today that Podfitness as you came up with that

23  name in the summer of 2004 related to pod casting, the

24  iPod, P O D being what was it on demand?

25    A.    Portable.

1   Q.   Portable on demand and this notion of pod
2  being a small king connected to a big thing those were
3  all thing you were thinking about in the summer of
4  2004?
5   A.   Those are all things that the word pod
6  meant to me in the summer of 2004.
7   Q.   Okay.  Is it -- was the main thing you
8  were thinking about in Podfitness an iPod?
9   A.   No.
10   Q.   What was the main thing you were thinking
11  of with the word pod when you were thinking about the
12  name Podfitness?
13   A.   Audio MP3, to me the same pod is a
14  generic term that refers to to the entire category in
15  the same way that pod casting is not restricted to
16  iPod and never has been so whatever whatever the birth
17  of that word in the use of of in the the word pod
18  casting were born out of the same soup.
19   Q.   Did you ever talk to any attorney about
20  the name Podfitness?
21   A.
22        MR. MAGLEBY:  I'm going to object
23  instruct him not to answer.
24   Q.   BY MR. MICLEAN:  Did you ever seek any
25  legal advice before you came up with the name

1   Q.   Previously you testified that you

2   considered the word pod to be generic for a generic

3   term for an entire category I believe you said,

4   something August lung those lines?

5   A.   That's correct.

6   Q.   What category did you consider pod to be

7   a generic term for?

8   A.   Well there's -- in two areas, the one

9   that is most familiar to me is as a device that I own

10   a bunch of called a pod that is for mimicking

11   different types of amplifiers for guitar players.  And

12   but what I was talking about as it relates to

13   Podfitness is the category of MP3 players.

14   Q.   And you considered it a generic term in

15   the summer of 2004 when you came up with the

16   Podfitness name?

17   A.   I do I did.

18   Q.   When you said mimicking amplifiers for a

19   guitar there's an am blah fire called a pod that does

20   that?

21   A.   Yeah I own a bunch of pods and they're

22   company call line six.

23   Q.   Okay do you play guitar?

24   A.   I do.

25   Q.   When did you first get a pod from line

1   A.   So we never implied an association with

2   Apple using anything and our use of the iPod or iPod

3   name was always very clear that we are compatible with

4   so your question starts out we so we never applied any

5   we're not sold on the Apple website the worst thing

6   that could happen for us is for somebody to think we

7   were associated with Apple and then go to iTunes and

8   start looking for us where we're not.  So we never

9   implied any association.  The white ear buds, again,

10  there are I have Sony white ear buds that I own, I

11  have lots of white ear buds.  I don't think Apple owns

12  the color white as it relates to ear buzz.

13      Q.   Were you using white ear buds on the

14  Podfitness website you or the company using white ear

15  buds if connection with the Podfitness site to make it

16  appear like they were the white ear buds used by Apple

17  until a silhouette ads?

18      A.   So will you ask can her to reread that

19  question.

20      Q.   Sure.

21      (The record was read as follows: <)

22      A.   As I understand the question, no.

23      Q.   BY MR. MICLEAN:  You knew at the time

24  that white ear buds were used on the Podfitness

25  website that white ear buds were often associated with

1  nor do I care. My audience is MP3 player owners who

2  are in fitness. Our core demographic is the guy is

3  the intersection of music and fitness.

4     Q.    Did you sent an email back to Mr. Malone

5  and say no it's MP3 players that are into fitness

6  that's our demographic?

7     A.    I don't have any idea.

8     Q.    Excuse me?

9     A.    I don't have any idea.

10     Q.   My original question too was in reading

11  the article now the pod and the pod people headline

12  for the article do you know if that refers to iPod?

13         MR. MAGLEBY: Objection, lacks

14  foundation, calls for speculation.

15         THE WITNESS:

16     Q.   BY MR. MICLEAN: Did you read it to mean

17  that?

18     A.   So I read and I've answered I read pod as

19  a category of MP3 players.

20     Q.   I'm just asking you in this article?

21     A.   So the answer is no.

22     Q.   Did you ever try to obtain a trademark on

23  pod pocket?

24     A.   We filed for a trademark on pod pocket.

25     Q.   Did you come up with the idea of the

1  Q.  I'm going to show you two exhibits I

2  guess will be ten and 11.  Ten will be an email from

3  you dated January 31 06 produced by Podfitness bearing

4  bait labeled P F zero zero zero five one 67 and the

5  other document will be in fax fuse article with the

6  Bates label P T zero zero zero five one eight.

7  (Exhibit 10 and 11 were marked for identification.)

8  Q.  BY MR. MICLEAN:  First of all I wanted to

9  ask you Mr. Hays, do you know if the email that is in

10  Hays Exhibit 10 from you dated January 31 06 is in

11  reference to the article that is shown as Exhibit Hays

12  11?

