James M. Wagstaffe (95535)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

James E. Magleby (Utah Bar No. 7247, admitted *pro hac vice*)
Jason A. McNeill (Utah Bar No. 9711, admitted *pro hac vice*)
**MAGLEBY & GREENWOOD, P.C.**
170 South Main Street, Suite 350
Salt Lake City, Utah 84101-3605
Telephone: (801) 359-9000
Facsimile: (801) 359-9011

Attorneys for Defendant and
Counterclaim Plaintiff Podfitness, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLE COMPUTER, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PODFITNESS, INC., and DOES 1-100, Inclusive,<br><br>　　　　Defendants. | Case No. C 06-05805 SBA<br><br>**DECLARATION OF GREG WAYMENT IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hon. Saundra Brown Armstrong |
| PODFITNESS, INC.,<br><br>　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>APPLE COMPUTER, INC.,<br><br>　　　　Counterclaim Defendants. | |

I, Greg Wayment, hereby declare:

1. I am a paralegal with the law firm of Magleby & Greenwood, P.C., attorneys for Defendant Podfitness, Inc. ("Defendant"). I have personal knowledge of the facts set forth herein and, if called as a witness, would testify competently thereto.

2. Attached to this declaration are true and correct copies of printouts of a number of WebPages which I downloaded and saved electronically in .pdf format. Also attached are certain documents which are from the document productions in the custody of Magleby & Greenwood, P.C., and which I understand to be the productions of Apple, Inc. These documents have Control Nos. that begin with APD. Also attached are documents and correspondence from the files of Magleby & Greenwood, P.C.

3. Attached as Exhibit "1" are true and correct excerpts from www.apple.com, which has the Official iPod Store at www.apple.com/store. I captured this attachment from the url http://store.apple.com/1-800-MY-APPLE/Webobjects/AppleStore, on February 13, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format.

4. Attached as Exhibit "2" are true and correct copies of the results of a search through the search engine Google for the term "iPod," which includes a number of links to the www.apple.com site. I captured this attachment from the url http://www.google.com/search?hl=en&q=ipod, on February 4, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format.

5. Attached as Exhibit "3" are true and correct copies of documents produced by Apple with Control Nos. APD000066 – APD000075 (the "Office Action").

6. Attached as Exhibit "4" are true and correct copies of documents produced by Apple with Control Nos. APD000045 – APD000062 (the "Response to Office Action").

7. Attached as Exhibit "5" are true and correct copies of documents produced by Apple with Control Nos. APD000099 – APD000120 (the "December 18, 2002 Facsimile").

8. Attached as Exhibit "6" is a true and correct copy of the Complaint for Trademark Infringement, *et al.*, downloaded from Pacer, in the case of Cisco v. Apple, Case No. C 07-0198.

9. Attached as Exhibit "7" is a true and correct copy of a web article dated January 10, 2007, from CNET News.com. I captured this attachment from the url http://www.news.com/2100-1047_3-6149285.html, on January 25, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format.

10. Attached as Exhibit "8" is a true and correct copy of results of searching for the word "pod" in the Trademark Electronic Search System ("TESS") on the United States Patent and Trademark Office website, reflecting that 1,233 records were found. I captured this attachment from the url http://tess2.uspto.gov/bin/showfield?=toc&state=gjh6rp.1.1&p_search=searchss&p_L=50, on February 9, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format.

11. Attached as Exhibit "9" is a true and correct copy of the first few pages of the results of a Google search for the word "pod," which reflects 410,000,000 results. I captured this attachment from the url http://www.google.com/search?hl=en&safe=off&q=pod&btnG=Search, on December 14, 2007, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format.

12. Attached as Exhibit "10" is a true and correct copy of the page for the site "mp3.com," which was found by clicking on a link from the "pod" search on Google in Ex. 9. I captured this attachment from the url http://www.mp3.com/artist/pod/summary/, on February 21, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format.

13. Attached as Exhibit "11" are true and correct copies of the first few pages of the results of a Google search for the word "podcast," which reports 109,000,000 "hits" for the term.

2

I captured this attachment from the url http://www.google.com/search?hl=en&q=podcast&aq=f, on February 13, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format.

14. Attached as Exhibit "12" is a true and correct copy of the site http://www.engadget.com /2006/09/24/ with -pod-on- lockdown-apple-goes-after-podcast/, which reports that "Apple's lawyers have scared the pants off of small entrepreneurs selling products like the Profit Pod and TightPod – items having nothing to do with audio portable in any way mind you –it seems that the next targets are companies that have the audacity to use the word 'podcast' in their names." I captured this site on February 12, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format.

