# Exhibit 1

Search Store

Welcome to the Apple Store


**iPhone**
From $399



**iPod shuffle**
Just $79


**iPod nano**
From $149


**iPod classic**
From $249


**iPod touch**
From $299


Help | Acc


**MacBook**
From $1099


**MacBook Air**
From $1799


**MacBook Pro**
From $1999


**Mac mini**
From $599


**iMac**
From $1199







**New to the Store**

Aperture 2

iPhone - 16GB

iPod touch - 32GB

iPod nano - pink

MacBook Air

Time Capsule

iPod touch **Corporate Gifts**

Apple TV  Give your employees and partners



**Staff Picks**

| Time Capsule - 1 TB | Incase Neoprene Sleeve for... | Myvu Personal Media Viewer -... | FileMaker |
|---|---|---|---|
|  |  |  |  |
| $499.00 | $34.95 | $199.95 | $49.95 |
| AirPort & Wireless | Notebook Cases | Extras | Creative Soft |

| Bowers & Wilkins Zeppelin... | Ultimate Ears super.fi 4vi... | Contour Showcase for iPhone | Altec Lans Digital... |
|---|---|---|---|
|  |  |  |  |
| $599.95 | $149.95 | $34.95 | $199.95 |
| Speakers | Headsets | Cases & Armbands | Speakers |

**Get results. Give Apple.**

Ask about special pricing on volume orders.

Call 1-877-275-IPOD



**Microsoft Office 2008 for Mac.**

From $149.95 with free shipping.



**Save money on b**

College students, use student discount on M and more.



**Why Buy at the Apple Store**

**Top Sellers**

**Mac**

1. MacBook Air

**Check your ord**



**Build your perfect Mac.**
Customize it to your exact specifications.
Learn more



2. MacBook
3. iMac
4. Mac OS X v10.5 Leopard
5. Mac OS X v10.5 Leopard Family Pack
6. MacBook Pro
7. AppleCare & .Mac

**Signature Gift Box.**
Add gift wrapping to iPod or iPhone to make it memorable.
Learn more

See order status, shipment, pre-sign package, make a items, and more.

Visit Order Status

AppleCare & .Mac

**Keep me informed.**
Receive emails about offers, promotions product information

example: steve

Subscribe

**For Mac**

AirPort & Wireless

Audio & Speakers

Displays

Memory

Mice & Keyboards

Notebook Cases

Storage

more…

iPod

1. iPod nano
2. iPod touch
3. iPod classic
4. iPod shuffle
5. AppleCare Protection Plan - iPod touch or iPod classic
6. AppleCare Protection Plan - iPod nano or iPod shuffle
7. Apple USB Power Adapter

**Free shipping.**
Free ground shipping on orders over $50.
Learn more

**Free recycling.**
Send your old computer, iPod, or mobile phone to Apple.
Learn more

**For iPod**

Armbands

Cables & Docks

Car Audio

Cases

Headphones

Power

Speakers

more…

iPhone

1. Apple iPhone Bluetooth Headset
2. Agent 18 Eco Shield for iPhone Black
3. V-MODA VIBE Duo Earphones/Headset for iPhone
4. Apple iPhone Stereo Headset
5. Power Support Crystal Film Set for iPhone
6. Power Support AntiGlare Film Set for iPhone
7. iSkin revo for iPhone (Black)

**Financing Options**



**Buy stuff. Get songs.**
Get the Juniper Visa Card with iTunes Rewards. Pay no interest for up to 90 days and earn iTunes points with every purchase.

**For iPhone**

Cases & Armbands

Cables & Docks

Headsets

Power

more…

**Software**

Apple Software

Action Games

Creative Software

Family Games

Pro Design

Productivity

more…

**Special Deals**

Refurbished Mac
Refurbished iPod
Refurbished iPhone
Clearance



**Refurbished iPod nano**

Current generation



2/13/2008; http://store.apple.com/1-800-MY-APPLE/WebObjects/AppleStore

You can also order from The Apple Store by calling 1-800-MY-APPLE.　　　　　Other Stores:　Education

Copyright © 2008 Apple Inc. All rights reserved.　｜　Terms of Use　｜　Privacy Policy　｜