# Exhibit 2

## Google

ipod                          [ Search ]    Advanced Search
                                            Preferences

---

Web    Video    News    Patents    Shopping        Results **1** - **10** of about **387,000,000** for **ipod**. (0.06 seconds)

### Official iPod® Store
store.apple.com/**ipod**    Free Shipping & Personal Engraving, plus Free Gift
Wrap. Order today.                                          Sponsored Links

### Ipod
www.CircuitCity.com/**iPod**s    **iPod** Touch, Nano w/ Video, Shuffle, 80 &
160GB Classic. Free Shipping.

### Apple - **iPod** + iTunes

Learn about **iPod**, Apple TV, and accessories. Download iTunes software free
and purchase iTunes Gift Cards. Check out the most popular TV shows,
movies, ...
www.apple.com/itunes/ - 38k - Cached - Similar pages

#### Apple - **iPod** classic

**iPod** classic lets you carry everything in your collection everywhere you
go.
www.apple.com/**ipod**classic/ - 16k - Cached - Similar pages
More results from www.apple.com »

### **iPod** - Wikipedia, the free encyclopedia

**iPod** is a brand of portable media players designed and marketed by Apple and
launched on October 23, 2001. The line-up currently consists of the hard ...
en.wikipedia.org/wiki/**iPod** - 167k - Cached - Similar pages

### All things **iPod**, iPhone, iTunes and beyond | iLounge

The world's leading **iPod** resource for news, reviews, forums, tips, tutorials,
software and more. Download our FREE **iPod** Buyers' Guides.
www.ilounge.com/ - 119k - Cached - Similar pages



### YouTube - Will It Blend? - **iPod**
Tom is ready for a new **iPod**, so naturally his old one needs ...
Watch video - 1 min 13 sec - ★★★★☆
www.youtube.com/watch?v=B8H29jU8Wrs

### Will It Blend? | Presented By Blendtec

**iPod**. 1847 Ratings. Tom is ready for a new **iPod**, so naturally his old one
needs to blended! Share This Video. More Videos ...
www.willitblend.com/videos.aspx?type=unsafe&video=**ipod** - 33k -
Cached - Similar pages

### **iPod** Linux - Linux for your **iPod**

Open source project dedicated to bringing Linux to the **iPod**.
**ipod**linux.org/ - 20k - Cached - Similar pages

### **iPod** Hacks :: The Latest and Greatest News and Info for Your **iPod** ...

The Latest and Greatest News and Info for Your **iPod** / iPhone.
www.**ipod**hacks.com/ - 90k - Cached - Similar pages

### Amazon.com: **iPod** - Custom Brands: Accessories, **iPods**, **iPod** Nanos ...

Online shopping for **iPod** Custom Brands from a great selection of Computers & PC

Sponsored Links

### Ipod
Compare Prices, Get Special Deals
& Savings. Shop at AOL® Shopping!
Shopping.AOL.com

### Apple Factory Outlet
80% Off Refurbished Apple
Like New Factory Warranty, HOT!
www.RefurbDepot.com

### Apple Mp3's Now on Sale
Today get 30-70% off Apple Mp3's.
Free shipping for a limited time!
Overstock.com

### Mp3 Players
New MP3 Players, Buy Now !
Good Prices And Free Shipping
www.amazon.com

### Bose® SoundDock® Portable
Your iPod®. Bose® sound-now, to go.
Portability and performance.
www.Bose.com

### MP3 Players - Buy.com
Nano, Touch, Shuffles and More.
$10 off for new users of G/Checkout
www.Buy.com

### Ipod at Target
Find **Ipod** Online.
Shop & Save at Target.com Today.
www.Target.com

### **iPod** Wireless Speakers
Eos whole home audio
see it here!
EOSwireless.com

More Sponsored Links »

Hardware; Accessories, **iPods**, **iPod** Nanos, **iPod** Shuffles & more at everyday **...**
www.amazon.com/**iPod**-Computers/b?ie=UTF8&node=13660271 - 67k -
Cached - Similar pages

**iPod** Central: Apple **iPod** reviews, news and videos - CNET.com
Come to CNET's definitive **iPod** page for all Apple **iPods**: **iPod** Nano, **iPod** Shuffle, **iPod**
Touch, **iPod** Classic and **iPod** Accessories. Get the latest **iPod** reviews **...**
www.cnet.com/**ipod**/ - 66k - Cached - Similar pages

**News results for ipod**

 Apple(R) Stores to Begin Selling Directed's Polk Audio **iPod**(R **...** - 9 hours ago
Jim Minarik, President & CEO of Directed Electronics, commented, "Acceptance by Apple of
Polk Audio's **iPod** products validates the high quality and superior **...**
CNNMoney.com - 5 related articles »
Research firm sees explosion in Mac popularity, hints at **iPod ...** - Baltimore Sun - 8 related articles »
Cheshire students develop **iPod** download software - Newsday - 4 related articles »

Searches related to: **ipod**

| | | | |
|---|---|---|---|
| ipod **support** | ipod **best buy** | ipod **manual** | ipod **hacks** |
| ipod **ebay** | ipod **faq** | **pod** | ipod **reviews** |

**1** 2 3 4 5 6 7 8 9 10    **Next**

ipod    [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Learn more