Apple Computer, Inc. v. Podfitness, Inc.

Doc. 105 Att. 9

# Exhibit 9

Dockets.Justia.com

# Google

pod                                            [ Search ]   Advanced Search
                                                            Preferences

**Web**  Video                                  Results **1 - 10** of about **410,000,000** for **pod** [definition]. (**0.05** seconds)

Tip: Save time by hitting the return key instead of clicking on "search"                   Sponsored Links

### PAYABLE ON DEATH : WHEN ANGELS & SERPENTS DANCE
Official site for the band includes news, history, pictures, sound and video clips and
message board.
www.payableondeath.com/ - 3k - Cached - Similar pages

### PODS - Reinventing Moving and Storage > HOME
Portable moving and storage containers, and relocation services. Also provides
franchise information.
www.pods.com/ - 112k - Cached - Similar pages

### P.O.D. - Wikipedia, the free encyclopedia
**P.O.D.** is a Grammy-nominated, multi-platinum, Nu metal band from San Diego,
California. [1] Formed in 1992, the band's line-up consists of vocalist Sonny ...
en.wikipedia.org/wiki/P.O.D. - 84k - Cached - Similar pages

### POD - Wikipedia, the free encyclopedia
**P.O.D.** or Payable on Death, Californian rap metal quartet ... EVA **Pod**, a
fictional spacecraft used for extra-vehicular activity seen in the movie 2001:
A ...
en.wikipedia.org/wiki/**Pod** - 23k - Cached - Similar pages

### POD
Map of 3636 Sansom St, Philadelphia, PA 19104
www.**pod**restaurant.com/ - 2k - Cached - Similar pages

### POD Network | Professional and Organizational Development Network ...
The Professional and Organizational Development Network in Higher Education fosters
human development in higher education through faculty, instructional, ...
www.**pod**network.org/ - 10k - Cached - Similar pages

### Apple - iPod + iTunes
Learn about iPod, Apple TV, and accessories. Download iTunes software free and purchase
iTunes Gift Cards. Check out the most popular TV shows, movies, ...
www.apple.com/itunes/ - 37k - Cached - Similar pages

### The Pod Hotel
Features small **pod**-style rooms, designed to provide basic lodging at more economical
prices. Photo gallery, hotel amenities and online booking.
Map of 230 E 51st St, New York, NY 10022
www.the**pod**hotel.com/ - 8k - Cached - Similar pages


### p.o.d Youth Of The Nation
The Nation..."Youth Of The Nation" SATELLITE...**pod pod** youth of
4 min 9 sec - ☆☆☆☆☆
www.youtube.com/watch?v=kF69iiGK5Uc

### Line 6 :: Products
A new standard in direct guitar recording, **POD** is the ultimate guitar direct ... For example,
by default, **POD** products for guitar expect to be plugged into ...
line6.com/productDetail.html?model=4 - 25k - Cached - Similar pages

### Sponsored Links

**Moving Container Services**
Cheaper Than Driving Yourself
Fuel & Tolls Included in Price
www.UPack.com

**Portable Storage & Moving**
1-800-PACK-RAT. Quality Service.
Compare Us. Free Online Quote
www.1800PackRat.com
Salt Lake City, UT

**P.o.d. Ringtones**
P.o.d. Ringtones
To Your Cell In 30 Seconds.
BonusRingtones.fm

Google      [pod                                        ]  [Search]   Advanced Search
                                                                      Preferences

**Web**  Video  Music                    Results **11 - 20** of about **410,000,000** for **pod** [definition]. (0.06 seconds)

perlpod - perldoc.perl.org                                    Sponsored Links
**Pod** is a simple-to-use markup language used for writing documentation for Perl,
.... A **Pod** block starts with any command paragraph, so a "=**pod**" command is ...   **Moving Container Services**
perldoc.perl.org/perl**pod**.html - 40k - Cached - Similar pages    Cheaper Than Driving Yourself
                                                              Fuel & Tolls Included in Price
SkyShed **POD** Backyard Observatory, SkyShed **POD** Backyard    www.UPack.com
Observatory ...
SkyShed **POD** Observatory, portable permanent observatory, portable observatory,   **Portable Storage & Moving**
backyard observatory, personal observatory dome, Makers of SkyShed ...   1-800-PACK-RAT. Quality Service.
www.skyshed**pod**.com/ - 3k - Cached - Similar pages          Compare Us. Free Online Quote
                                                              www.1800PackRat.com
  P.O.D Boom                              Salt Lake City, UT
      **POD** Boom...Awsome Rapcore Metal Music Video, "Boom" By
      **POD** ...
      3 min 9 sec - ☆☆☆☆☆
      www.youtube.com/watch?v=4EHFhc3BUms

