# Exhibit 10

Dockets.Justia.com

Email: _____   Password: _____

Signup for a **free mp3 account** | Forg

**ON CNET:** Get your free MP3 from

| Home | Free Music | News & Features | Videos | Photos | MP3 Players | Charts | Podcasts | Forums | F |
|------|-----------|-----------------|--------|--------|-------------|--------|----------|--------|---|

rock + pop    hip-hop    alt + indie    hard rock + metal    r&b + soul    electro + dance    country    international    jazz    artis

# P.O.D.

summary    albums + songs    similar    photos    videos    news and features    reviews    forums

P.O.D.



more photos

Going in Blind

videos

While they play around with the infectious grooves of reggae and Latin music as well as the heavy deliverance of hip-hop and rock, San Diego's hard rock four-piece P.O.D. has defined a universal...

Expand [+]

**Genre:**    Rock/Pop , Alternative/Indie , Post-Grunge

**Formed:**    1992

**Url:**    www.mp3.com/artist/pod

**Tags:**    christian p.o.d

[+] add new tags

videos

**Going in Blind**                                        Play
P.O.D. explores the sensitive and horrific subject of suicide contemplation.
Windows Media Player Required

more: P.O.D. videos

albums

## Testify
released: 2006 on
reviews: 3
Whether it be the group's Christian ethos, ethnically diverse makeup, or reggae-sunsplash-meets-Ozfest vibe, P.O.D. has always retained a bit more

Artist Stats

**Users Say**
123 ratings

**You Say**
click on a star to rate

Artist Reviews:    9

Album Reviews:    6

Song Reviews:    2

**Add to Favorites**
(be a fan, get updates)



respectability than their rap-rock peers. Even... More[+]

| recent albums | date | score | reviews |
|---|---|---|---|
| Sleeping Awake | 2003 | 8.61 | 0 |
| Payable on Death | 2003 | 7.34 | 1 |
| Satellite | 2001 | 7.29 | 2 |

Write a Review



# Your Take

Tell the world what you think about P.O.D.!

## Recent User Reviews



**Habast**

posted Dec 30, 2007

p.o.d. rocks so hard it'll make you're neighbors deaf!

**FULL REVIEW**



**ssxstickyxx**

posted Jun 27, 2007

dayummm p.o.d. u guys rock!! my fing sox off!! ya hear

**FULL REVIEW**



**poorlittleman**

posted Jun 1, 2007

P.O.D. Rocks!!! Payable on death... It supposed to be payable on delivery... haha.. great band and 'influential'... keep it up!!! Nice and cool.

**FULL REVIEW**



You Guys Rock!!!

**FULL REVIEW**

## Similar

**Trapt**
3 out of 3 people agree

**Society Of My Era**
1 out of 1 people agree

**Diecast**

**Insaniak**

**Korn**

**Deftones**

more similar artists

## MP3.com Artist Videos

**Wild Style The Movie**
Wild Style - Breakdancing Scene
File under: Music Videos

**Korn**
Korn - Hold On
File under: Music Videos

**Paul McCartney**
Paul McCartney - Ever Present Past
File under: Music Videos

See more videos »

**apitz_hnu90**

posted Dec 19, 2006



P.O.D. is great

**FULL REVIEW**

**Man-At-GameSpot**
2 people agree

posted Mar 5, 2006

**latest P.O.D. news and features**

**MP3.com News Breakers: Britney & Justin, GNR, Pussycats, P.O.D., Bass**
MP3.com News | Mar 8, 2007

---

**MP3 News Breakers: Stones, Lil' Wayne, *Barkers*, POD, Moby**
MP3.com News | Aug 15, 2006

---

**Last Call with Carson Daly**
TV Appearances - external | Mar 22, 2006

---

**P.O.D. Hitting the Road In April**
News - external | Mar 9, 2006

---

**P.O.D. 'Testify' Across America**
News - external | Mar 8, 2006

---

**more: P.O.D. News and Features**

## Sponsored Links                    (About)

**Get Free Music Songs**
Visit Web Site Free & Legal Music Downloads. Get Your Favorite Song or Artist Today!
www.spiralfrog.com

**Pod Music**
Visit Web Site Download & Play Christian Music Over 4,000,000 Songs - Free Trial
www.rhapsody.com

**I pod**
Visit Web Site Browse a huge selection now. Find exactly what you want today.
www.ebay.com

**Mp3 Player Music**
Visit Web Site Save on Mp3 Player Music "Compare Prices, Brands & More"
www.smarter.com

**Boom Pod**
Visit Web Site Find Boom Pod Online. Shop & Save at Target.com Today.
www.target.com

▼ Ad Feedback



Home | mp3 players | news | videos | free music | charts | forums

popular artists: Step Up 2 the Streets Soundtrack | Pussycat Dolls | Linkin Park | Eminem | 50 Cent | Rihanna | Lil Wayne | Most Popular

P.O.D. MP3 Downloads - P.O.D. Music Downloads - P.O.D. Music Videos - P.O.D. Pictures - MP3.com

Portions of content provided by All Music Guide ©2008 AEC One Stop Group, Inc.
Report Page Error | Help | Advertising Inquiries | About Us | Site Map

Today on CNET: Apple iPhone | CES | Digital Cameras | Games | iPod | iPod Nano | iPod Touch | iTunes | Macworld | MP3 Players | Zune

About CNET Networks | Jobs | Advertise | Partnerships

Visit other CNET Networks sites: Select Site

Copyright ©2008 CNET Networks, Inc. All Rights Reserved. Privacy Policy | Terms of Use