# Exhibit 11

[Google]   podcast           [Search]   Advanced Search
                                        Preferences

Web   News                    Results **1** - **10** of about **109,000,000** for **podcast**. (**0.06** seconds)

**podcast.com**
The home of podcasting. Find **podcasts** from around the world. Sample, search, subscribe and listen to any **podcast** feed. Curate your own **podcast** directory of ...
**podcast**.com/ - 56k - Cached - Similar pages

**Podcast.net - The Podcast Directory**
Welcome to the **Podcast**.net directory, your source for thousands of **podcasts** covering a wide variety of topics and interests. The **podcast**.net directory is ...
www.**podcast**.net/ - 25k - Cached - Similar pages

**Podcast - Wikipedia, the free encyclopedia**
A **podcast** is a collection of digital media files which is distributed over the Internet, often using syndication feeds, for playback on portable media ...
en.wikipedia.org/wiki/**Podcast**ing - 52k - Cached - Similar pages

**Apple - iTunes - iTunes Store - Podcasts**
Want to listen to your favorite radio shows and audio and video programs anytime? The iTunes Store offers tens of thousands of **podcasts**, from both big names ...
apple.com/**podcast**ing - 57k - Cached - Similar pages

**PodcastAlley.com -- The place to find Podcasts**
**Podcast** Alley is the best site to find all your **Podcasts**, **podcast** feeds, **podcast** definitions, **podcast** software and best **podcast** directory.
www.**podcast**alley.com/ - 37k - Cached - Similar pages

**What is a Podcast**
A step-by-step tutorial on how to **podcast**. Create a **podcast** today.
www.how-to-**podcast**-tutorial.com/what-is-a-**podcast**.htm - 27k - Cached - Similar pages

**Podcasts on MSNBC.com- msnbc.com**
MSNBC.com brings you free video and audio **podcasts** from NBC News, MSNBC TV and MSNBC.com. Watch or listen to your favorite news programming on your PC or ...
www.msnbc.msn.com/id/8132577/ - 67k - Cached - Similar pages

**Online News Feeds : RSS Feeds, XML Feeds**
Visit Business Week for up-to-date **podcasts**, news feeds and online news. **Podcasts** use an RSS feed (which stands for Really Simple Syndication) to deliver ...
www.businessweek.com/search/**podcast**ing.htm - 61k - Cached - Similar pages

**ESPNsoccernet - England - ESPNsoccernet Extra Podcast**
Listen to our **Podcast** for the latest news, views and previews every Monday and Thursday.
soccernet.espn.go.com/feature?id=376252&cc=5739 - 90k - Cached - Similar pages

**Podcast.com FAQ « blog.podcast.com**
We want this page to be your guide to **Podcast**.com and to the world of podcasting. See if

---

Sponsored Links

**Free Webcasts & Podcasts**
5,000+ Webcasts & **Podcasts**.
From Leading Companies & Experts.
www.Insight24.com/Webcasts-**Podcast**s

**Create & Use Podcasts**
The EdVenture Group Offers
21st Century Skills Courses Online
www.TheEdVentureGroup.org/**Podcast**s

**Create Your Free Podcast**
Get A 100% Free **Podcast** Account At
MyPodcast.com. Signup Now.
www.My**Podcast**.com

**Create Your Podcast Free**
Start your own show and then upload
We will host it for free!
www.podshow.com/

**Audio Book Podcasts**
Download audio books, news & more.
Save 50% for a Limited Time only!
Audible.com/**Podcast**s

**ZOMG TEH INDIE NEWS, MP3s**
Your fave for indie music news, mp3
humor, **podcasts**, and stuff. Yo.
www.catbirdseat.org

**Podcast Gear from BSW**
Professional Podcasting Packages
Everything you need for Great Audio
www.bswusa.com

**Music for your restaurant**
Custom music slections to build
your brand and increase revenue.
www.AirdropMedia.com

you fit into one one of the profiles below, or look at the Recently ...
blog.**podcast**.com/**podcast**com-faq/ - 18k - Cached - Similar pages

### Searches related to: **podcast**

| | | | |
|---|---|---|---|
| **create a** podcast | podcast **education** | podcast **player** | podcast **adult** |
| podcast **pickle** | podcast **tutorial** | **sopcast** | **zencast** |

**1**  2  3  4  5  6  7  8  9  10    **Next**

---

podcast            [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google