# Exhibit 12

Dockets.Justia.com



# engadget

Engadget

## With "pod" on lockdown, Apple goes after "podcast"

Posted Sep 24th 2006 7:15PM by
Evan Blass
Filed under: Portable Audio

Now



podcastready™

lawyers
have scared the pants off of small entrepreneurs selling products like the Profit Pod and TightPod -- items that have nothing to with portable audio in any way, mind you -- it seems that the next targets are companies that have the audacity to use the word "podcast" in their names. *Wired's Listening Post* blog is reporting that Steve's legal eagles have sent one of those scary cease and desist letters to a company called Podcast Ready, whose premier product, myPodder, gives users an automated way to download 'casts to their portable devices. CEO Russel

### BREAKING NEWS »

 **Apple TV (take 2) update now available**

 **Best Buy's pushing Blu-ray to the front**

 **Apple releases OS X 10.5.2 update, tons of fixes**

 **Samsung hauls a load into Mobile World Congress**

 **Samsung wants Android phone by next year**

### FEATURED STORIES »

 **Switched On: PopCatcher teaches a new 'Pod old tricks (Part 2)**

 **Cowon A3 review**

 **How would you change Apple's MacBook Air?**

latest cellphone and mobile news from

## engadget mobi

Hands-on with Samsung's sliding Soul

Microsoft said to have dropped $500 million o

Motorola gets snubbed again, Samsung won't buying either

Hands-on with iriver's 3-inch touchscreen pho

i-mate officially adds 8502, 9502 to Ultimate lin

Holliman claims that he'd
consider changing the name
of the program if necessary,
but seems to be justifiably
reticent about rebranding his
entire business, considering
the fact that "podcast" may not
be "owned" by Apple nor even
a derivative of "iPod" in the
first place. Robert Scoble --
whose own company,
PodTech, may be at risk in
this witch hunt -- has weighed
in on the issue by suggesting
that the tech community as a
whole adopt other terms like
"audiocast" and
"videocast" (or alternately,
"audcast" and "vidcast") to
describe this type of content,
while other folks feel that
fighting Apple and generating
a ton of negative press for
Cupertino is the best solution.
Our take? Apple should be
happy that its golden goose is
getting so much free publicity,
and if it isn't, we know of
several companies that
probably wouldn't mind if
zencast, zunecast, or
sansacast became the
preferred terminology.

**Update**: *BBHub*'s own Russell
Shaw delves into this issue a
little further over at *ZDnet*, and
finds that Apple is having
trouble getting certain iPod-
related phrases trademarked,
including the word
"iPodcasting."

Read- Apple's nastygram

latest high definition and home theater news from

engadgetH

HDTV Listings for February 12, 2008

Tranquil readying T7-HDX to expand storage
HSA server

Germany's CDA starts production of 3X DVD

Motorola lifted by sales of HD set-top boxes, n
mention of shortages

Apple TV (take 2) update now available

[Read](#)- Scoble's take

[Via [calacanis.com](#)]

**Tags:** [apple](#), [cease and desist](#), [CeaseAndDesist](#), [copyright](#), [infringement](#), [ipod](#), [mypodder](#), [podcast](#), [podcast ready](#), [PodcastReady](#), [trademark](#)

[Permalink](#) | [Email this](#)
[Comments](#) [85]



## RELEVANT POSTS

- [Apple accused of harassing an air purifier company](#) (17 days ago - 87 Comments)
- [Poll: Are you spending $20 on new iPod touch apps?](#) (28 days ago - 215 Comments)
- [The $20 iPod touch upgrade: really for legal reasons or no?](#) (22 days ago - 168 Comments)
- [iPod touch users: if you bought after Jan 1 the new apps are free -- maybe](#) (26 days ago - 169 Comments)
- [The skinny on iPhone and iPod touch firmware 1.1.3](#) (28 days ago - 136 Comments)

