# Exhibit 13

Dockets.Justia.com

# Cords got you tied down?



**2008 IPOD + IPHONE BUYERS' GUID**
1500 ACCESSORIES RATED | DOWNLOAD NOW | HELPFUL NEW USER

News | Reviews & Accessories | Articles | Help! | Music | Forums | Photos | Downloads | About Us | Members | Shop



advanced s

loung
accessories,

## First Looks: Shades, 2008 RoadTrip, and More

First Looks | Show Previous Story | Show Next Story | Pause Stories

Recoloring your iPod has never been so easy; new Shades (shown) for nano, classic, and touch use affordable, protective plastics to cover each model's body. Also: Griffin's 2008 RoadTrip and Tekkeon's NavDock.

## Ask iLounge: February 1 - 7, 2008 Edition

Articles | Show Previous Story | Show Next Story | Pause Stories

Your questions answered: Apple TV and AirTunes, iPod Games on 5G and classic, Syncing iPod using checked songs, Charging with Universal Dock in your car, Using iPod and iTunes Store in other countries and more.

**Featured Reviews, Tutorials and More from iLounge:**

**Reviews:** iPod touch, classic, nano, shuffle, iPhone, Apple TV

**Forums:** iPhone & Add-Ons, iPods & Add-Ons, iTunes & More

**Tutorial: Copy Music & Movies from iPod to Computer**

**Help:** Why Doesn't My New iPod Work With Video Add-Ons?

**Help:** iPod Troubleshooting, Repair, and Trade-In Tips

**Guides to:**
iPod shuffle
iPod nano
iPod (video)
Apple TV
**iPhone**

headlines : short : long | archives | submit news

## Grace Digital unveils iPod tube amplifier

Feb. 4, 2008 | Category: iPod Accessories | ✉ email this | 👍 digg this



Grace Digital has announced its new Lars & Ivan line of high-end audio products, including a new tube amplifier for the iPod. The Hybrid PA-40Ti is a "high performance integrated iPod tube amplifier," which features a built-in iPod Dock, a four channel input selector, volume control, stereo headphone output, subwoofer output, a remote control, and "high quality" speaker wire connectors. The unit also features a USB port for iPod syncing, as well as video output and the ability to charge the iPod. Output power is rated at 40W RMS. "Most products in this category are either extremely expensive, lack design appeal, or provide poor audio performance," said Greg Fadul, Grace Digital's Chief Marketing Officer. "At $449.99 MSRP, the Hybrid Amplifier model 40PaTi offers high end audio performance, unique design and build quality at an affordable price." To complement the Hybrid amplifier, the company launched two new speaker sets. The Bobo speakers are bookshelf-sized speakers featuring an acrylic front frame and aluminum stand. They will sell for $300/pair, while the Cube S speakers will sell for $500 a pair. The new Lars & Ivan offerings will be available in mid-March.

Click here to add your comments.

## iPod Access 4.2 adds iPod touch support







ilounge poll

**Which current model iPod do you personally use the most?**

○ iPod shuffle (aluminum)

○ iPod nano (video)

○ iPod classic





- ○ iPod touch
- ○ iPhone
- ○ None, I use an earlier iPod, mini, nano, or shuffle.
- ○ None, I don't use an iPod at all.

[ Vote ]

**ilounge for mobile phones**

iLounge for iPhone & iPod touch
iLounge for other mobile devices
iLounge Forums for Mobile Phones

**recent reviews**

Marware Sidewinder for 3G iPod nano
Tunewear Ambassador SideHook for iPod touch
Tunewear Ambassador for iPhone
iHome iH27 iHome2Go Portable System
Tannoy i30

**recent first looks**

Griffin RoadTrip with SmartScan (2008)
ShadesCases Shades for iPod nano 3G, classic & touch
Tekkeon Hard Case with Soft Touch for iPhone
Tekkeon NavDock Home Media Center with On-TV Navigation for iPod
Belkin TuneStudio 4-Channel Mixer for iPod

**recent articles**

iDesign on Vibe Earphones: The V-Moda Interview
What to Expect From Apple TV 2.0: Photos and Details
iDesign: The Art of V-Moda's Vibe Earphones

**ipod and itunes tutorials**

The Complete Guide to iPhone Car Integration
Ten Step Guide to iPhone Custom Ringtones in GarageBand '08
Contacting Apple and Others For iPod, iTunes & Accessory Fixes
Managing your iTunes Library on an

---

Feb. 4, 2008 | Category: Mac Software | ✉ email this | 👍 digg this

Findley Designs has released iPod Access v4.2, the latest version of its iPod music and video transfer application. iPod Access allows users to browse and copy music and audio files from an iPod or iPhone back to the computer or to an external hard drive. New features in version 4.2 include support for the iPod touch, a new iPhone and iPod touch engine, improved iTunes duplicate checking, and improved playlist cloning. Findley Designs iPod Access v4.2 is available now for both Windows and Mac, and sells for $20.

Click here to add your comments.



### Mix: Wal-Mart, Google, Semi, iPhoneSender
Feb. 4, 2008 | Category: Mix | ✉ email this | 👍 digg this

Wal-Mart's head of digital media, Kevin Swint, has left the retail giant, and will join Apple this week as head of the company's international movies and TV efforts. Wal-Mart recently closed its online movie download service, while Apple in January announced intentions to expand its iTunes Movie Rentals service internationally in 2008.

Despite the company's intentions to build its own cell phone software platform, Google co-president Sergey Brin spoke of his personal experiences using the iPhone during a recent earnings-related conference call. "I was at a conference in Switzerland," Brin said. "I was able to find a really small hotel, then switch over to the satellite view on my phone to figure out I needed to take a funicular to get up there. It was a really amazing experience."

iPhone user Mike Beauchamp has posted pictures of his phone, after it was run-over by a semi truck, to photo-sharing site Flickr. In the comments, Beauchamp tells the story of how the phone came to end up on the highway, and his delight in discovering that it was still functional. "As I picked it up and cradled it gently in my hands, I saw the screen displaying my caller ID—the screen still worked! I slid my finger gently over the answer slide and paused as I held the tattered and torn device to my ear—my heart must have skipped a beat when I heard my mom's voice at the other end of the phone—the phone still worked," Beauchamp wrote.