13  A.  So I don't know that but it would

14  certainly make sense I would be surprised if that was

15  not true.

16  Q.  Do you recall seeing this article that's

17  in Exhibit 11 back in 2006 or sometime there after?

18  A.  Very vaguely.

19  Q.  Okay.  I mean do you recall this being

20  brought to your you a then shun, this fashion fuse

21  article?

22  A.  Very vaguely.

23  Q.  Okay.  Do you remember seeing somewhere

24  that it says I'm referring now to the 5th paragraph of

25  the fashion fuse article says building on the ever

1  booming iPod craze Apple is offering a fresh fitness

2  twist with iPod fitness open paren www dot Podfitness

3  dot com the gadget literally puts a video work out in

4  your palm.  They're not officially released until

5  February, the street buzz is already red hot for this

6  visual exercise guide, do you see that?

7     A.    I do.

8     Q.    Do you remember having some discussion

9  with anybody at Podfitness about this article?

10    A.    Having any discussion with anybody at

11 Podfitness.

12    Q.    Yes or Power Music?

13    A.    Yeah, I had my response here is I was I

14 thought it was fairly stupid, you know, we haven't at

15 this point we haven't released a product yet and

16 somebody's writing about something that they know

17 nothing about we haven't released a product they think

18 it's video and versus for us they think it's Apple.

19    Q.    So is this where you wrote to Mr. Richard

20 Petty at Power Music on January 31 06 hey they think

21 it came from Apple, oh well no such thing as bad

22 press?

23    A.    Yeah, so oh well thing no such thing as

24 bad press at least there's a mention but it was a

25 pretty crummy the worst thing we can do have somebody

1  think that they can get this at Apple and we're not at

2  Apple.

3      Q.    So were you activity trying to dissociate

4  Podfitness from Apple?

5      A.    We wanted people to know that we were

6  compatible with but we certainly our biggest problem

7  and maybe still our biggest business problem is if you

8  do specifically own an iPod and you're interested in

9  fitness the the first place that you would think to

10  download fitness content for your iPod is iTunes and

11  if people go there to look for us they'll find

12  competitors like fit pod or Podfitness in Brazil, and

13  not find us.  And so weep want to be very clear we

14  were, you know, the best service, compatible with the

15  iPod but we actively didn't want someone to think that

16  we were Apple or sponsored by Apple.

17      Q.    Let me show you what I'll mark next in

18  order collection of documents which I'll make a Hays

19  Exhibit 12.

20      (Exhibit 12 was marked for identification.)

21      Q.    BY MR. MICLEAN:  Could you just take a

22  look through these pages and see if these are

23  exemplars of actual pages that appeared on the

24  Podfitness website?

25      A.    Yes.

1  this particular exhibit reflects something that's been

2  for lack of a better word work in progress?

3    A.   Correct.

4         MR. MICLEAN:  Objection leading.

5    Q.   Do you know one way or another will not

6  this exact document Exhibit 9 was ever displayed to

7  the public?

8    A.   I would doubt it but no I don't know I

9  don't know where it would be displayed to the public.

10   Q.   Okay.  Let's go to Exhibit 7.  When you

11 approved the advertise many that are reflected in

12 Exhibit 7 did you intend for people to think that

13 these advertisements were promoting an Apple or iTunes

14 product?

15   Q.   Objection leading?

16   A.   Absolutely not.

17   Q.   Would it have done you any good if people

18 believed it was promoting an iTunes product?

19        MR. MICLEAN:  Objection leading.

20        THE WITNESS:  It would a detriment.

21   Q.   How come?

22   A.   Because we're not for sale on iTunes

23 we're or on the Apple website.

24   Q.   Let's go to Exhibit 6.  With regard to

25 Exhibit 6 am I correct that the second page of Exhibit

1  6 is the inside of this holiday card?

2  A.   That's correct.

3  Q.   Ask so anybody who opened it up would

4  have seen the Power Music and the Podfitness logos?

5       MR. MICLEAN:  Objection calls for

6  speculation, lacks foundation.

7       THE WITNESS:  I would think that anybody

8  who opened it up would see what was on the inside.

9  Q.   All right.  Doesn't say the word iPod

10 anywhere in there does it?

11 A.   No.

12 Q.   And am I also correct that this this was

13 not distributed as an advertisement for example in any

14 publications?

15      MR. MICLEAN:  Objection leading.

16      THE WITNESS:  That's correct, it was not.

17 Q.   Anybody ever call you that or respond to

18 this Christmas card by saying hey I think you're

19 affiliated with Apple?

20      MR. MICLEAN:  Objection leading.

21      THE WITNESS:  No.

22 Q.   If somebody had received this card and

23 thought you were affiliated with Apple and gone to

24 iTunes would that have been good for you?