15. Attached as Exhibit "13" are true and correct copies of pages from various websites offering "i" products, including the following: the site iLounge (offering "All things iPod, iPhone, iTunes and beyond"), I captured this attachment from the url http://www.ilounge.com, on February 4, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format.; iThings and ithings.co.uk., I captured this attachment from the url http://www.ithings.co.uk, on February 13, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format.; iTrainer and itrainer.com (identified as "The Personal Trainer on your iPod – Get Fit and Lose Weight – MP3 Fitness Programs"), I captured this attachment from the url http://www.itrainer .com/au/public/index/aspx, on February 13, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format; iTrain and itrain.com (offering "iTread," iCycle," "iClimb," iRow," iStrength," and numerous other "i" formative programs), . I captured this attachment from the url http://www.itrain.com/index1.php, on February 13, 2008,

3

KERR
WAGSTAFFE
LLP

CASE NO. C 06-05805 SBA        WAYMENT DECLARATION IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT

and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format.; iFitnessDirect and ifitnessdirect.com, iFitness Solutions Club and ifitness.net, I captured this attachment from the url http://www.ifitnessdirect.com, on February 13, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format; iAmplify; iHome (offering an "iH" formative line of products, such as the iHM1B2 "Portable Speaker for iPod Nano" and the iHM3B "Portable Speaker for MP3 Players"), I captured this attachment from the url http://www.ihomeaudio.com/prodShelf.asp?dept_id=1007, on February 13, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format; iSkin and iskin.com ("iskin touch for iPod classic") . I captured this attachment from the url http://www.iskin.com/, on February 13, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format; iZap (lithium battery line for the iPod) . I captured this attachment from the url http://www.mobile whack .com/ reviews/izap_lithium_battery_line_for_the_ipod.html, on February 13, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format; iToner (program to manage iPhone ringtones), I captured this attachment from the url http://www.ambrosiasa.com/utilities/itoner/, on February 13, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format.

16. Attached as Exhibit "14" are true and correct copies of pages from various websites offering iPod products or using the "iPod" name, including the following: ipodcarparts.com, I captured this attachment from the url http://www.ipodcarparts.com, on February 8, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document

4

from electronic to .pdf format; theipodaccessorystore.com, I captured this attachment from the url http://www.theipodaccessorystore.com, on February 12, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format; hipipodgear.com, I captured this attachment from the url http://www.hipipodgear.com, on February 8, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format; iPodCopy software; iPod Hacks and ipodhacks.com, I captured this attachment from the url http://www.ipodhacks.com, on February 8, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format; iPodFanatic.com, I captured this attachment from the url http://www.ipodfanatic.com, on February 8, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format; allthingsiPod and allthingsipod.co.uk; "iFidelity DVD Notebook for iPod;" "iFidelity Clock Radio for iPod" (an "accessory set for iPod"); iProng.com and iProng Magazine ("the publication for iPod and iPhone users"), I captured this attachment from the url http://www.iprong.com, on February 9, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format; everythingiPod.com ("The Superstore for your iPod"), I captured this attachment from the url http://www.dlo.com/index.tpl on February 13, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format; iPodLinux, I captured this attachment from the url http://ipodlinux.org/main_page, on February 13, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format; iFrogz (iWrapz for iPod and iPhone), I captured this attachment from the url http://ifrogz.com, on February 9, 2008, and the attached

accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format; ipodgear.com (iPod stuff'n'more), I captured this attachment from the url http://www.ipodgear.com, on February 9, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format.

17. Attached as Exhibit "15" are true and correct copies of pages found at ipodtour.com and ipodtraining.com, I captured this attachment from the url http://www.ipodtour.com, on February 9, 2008, and from the url http://www.ipodtraining.com/ on February 9, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format.

18. Attached as Exhibit "16" are true and correct copies of pages of images of white earbuds that resulted from a search in Google for the terms "earbuds white," and then following the "Product search results for earbuds white" link. Only the first 5 pages from the search are attached. I captured this attachment from the url http://www.google.com/products?hl=en&q=earbuds+white&um=1&ie=UTf-8, on February 9, 2008, and the attached accurately reflects what was displayed on my computer screen, although there may be minor differences based upon the conversion of the document from electronic to .pdf format

19. Attached as Exhibit "17" is a true and correct copy of Apple's Objections and Responses to Podfitness' First Set of Interrogatories.

20. Attached as Exhibit "18" is a true and correct copy of correspondence from James E. Magleby to counsel for Apple, dated January 17, 2007.

21. Attached as Exhibit "19" is a true and correct copy of correspondence from Andrew Abrams to James E. Magleby, dated January 30, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 14th day of February at Salt Lake City, Utah.

_____
GREG WAYMENT