Free **P.O.D.** Music Online, Music Downloads, Music Videos and Lyrics ...
Listen to **POD** for free on Rhapsody Online. Full-length songs, albums, downloads, videos,
playlists, photos, lyrics, and more.
www.rhapsody.com/**pod** - 106k - Cached - Similar pages

**pod** : dream » create » share
**Pod** is a way of doing things, a vibe, the place where you create, your art tribe and how you
all interact. It is helping, sharing, and interacting as ...
**pod**collective.com/ - 21k - Cached - Similar pages

Amazon.com: **Pod**: Music: The Breeders
Amazon.com: **Pod**: Music: The Breeders by The Breeders.
www.amazon.com/**Pod**-Breeders/dp/B000002HB0 - 216k - Cached - Similar pages

Line 6 - **POD** Family
**POD**® XT delivers the sonic flexibility and quality of **POD**® through amp and cab models
combined with over 60 classic stompbox and effect models, ...
line6.com/**pod**xt/ - 29k - Cached - Similar pages

NAME **POD** plain old documentation - search.cpan.org
=**pod** =head1 Heading Text =head2 Heading Text =head3 Heading Text =head4 Heading
Text =over indentlevel =item stuff =back =begin format =end format =for ...
search.cpan.org/perldoc?perl**pod** - 34k - Cached - Similar pages

P.O.D. – Music at Last.fm
Listen to **POD** (Youth of the Nation, Alive & more). Tagged as: rock, Nu Metal, alternative.
People who like **POD** also like Limp Bizkit, Papa Roach, ...
www.last.fm/music/P.O.D. - 174k - Cached - Similar pages

**POD** Network
2002 Conference Registration Information is now available from this link and also from the
Conference Section of the revised **POD** web site. ...
lamar.colostate.edu/~ckfgill/ - 5k - Cached - Similar pages

Searches related to: **pod**

# Google

pod                            [Search]   Advanced Search
                                          Preferences

Web   Music   Video            Results **21 - 30** of about **410,000,000** for **pod** [definition]. (0.04 seconds)

### P.O.D. on Yahoo! Music
LAUNCHcast Radio Stations that play **P.O.D.**:. Listen to Track · **P.O.D.** Fan Station -
**P.O.D.**, 38th Parallel, Modern Day John ... more **P.O.D.** similar artists > ...
music.yahoo.com/ar-292977---P.O.D. - 72k - Cached - Similar pages

### Pod Restaurant
Banquet Facilities: **Pod** can accomodate private banquet functions for parties of 12 to
50 people, offering a prix fixe menu. Banquet Contact: Meg Torpey ...
 Map of 3636 Sansom St, Philadelphia, PA 19104
www.opentable.com/rest_profile.aspx?rid=1098 - 37k - Cached - Similar pages

### Escape Pod
Each week Escape **Pod** delivers science fiction short stories from today\'s best
authors. Listen today, and hear the new sound of science fiction! ...
escapepod.org/ - 52k - Cached - Similar pages

### pod
**pod** spring/summer 2005. 313 Washington Street, Brookline MA 02130 888-739-3802. 313
Washington Street, Brookline MA 02130 888-739-3802.
 Map of 313 Washington St, Brookline, MA 02445
shop-**pod**.com/ - 13k - Cached - Similar pages

### Amazon.com: Testify: Music: P.O.D.
Five albums into its career **P.O.D.** stands at a critical juncture. The youthful nation that
made this band of California Christians into what it is today has ...
www.amazon.com/Testify-P-O-D/dp/B000BGH0OC - 238k - Cached - Similar pages

### Pod Consulting - Technology Strategy, Design and Implementation
Technology strategy, design and implementation, web sites, custom development.
www.**pod**consulting.com/ - 4k - Cached - Similar pages

### PODgallery - the future of art
Also New From the **POD** People:. Longtime PODgallery artist (because he founded it! ...
Join **POD** Information on how your images can be part of PODpublishing. ...
www.**pod**gallery.com/ - 23k - Cached - Similar pages