[Home Entertainment](#)
[Household](#)
[Interviews](#)
[Laptops](#)
[Media PCs](#)
[Meta](#)
[Misc. Gadgets](#)
[Networking](#)
[Peripherals](#)
[Podcasts](#)
[Portable Audio](#)
[Portable Video](#)
[Robots](#)
[Storage](#)
[Tablet PCs](#)
[Transportation](#)
[Wearables](#)
[Wireless](#)

## RESOURCES

[About / Masthead](#)
[Media / Press / PR](#)
[FAQ](#)
[Engadget Software](#)
[Contact Us](#)
[Corrections](#)
[Site Problems](#)
[Advertise](#)

## SUBSCRIBE

[My AOL](#)
[MyYahoo](#)
[Google](#)
[Bloglines](#)



| | |
|---|---|
| Autos | |
| Technology | |
| Lifestyle | |
| Gaming | |
| Entertainment | |
| Finance | |
| Also on AOL | |

# Reader Comments
(Page 1 of 2)

Highest Ranked 



**crypt**
**@ Sep 24th 2006 7:28PM**

Perhaps that band called P.O.D. may have to change their name awell... I think this is stupid, how far will Apple go in trademarketing.... perhaps they should just do a search for "*pod*" and trademark every instance .... /sarcasm

I could go on but I wont, I'll just look on in anger...

Reply

Highest Ranked 



**Joshua Ballard**
**@ Sep 24th 2006 8:46PM**

Dude, P.O.D. was out before the iPod was, you're looking at this the wrong way. P.O.D. should sue apple for using their band name in a music related product.

Neutral 

**craig herlihy**
**@ Sep 26th 2006 12:31PM**

Next they'll be going after anything with an "i" in front of it: iHome, iGrip, iSkin, iCarPlay, iTrip, etc. etc.

Neutral 

**Jeff**
**@ Sep 24th 2006 7:29PM**

Apple may or may not have a legal leg to stand on here. But come on, let's be honest. None



of these companies would be using the word "podcast" were it not for the iPod. This is not a word that was invented out of thin air. It was invented because of the iPod.

That doesn't mean Apple has a legal right to keep others from using the term (although they might), but it is at least disingenuous to suggest that ""podcast" may not be "owned" by Apple nor even a derivative of "iPod" in the first place." That's just BS. It is totally, 100% a derivative of "iPod".

Reply

Highly Ranked 

 **Silver R. Wolfe**
@ **Sep 24th 2006 7:37PM**

While I agree the term podcast became popular because of the iPod, it doesn't mean that they own the rights to the word.

I think it's ridiculous that Apple would go to such lengths to own the word "pod". Next they'll be sending a cease and desist to the Jolly Green Giant for selling pea pods.

Reply

Highest Ranked 

 **Xiath**
@ **Sep 24th 2006 7:41PM**

I'm just waiting for Apple to sue PODS, you know those giant metal crates you use as a second garrage. What is it "Portable On Demand Storage" or something like that. Any way Apple will be all "You store stuff in PODS just like you store MUSIC in iPods,

they stole the idea from us. Give me money."

Reply

Neutral
**Chris**
@ **Sep 24th 2006 7:43PM**

ROFL, we're on the same wavelength, see my post about the same time...heh...

Highest Ranked

**Chris**
@ **Sep 24th 2006 7:42PM**

Have they attacked PODS storage thingies yet?

http://www.pods.com/

Reply

Neutral
**Mike Talmadge**
@ **Sep 25th 2006 9:15AM**

Different market, no issue.

Highly Ranked

**Rob**
@ **Sep 24th 2006 7:51PM**

This is the one area in which I find Apple (or Steve Jobs) to be utterly asinine. Maybe he suffers from OCD. I say, forget going after "podcast" Steve, go all the way. I suggest you should go for the letters p, o, and d and have them copyrighted so that absolutely no one will ever be able to make the mistake of using "pod" again. I'm serius, without these letters t use, ele [people] will sn [soon] realise the almighty wer [power] of

Steve Jbs. Lve yur cmuters by the way.