Design is Fuel has announced iPhoneSender, a new web browser add-on that allows users of Safari and Firefox to send addresses from their desktop computer to the iPhone via email. The addresses appear as Google Maps links, allowing the user to immediately access the address from the iPhone's or iPod touch's Maps application. "While we love the iPhone and its Google Maps application, we still found ourselves printing directions from Google when in a hurry. Why? Because there wasn't a fast way to get that address and map to our iPhones," says David DeMember of Design is Fuel. "So we developed iPhoneSender, a model of simplicity." iPhoneSender is available as a free download from iphonesender.com, and works on both

External Hard Drive

Complete Guide to Displaying Photos on iPod + iPhone (11/2007)



**Ask iLounge 1-31-08**
Apple TV AirTunes Support, iPod Games on 5G and classic,...

**Ask iLounge 1-18-08**
Macworld Expo 2008 Special Edition: Questions about the new iTunes...

**Ask iLounge 1-10-08**
TV output quality, iPod windows driver installation errors, Connecting iPod...



What's Next from iDesign?

High Design, whyDesign: A Few Words on iDesign

Wrapping Up the Expos: You Asked, My Thoughts



View New Posts | Search Forums

Recent Topics:

1G shuffle reformatted...

new ear phones

Ipod Touch G2?

60GB iPod Video

File to Itunes from "media player"

iPod | nano | shuffle | old iPods



2008 iPod + iPhone Buyers' Guide

The Free iPod Book 3.3

The Free iPod Book 3.0

2007 iPod Buyers' Guide

The Free iPod Book 2.2



PDO 50 Cases Giveaway - Enter Now!

Griffin Get Evolved Giveaway - Winners Announced

Shure In-Your-Ear Giveaway - Winners Announced



New Poll: Are 5 iPod touch apps worth $20?

Apple TV 2.0, iPod touch, iPhone






PCs and Macs.

Click here for 3 comments.

## iPhone browser market share on the rise

Feb. 4, 2008 | Category: iPhone | ✉ email this | 👍 digg this

According to the latest browser market share data from Net Applications, the iPhone gained market share in both December '07 and January '08. The iPhone had a .12% share of the market in December, compared to a .09% share in November. Its share of the market rose to .17% during the final two days of December, and data shows it had a .13% share of the browser market in January. The iPod touch has also seen its share of the market rise, from .01% in November to .02% in December, and claiming .04% of the market in January. Together, the iPhone and iPod touch accounted for a .17% share of the browser market in January. In addition, Net Applications also investigated the proliferation of the iPhone outside countries where it has seen an official release, and found it to have a presence "in almost every country on Earth." Net Applications' data comes from the browsers of "site visitors to its on-demand network of live stats customers," and is compiled from "approximately 160 million visitors per month."

Click here to add your comments.

## iPod production being cut?

Feb. 4, 2008 | Category: iPod | ✉ email this | 👍 digg this

Based on recent checks in Asia, Banc of America has said it believes iPod production is being cut, while iPhone production orders remain volatile. According to the firm, iPod March quarter production numbers appear to have been noticeably reduced, down between 10-20 percent from early January, and down 30 percent or more from early December. The group believes these new figures suggest that Apple may see a 5-10 percent decline in iPod unit sales year-over-year, compared to the company's forecast for five percent growth year over year, for the March quarter. Banc of America also said that its recent checks indicate that iPhone production has bounced back, following heavy production cuts in December and early January.

Click here to add your comments.

## PDO giving away 50 iPod, iPhone cases

Feb. 1, 2008 | Category: Site News | ✉ email this | 👍 digg this

PDO is giving away fifty of its TopSkin silicone cases to lucky iLounge readers. Each winner will receive one case in the color of their choice. Eligible prizes include TopSkin cases for iPhone, iPod touch, iPod classic, fifth-generation iPod, first-, second-, and third-generation iPod nano, and second-generation iPod shuffle. In addition, each case (except for the shuffle model) will include a screen protector, wrist strap, and removable swivel belt clip. To enter the contest, or for official rules, please visit the giveaway page. Good Luck!



Click here to add your comments.



1.1.3 videos posted, details

Apple rolls out major software updates for iPhone, iPods [updated]

Widespread iPhone, iPod touch 1.1.3 update problems

Apple 'something in the air' banners spotted

## most popular reviews 

Bluetrek/Contour Design SurfaceSound Compact

Nike Amp+ iPod nano Remote for Nike + iPod Sport Kit

Audio-Technica ATH-ANC7 QuietPoint Active Noise-Cancelling Headphones

Kentech Labs Odio PS-Mi

## software downloads 

**recent mac os X updates:**

youPod - 1.2.1

YamiPod - 1.5

YakaMoov - 1.2.1

**recent windows updates:**

Plato DVD + Video to iPod Package 6.78

Collectorz.com Book Collector 5.1.2

A-Z Video Converter Ultimate 7.71

## free music downloads 

iCompositions

3hive

MacJams

## random gallery photo 



## ipod storage calculator

Web Browser Version

---

# iPodweek coming later today

Feb. 1, 2008 | Category: Site News | ✉ email this | 👍 digg this



iPodweek, iLounge's weekly newsletter recapping the last seven days in news, articles, reviews, and more, will be sent out to our email subscribers later today. In addition to rounding up the week's top stories, iPodweek also features giveaways and accessory discount offers from various companies. If you haven't yet signed up to receive iPodweek, there's still time to register and receive this week's edition — just use the simple form below to submit your email address.