25      MR. MICLEAN:  Objection lacks foundation

1  calls for speculation, leading.

2      THE WITNESS:  No it wouldn't have.

3   Q.   All right.  Let's take a look at

4  Exhibit 4.  You testified that you had had a few phone

5  calls in response to Exhibit 4, do you recall that?

6   A.   Yes.

7   Q.   Did any of the people that called you

8  think that this advertise many was somehow placed or

9  sponsored by Apple?

10   A.   No.

11   Q.   Did you intend when you you placed this

12  ad to confuse anybody into believing that you were

13  sponsored by or endorsed by Apple?

14      MR. MICLEAN:  Objection leading, vague.

15      THE WITNESS:  No, I my biggest hope for

16  it was that we would hear from Steve jobs.

17   Q.   We talked about the earlier versions or

18  at least an earlier version of the Podfitness product

19  was not compatible with Mac?

20   A.   That's correct.

21   Q.   And what do you mean by that?

22   A.   That the it whenever you release software

23  you generally will target the Microsoft market first

24  because they have such a large share of the P C market

25  and then you get to the Mac port of it when you can.

1   Q.   So if somebody it's your understanding

2  Mac is an Apple product?

3   A.   Yes.

4   Q.   So up until the time that the Podfitness

5  product became compatible with the Mac if owner of a

6  pack tried to use your product it wouldn't work?

7   A.   That's correct.

8      MR. MAGLEBY:  That's all I have.

9      MR. MICLEAN:  Did your statement Mr. Hays

10  today that you were never Podfitness was never trying

11  to create an association or a sense of association

12  with Apple.

13      MR. MAGLEBY:  Objection, ambiguous.

14      THE WITNESS:  We always want people to

15  know that we were compatible with the iPod that we

16  worked on the iPod.  We never wanted somebody to think

17  that we were that they could buy us through Apple or

18  that we were Apple.

19   Q.   Is it your statement that it would have

20  been a negative thing for Podfitness to have any sense

21  of association with Apple or Apple products?

22      MR. MAGLEBY:  Same objections.

23      THE WITNESS:  We always wanted people we

24  wanted to be very clear for people to know that we

25  were compatible with the iPod, we didn't want anybody

1  to think that we were Apple or that they could

2  purchase us from Apple. It's the it's the biggest you

3  asked why hadn't we succeeded, what did I think I

4  think the biggest problem that we have as a company is

5  that we're people go to look for content for not only

6  their iPod but for the MP3 player is iTunes. ITunes

7  sells, you know, over a billion songs that's, you

8  know, they've and we're not on it so, no, it's we

9  don't want people to think of us as associated with as

10  you say Apple if by that you mean that that's where

11  they can buy us or that we're Apple or that we're

12  sponsored by Apple. Anything that would lead them

13  away from our side to Apple.

14     Q.    Is Exhibit 12 is the first page of that a

15  page of was your home page or do you remember what

16  kind of if that was the home page of Podfitness?

17     A.

18        MR. MAGLEBY: Objection, lacks

19  foundation, call for speculation.

20        THE WITNESS: So Exhibit 12 you're asking

21  me about the first two pages, what part of.

22     Q.    No just asking about is Exhibit 12 the

23  first page there, was that the home page of Podfitness

24  at one time?

25     A.    So the answer to your question is no.

1  Q.   It's not the home page?

2  A.   You said is the first page the home page.

3  Q.   Right?

4  A.   The answer to that question is no.

5  Q.   Okay?

6  A.   The first page and the second page

7  together look like they are part of the home page.

8  Q.   Okay.  Was what is on Page 1 on the home

9  page of Podfitness?

10  A.   Yes, it's part.

11  Q.   Exhibit 12?

12  A.   It is a partial section of the home page.

13  Q.   Okay.  Thank you.

14       MR. MAGLEBY:  One more thing.  Dave,

15  Mr. Hays identified a bunch of people, names,

16  entities, persons, and we would request if you want to

17  talk to those people start with us rather than hit

18  them with subpoenas, or at least give us, you know,

19  advanced notice.  I also think it would make it a lot

20  faster if we can coordinate that.  That's my request.

21       MR. MICLEAN:  Let me see if I have -- I

22  seem to be missing Exhibit 13.

23       MR. MAGLEBY:  13 to the Marware.

24       MS. BURCH:  I gave you back what I looked

25  at.

1   MR. MICLEAN: That was the Marware thing.

2   MR. MAGLEBY: I'm assuming you didn't

3   look at Exhibit 13.

4   MS. BURCH: I looked at the back page of

5   14.

6   MR. MICLEAN: We're off.

7   THE VIDEOGRAPHER: We're off the record

8   the time is six 06.

9   (The deposition was concluded at 6:06 p.m.)

10           *   *   *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25