### A Pea in the Pod is the nation's leading luxury maternity brand ...
Maternity clothes and maternity accessories redefined!
www.apeainthe**pod**.com/ - 45k - Cached - Similar pages

### Welcome to Dream Pod 9 Online!
Dream **Pod** 9, producers of the Heavy Gear, Jovian Chronicles, Gear Kreig, Tribe 8 and
Core Command gaming universes. DP9 Online store sells books and ...
www.dp9.com/ - 92k - Cached - Similar pages

### P.O.D. MP3 Downloads - P.O.D. Music Downloads - P.O.D. Music ...
POD on MP3.com - check out photos, write a review, discover similar artists, find news and
features, voice your opinion on the forum, and more.
www.mp3.com/artist/**pod**/summary/ - 61k - Cached - Similar pages

Searches related to: **pod**

#### Sponsored Links

**Moving Container Services**
Cheaper Than Driving Yourself
Fuel & Tolls Included in Price
www.UPack.com

**P.o.d. Ringtones**
P.o.d. Ringtones
To Your Cell In 30 Seconds.
BonusRingtones.fm

Google  [pod]  [Search]  Advanced Search / Preferences

Web   Music   Video      Results **31 - 40** of about **410,000,000** for **pod** [definition]. (**0.04** seconds)

### ArcadePod.Com: Free Online Games
ArcadePod is the ultimate free gaming resource zone. You will find the best sites offering free online games in made for the Java(tm), Flash and Shockwave ...
www.arcade**pod**.com/ - 45k - Cached - Similar pages

Sponsored Links

### Moving Container Services
Cheaper Than Driving Yourself
Fuel & Tolls Included in Price
www.UPack.com

### Pod CityGuides :Download for Free
PodCityGuides combine Wcities world class content with the functionality and portability of the world's most popular device: the iPod ...
www.**pod**cityguides.com/ - 7k - Cached - Similar pages

### P.o.d. Ringtones
P.o.d. Ringtones
To Your Cell In 30 Seconds.
BonusRingtones.fm

### The POD
Live music venues, bars, clubs and concerts with uptodate event listings in Dublin City Centre, Ireland.
www.**pod**.ie/ - 33k - Cached - Similar pages

### Quik Pod :: Home
QuikPod is the world's first extendable hand held tripod! Quik **Pod** - take you own photo without the help of strangers!
www.quik**pod**.com/Home.asp - 6k - Cached - Similar pages

### Quik Pod :: Intro
Quik **Pod** - take your own photo without the help of strangers! QuikPod is the world's first extendable hand held tripod!
www.quik**pod**.com/ - 3k - Cached - Similar pages

### Pod Design- Viral Marketing and Branded Entertainment
**Pod** Design- Convergence Design, Viral Marketing and Branded Entertainment. **Pod** build brands, creates buzz, and develops breakthough ways of being seen, ...
www.**pod**design.com/ - 23k - Cached - Similar pages

### POD-dy Mouth
Along with this, it is clear to see that **POD** (with a few exceptions) is a useful tool to gain some ground in the book world (hopefully to build an audience ...
girlondemand.blogspot.com/ - 77k - Cached - Similar pages

### BODPOD
The BOD **POD**® Body Composition Tracking System provides accurate, fast and safe measurements of body fat and lean body mass using air displacement ...
www.bod**pod**.com/ - 10k - Cached - Similar pages

### P.O.D. | Music Artist | Videos, News, Photos & Ringtones | MTV
Stay current on the latest **POD** music videos, news, tour dates, ringtones and more on MTV - the leader in music news, video premieres and entertainment ...
www.mtv.com/music/artist/**pod**/artist.jhtml - 35k - Cached - Similar pages

### iPodSoft - Making the best, better | Podplayer / Homepage
**Pod** Player is a freeware application to be used with your iPod. It allows you to play music from your iPod while it is connected to your PC. ...
www.i**pod**soft.com/site/pmwiki.php?n=**pod**player.Homepage - 10k - Cached - Similar pages

Searches related to: **pod**

Google    [ pod                                          ]  [ Search ]   Advanced Search
                                                                         Preferences

Web   Music   Video          Results **41 - 50** of about **410,000,000** for **pod** [definition]. **(0.04 seconds)**