Reply

Highest Ranked



**kerunt**
**@ Sep 24th 2006 7:54PM**

This is ridiculous. "Podcast" is now a common word, much like "Linux". "Linux" can't be copyrighted, and attempting to copyright "Podcast" won't get anywhere either. It's total bullshit that companies can't use "pod" in their product names now.

Damn, I'm beginning to hate Apple more and more with each day!

www.mechexpanse.com/blog/

Reply

Neutral



**Robert**
**@ Sep 24th 2006 8:00PM**

Peter and Ryan, just want to let you know I love the Riocast. Keep up the good work and good luck with engadgetHD.

Reply

Highly Ranked

**Kevlar**
**@ Sep 24th 2006 8:21PM**

My vote goes to ZENcast. It just sounds cool. Even though I own an iPod?, the name 'ZEN' is appealing.

Reply

Highest Ranked

**QUOW**



@ **Sep 24th 2006 8:23PM**

And people make fun of Microsoft for going trademark/patent crazy...

Reply


Highly Ranked 

**Cade**
@ **Sep 24th 2006 8:26PM**

Maybe the should just sue pea for taking the name peapods.

Reply

Highest Ranked 


**Ryan F.**
@ **Sep 24th 2006 8:26PM**

Has Apple lost it? Now I guess they will be sueing:

P.O.D.S
P.O.D
proporta.com/F02/PPF02P05.php?t_id=342&t_mode=des
pod.ie/
line6.com/products/pods/
podrestaurant.com

So, you wanna go for them too? Apple, anyone can use the word "pod" in their product name! The word has been around LONG before the iPod! Wanna check the definition? Here:
http://www.podrestaurant.com/
Now please stop this madness. I love my iPod but I hate the way you are trying to bully innocent people around over the word pod, even if their product doesnt have to do with

music!

Reply

Highest Ranked 

**Anthony**
**@ Sep 24th 2006**
**8:27PM**

Xerox, Klennex. At some point a word just becomes part of the lexicon & isn't owned by the company that created it. I think we're nearing that point w/ PodX terms- whether or not Apple (or their shareholders) like it.

Reply

Neutral

**kinshadow**
**@ Sep 24th 2006**
**8:33PM**

I'll go with Major Nelson's "Blogcast"

Reply

Lowest Ranked

**Arno**
**@ Sep 24th 2006**
**8:35PM**

Didn't Apple coin the phrase to begin with? This is getting stupid.

Reply

Neutral

**Robert**
**@ Sep 24th 2006**
**8:42PM**

i hate apple so much i wont buy anything they make, if you leave me with your ipod too long i might break it to little peices so i dont get sued holding something with the word "pod" in it.

Reply

 Neutral

**kinger**

@ **Sep 24th 2006 9:31PM**

Dude. Just becasue you dont like howo a company runs thier buisness, doesnt mean all thier products suck. If everyone thought like you millions of people would be out of jobs. Your hatred is blinding you. At least state reasons to why you hate Apple.

 Neutral

**tristanfey**

@ **Sep 26th 2006 8:20PM**

I agree, but look at the ProfitPod (http://www.engadget.com/2006/08/14/no-pod-for-you-apple-keeps-close-tabs-on-brand-name/). When I looked up the patent trademarks I found they submitted their patent applications months before Apple submitted iPod, but that didn't stop Apple from going after them.

 Neutral

**cobalt**

@ **Sep 24th 2006 9:04PM**

On the one hand, I understand that a company has an interest and legal right to protect its branding. Also, I do see a real potential for misunderstanding about the brand name around the term "podcast"... unlike "Monster" and Monster Cable's aggressive brand related litigation, which is I think totally, totally ridiculous.

On the other, I think it's interesting that Podcasts were first driven by the enthusiast community, then Apple picked up the term by officially putting it into iTunes, thus benefiting from the popularity in the community, and now are interested in assuming "ownership" over that term. They are being relatively circumscribed so far about cease and desist orders so far, but we'll see how it develops.