### Sign up for the iPodweek Newsletter:

Email address: [ Submit ]

**IMPORTANT:** Hotmail, Gmail, Yahoo, AOL, Earthlink and others, make sure we don't end up in your spam box. Please accept emails from adserver.ilounge.com. Thank you.

Click here to add your comments.

# iPhoneDrive 1.4 offers SMS, photo access

Feb. 1, 2008 | Category: iPhone Software | ✉ email this | 👍 digg this



Ecamm Network has released iPhoneDrive 1.4, the latest version of its file management and backup utility for Mac. iPhoneDrive enables iPhone and iPod touch owners to use the devices' unused storage as they would a disk drive, and also allows access to certain files for backup purposes. New features in version 1.4 include the ability to access and backup call history, SMS messages, and camera photos, as well as the ability to play music stored on the iPhone or iPod touch. IPhoneDrive 1.4 requires Mac OS X 10.4.10 or later and iTunes 7.3 or later, and sells for $20.

Click here for 2 comments.

# O2 offers 'bolt ons' for iPhone plans

Feb. 1, 2008 | Category: iPhone | ✉ email this | 👍 digg this

O2 is now offering "Bolt Ons" for its iPhone customers. The extras, all of which are priced at £7.50 per month and are meant to supplement existing coverage, include unlimited O2-to-O2 calls, unlimited anytime texts,





MOBILE NEWS

Download iLounge Widgets
» Mac Dashboard Widget
» Mac Yahoo Widget
» Windows Yahoo Widget


TOP iPODS


TOP CASES


TOP HEADPHONES


TOP SPEAKERS

TOP TRANSMITTERS

**Around the World**
Brazil: euPodo.com.br
France: iPodfanatic.com
France: iTrafik.net
Germany: iFun.de
Greece: iPodgr.com
Italy: iPodmania.it
Netherlands: iPodReporter.nl
Portugal: iPodPortugal.com
Russia: iPod-Club.com
Russia: iPoding.ru
Spain: iPodnoticias.com
Sweden: 99pod.se
Sweden: iPodstyle.se
Vietnam: AppleForYou.Net

**Sponsored Ads**
Copy from iPod to PC or iTunes
ipod speakers

unlimited weekend calls, unlimited fixed line calls, and an extra 200 anytime minutes. A note on the O2 site says "All our unlimited Bolt Ons are subject to an excessive usage policy." In addition, the company is also offering "Discount Country" plans for £3 a month, which allow for lower call and text rates to the selected area. Discounts are available for the USA and Canada (9p/min), Australia or New Zealand (14p/min), South Africa, Turkey, India, Pakistan or Bangladesh (28p/min), and China (43p/min). Finally, the company is offering the My Europe Extra add-on, which allows customers to "receive calls for free and make calls to the UK and other included European countries for 25p/min" when traveling in Europe or Spain. My Europe Extra runs £10 per month, while the same coverage in Spain, which is listed separately, runs £5 per month.

Click here for 4 comments.

### FDA: iPods unlikely to interfere with pacemakers
Feb. 1, 2008 | Category: iPod | ✉ email this | 👍 digg this

Contrary to a study presented last May, a new U.S. Food and Drug Administration study shows that iPods, and other portable media players, are unlikely to cause cardiac implantable pacemakers to malfunction. FDA researcher Howard Bassen and colleagues tested a variety of iPods, and found they did not produce enough of an electromagnetic field to interfere with installed pacemakers. The researchers used a saline-filled bag to simulate the human body, a coil sensor to pick up electromagnetic emissions, and tested four different iPod models: both a fourth- and fifth-generation iPod, an iPod nano, and an iPod shuffle. "We measured magnetic field emissions with a 3-coil sensor placed within 1 cm (half an inch) of the surface of the player. Highly localized fields were observed (only existing in a one square cm area)," the researchers wrote in a report published in the journal BioMedical Engineering OnLine. "Based on the observations of our in-vitro study we conclude that no interference effects can occur in pacemakers exposed to the iPods we tested."

Click here for 2 comments.



mobileaudiotunes.com



Feedback - Ads by Google

### Tunewear intros Tuneshell cases for iPod touch, classic, nano 3G
Feb. 1, 2008 | Category: iPod Accessories | ✉ email this | 👍 digg this

Tunewear has introduced its new line




of Tuneshell hard polycarbonate cases for the iPod touch, iPod classic, and iPod nano (with video). The three models of Tuneshell for iPod nano — Tuneshell, Tuneshell Mirror, and Tuneshell BlackBack — all feature full screen protection, while allowing open access to all ports and controls. The previously announced Tuneshell for iPod nano is made from clear polycarbonate, and includes a lanyard. Tuneshell Mirror features a mirrored front and a matte finished black back plate with built-in clip; Tuneshell BlackBack features the same clip-enabled back, while offering a clear face. Tuneshell for iPod touch is made from clear polycarbonate, offers full access to all ports and controls, including the touch screen, and features holes on the back for attachment of a user-supplied lanyard. Finally, the Tuneshell for iPod classic is available in two sizes to fit both 80GB and 160GB models, is made from clear polycarbonate, and offers built-in screen protection and open access to all ports and controls. Tuneshell for iPod touch, iPod classic, and Tuneshell BlackBack for iPod nano all sell for $25. The standard Tuneshell for iPod nano sells for $20, while Tuneshell Mirror sells for $26. All five cases are available now.

Click here to add your comments.

## Apple TV 2.0 guided tour now available

Jan. 31, 2008 | Category: Apple TV | ✉ email this | 👍 digg this

Apple has posted a guided video tour of Apple TV software version 2.0, which walks viewers through most of the major new features and interface changes of the software. Announced during Apple CEO Steve Jobs' keynote address, and explained further in a feature article, version 2.0 of the Apple TV software — also called Apple TV Take 2 — will allow users to browse, purchase, and rent content from the iTunes Store, perhaps most notably enabling the rental of high-definition films directly from the set-top box. The software was originally expected to be released this week; however, it was declared "not quite finished" by Apple, and is now expected to be available in the next two weeks. The update will be a free software upgrade for current Apple TV owners.