### Travel Blogs, Travel Journals, Travelogues, Travel Diaries ...
Create a free travel blog on the world's largest travel blogging site: Share and chart your trips on maps, upload unlimited photos and videos, and preserve ...
www.travel**pod**.com/ - 54k - Cached - Similar pages

### Sticky Pod - Camera Mounts
Sticky **Pod** camera mounts will mount your camera safely and securely in or on any car, motorcycle, truck, van, boat, airplane, helmet, RV, motorhome, ...
www.sticky**pod**.com/ - 33k - Cached - Similar pages

### Pod-Planet.com - The World's Largest and Most Accurate Podcast ...
This site may harm your computer.
**Pod**-Planet.com knows Podcasting. We're the World's largest Podcast Directory.
www.**pod**-planet.com/ - Similar pages

### Crunch Pod :: Dirty Music For Distorted Minds!
Crunch **Pod** :: Dirty Music For Distorted Minds! Crunch **Pod** Distro · Crunch **Pod** @ MySpace. c. Crunch **Pod** 1998 - 2007.
www.crunch**pod**.com/ - 2k - Cached - Similar pages

### P.O.D. CCM's Prophet of Deceit
Contemporary Christian Music's latest "rock-gods" are the metal-rap-rockers called **P.O.D.** Sporting heavily tattooed and pierced bodies, **P.O.D.** has ...
www.av1611.org/crock/**pod**.html - 11k - Cached - Similar pages

### pod - definition of pod by the Free Online Dictionary, Thesaurus ...
Definition of **pod** in the Online Dictionary. Meaning of **pod**. What does **pod** mean? **pod** synonyms, **pod** antonyms. Information about **pod** in the free online English ...
www.thefreedictionary.com/**pod** - 35k - Cached - Similar pages

### Frenchie Productions - FrenchPodClass
The French **Pod** Class, French Learning Center, and France with Sebastien... © 2006 Frenchie Productions | Contact | Newsletter | Volunteer.
www.french**pod**class.com/ - 51k - Cached - Similar pages

### pod higher education network archives
listserv.nd.edu/archives/**pod**.html - Similar pages

### Mod Green Pod Organic Cotton Fabric and Vinyl-Free Wallpaper
Organic Cotton Fabrics and Vinyl-Free Wallpaper. 100% organic upholstery weight cotton canvas is hand silk-screened on long tables, by artisans in New ...
www.modgreen**pod**.com/ - 8k - Cached - Similar pages

### Patent Pod
Case law summaries, and audio files presenting the court opinions, from Arizona patent lawyer Andrew Lahser.
www.patent**pod**.com/ - 64k - Cached - Similar pages

**Sponsored Links**

**Moving Container Services**
Cheaper Than Driving Yourself
Fuel & Tolls Included in Price
www.UPack.com

**Portable Storage & Moving**
1-800-PACK-RAT. Quality Service.
Compare Us. Free Online Quote
www.1800PackRat.com
Salt Lake City, UT

**P.o.d. Ringtones**
P.o.d. Ringtones
To Your Cell In 30 Seconds.
BonusRingtones.fm

Searches related to: **pod**

| pod lyrics | podcast | pod songs | apod |
| print on demand | portable storage | line 6 | skillet |

Google    [pod                                    ]  [Search]   Advanced Search
                                                                Preferences

Web   Music   Video                    Results **51 - 60** of about **410,000,000** for **pod** [definition]. (0.04 seconds)

Versa-**Pod**: Home                                               Sponsored Links
Exciting new products Coming in 2007:Civilian model of the Versa-**Pod**® Model
RD923 as supplied to the U.S. military, complete with the innovative Raptor    Moving Container Services
foot ...                                                       Cheaper Than Driving Yourself
www.versa**pod**.com/ - 18k - Cached - Similar pages            Fuel & Tolls Included in Price
                                                               www.UPack.com
xkcd - A webcomic of romance, sarcasm, math, and language -
By ...                                                          Portable Storage
**Pod** Bay Doors. |< · < Prev · Random · Next > · >|. **Pod** Bay Doors. |< · < Prev ·   Storage & Moving Made Easy with
Random · Next > · >|. Permanent link to this comic: http://xkcd.com/375/ ...   1-800-PACK-RAT. Get Online Quotes!
xkcd.com/375/ - 10k - Cached - Similar pages                    www.1800PackRat.com
                                                               Salt Lake City, UT
Learn Japanese
Learn Japanese with free daily podcasts direct from Tokyo. Everything you     P.o.d. Ringtones
need to learn about the Japanese language, culture and travel at your own ...  P.o.d. Ringtones
www.japanese**pod**101.com/ - 27k - Cached - Similar pages       To Your Cell In 30 Seconds.
                                                               BonusRingtones.fm
Index of /modules/by-module/**Pod**
**Pod**-DocBook-0.03.tar.gz 17-Dec-1998 12:13 13k GZIP compressed docume>
[ ] ... **Pod**-DocBook-0.04.tar.gz 05-Feb-1999 13:47 16k GZIP compressed
docume> [ ] ...
www.cpan.org/modules/by-module/**Pod**/ - 95k - Cached - Similar pages