Reply



Neutral

**narco**
@ **Sep 24th 2006 9:14PM**

I've been a Mac user for 13 years and have owned every iPod since the beginning. I'm a big "fanboy" for Apple, yet this is really starting to piss me off. Unless Apple has some super-secret thing up their sleeve, or they're just being retarded. I can't imagine ANYONE at Apple thinking this is a good idea.

Fishes,
narco.

Reply



Neutral

**Michael**
@ **Sep 24th 2006 9:21PM**

While I do agree it's out of hand, I kind of think maybe people should switch to something more generic like audiocast and videocast. Podcast doesn't really describe what it is you're getting (audio or video?) and becasue of it's

name it promotes one product too much, the iPod, when there are other products out there that can play them too.

Previous to listening to podcasts I too thought they were exclusive to only iTunes and iPods. So I think the word "Podcast" can confuse people into thinking it is just an Apple thing.

Reply

 Neutral

**soopergooman**
@ Sep 24th 2006 9:29PM

Peas come in POD's, so do Dolphins, is Steveo gonna sue them also? I have never bought or used an Apple product and I never will.

YOU SUCK STEVE JOBS!!!! Get a life dude!!!!

Reply

 Neutral

**narco**
@ Sep 24th 2006 9:33PM

The only problem with the public switching terminolgy now is that most people know iTunes to be the premiere place to search and download podcasts. As long as Apple calls them podcasts and the majority of the people go to iTunes for them, they pretty much own the word anyway. The only way it'll start to change is when other sites start popping up. Not sure if the Zune marketplace has a "zunecast" section, but if/when

they do, I think people will start going elsewhere and Apple will probably pull back a bit.

Fishes,
narco.

Reply

Highly Ranked 

**UFGrayMatter**
**@ Sep 24th 2006 9:35PM**

Can I flle a class action suit in the name of Mother Nature. I beileve the PeaPod came just a couple thousand centuries before iPod.

Reply

Neutral 

**disciple83**
**@ Sep 24th 2006 9:51PM**

I am just gonna wait for the day Jobs starts going after random word combination that resemble the same syntactical layout as iPod, (like CNET for example).

As for P.O.D. suing, they won't lift a finger cuz because they don't have to. If Apple goes after that band, as long as its been in the game, not only will you have Atlantic Records coming after them, as well as the RIAA for trying to step on toes over intellectual property and copyrights...Jobs ain't that big, no matter what that greedy unoriginal bastard thinks.

Reply

Highly Ranked 

**Bill**
**@ Sep 24th 2006 9:52PM**



Why didn't Apple do this earlier?

The timing smells very fishy-- take all the hard work of those who spread the popularity of podcasts when it's an "open source" term, get everyone hooked onto downloading them thorugh iTunes, and then once it's nice and popular, try to grab the word back (whereas if they had done it sooner, it wouldn't have gained the same notoriety as it has).

Shame on you Apple.

With decisions to persue awkward cases such as this coming in ever more frequently from Apple's legal team, Apple's not just pissing off its hardcore customers--it's also undoubtedly pissing off its most creative and talented employees. Without the heart and soul of its must ardent supporters, it's just a white box.

Good thing Google is right up the road.

Reply

---

Neutral 



**mike**
**@ Sep 24th 2006 9:54PM**

steve jobs always has childish behavior. He was fired for that too!

this is just free publicity for the podcastready. I actually like their site.
Thanks steve.

Reply

---

Neutral



**Fortyseven**
@ **Sep 24th 2006 9:57PM**

What would this guy think?

http://img147.imageshack.us/img147/7075/vgh7tgg2.jpg

Reply

---

Highly Ranked 

**Chris**
@ **Sep 24th 2006 10:02PM**

Aren't corporations funny.

MONEY MONEY MONEY!!!! SUE SUE SUE!!!!

It's everyone, none of them are innocent (and yet I keep paying them!).

Reply

---

Highest Ranked

**John Doe**
@ **Sep 24th 2006 10:12PM**



Sarcastic=1

Thank God we have Apple over the evil and sadistic Microsoft.