Click here for 9 comments.

## 'Rough Cut' of iPhone development book now available

Jan. 31, 2008 | Category: iPhone | ✉ email this | 👍 digg this

A pre-release, "Rough Cuts" version of *iPhone Open Application Development* by Johnathan A. Zdziarski is now available from O'Reilly Media. Zdziarski is the developer of the first fully-functional application using the open iPhone toolkit, and most recently was responsible for explaining the situation regarding release of the iPhone 1.1.3 jailbreak update. According to O'Reilly's web site, the book "explains in clear language how to create applications using Objective-C and the iPhone API, which in some ways resembles Apple's desktop API and in some ways strikes new ground. After covering installation of the toolkits and some background about the operating system and Objective-C, the book offers detailed recipes and working examples for everyone's favorite iPhone features. Graphics and audio programming, the CoreImage and CoreSurfaces interfaces for games programming, interfacing with iTunes, and the use of



sensors are all covered." Users who purchase the online Rough Cuts version can send suggestions, bug fixes, and comments directly to the author and editors, helping to shape the final release. The Rough Cuts version of the book is available from O'Reilly for $20 for an online-only copy. A pre-order of the print book runs $26, or users can purchase a bundle that offers both early online access and a final print copy for $44.

Click here to add your comments.

### Evidence of Italian carrier found in iPhone 1.1.3 firmware

Jan. 31, 2008 | Category: iPhone | ✉ email this | 👍 digg this



A carrier bundle found inside the iPhone's 1.1.3 software package suggests that TIM (Telecom Italia Mobile) will be the device's exclusive carrier in Italy. *Macity* reports (translated link) that bundles for AT&T in the U.S., Orange in France, O2 in the UK, and T-Mobile in Germany are all present in the software package, alongside a file named "TIM_Italy.bundle," the only bundle associated with a yet-unannounced network partner. Previously, a file named "TIM_Italy.plist" appeared in iPhone firmware version 1.1.2, offering further evidence that Apple intends for the telecom to be the handset's carrier in Italy. According to the report, sources which *Macity* considers reliable had previously said that TIM has already completed negotiations with Apple to carry the iPhone, and that company is working towards a pre-summer launch of the device.

Click here for 2 comments.

### iTunes passes RealPlayer in unique users

Jan. 31, 2008 | Category: iTunes | ✉ email this | 👍 digg this

According to data from Nielsen Online, iTunes has passed RealPlayer in unique users to become the second most popular streaming media player on the market, trailing only Microsoft's Windows Media Player. The data shows that iTunes was the only player with a positive growth rate over the last year, growing nearly 27% from Dec. 2006 to Dec. 2007 to an estimated 35.7 million unique users. Windows Media Player grew only slightly over the same time period, to nearly 76 million estimated unique users. Usage of the standalone Quicktime Player fell slightly over the period, while RealPlayer usage fell 17.5%.

Click here for 1 comment.

Nearly half of U.S. kid downloaders use iTunes
Amazon to acquire Audible.com for $300 million
iPhone Visual Voicemail developer up for award

Apple TV 2.0 update delayed
iPod touch apps poll ends, Your iPod poll opens
PBS launches iTunes U content
O2 to offer iPhone business tariffs in 2008
Mix: Cover Stream, SuperSync, Studywiz Spark, Wi-Fi
Munster: Apple working on more Wi-Fi enabled iPods
Developers ready for iPhone, iPod touch SDK
Jim Henson's Farscape, Fraggle Rock now on iTunes
O2 improves voice, SMS limits on iPhone contracts
PumpOne launches exercise video site for iPhone, iPod touch
iPod classic 1.1 line out voltage bug reported
iLive debuts new iPod sound bar system

---

iLounge is an independent resource for all things iPod, iTunes and beyond.
iPod, iTunes, Macintosh and the Apple logo are the property of Apple Computer, Inc.
iLounge.com is ©2001 - 2007 The Media LLC. All Rights Reserved. Terms of Use | Privacy Policy

 View Cart | iPod Accessories | Your Account | iThings Online Store | Check

 iThings...all the coolest gadgets

🔍 Site Search

[OK]

Advanced Search

| Online Store | Shopping Cart | Checkout | Tracking | Specials | New Item |




 
 


## Shop Accessories by iPod Type

    
iPod touch    iPod classic    iPod nano    iPod video    iPod nano 2G

### iTrip and FM Transmitters



▶ **iTrip nano: £23.50**
▶ **Airplay 2: £24.99**
▶ **Monster iCarPlay: £54.99**

### iPod Cases



☐ **iSkin eVo3: £13.99**
☐ **ZCover: £9.99**
☐ **Belkin Kickstand: £15.99**

### iPod Speakers



### iPod Chargers and Power



### iPod Extras

### iPod Accessories Clearance

### Categories

iPod Touch Accessories
iPod Classic Accessories
iPod nano Accessories (3
iPod's
All iPod Accessories
iPod Speakers
iPod Remote Controls
iTrip and FM Transmitters
iPod Car Accessories
iPod Cases
iPod Chargers and Power
iPod Cables and Docks
iPod Headphones
iPod Extras
iPod Clearance
Shop By iPod Type
Mac Accessories
iPod Armbands
iPhone Accessories
iThings Gift Certificates
Free iPod Accessories

Amazon.co.uk



The IPhone Book
Scott Kelby, Terry...
New £7.99
Best £6.29

Privacy Information
**Policies and Inf**
Customer Accounts
Affiliate Area





Contact Us
Customer Feedback
Mail List
Store Policies
Terms Of Use
Privacy Statement

iPod, iPod Accessories, iPod nano Accessories, Zune, iPod Video Accessories, Zune Cases, iPod Classic Accessories, iPod Touch Accessories, iPhone Accessories, iTrip, iPod News, Handmade Beaded Jewelry

Copyright © iThings, 2004-2007. All Rights Reserved.     iPod, iPod mini, iPod nano and the iPod and iPod mini logos are trademarks of Apple Corporation.