GP Update
Formula **Pod** F1 Podcast. ... Formula **Pod** F1 Twittercast · Chat Live During The Races!
You need to upgrade your Flash Player This is replaced by the Flash ...
www.formula**pod**.com/ - 31k - Cached - Similar pages

**Pod** Safe Audio
Ranks independent music under the Creative Commons license for Podcasting.
www.**pod**safeaudio.com/ - 12k - Cached - Similar pages

**POD** DIVER RADIO & **POD** DIVER TV
**POD** DIVER RADIO is on winter production schedule. We will be putting out only one
podcasts a month. We will ramp up to weekly in April of 2008. ...
www.**pod**diver.net/ - 12k - Cached - Similar pages

**POD** People
Dawno is the review coordinator for **POD** People as well as an 'empty nest' mom, blogger
and moderator at Absolute Write's Water Cooler, a forum for writers ...
**pod**peep.blogspot.com/ - 83k - Cached - Similar pages

Use "**POD**" in your trademark, get sued. Has Apple gone too far ...
Aug 15, 2006 ... The Ellisons named the device "Profit **Pod**." And, when Apple got wind of it
by way of the Ellisons' trademark application, ...
blogs.zdnet.com/BTL/?p=3482 - 128k - Cached - Similar pages

MACH 5 ELECTRICAL SERVICES
The PROFIT-**POD**™ system is an infrared data collection system for arcade games, ... The
PROFIT-**POD**™ system replaces up to 3 mechanical meters or counters. ...
www.mach5products.com/profit/PROFIT.htm - 2k - Cached - Similar pages

Google                    [pod]                    [Search]   Advanced Search
                                                              Preferences

Web   Music   Video                    Results **61 - 70** of about **410,000,000** for **pod** [definition]. (**0.05** seconds)

### POD, Inc. Home Page
**POD**, Inc. has been providing solutions for the development, integration, and support of information systems since 1988. Our focus has always been to provide ...
www.**pod**assoc.com/ - 9k - Cached - Similar pages

### Pod::Usage, pod2usage() - print a usage message from embedded pod ...
If the corresponding value is 0, then only the "SYNOPSIS" section of the **pod** documentation is printed. If the corresponding value is 1, then the "SYNOPSIS" ...
search.cpan.org/perldoc?**Pod**%3A%3AUsage - 21k - Cached - Similar pages

### Switched On: PopCatcher teaches a new 'Pod old tricks (Part 2 ...
Switched On: PopCatcher teaches a new '**Pod** old tricks (Part 1) (16 days ago - 0 Comments); FM DockRadio is a radio for your dock (5 days ago - 16 Comments) ...
www.engadget.com/2008/02/12/switched-on-popcatcher-teaches-a-new-**pod**-old-tricks-part-2/ - 46k - Cached - Similar pages

### podsafe music network
check out these top **pod**safe artists. or check out the top ten artists in each category. podcasters register · artists / label register ...
music.**pod**show.com/ - 31k - Cached - Similar pages

### The POD Game - Home Page
A small airplane has released Anthrax over the city. **PODS** are being set up to treat all citizens...the city health department springs to action! ...
the**pod**game.com/ - 7k - Cached - Similar pages

### PublishOnDemand.Net - POD Publishers Comparison - Self Publishing ...
PublishOnDemand.net - Compare **POD** publishers and find the right self publishing firm for you.
www.publishondemand.net/ - 16k - Cached - Similar pages

### CraftyPod
20080220 08:41. Heather brought me this book at Church of Craft, with the warning: "You can't give it back to me." Like I would! ...
www.crafty**pod**.com/ - 59k - Cached - Similar pages