/Sarcastic=0

Seriously though. Most of my music on my iPod is not DRMed. I'm seriously thinking of taking my money elsewhere. This kind of behavior is what I expect out of Microsoft not Apple. That being said I've never been under the assumption that Jobs is anything other then a ruthless businessman and overall an ass.

Reply

**Highly Ranked**



**Chris Heinzmann**
@ **Sep 24th 2006 10:19PM**

This antics are the very reason that I bought SanDisk media players (DRM free) and continue to also use my Sharp Zaurus or Palm Tungsten T with big memory cards to listen to my webcasts. Never will Apple get my money for an iPod. I just got the book iWoz wonder if he will get sued for using the iXXX for his title. Funny how such and grand idea and 'down to earth' company attacks its very own roots.

Reply



**glacia00**
@ **Sep 24th 2006 10:52PM**

Please please please now is the time to abandon that term you will all be embarassed by in a few years. It needs to be replaced by DAPcast or something more descriptive

Reply

**Highly Ranked** 



**Kris D**
@ **Sep 24th 2006 11:02PM**

Sue vegitable companys for Peas in a POD.

Sue Robbin Williams for playing MORK and Arriving on Earth in a POD.

The band P.O.D Might not be to happy they should call their next album P.O.Dcast just for spite.

I might make a mel brook style spoof where salors say AHI AHIpod Captin.

Companys should POD the hell out of products... The carrypod, The MoneyPod (good piggy bank name), maybe comedy Downloads called the FUNNIPODCASTS (cas the word IPOD IN IT).

If Apple can get away with suing or convincing people to drop the name POD from their products 0 then maybe Microsoft should start suing, Anderson, Pella and other Window Companys.

APPLE is acting like every other greedy company these days. I guess their lawyers react without thinking. Really unprofessional if you ask me.

Kris

Reply

Highly Ranked 

**3rdsun**
**@ Sep 24th 2006 11:04PM**
            Apple is evil. Apple is the devil. Buyer Beware!!!

Reply

Neutral 

**Ken C**
**@ Sep 24th 2006 11:11PM**

While the iPod did help with podcasting, the reason for using POD is not because of the iPod. Podcasting stands for Portable On Demand broadcast thats the whole point of it, it is

Tivo for radio it's portable and
it's when I want to listen to it. I
am so a Apple fan heck i do my
own Apple Podcast but this
issue continues to piss me off.

Reply

 Neutral ➕➖⬜

**chris joseph**
@ **Sep 24th 2006
11:33PM**

Isn't Apple jumping on this a
little late? They should have
been sending out C&D letters
from the very first mention.
Their legal department is
notorious for being diligent
about IP infringement, and any
successful defense will be
based on Apple turning a blind
eye until long after many, many
people were already using the
term.

Reply

Highly Ranked ➕➖⬜

**LC**
@ **Sep 24th 2006
11:35PM**

 How
hypocritical of Jobs. They used
the name Apple when the
Beatles already had a company
called Apple. Hell, Jobs even
said he named the company as
a tribute to them. He lost the
suit years ago, but settled and
promised that the company
would only be used for
computers. Now that he won
his case after being sued again
over basically breaching his
settlement, he now feels it's ok
to go after people using the
term Podcast.

Unfortunately, Apple will do
what all corporations do to
small companies. Outspend

them. They will cost financial ruin on people defending themselves over use of the name and will probably win by default and not on the merit of the case.

Reply

Highly Ranked 



**kerunt**
**@ Sep 24th 2006 11:45PM**

Dear Engadgeters,

We obviously do not have enough power to legally force Jobs & Apple to STFU like they should, but we can do it other ways:

I hearby propose we stop mentioning "iPod" altogether. Let's call it "Apple's Player". As a matter of fact, let's stop using Apple names and cliches altogether.

The *STUPID* bond between Apple and it's product names needs to be loosened, seriously loosened.

Ho do these sound?
- Apple's player
- Apple's laptop
- Apple's computer
?

If enough people (communities, blogs, forums, etc.) do this, it should ensure our favourite Mr.Jobs has some sleepless nights - maybe _then_ he will have enough time to think about WTF he is actually doing...