Articles | Press Releases

 iTrainer



The Personal Trainer on your iPod

| Home | How iTrainer Works | Training Programs | Pricing | Member Login | Sign Up | About |



"It's just like having your own Personal Trainer."

**Member Login**

Login

Password

L

**Sign Up**

Start downloading
Training Programs now.

**What is iTrainer?**

iTrainer works just like a personal trainer. iTrainer will get you into shape with fun and challenging audio mp3 fitness programs

> find out more

**Did you know?**

To ensure your fitness program stays on track, iTrainer will notify you via SMS and email when your workouts are coming up!

> learn more

**It's Easy!**

iTrainer workouts are automatically downloaded and synchronised with your iPod using iTunes. How easy is that?!

> see demo

**iTrainer Pty Ltd Australia - Copyright 2005-2006 -** Sitemap **-** FAQ **-** Privacy **-** Legal **-** Blog **-** RSS **-** Links **-** Web Design by Shifted Pixels
"iPod" and "iTunes" are registered copyright and trademarks of Apple Computers.
iTrainer is not affiliated with Apple Computers in any way, except that we love iPods.

2/13/2008; http://www.itrainer.com.au/public/index.aspx



DOWNLOAD | WORKOUT

Sarah Silverman quotes "iTrain is great, especially when I am on the road" –Entertainment Weekly

| WORKOUT PROGRAMS | SPECIALS | ABOUT iTRAIN | NEWS & PRESS | ▶▶ GIF |



Joseph Seeman

# iTRAIN™

Your downloadable destination offering Hollywood personal trainers with music entertainment in one package. The perfect fitness solution that fits right in your pocket. Results oriented workouts at the push of a button.

▶ First month free on Monthly Motivator Plan

## HO WO

 R
S &
 DC
G
 ▶ More

## iTRA PURCH

Resoluti
12 month
workout

Monthly
iTRAIN
package

A La Ca
Downloa
workout

▶ More



**COURTNEY COX USES iTRAIN**

"You can just use your ipod and put Grace's program on there with great music..."
-Courtney Cox (In Touch Weekly)

▶ **NEWSROOM**



**FIND THE RIGHT WORKOUTS!**

Over 200 workouts in our library. Choose the right workout for your personal needs. Listen for yourself

▶ **FIND YOUR WORKOUTS**

Frequently Asked Questions | Contact Us | About iTrain | Privacy Policy | Terms & Conditions | Terms of Sale | Gift Certifi

Copyright © 2005-2008 iTRAIN. All Rights Reserved.

iTRAIN is safe and secure:   



**JOIN THE "A" LIST**
Enter your e-mail to receive
product specials & discounts




My Account   Shopping Cart   Checkout

Live chat by LivePerson



## RESIDENTIAL PRODUCTS

## COMMERCIAL PRODUCTS
Click to view ➡

HOME    OUR COMPANY   FITNESS TIPS   CONTACT US   FAQ

Enter Your Search   **GO**

Shop by Brand

Shop by Muscle Group

Shop by Category

**Welcome!** Fitness Direct was founded in 1996 on the idea of providing quality fitness equipment, both new and used for home and commercial use at a reasonable price.

Our highly trained, **friendly fitness consultants** are knowledgeable on the products and the workings of the human body, and we strive to match up the correct combination of exercises, nutrition and equipment for each individual person according to the goals they have set and what they want to achieve.

We represent some of the **top manufacturers** of fitness equipment, and our two super-showrooms on Miramar Road in San Diego, and on Vista Way in Oceanside, feature a wide array of products and accessories, both new and used, that are ready and available for testing, and backed up by the strongest warranties in the industry.

- Treadmills
- Upright Cycles
- Recumbent Cycles
- Indoor Cycles
- Elliptical Trainers
- Rowers
- Stairclimbers
- Vibration
- Pilates
- Inversion
- Home Gyms
- Free Weight Systems
- Weight Benches
- Leg Machines
- Upper Body Exercise
- Ab / Back
- Weight Racks
- Weights
- Boxing and Martial Arts
- Balls
- BOSU
- Books, Software, and Videos
- Belts and Gloves
- Flooring
- Mats
- Heart Rate Monitors

FEATURED PRODUCT :: Diamondback® 1190Sr Recumbent Bike



**$1,799.00**

The cushiony handlebars next to the easy-read console have a remote resistance control that adds a new dimension to your Diamondback® 1190Rb Recumbent Bike. The 20 levels of resistance supply the challenge, flexibility and motivation you need to succeed with your Diamondback® 1190Rb Recumbent Bike.

FEATURED PRODUCT :: **SportsArt® E825 Elliptical**



**$3,699.00**

17"-26" electronically adjustable stride length on the SportsArt® E825 Elliptical allowsthe user to find the stride that fits their body and workout style. Vari-Stride programs slowly increases stride length of the SportsArt® E825 Ellipticalfor greater calorie burn and works multiple muscle groups in one session.

FEATURED PRODUCT :: Body-Solid® Pro Dual Bicep / Tricep Machine

**$1,999.00**

The Body-Solid® Pro Dual Bicep / Tricep Machine provides a seamless change from bicep exercise to triceps exercise with dual grip handles. The adjustable seat and upper arm pad are designed to align the elbow with the rotational axis of the lifting arm. The machine's handle pivots to enhance user comfort.