### the pod bay door
Stories from the life of Randy Reichardt, public services librarian at the University of Alberta.
www.**pod**baydoor.com/ - 57k - Cached - Similar pages

### the cubicle escape pod
The Cubicle Escape **Pod** podcast is a resource for bootstrapping entrepreneurs, start-ups, business owners or those thinking about starting a company.
www.cubicleescape.com/ - 1k - Cached - Similar pages

### Learn To Speak French - Learn French Online Quickly With Podcast ...
Learn French with free daily podcasts (audio lessons) and variety of learning tools.
www.dailyfrench**pod**.com/ - 52k - Cached - Similar pages

Searches related to: **pod**

**Sponsored Links**

### Moving Container Services
Cheaper Than Driving Yourself
Fuel & Tolls Included in Price
www.UPack.com

### Portable Storage & Moving
1-800-PACK-RAT. Quality Service.
Compare Us. Free Online Quote
www.1800PackRat.com
Salt Lake City, UT

### P.o.d. Ringtones
P.o.d. Ringtones
To Your Cell In 30 Seconds.
BonusRingtones.fm

Google            [pod                                    ]  [Search]   Advanced Search
                                                                        Preferences

Web   Music   Video                    Results **71 - 80** of about **410,000,000** for **pod** [definition]. (**0.09** seconds)

### Learn Italian Language with Podcasts - LearnItalianPod
Click on this button to directly add Learn Italian **Pod** to your iTunes podcast subscriptions. ... Subscribe to Learn Italian **Pod** at Podnova.com ...
www.learnitalian**pod**.com/ - 76k - Cached - Similar pages

### Pod Pedagogy
**Pod** Pedagogy. Educational uses for the iPod. A blog covering news, tutorials, tips, and techniques. February 8, 2007. News article about students using ...
www.bio.purdue.edu/**pod**pedagogy - 32k - Cached - Similar pages

### national geographic photo of the day
lava.nationalgeographic.com/cgi-bin/**pod**/PhotoOfTheDay.cgi - Similar pages

### POD Critic
**POD** Critic. Where I dissect the books of aspiring writers and publishers who employ .... **POD** Critic is a Licensed Work. Creative Commons License ...
**pod**bookreview.blogspot.com/ - 70k - Cached - Similar pages

### Podclimber : The Vertical Through Digital
Listen to the best rock climbing podcasts from PodClimber. Audio podcasts, rock climbing videos, mountaineering videos, and climbing interviews.
www.**pod**climber.com/ - 35k - Cached - Similar pages

### PodPost MailArt HomeHome
**Pod** Post brings your mailings to a whle new level.
www.**pod**pod**post.com/ - 2k - Cached - Similar pages

### Mighty Seek - Web Application Security Podcast and Blog » PodPress
Site Info h2. Site Content... About, Contact, FireFox Extensions, Forum, INNRevival Insta... Links, Misc, Plugin Development, Podcast Setup, PodPress ...
www.mightyseek.com/**pod**press - 37k - Cached - Similar pages

### ESPN - ESPNRadio.com - PodCenter
John Taylor and the **pod** preview the third round of Six Nations matches and Welsh legend Rob Jones gives us his thoughts the Dragons' renaissance. ...
espnradio.espn.go.com/espnradio/**pod**cast/index - 268k - Cached - Similar pages

### Staylazy - Canto Pod for Mac + PC
Staylazy offers the popular iPod software Canto **Pod** and Weather for Me. Canto **Pod** allows users to download song lyrics onto their iPods and Weather for Me ...
www.staylazy.net/canto/ - 4k - Cached - Similar pages

### KingPod
Artist site for Amy Karol - quilts, prints, paintings, and more.
www.king**pod**.com/ - 14k - Cached - Similar pages

Searches related to: **pod**

| pod **lyrics** | **podcast** | pod **songs** | **apod** |
|---|---|---|---|
| **print on demand** | **portable storage** | **line 6** | **skillet** |

**Sponsored Links**

**Moving Container Services**
Cheaper Than Driving Yourself
Fuel & Tolls Included in Price
www.UPack.com

**Portable Storage**
Storage & Moving Made Easy with
1-800-PACK-RAT. Get Online Quotes!
www.1800PackRat.com
Salt Lake City, UT

**P.o.d. Ringtones**
P.o.d. Ringtones
To Your Cell In 30 Seconds.
BonusRingtones.fm