Reply

Neutral 



**phish**
**@ Sep 25th 2006 12:02AM**

correct me if i'm wrong (which i probably am)... but you can't sue over the use of an acctual "word". i know apple probably has trademarks on the word pod but "podcast" became an official word in websters a while ago..

Reply



Neutral

**Wyatt_Z**
**@ Sep 25th 2006 12:09AM**

So, I think Apple knows what it's doing. The iPod is only really as popular as it is because of its rep. As such it is advantageous for Apple to protect something as superficial as its name with all it's might. It may make people angry and makes Apple look stupid but at the same time it really underscores the shallowness of that product.

Reply



Neutral

**rems**
**@ Sep 25th 2006 12:21AM**

remember this game called P.O.D ??? doesn't work anymore on windows I guess because of drivers, it existed BEFORE Ipod, who ows who royalties in this case ???

Reply



Neutral

**Rami Selim**
**@ Sep 25th 2006**

**1:04AM**

Wow. Apple is such a B*tch.

Reply

Highly Ranked 

**Robert**
**@ Sep 25th 2006 1:07AM**

Yesterday I rece ved a cease and des st letter from Apple stemm ng from my cons stent unauthor zed use of the letter ? ?. Rather then fac ng poss ble lengthy and expens ve l t gat on I have pledged from here on and for evermore to stop us ng sa d letter.

Reply

Neutral

**Robert**
**@ Sep 25th 2006 1:08AM**

Crap, m ssed one. That?s going to cost me.

Reply

Neutral

**Dp462090**
**@ Sep 25th 2006 2:41AM**

Was that an attempt at removing lower case l's from your posts?

Highly Ranked

**alex**
**@ Sep 25th 2006 1:08AM**

next: steve jobs sues every company in the U.S. for using the word 'jobs' when looking for workers.

Reply

| **1** | 2 | Most Recent | Next 50

Comments

## ADD YOUR COMMENTS

Please keep your comments relevant to this blog entry. **Email addresses are never displayed, but they are required to confirm your comments.**

When you enter your name and email address, you'll be sent a link to confirm your comment, and a password. To leave another comment, just use that password.

To create a live link, simply type the URL (including http://) or email address and we will make it a live link for you. You can put up to 3 URLs in your comments. Line breaks and paragraphs are automatically converted — no need to use <p> or <br> tags.

Please note that gratuitous links to your site are viewed as spam and may result in removed comments.

---

**New Users**

Name

E-mail

**Current Users**

E-mail:

Password

☑ Remember Me

☑ E-Mail me when someone replies to this comment

---

Add your comments:



Add Your Comments

All contents copyright © 2003-2008, Weblogs, Inc. All rights reserved

Engadget® is a member of the Weblogs, Inc. Network. Privacy Policy, Terms of Service, Notify AOL



WACHOVIA FREE CHECKING comes from the only bank rated #1 in Customer Satisfaction 6 years in a row.

get free checking WITH WACHOVIA

MEMBER FDIC

Other **Weblogs Inc. Network blogs** you might be interested in:

 

- Square Enix lawyers on guard against Final Fantasy replica swords
- 2K invests heavily in Unreal Engine 3
- Luke Goss to star in Tekken film

- How to make, borrow, or lose mone
- One click DVD archiving with DVD F
- InstantStorm: Convert Your Flash M

 

- Microsoft Office 2004 for Mac 11.4.0 Update
- Aperture and Time Machine, happy at last
- Update love for the Tiger crowd: Security Update 2008-001

- Vasco Data Security holds the key t
- The Grammy Awards as Revolution
- Chicago Bridge & Iron excels in stor

 

- Hands-on with HTC's newest touchscreen toy, say hello to the 3470
- Hands-on with Samsung's sliding Soul
- Microsoft said to have dropped $500 million on Danger

- Spy Shots: Ford F150 "Raptor" caug
- Title Defender: Land Rover Series I
- NBC giving away GT500KR... just lil