FEATURED PRODUCT :: **BodyCraft® XPress Pro Home Gym**

**$1,899.00**

Accessories

Hot Deals



Adjust the cable arms on the BodyCraft® XPress Pro Home Gym to the top position for shoulder press. These versatile cable arms also provide for sports specific. Movements mimicking your golf swing, tennis, hockey, baseball, etc. can be performed.

**FEATURED PRODUCT ::** Hudson® UBEBD 200 Bi-Directional Upper Body Ergometer



## $699.95

The Hudson® UBEBD 200 Bi-Directional Upper Body Ergometer, great for Commercial Rehab Facilities. Finally an Affordable Bi-Directional Upper Body Ergometer for Home or Commercial Rehabilitation.

**FEATURED PRODUCT :: Phoenix® Power Bench (99225)**

## $295.00



Phoenix® Power Bench (99225) has sturdy 2.5 inch steel frame/uprihts for durability and long life Features incline, decline and flat bench seat positions Deluxe boxed, stitched cushions for comfort and long life Leg Lift included Deluxe Lat Tower and Preacher Curl accessories included.

The Phoenix® Power Bench (99225) has storage stands that attach to the rear of the bench Adjustable uprights for multiple users Will accept standard or Olympic weight bars An outstanding value Storage locatgion for accessories when not in use 3 Olympic weight adapters and spring clips included Maximum tested weight limit is 250 pounds.

© 2004 eFitnessDirect.com. All Rights Reserved. Privacy Notice

Home Exercise Equipment | Home Gym | Upper Body Exercise | Fitness Equipment Accessories | Commercial Fitness Equipment
Fitness Equipment Books Videos | Weight Benches | Rowing Machine | Treadmill | Spinning Bike
Recumbent Bike | Recumbent Exercise Bike | Inversion Table | Steppers | Heart Rate Monitor
Elliptical Trainer | Elliptical Cross Trainer | Pilates | Pilates Equipment | Stationary Bike

       

 **iHome**

**Portable Audio Products**

My Account   |   Shop





**Free Shipping***
*click for more information on this offer







**iHM1B2**
Portable Speaker for
iPod® nano
$19.99

add to cart



**iHM1P2**
Portable Speaker for
iPod® nano
$19.99

add to cart



**iHM3B**
Portable Speaker for
MP3 Players
$29.99

**In Stock Soon**



**iH13R**
Portable Speaker Case
for iPod®
$49.99

add to cart



**iH19B**
Protective Speaker
Case for iPod®
$69.99

add to cart



**iH19NL** Colortunes™
Protective Speaker
Case for iPod®
$69.99

add to cart





**iH19NP** Colortunes™
Protective Speaker
Case for iPod®
$69.99

[ 🛒 add to cart ]

**iH19NQ** Colortunes™
Protective Speaker
Case for iPod®
$69.99

[ 🛒 add to cart ]



**iH19P**
Protective Speaker
Case for iPod®
$69.99

[ 🛒 add to cart ]



**iH19RX**
Protective Speaker
Case for iPod®
$69.99

[ 🛒 add to cart ]



**iH20W** Shower to
Shore Water-Resistant
Speaker for iPod
$69.99

[ 🛒 add to cart ]



**iH27BR** Portable
Speakers with Alarm
Clock for iPod®
$99.99

[ 🛒 add to cart ]



**iH31B**
Boombox
for iPod®
$79.99

[ 🛒 add to cart ]



**iH31S**
Boombox
for iPod®
$79.99

[ 🛒 add to cart ]



**iH80B**
Portable Speaker
System for iPod®
$79.99

[ 🛒 add to cart ]



**iH80W** Portable
Speaker System for
iPod®
$79.99

add to cart

**iH85B** Bike to Beach
Bicycle Speaker for
iPod
$79.99

add to cart

*Free UPS Ground shipping within the Continental USA on orders of $50 or more.
*Next Day and Second Day service are also available (charges apply).
*Service to AK, HI, PR available via USPS (charges apply).

Copyright © 2008 SDI Technologies, Inc. All Rights Reserved. iHome, Live Life Loud, Colortunes, Outlou
trademarks of SDI Technologies, Inc.

Bluetooth is a registered trademark of Bluetooth SIG, Inc. Bluetooth technology is incorporated under li
Sansa is a trademark of SanDisk Corporation, registered in the U.S. and in other countries. Zune and th
trademarks of Microsoft Corporation.

Powered by BlueSwitch.



iPod classic Just Got
iVo² Duo for iPod classic



**Freedom is Sweet**

CERULEAN F1 + TX
Listen to your iPod or iPhone
without Wires.



**The Power is Yours**

iSkin
USB Power Adapter
Charge the things we
love in a snap!



**A Classic Revival**

evo³ classic
critically acclaimed
Protection
Remastered for
iPod classic

Ke

Pro
Effectiv
Prote
your M
Mac

The iSkin word mark and logo are registered trademarks of iSkin Inc., registered in Canada, the United States and other countries
All Rights Reserved 2007. iPod is a trademark or registered trademark of Apple Inc.



## What's New





Duo for iPod nano

eVo⁴ Duo for iPod classic





**For iPhone**



**iSkin revo for iPhone**
Designed with useful, well thought -out features,
the revo is the most comprehensive choice for
keeping your iPhone safe.


Learn More...

Buy Now

## For iPod with Video



**eVo3 for iPod with video**
The amazing eVo3 raises the bar by being the first
silicone protector to feature an ultra-clear, scratch
resistant screen and face protector for the iPod with
video."


Learn More...

Buy Now



**Claro Slims**
Add color to your iPod with Claro slims. These
colorful 3 pack 0.5mm skins provide a cool look and
work with the iSkin Claro.


Learn More...

Buy Now



**iSkin Vibes for iPod with video**
iSkin Vibes for the 30 GB iPod with video combines
design, functionality and artistic expression into an
elegant yet functional protector.


Learn More...

Buy Now



**iSkin Claro for iPod with video**
iSkin Claro provides the best of both worlds: an
ultra-clear scratch resistant outer shell wrapped
around clarified shock absorbing silicone.


Learn More...

Buy Now

## For iPod nano (2nd Generation)



**iSkin for iPod nano (2G)**
The iSkin for the second generation iPod nano
delivers dual-layer design with stunning style in a
single comprehensive protective solution.


Learn More...

Buy Now

## For iPod nano (1st Generation)



**Duo for iPod nano**
The iSkin Duo for iPod nano is the answer to protecting your investment with style and functionality that is a step above all others.



Learn More...

Buy Now



**Slims for iPod nano**
Made of 100% durable high-grade silicone. Slims offer a sleek low profile (1mm thick) layer of protection against damage.



Learn More...

Buy Now



**SiLo for iPod nano (1G)**
The SiLo sports a unique design that combines the sophistication of premium leather with the shock absorbing protection of high-grade silicone.



Learn More...

Buy Now



**DuoBand for iPod nano**
Available in two color combinations, Arctic Flex (clear with black band) and Blush Reflex (pink with pink band), the DuoBand looks as good as it works.



Learn More...

Buy Now

## For iPod (4th Generation)



**eVo2 Wild Sides**
The ultimate protection with the ultimate look for the fourth gerneration (click-wheel) iPods including the U2 special edition and the iPod+HP



Learn More...

Buy Now



**eVo2**
The ultimate protection with the ultimate look for the fourth gerneration (click-wheel) iPods including the U2 special edition and the iPod+HP



Learn More...

Buy Now

## For iPod mini

**mini**
All-round protection for the Apple iPod mini



Learn More...

Buy Now



### vibes for iPod mini
The iSkin Vibes is a collaborative effort involving the integration of design, function and artistic expression all rolled into elegant yet striking works of art.



Learn More...

Buy Now



### mini Wild Sides
The ultimate protection with the ultimate look for the iPods mini



Learn More...

Buy Now

### For iPod shuffle (1st Generation)



### Shuffle Duo
The world's first dual-layer iPod protector for iPod Shuffle. Includes lanyard.



Learn More...

Buy Now



### vibes for shuffle
The iSkin Vibes is a collaborative effort involving the integration of design, function and artistic expression all rolled into elegant yet striking works of art.



Learn More...

Buy Now

### For iPod (3rd Generation)

### eVo
All-round protection for the third generation iPods.

Learn More...

### Accessories



**iSkin Shades (5 pack)**
These durable, colorful screen protectors are for use with the iSkin eXo2, eVo, eVo2, iSkin mini and iSkin for iRiver H100 Series

Learn More...

Buy Now

**iSkin VISOR for eVo3**
The iSkin VISOR is made from a high-quality, ultra-clear resin that resists scuffs and scratches caused by everyday use. For use with eVo3.

Learn More...

Buy Now

**iSkin Y-Splitter Adapter**
Now you can share your iPod's music with a friend using iSkin's Y-Splitter Adapter. 3.5mm (1/8)

Learn More...

Buy Now

**iSkin RevoClip$^2$**
The new RevoClip$^2$ is more durable and allows you to rotate your iPod horizontally or vertically when clipped to your belt.

Learn More...

Buy Now

**Colored Wheel Cap Protector (3 pack)**
The iSkin Wheel Cap sits above the iPod's click wheel protecting it while you use it.

Learn More...

Buy Now

**Cerulean XLR earphones**
These remarkable high-definition, bass enhancing earphones are fashionable and sound amazing.

Learn More...

Buy Now

**iSkin Stereo Extension Adapter**
Use any over-sized (3.5mm) earphone plugs with your iSkin using this easy to use 2 extension adapter.

Learn More...

Buy Now

**Clear Wheel Cap Protector (3 pack)**
The iSkin Wheel Cap sits above the iPod's click wheel protecting it while you use it.

Learn More...

Buy Now

**Rechargeable Batteries**
Ready-To-Use, Rechargeable, &
Long- Lasting. Learn More & Find
Stores.
www.eneloopusa.com

**All Battery.com**
All Battery Rechargeable Batteries
Chargers All Sizes and Types.
www.All-Battery.com

**Mobile Battery**
Compare Mobile battery Wide
Selection of Stores & Brands
www.smarter.com/Cell_Phones

**External iPhone Battery**
Add 300% battery life to your
iPhone or iTouch and more...
www.wowbattery.com

Ads by G

 **MOBILEWHACK**

Search    ⚪ Web  🔘 Thi

« Motorola S9 Bluetooth Stereo Headphones | Main | OQO 02 Ultra Mobile PC: First in the World With Integrated
Mobile Broadband Service Powered by Sprint »

| Product | Description | Best Deals |



**Best Deal at Dell**
**Sony Sony Handycam DCR DVD108 - camcorder - 3in**

## iZAP Lithium Battery Line for the iPod

At the CES show today, iZAP introduced its new line of iZAP Lithium batteries for use with
the Apple iPod.

These lithium battery packs are designed to
specifically work with the iPod, and extend the
playback time of these devices.



iZAP's Portable Energy charges and power packs
are designed to work with the iPod, including
the iPod mini, Shuffle, Nano, and Video. When
used with the iPod shuffle, the iZAP battery cane
extend the playback time 60 hours. That means
you can go for days without having to recharge.

The iZAP line of lithium batteries for the iPOD
can be recharged up to 1000, and has up to four times the power of conventional
batteries. ZAP is best known for their line of electric cars, and surprised CES-goers this
year with their venture into mobile devices. The iZAP lithium batteries for the iPod will be
available for purchase soon at www.zapworld.com.

**SPONSORS**

**Panasonic S101E
Battery**
Revive Your Panasonic
S101E with a New
Panasonic S101E Batte
www.iPods99.com

**Cell Phone Battery**
Excellent backup batter
for your Mobile Phone.
Using 4 AA batteries
www.tekkeon.com

**Replacement Battery**
Great deals on everythin
Replacement Battery
themed.
shopping.yahoo.com

**PSP-110 Battery -
$26.95**
Free Shipping on PSP-1
Battery. Buy Now!
www.EastCoastPhoto.com

**Battery**
Bargain Prices. Smart
Deals. Shop for Batterie
Shopzilla.com

**PSP-110 Battery -$26.95**
Free Shipping on PSP-110 Battery. Buy Now!
www.EastCoastPhoto.com

**Superior Battery Power**
Ready-To-Use Rechargeable Batteries Long-
Lasting Performance! Read More
www.eneloopusa.com

Ads by Google

## Related Products:

What's this?

- **Outdoor Style Carrying Case For Nokia N70, N75, N80, N90, N91** - Cell Phone Shop
- **Samsung SGH-D800/D807 Cell Phone Hands Free Earpiece-On/Off Button (HFM-895...** - Apex Battery
- **Firefly Cellular Phone** - Target

---

 Stumble It! | Posted by on January 11, 2007 1:39 PM | Permalink -iZAP Lithium Battery Line for the iPod in | Tags: | Kontrib To It!

---

### RECENT POSTS

- ANADIGICS Amplifier Powers the Samsung SGH-U700 3G Mobile Phone
- Rockit! MP3 and MP4 Portable Media Players
- Nokia LD-4W Bluetooth GPS Module Gets FCC Nod
- Leadtek LR9750 and LR9752 GPS
- iZAP Battery Charging System for Apple iPhone
- X Games to air on Verizon's V CAST Mobile TV
- Sony brings the Desktop PC to your living room
- iSkin Revo Case now Available
- Qiao Xing Mobile C1200
- The Daily Wrap Up - July 26, 2007
- An Entire Book Written on a Mobile Phone is Now Published
- Raon Digital Introduces EVERUN UMPC with WiBro
- Pantech C150 Hits USA
- Yoigo Picks Up LG KU250
- Logitech Cordless Desktop Wave Keyboard and LX8 Laser Mouse
- Logitech VX Nano Cordless Laser Mouse
- 1 Million iPhones by End of Q3 2007?
- Toshiba TransMemory U2K USB Flash Memory Drive
- Fujifilm 7.2 Megapixel FinePix Z10FD Style-Cam
- Sprint Offers Free PPC-6700 Smartphones for National ePrescribing Patient Safety Initiative
- iPhone Battery Replacement from ipodjuice.com
- Kodak EasyShare C513 Digital Camera
- Creative Xdock for iPod
- Sony GV-HD700E HD Video WALKMAN
- Toshiba Qosmio G45-AV680 with HD DVD-R Drive

| Product | Description | Best Deals |
|---------|-------------|------------|

**Best Deal at Overstock.com**
**Apple iPod VIDEO 30GB (Black) (30 GB, 7500 Songs)**

------------------------1 3333333333333333

Asus Z801 karaoke phone - Dec 20, 2006

Top 5 Phones For Your Girlfriend By Mad 4 Mobile Website - Dec 14, 2006

Phone Stop Website Review - Dec 12, 2006

---

### CATEGORIES

- Auto
- Camcorders
  - Archos
  - Canon
  - Creative
  - DXG
  - Hitachi
  - JVC
  - Motorola
  - Oregon Scientific
  - Panasonic
  - Samsung
  - Sandisk
  - Sanyo
  - Sony
  - Toshiba
- Cell Phone
  - AMOI.
  - ASUS.
  - ATI.
  - Accton.
  - Add-ons
  - Alltel.
  - Amp'd.
  - Apple.
  - Avanquest.
  - AwoX.
  - Bellwave.
  - BenQ-Siemens.
  - BenQ.
  - Blackberry.
  - Boost Mobile.
  - BoxWave.
  - CSR.



**News** **Store** **Games** **Utilities** **Support**

● Main    ● Freebies
● iToner

**New in iToner 1.0.4:** Supports iPhone OS 1.1.2, other bug fixes and enhancements

**NOTE:** iToner 1.0.4 **is not** compatible with the latest iPhone software. We are working on a solution.
In the meantime, there is a <u>workaround</u> available that should get your ringtones to play again.



**Welcome UK iPhone Users**



**Willkommen deutsche iPhone Nutzer**



## No hacks. No per-ringtone fees.
## Unlimited custom ringtones for your iPhone!

### Options

**Buy iToner**

**Download iToner**

<u>Screenshots</u>

<u>Reviews</u>

<u>Questions?</u>

### Resources

<u>Web Board</u>

<u>Add-on Files</u>

<u>Web Links</u>

### In Brief



**Version**: 1.0.4
**Price**: $15.00
**Mac Requirements**:
iPhone & Mac OS X 10.4.10 or later
**Intel**: Native

 

**Note**: iToner does not run on Windows.

**Summary**: iToner allows you to easily transfer MP3 or AAC audio files to your iPhone. Simply drag, drop, and sync.

## Other Utilities

[Snapz Pro X](#)
[WireTap Studio](#)
[Dragster](#)

## Drag, drop, and sync.

iToner enables you to quickly transfer custom ringtones for your iPhone - without modifying, hacking or having to reset your iPhone. Simply drag and drop your MP3 or AAC audio files on iToner's window, click the Sync button, and you're done.

## Your iPhone. Customized.

Your iPhone allows you to assign different ringtones for your different contacts. With iToner, now you can have a Barry White ringtone for when your girlfriend calls, Frank Zappa for when your college buddies ring you up, or the theme from Jaws for when your boss is calling.

iPhone is a trademark of Apple, Inc.

*Copyright ©1993-2008 Ambrosia Software, Inc. - All rights reserved worldwide.*

578669 visits since 7/12/2001
(1286 today, 6729 this week, 21591 this month, 85343 this year)