# Exhibit 14

Dockets.Justia.com



Your iPod. Your Music. Your Car.

**15% Off All Holiday Orders\* - ICPJOY08**

*Between 12/01/07 - 1/20/08. Orders must be greater than $100*

iPodCarParts.com

iPodCarParts.com

My Account | Cart Contents | Checkout

■ **Categories**



Car Interface Cables

Aftermarket Radio Cables

Car Mounts & Holders

FM Transmitters

Cassette Adapters

Car & AC Chargers

Protective Cases

Headphones & Earbuds

Other Accessories

■ **Information**

Shipping & Returns
Privacy Notice
Wholesale Inquiries
Contact Us

**Welcome to iPodCarParts.com, your First Source for mobile iPod accessories!**

The iPod, with its sleek looks, intuitive operation, and impressive functionality has become an icon of pop culture in a remarkably short period of time. This super portable device is quickly becoming America's favorite method of musical escape, and we are here to make that escape easier for you. At iPodCarParts.com our goal is to make using your iPod on the go a much more enjoyable experience by offering products that add to the performance and usability of your iPod, while enhancing your lifestyle.

Please feel free to browse our selection of both general iPod accessories such as headphones and iPod cases, and our vehicle related iPod accessories including iPod car interface adapters, iPod car holders and mounting solutions, iPod car chargers, etc. to see what interests you. We've tried to make your online purchasing experience as quick and easy as possible and for those reasons we do not require you to take the time to set up an account. Just find what you like, add it to your shopping cart, and checkout- it's as easy as it gets! However, if you would like a more personalized experience, you may register with us and login to gain access to the status of your open orders, recent order history, new product announcements, and special offers only for iPodCarParts.com members.



TESTED 08-FEB

■ Search

Search

■ **One Day Special**



iPod A/V Home Dock w/Remote Control and Video Output
~~$79.99~~
$54.99

iPodCarParts.com offers one day specials on our hottest selection of items, but these deals are limited to stock on hand, so get it while it lasts! Sorry, but there are no rainchecks.


We happily accept a variety of major payment options — VISA, AMEX, DISCOVER, PayPal — We proudly ship all orders via UPS

Copyright © 2005 iPodCarParts.com

*All logos on iPodCarParts.com are used for information purposes only, and are the sole property of their respective companies.*

2/8/2008; http://www.ipodcarparts.com/





Home | My Account | (

  Send

Total: **$0**

· **Ads by Google**
iPod     Nano Skins     Win an iPod     Apple com     iPod C

**iPod Accessories Store**
Buy Quality iPod Accessories
Today. Cases, Chargers & More.
Secure Site
www.theiStore.com/iPod

**iPodGears Sale 75% Off**
Complete Line of Accessories for
Touch, Nano, Classic 75% Off
Retail
www.HDAccessory.com





Sporty, Stylish, Versatile
**iPod Armbands**

Stereo, FireWire, USB
**Cables & Docks**

FM Transmitters, Cassettes
**Car Audio**

Leather, Sports, Fa
**Cases**

Armbands
Cables & Docks
Car Audio
Cases
Headphones
Power
Speakers
Extras








**BROWSE BY IPOD:**

iPod
iPod nano
iPod shuffle
iPod mini

Fun, Cool Gadgets
**Extras**

Noise-Cancelling, In-Ear
**Headphones**

Car Chargers, Adaptors
**Power**

Portable, Desktop,
**Speakers**




**BROWSE BY BRAND:**

Griffin
Monster
Belkin
Harman Multimedia
Kensington
view all »



Future starts here: Wireless Electricity is here.

**BROWSE BY PRICE:**

$0 - $50
$50 - $100
$100 - $150
$150 - $350
$350+



**Customer Service**
FAQ
Shipping Rates
Return Policy
Privacy Policy
Contact Us
Sitemap

**Your Account**
Login/Register

**Ordering**
Gift Certificates
How to Order
Privacy & Security

**About Us**
Affiliate Program
Website Feedback

**Orders:** 1-877-iPod-Store, Press 1, 9am to 5pm PST - **Customer Service:** 1-877-iPod-Store, Press 2

© 2005 EOS Commerce. All Rights Reserved.
*A handling fee of $5.00 will be charged if your orders weight exceeds 7 pounds. Packages will be shipped via UPS Ground.
** The iPod Accessory Store will accept all unopened boxes returned within 30 days. Hassle Free. Customer Pays Shipping.

iPod® is a trademark of Apple Computer, Inc., registered in the U.S. and other countries.
All other trademarks are the properties of their respective owners.



## Categories

Nano
Ipod Video
Shuffle
Mini
3C Accessories
Miscellaneous
PSP Skins

### ▶ Articles

test
**Please feel free to write reviews for items you've**

### ▶ Reviews

There are currently no product reviews

### ▶ Shop by Price

Under $5.00
From $5.00 to $10.00
From $10.00 to $15.00
From $15.00 to $20.00
$20.00 and above

## ▶ Featured Products



**VIDEO2 WRAP BLUE**
for iPod video 60GB/80GB
$29.99   [View] [Add to cart] [Chec...]

**IROLL BLUE**
for earphone
$16.95   [View] [Add to cart] [Chec...]

**NANO WRAP BLUE**
For Nano 1st generation
Unique design allows to manage your earphone wires
$24.99   [View] [Add to cart] [Chec...]

Log In  |  Checkout
Copyright © 2008 HipIpodGear.com  |  Privacy Notice  |  Terms of Use

 

# We are giving away FREE* iPods in your area!



## Apple 2GB iPod nano Black



Call it astonishing. Unbelievable. Impossible, even. Then pick it up and hold it in your hand. Take in the brilliant color display. Run your thumb around the Click Wheel. Put on the earbuds and turn up your music. That's when everything becomes clear: It's an iPod.

It holds up to three days' worth of music. It plays for up to 14 hours between battery charges. It displays the color album art for the song you're listening to right now. It carries your photos, podcasts and audiobooks. It syncs seamlessly with iTunes. It connects to a host of iPod accessories. Simply put, iPod nano is 100-percent iPod. And then some.

## Enter your ZIP Code to get your FREE* Gift!

-ZIP-Code  Quer

✅ By entering my zip code, I certify that I am a U.S. Resident over the age of 18 and I agree to the Privacy Policy and Program Requirements.

Terms and Conditions | Privacy Policy | Unsubscribe | Help/FAQ's | Contact Us | About Us

*This promotion is conducted exclusively by FreeiPodPlayers.com and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid e-mail address, shipping address and phone number; and completion of a user survey and sponsor offers. Purchase may be required. Upon completion of all requirements, we will ship your item to your verified shipping address. Fulfillment may be delayed based on availability. Your information will be shared with our marketing partners; Please read our Privacy Policy for more details. Void where prohibited.

FreeiPodPlayers.com is an independent rewards program for consumers and is not affiliated with, sponsored by or endorsed by any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including,

without limitation, the individual names of products and companies) are the property of their respective owners.

Copyright © 2008. FreeiPodPlayers.com. All Rights Reserved.




GRAB A DISCOUNT iPOD from Amazon.com   choose:   shuffle   nano   classic   touch

Please Register to be a member

## Welcome to iPodHacks!



**Pod To Computer Transfer**
Copy All Content From Pod To PC Fast Sync Playlists.
Download Free!
www.iPod2Computer.com

**Downloads for your pod**
Full unlimited downloads, Begin your search here, Now.
IPodWebsiteReviews.com

**Ipod Dvd Software**
DVD to IPod Converter - 500% FAST, High Quality - It's
Free Download!
www.DVD-To-iPod-Video.com

**iPodCopy Software.**
Copy all your Pod content back to your computer. Try it free.
www.touchcopy.com

Ads by Google

**Discount iPod deals from Amazon:**
20GB, 30GB, 60GB **iPod** | 512MB, 1GB **iPod Shuffle** | 20GB **U2 iPod**
4GB, 6GB Silver | 4GB, 6GB Blue | 4GB, 6GB Green | 4GB, 6GB Pink **iPod Mini**

**Find iPod Gear**         [ Search ]

⦿ Web  ⦿ iPodHacks.com

Windows iPod Software

Main Menu
▪ iPod Hacks

Other Options
▪ AvantGo
▪ Downloads
▪ FAQ
▪ Forum
▪ Messages
▪ News
▪ Recommend Us
▪ Reviews
▪ Search
▪ Sections
▪ Submit News
▪ Topics
▪ Top List
▪ Web Links

Featured Links
▪ MacOnIntel.com
▪ iPaqLinux.com
▪ ByteCellar.com
▪ DailyTunes.com
▪ DJHacks.com
▪ MacBytes.com
▪ BackcountryTech

**Apple Announces 16GB iPhone, 32GB iPod Touch**

posted Tuesday, February 05, 2008 - 12:3

Today Apple announced that its iPhone and iPod touch lineups feature new models with double the memory.

The new 16GB iPhone retails for $499 while the 8GB unit stays put at $399. The new 32GB iPod touch retails for $499, with the 16GB and 8GB models maintaining their $399 and $299 price tags.

> "For some users, there's never enough memory," said Greg Joswiak, Apple's vice president of Worldwide iPod and iPhone Product Marketing. "Now people can enjoy even more of their music, photos and videos on the most revolutionary mobile phone and best Wi-Fi mobile device in the world."

The new models are available immediately.



(598 reads)
( 1 comments | 🖨 📧 | permalink )

**Apple Announces Pink iPod Nano**

Late last month Apple formally announced the availability of a much-requested pink, third-generation iPod nano.



more⋯



*The much-requested pink iPod nano is available immediately in an 8GB model for $199. iPod nano features a two-inch display which lets users watch the brand new iTunes(R) Movie Rentals, or TV shows and music videos purchased from the iTunes Store. iPod nano delivers up to 24 hours of audio playback or five hours of video playback on a single charge\* and is encased in a beautiful all-metal design made with anodized aluminum and polished stainless steel, which is also available in silver, black, blue, green and a (PRODUCT) RED special edition.*

...In case you missed it. Which we did initially...

## Related Products:

What's this?

Apple iPod touch (16 GB, MAC/PC - MA627LL/A) Digital Media Player

Motorola RAZR V3 Battery SNN5696B - Laptops for Less, Inc.

Motorola SLVR L7c Premium Holster Black - Cell Phone Shop

(509 reads)
( 0 comments | 🖨 📧 | permalink )

### Top 5 iPod Hacks stories from one year ago today:

- 10 Years Ago Today: Steve Jobs Returns To Apple
- Free Vortex iPod Game Demo
- Steve Jobs' "Thoughts on Music" - A Call To End DRM
- iTunes Repair Tool for Vista v1.0 Released
- A New Way To Get Apple's Redesigned iPod Earbuds
- **...more...**

**TrailRunner 1.6 (v209) Released**

Hikers, joggers, and active folk in general should have a look at Berbie's TrailRunner 1.5 (v201) for Mac OS X. TrailRunner is a route planning software for all kinds of long distance sports like running, biking, hiking, inline-skating, skiing and more. If you ever asked yourself how long your workout routes are and what route you should choose for this evening - then TrailRunner should be your training-partner.

TrailRunner features:



---

### Intel Mac News

- Photos: Core 2 Duo MacBook Pro disassembled
- Apple releases Core 2 Duo based MacBook Pros
- Core 2 Duo-based MacBook Pros expected today
- (PRODUCT) RED iMac and MacBook on the way?
- Video of Counter-Strike: Source running smoothly under CrossOver Mac
- Intel Cloverton in a Mac Pro: 8 core goodness
- Core 2 Duo-based iMac benchmark results
- 24-inch iMac unpacking photos
- Core 2 Duo iMacs arrive, 24-inch model at high-end
- CodeWeavers' CrossOver Mac free beta released

### References



iPod and iTunes Hacks
Hadley Stern
Best Price $1.50
or Buy New $18.21

Privacy Information



SaveNetRadio.org

DON'T LET THE MUSIC DIE

savenetradio.org

Survey

**Are we posting too much iPhone-related news?**

○ Yes
○ No
○ Undecided

[ Vote ]

[ **Results** | **Polls** ]

Votes: **7843** |
Comments: **257**

- Import your last workout from the Nike + iPod Sport Kit.
- Geographic display of your workout area.
- Import and export GPX-Tracklists. Export KML files for GoogleEarth.
- Plan routes interactively.
- Collect routes.
- Route description and direction signs at crossings.
- Timed-checkpoints according to your pace.
- Rate your favorite tracks.
- Plan routes automatically with target distance and as many favorite tracks as possible.
- Export route directions onto your iPod or cellphone as iPod-Notes or NanoMap-Photos.
- Collect your workout data in a Diary.
- Send to and exchange routes with friends and workout partners.
- Import GPX-Tracklists from GPS-units.

New in this release:

- Improved Weblog and PDF export

TrailRunner requires Mac OS X v10.4 or better.

## Related Products:                    What's this?

Samsung SGH-D800/D807 Cell Phone Hands Free Earpiece-On/Off

Motorola RAZR V3 Cellular Phone - Cingular Wireless

USB Data Cable For Sony Ericsson D750i, K750, W550, W600, W800, Z520,

(791 reads)
( 0 comments | 🖨 🖼 | permalink )

**Apple Games: Pole Position: Remix For iPod**

posted Tuesday, January 29, 2008 - 06:4

iPod game enthusiasts have a look at Apple's latest game title for the iPod, Pole Position: Remix. A modern remake of the '80s retro classic Pole Position, this iPod incarnation looks great and is ideally suited to the iPod's clickwheel control mechanism.



more

> *Pole Position: Remix brings the 1980s arcade classic to the iPod with all of the features you remember, including a cockpit view of the action, racing speeds in excess of 200 MPH, oil slicks that make you lose control, and collisions that produce wheel-bouncing explosions. A new track, Misaki Point, joins four existing ones: Namco, Speedway, Wonder, and Seaside.*

> *During a race, complete each lap within the time limit to earn extra seconds, with your final score based on the distance you traveled and the number of rival cars you passed. Crashes take time off the clock, so be careful. The faster you finish the race, the higher you'll place. Do well and you'll unlock reversed and mirrored versions of the tracks, as well as graphical themes based on other classic Namco games, including PAC-MAN, Galaga and Dig-Dug. The Retro and Neopolis themes even change the environment.*

Pole Position: Remix is compatible with the 3G iPod Nano, the 5G iPod, and the iPod classic.

(961 reads)
( 0 comments | 🖨 🖼 | permalink )

**Unlocked iPhones May Be Costing Apple $300 Million**



It is estimated that 1/3 of all iPhones are SIM unlocked, being used on carriers other than AT&T. This substantial portion of iPhones sold heading to the greymarket is costing Apple $300 to $500 million in future revenues and profits, says Bernstein Research's Apple specialist Toni Sacconaghi.

mo

> *If Apple were to somehow stop the sale of unlocked iPhones (by forcing customers to activate them at the point of purchase, say) the company might miss its target of selling 10 million iPhones in 2008 — and forgo even more revenue and profit.*

> *But if Apple does nothing, it gets hit with a double whammy. Not only are its healthy gross margins reduced (unlocked iPhones generate 50% less revenue for Apple and 70-75% less profit, according to Sacconaghi), but growing new markets overseas gets harder. If the company can't stop the flow of unlocked iPhones into a country like China, what's the incentive for a Chinese carrier to pay the stiff premium Apple demands for the right to be that country's exclusive carrier?*

Sacconaghi believes that Apple will have difficulty in meeting its goal of 10 million iPhones sold by the end of 2008. Most other analysts would disagree with him on this point.

[ via Fortune ]

(756 reads)
( 0 comments | 🖨 🖼 | permalink )

**Jailbreak For iPhone Firmware 1.1.3 Released**



It's been all the buzz for the last few days in the iPhone news circle. Savvy hacker Nate True has released a jailbreak application for the recently release iPhone firmware v1.1.3.

In order to take advantage of this hack you need to be running a jailbroken iPhone running firmware v1.1.2 or v1.1.1.

mo

> *Before you get started, be sure you've got at least 1GB of free space on your computer, 300MB of free RAM, and 300MB of free space on your iPhone. Got all that? Then let's do it. I'm just going to document the entire jailbreak with Nate's iBrickr application, so we're talking lots of pictures (the app walks you through the process wonderfully, but pictures are always comforting).*

> *First go download the iBrickr Special 1.1.3 jailbreak edition to your Windows computer (this works on any iPhone, whether you regularly sync it to a Mac or Windows PC, by the way) and unzip the archive or grab the 1.1.3 Package Maker for OS X (also available from Nate True's site).*

For the complete how-to, see LifeHacker's recently-posted guide.

Will Apple circumvent this hack with an update tied to the February release of the iPhone / iPod touch SDK? Time will tell....

(2290 reads)
( 0 comments | 🖨 🖼 | permalink )

**Apple: How About A Music Visualizer For iPhone??**

The iPhone features a powerful mobile processor and obviously is graphically up to the challenge, so to speak. Am I the *only* one that would love to occasionally zone

out to some psychedelic graphical music visualization on the high-DPI screen of my iPhone or iPod touch?

Am I alone in this? Apple?

Related links:

- List of iTunes visualization plug-ins



(1113 reads)
( 1 comments | 🖨 🖼 | permalink )

**Apple Ships 22.1 Million iPods, 2.3 Million iPhones Q1 2008**

posted Tuesday, January 22, 2008 - 09:2

Apple recently revealed their Q1 2008 financial results...and they were impressive. Record breaking, actually.

Apple posted revenue of $9.6 billion and a net quarterly profit of $1.58 billion during the first quarter of 2008 (which ended December 29th, 2007). Compared to the year-ago quarter, Apple's revenue was up $2.5 billion.

Apple shipped 22,121,000 iPods during the quarter (5% unit growth and 17% revenue growth) and 2,315,000 iPhones.

> *"We're thrilled to report our best quarter ever, with the highest revenue and earnings in Apple's history," said Steve Jobs, Apple's CEO. "We have an incredibly strong new product pipeline for 2008, starting with MacBook Air, Mac Pro and iTunes Movie Rentals in the first two weeks."*

> *"Apple's revenue grew 35 percent year-over-year to $9.6 billion, an increase of almost $2.5 billion over the previous December quarter's record-breaking results," said Peter Oppenheimer, Apple's CFO. "Our strong results produced cash flow from operations of over $2.7 billion during the quarter, yielding an ending cash balance of over $18.4 billion. Looking ahead to the second quarter of fiscal 2008, we expect revenue of about $6.8 billion and earnings per diluted share of about $.94."*

[ via MacRumors ]

(815 reads)
( 0 comments | 🖨 🖼 | permalink )

**PocketGuitar: Electric Guitar Emulator For iPhone**

posted Monday, January 21, 2008 - 08:5

Wired calls it the "best iPhone hack ever." Maybe. Maybe not. But it's definitely impressive and great fun if you've ever plucked an electric guitar.

PocketGuitar: the electric guitar emulator for iPhone.

See the video. For those about to PocketGuitar, we salute you.

(1519 reads)
( 0 comments | 🖨 🖼 | permalink )

**iPhone Software 1.1.3 Jailbroken**

posted Sunday, January 20, 2008 - 04:0

Just days after the iPhone software 1.1.3 update was released it has been jailbroken by the iPhone Dev Team and Elite Team. The groups involved have indicated that they will not release the 1.1.3 jailbreak before Apple releases the iPhone Software Development Kit (SDK) sometime in February to prevent Apple from disabling the jailbreak in software associated with the SDK.

See a YouTube clip confirming the break.



(2123 reads)
( 0 comments | 🖶 🖼 | permalink )

mo

This website is not owned by, licensed by or a subsidiary of Apple Computer, Inc.
The content of this website is not supplied or reviewed by Apple Computer, Inc.
iPOD, iPHONE and iTUNES are trademarks of Apple Computer, Inc., registered in the U.S. and other countries.
All logos and trademarks in this site are property of their respective owners. Comments are property of their posters.
iPodHacks.com, the iPodHacks.com logo, and all other content copyright © 2007 by Blake Patterson, all rights reserved.
No Microsoft employees were enriched in the production of this page.
Our Privacy Statement | iPod Hacks | iPod Hacks Forums

admin contact:     blakespot@gmail.com



news     dossiers     aide     communauté     ressources     A propos Contact

news

· **Annonces Google** ·     iPod iPod     iPod Owners     iPod Nano Case     iPod Updater     iPod Software

## Un disque dur de 100Go dans votre iPod !

commente

20 Avril 2007 • 15:07     par Greg (contributeur)

iPod Users ! En ces temps de disette où Apple ne semble pas vouloir renouveller sa gamme de baladeurs, **ipodmods.com** pense et propose, aux plus audacieux, le dernier disque dur 1,8" de Toshiba. Ce disque affiche une capacité record de 100 Go (env. 94 fois formaté) qui vous permettra de stocker jusqu'à 25 000 mp3 sur votre iPod.

Compatible avec les iPod 5G et 5G V.2.

▶ **Le disque dur de 100Go chez iPodMods**

## Nouveaux iPod Shuffle, tout en couleurs !

1 commenta

30 Janvier 2007 • 14:42     par kalysto



L'AppleStore vient d'être mis à jour ! C'est l'occasion pour Apple, de dévoiller toute une gamme d'**iPod Shuffle colorés** :

Gris - Rose - Bleu - Vert - Orange

Ils disposent d'une capacité d'1GB (environ 240 chansons) et sont vendus à 89 euros.

**Disponible dès maintenant sur l'AppleStore**

▶ **Nouveaux iPod Shuffle**

## Bilan du MacWorld : l'iPhone

commente

17 Janvier 2007 • 22:17    par zeta_sd (contributeur)



Comme vous le savez tous, Apple nous avait promis de grandes choses pour la MacWorld 2007, et just Apple a tenu ces promesses.

Lors de sa keynote, Steve Jobs, a annoncé le lancement de l'iPhone, une pure merveille de technolog téléphone ultra-fin, équipé d'un écran tactile qui tourne sous une version allégée de Mac OS X. Apple s'est a avec Google et Yahoo pour proposer des fonctionnalités impressionantes !

Ce téléphone risque fort de révolutionner le monde de la téléphonie mobile !



Voici sa fiche technique :

Taille d'écran : 3.5 pouces.
Résolution: 320 par 480 pixels pour une résolution de 160ppi
Ecran : tactile
Logiciel d'exploitation : Mac OS X
Stockage: 4GB ou 8GB
GSM: Quadruple-bande (mégahertz : 850, 900, 1800, 1900)
Données sans fil: Wi-Fi (802.11b/g) + EDGE + Bluetooth 2.0
Appareil-photo: 2.0 megapixels
Batterie: Jusqu'à 5 heures de conversation/wifi/vidéo et Jusqu'à 16 heures de lecture en mode musique !
Dimensions: 115 x 61 x 11.6 mm
Poids: 135 grammes

Il sera disponible aux Etats-Unis en juin au prix de 499$ pour le modèle de 4Go et 599$ pour le modèle de 8Go. Ces prix impliqu souscription à un abonnement de 2 ans à l'opérateur de téléphonie mobile Cingular.

L'iPhone sera disponible en europe à la fin de l'année.

Hélas, aucun nouvel iPod vidéo n'a été annoncé. Il faudra encore patienter...

▶ **L'iPhone sur Apple.com**

## Meilleurs voeux pour 2007 !

1 commenta

17 Janvier 2007 • 22:17    par kalysto

j'avais jusqu'au 31 janvier pour le faire, mais j'ai décidé de prendre de l'avance (sic!)...

**Je vous souhaite tous une trés bonne et heureuse année 2007 !**

## Horreur... Un iPod au mixer...

15 Decembre 2006 • 11:48     par <u>kalysto</u>

commente



Le site **<u>WillItBlend.com</u>** s'est donné comme mission de tester l'endurance de dizaines de "trucs". Leur outil de torture : le MIXER !

L'iPod est l'une de leur dernière victime.

▶ **<u>L'iPod au mixer - Voir la vidéo</u>**

### iPaperCraft, ou comment créér un étui en papier pour l'iPod...

15 Decembre 2006 • 11:36     par <u>kalysto</u>

Un petit nouveau fait son apparition dans la série des gadgets complétement inutiles pour l'iPod : **iPaperCraft** !

commente



Ce site vous propose de créer un étui en papier à partir d'une de vos photos personnelles. Tout se fait, depuis le site internet. Un PDF gabarit est généré automatiquement.

▶ **<u>iPaperCraft - Etui en papier pour l'iPod</u>**

### Comment créer un effet "iPod Graffiti" dans photoshop ?

13 Decembre 2006 • 00:06     par <u>kalysto</u>

commente

Voici un petit tutorial vidéo qui explique comment réaliser sous photoshop, un visuel reprenant le style de la pub "iPod Graffiti" Eminem en fond sonore).



### Mise à jour firmware 1.2.1 de l'iPod

13 Decembre 2006 • 00:00     par kalysto

commente

Apple propose depuis quelques jours, une nouvelle version du firmware de l'iPod video et de l'iPod. Cette mise à jour du progr interne se limite à la correction de quelques bugs.

▶ **Telecharger la mise à jour**

### Questionnaire sur l'activité des femmes (Etude universitaire)

06 Decembre 2006 • 11:35     par kalysto

1 commenta

Dans le cadre d'un travail universitaire, je dois effectuer une étude sur l'activité des femmes sur internet.

Afin d'approfondir le sujet, nous avons besoin qu'un maximum de **femmes** participe à ce questionnaire en ligne :

**http://fs19.formsite.com/webcoaching/etude_femme_internet/index.html**

Les résultats ne seront PAS utilisés à des fins commerciales.

N'hésitez pas à envoyer ce lien aux femmes de votre entourage.
Merci d'avance pour votre participation.

Cédric

▶ **Questionnaire - Activité des femmes sur internet**

### Fake iPod Vidéo : L'explication

06 Decembre 2006 • 00:28     par kalysto

commente

Rappelez-vous... En février dernier, avant l'annonce de l'iPod vidéo, de nombreuses photos de faux iPod vidéo ont circulé sur intern

L'exemple le plus remarqué :

- **First "real" iPod video shots?**
- **Is this the new video iPod?**
- **Another iPod Video Picture**

Et bien, voici la vidéo qui explique comment a été conçu cette photo "bidon".



**iPodCopy Software.**
Copy all your Pod content back to
your computer. Try it free.
www.touchcopy.com

**Replace iPod Battery**
Lifetime guaranteed from $14.99!
For Video, Mini, Nano, 4G, 3G, 1G
www.kokopellimusic.us

**Mp3 Players**
1,000+ Mp3 Players at Great
Prices Shop, Compare and Save at
Pronto.
Mp3Player.Pronto.com

**Apple Ipod**
Had Enough Of Waiting For H
The Solution Is Here. Try It n
www.SpeedBit.Com


House MCA
Hautes Coutures
Case pour iPod...


XtremeMac
Bumperz for iPod
shuffle (Grap...


Marware TrailVue
pour iPod mini -
Gris/B...


Marware
Sportsuit
Convertible for
iPod m...


Griffin iBeam
Laser Pointer a
Flashl...




**download**   forums   itms news

Mac OS X

**PodUtil 3.0.3** maj
Transfert de morceaux entre l'iPod et un Mac

**Video2Go 1.6.2** maj
Conversion de video pour l'iPod Video

**Expod 0.2** maj
Utilitaire de transfert iPod>Mac

Windows

**PodUtil 3.0.3** maj
Transfert de morceaux entre l'iPod et un PC.

**Floola beta 19** maj
Gestionnaire de librairie musicale - Alternative à iTunes

**iGnuteel 0.3** new
Récupérer les paroles des chansons et le visionner sur l'iPod

© 2002 -2005    A propos - Contact - Plan du Site - Index Recherche - Partenaires : iPod - Traduction en ligne- Info -
iPodFanatic              Actualité - Guide d'achat - Audio Vidéo - Baladeurs MP3

RSS


TAKE A STAND


SOLID STEEL


ROTATING **P**ED-estal



thoughtout.biz                                                  Feedback - Ads by Ga

# iProng Magazine

### the publication for iPod and iPhone use




Click here for more information ▶▶▶



---

## IPRONG MAGAZINE & IPRONG RADIO

iProng Magazine 2.05.08 released: KT Tunstall, Sinbad, Podrunner, 12 Stones, OT3P, new iPhone and iPod touch...download now!



Actor-comedian Sinbad talks Apple TV Take 2, MacBook Air, iTunes Movie Rentals, and more



Steve Boyett talks about the origin of Podrunner and the new Podrunner: Intervals

## IPRONG ACCESSORY REVIEWS



I-nique Tuff Luv for iPod touch



Marware Flip Vue and Cover Vue for iPhone



Vestalife Ladybug for iPod





SwitchEasy Silicon Biscuits for 3G nano



Marware SportGrip for iPod touch









**DLO** DIGITAL LIFESTYLE OUTFITTERS

**Introducing** HomeDock HD
Experience your iPod in high definition **Learn More**

**PRODUCTS**   **STORE**   **SUPPORT**

ELECTRONICS | IN THE CAR | AT HOME | CASES + CLIPS | SEE IT ALL



**Cases for iPhone**
Shop our new collection now



**VentMount is here!**
Car mount plus belt clip



**iPhone in stereo**
Portable Speakers for iPhone



**Hear + see your iPod like never before...**
The new iBoom JukeBox speakers + display remote



**Sweetheart Gift Guide**
Find the perfect treat for your valentine



**Open FM**
Find the best stations
for your FM transmitter

**iPhone**
Find out what DLO
gear is compatible
with your iPhone.



**Free Shipping**
Ground shipping is free
within the continental U
No minimum purchase

ABOUT US | CONTACT US | WHERE TO BUY | PRESS ROOM | CAREERS

© 2008 DLO, a Philips Consumer Lifestyle comp

# Main Page

**From wikiPodLinux**

**Welcome to the home of the iPodLinux Project (*http://sourceforge.net/projects/ipodlinux/*)!** iPodLinux is an open source venture into porting Linux onto the iPod (*http://www.apple.com/ipod/*). So far, we have successfully ported a customized uClinux (*http://www.uclinux.org*) kernel to the iPod, and written a simple user interface for it dubbed podzilla.

Additional applications and modules have been written, adding many capabilities not found in Apple's firmware.

iPodLinux currently works on all iPod generations **except** on 2nd/3rd generation iPod nanos and 6th generation iPod classics. Donations always help when it comes to supporting new hardware. Progress can be tracked on the Project Status.



## Quick Links

 **Official Installer**
Install iPodLinux onto your iPod

 **Project Status**
Check to see if your iPod is supported

 **Guides**
Installation, Uninstallation

 **Frequently Asked Questions**
Read this before asking questions

 **Troubleshooting**
Something went wrong? With a little patience, it can be fixed!

 **Support**
The proper methods of contacting us

 **Modules**
A complete list of registered podzilla modules

 **Schemes**
Change the appearance of podzilla

## Recent SVN Activity

Disabled.

## Recent Forum (*http://www.ipodlinux.org/forums*) Threads

## Recent Blogs (*http://www.ipodlinux.*

Off-topic :: Building my own ub3r l33t gadget
Installation of Applications :: iBoy roms flicker...
Software & Firmware :: MPD not updating DB
Off-topic :: MPEG-4 (Protected) Music Files
Installation from Windows :: Type: unknown error
Installation from Windows :: Podzilla video question
Software Development :: PZ2 hard copied scheme file instead of symlink (patch help)

**5.5g iPods are working!** (Mar. 7th, 2007)
Many thanks and cheers to the hard work by DataG
**iPodLinux Contribution Contest WINNER**
2007)
Hi everyone!

Just wanted to say thanks to you ...
**iPodLinux Contribution Contest** (Nov. 1st, 20
Hooray! The first iPodLinux Contribution Contest
**Revision 1000!** (Mar. 8th, 2006)
Amazingly, we've already hit revision 1000 in our .

Retrieved from "http://www.ipodlinux.org/Main_Page"

- This page was last modified 12:31, 12 Jan 2008.
- Content is available under GNU Free Documentation License 1.2.



HACKER SAFE
TESTED 09-FEB

🔍 Search

Sign In to Wish List or Create Wish List | Find Wish List



New to the ifrogz lineup is our iPod Shuffle cases. Made with the same quality silicone as our custom cases, they are available in multi-packs of 3 with several color options in each pack.

Our new ear pollution noise isolating ear buds are one of the latest additions to our selection of quality iPod accessories. Offering deep, rich sound and multiple color choices to match your case or other accessories, they are a great set of iPod headphones.

Ifrogz *iPod accessories* are brought to you by the same guys who developed Reminderband custom silicone bracelets & wristbands and the focus continues to be on superior quality products that give you the power to express your individual style.

In our specials section you'll find our animal skin iPod cases and leather iPod cases along with several other cases you for older iPod models that you can pick up for pennies on the dollar.

We've also made a great customizable case for the Zune™ media player. Our [Zune cases and skins](#) are made of the same high quality silicone as our other cases and you can pick from lots of colors as usual.

products for [iPod™ video](#) or [iPod™ classic](#)
products for [iPod™ 2nd Gen nano](#) or [3rd Gen nano](#)
products for [iPod™ touch](#)
products for [iPod™ shuffle](#)
products for [iPhone™](#)
[media accessories](#)

 join our email list | Enter email address [ Enter ]

At ifrogz we strive to bring you the best Apple iPod™ and MP3 player accessories available on the market today. Our original case revolutionized the way people looked at cases for their iPods™ and we continue to develop new and innovative accessories that offer unrivaled protection and style for all your digital electronics.

Beginning with our [customizable silicone iPod cases](#) and the [tadpole ipod case for kids](#) we have continually expanded our line of [iPod accessories.](#)

Made of 100% polished silicone for superior quality and to help repel lint and dust. They are not thin and flimsy like some iPod cases, but instead offer superior protection due to our proprietary manufacturing process. Not only is the screen and click wheel protected with the rest of your iPod but the inputs are also protected when they are not in use by the custom bandz, which wraps the case. Check out the [ifrogz case reviews](#) to see what others are saying about our cases.

Our [water resistant ibagz](#) are a great compliment to any of our ifrogz cases and covers whether you're running in the rain or going out for a paddle. It will keep your iPod safe from moisture, sand, dust and more and works with any case.

Been trying to get that video on to your iPod for days with no success? Our [iPod and ring-tone software](#) makes it easy to copy music, movies and other media easily from other iPods or your computer. You can also create your own ringtone from music or other sound files.

# Navigation

- [home](#)
- [products](#)
- [faq](#)
- [contact](#)
- [blog](#)
- [news](#)
- [specials](#)
-  [0 items](#)

"I never thought that a silicone case was more shock absorbent than a ha
iFrogz was mentioned to me in my Rollingstone magazine. I didn't think
next day I checked them out and I was amazed to see that there was a va
everyones will look the same. So I gat got mine about 3 months ago. I w
Frog Green. It was beautiful! The protection is good because no dirt, lint

[See more testimonials...](#)



call today at 1-877-443-7641

©Copyright ifrogz.com 2006 All Rights Reserved.



# iPodGear.com

| iPod Gear | Submit News | Forums | About |

## Categories

- Armbands
- Cables and Docks
- Car Audio
- Cases
- Headphones
- News & Rumors
- Power
- Remotes
- Speakers
- Video
- iPods

May 03, 2006

## Rockbox – Alternative iPod Firmware

Posted by igear at 12:43 AM | Category: iPods

An upcoming alternative firmware for the



iPod called Rockbox allows users to replace their iPod's firmware (operating system) with a custom one. Rockbox offers many advanced features for audiophiles... including much more adjustments and customization. Since the code is open, users are encouraged to create their own themes as the one pictured here.

It's still in development, and you do have to give up some of niceties that Apple offers – such as iTunes syncing and Protected AAC (iTunes Music Store) song playback. But, hey, you get OGG support...

April 27, 2006

## Catapult – iPod DV and HDV Video Capture

Posted by igear at 02:47 AM | Category: Video

Ads by Google

**Accessories Sale 75% Off**
Complete Line of iPodGears for Touch Nano Classic Shuffle and more
www.HDAccessory.com

**The MP3 Accessory Store**
The Latest Products To Customize Your MP3 Player. Start Shopping!
www.HandHelditems.com

**iPod Photo Accessories**
Hot iPod Photo Accessories, Remotes Cases and More. Same Day Shipping!
www.theiStore.com/iPod

**Pod Video Converter**
Find Video Converter Software Convert Video to Play Your Pod!
iPodVideoConverters.com

**iPod Accessories**
Online shopping for iPod Accessories.
www.Best-iPod-Accessories.info

Bella USA has launched a new product called "Catapult" which allows you to capture video footage from DV or HDV video cameras directly to your iPod.

– Time Lapse Recording
– Remote Trigger – including motion detection
– Pre and Post Record
– AC or Battery Power (3 hours)
– Works with DV and HDV cameras with FireWire
– under $300

Not due until the second half of 2006.

## April 26, 2006

## Samsung Takes PortalPlayer's Business?

Posted by igear at 09:35 PM | Category: News & Rumors

Looks like Samsung is going to be the beneficiary of  PortalPlayer's announcement that their media chip was not chosen by Apple for their next generation flash-based iPods.

"An executive from Samsung said the company won the MP3 media processor business for Apple's next-generation iPods."

Samsung has reportedly been working on the design for some time with Apple. The chip is a 32-bit processor based on ARM technology.

Samsung also supplies much of the Flash RAM for Apple's iPods. PortalPlayer's stock took a nosedive following last week's news.

## April 25, 2006

## Fake iPod Nanos Popular

Posted by igear at 01:58 PM | Category: News & Rumors

As followup to the counterf eit iPod story from  the other day, it appears that these fake iPods are actually very popular items. TaipeiTimes reports that the iPod nano knockoffs are flying off the shelves making it dificult to keep up the demand.

This particular brand of fake is called the "Nano Apple" and is made in China and marketed in Taiwan. They come in 512MB, 1GB and 2GB sizes, are 1/2 the price of Apple's iPod and also support Video.

According to the report, the company provides customer support/service for the units after they are sold.

"We provide after-sales service and irresistible functions that a real iPod nano is not able to offer. It is a simply a matter of supply and demand"

## April 23, 2006

## Altec Lansing inMotion iM7 Photo Review

Posted by igear at 08:14 PM | Category: Speakers

The Altec Lansing inMotion iM7 is a speaker system for the Apple  iPod that allows you to dock your iPod and enjoy your songs in any room in the house. Altec Lansing's inMotion iM7 features an iPod cradle, both AC and Battery Power, Remote Control and Video Output for video-capable iPods.

Forum user *dietcokevanilla* spent some time looking at various iPod speaker systems and finally settled on the inMotion iM7 and is happy with her decision. In summary:

**Pros**:
Sleek design, which encases the iPod in its own little cradle.
Excellent sound-quality, even at high volume.
Remote control included - and a slot to keep it safe.

**Cons**:
A little large for regular transportation compared to some of the other speaker systems, but still "portable". (A carry bag is available to purchase separately.)

Read on for detailed photos and a brief review...

Continue reading "Altec Lansing inMotion iM7 Photo Review" »

[ 14 Comments ]

## 8GB and 10GB iPod

# Nanos on the Way?

Posted by igear at 07:59 PM | Category: **News & Rumors**

**T3 reports** that Apple will be launching new 8GB and 10GB iPod Nanos this summer -- at least, that's what Piper Jaffary analyst Gene Munster is claiming.



Munster thinks the full-fledge video iPod won't be coming for some time, so Apple needs something to keep customers interested in the meanwhile.

Apple's nano comes in 1GB, 2GB and 4GB sizes for now.

## April 19, 2006

# PortalPlayer Losing Apple's Business?

Posted by igear at 10:52 PM | Category: **News & Rumors**

**PortalPlayer** has been a major component supplier for the Apple iPod from the start. The company, however, has



had a major setback today when it was **announced** that Apple will be switching from PortalPlayer to another supplier for chips in some of its iPod product line. PortalPlayers next media processor chip will not be used in Apple's new mid-range and high-end

flash-based iPods.

The company does believe "that the [current chip] will continue to be used in other members of the iPod family. "

PortalPlayer generates about 90% of their sales from Apple's iPod alone.

## 8.5 Million iPods Sold in Q2 2006

Posted by igear at 07:14 PM | Category: News & Rumors

Apple released their 2nd Quarter 2006 Financial Results.



The iPod continues to sell well and sold over 8.5 million iPods during this quarter. This is up 61% from the same quarter last year. Apple's profits rose 41% this quarter with net income up to $410 million or 47 cents a share, from $290 million, or 34 cents, a year earlier.

Remember... Apple sold a record 14 million iPods during the holiday quarter for 2005. Apple's been doing so well in recent years, they will be opening a 50-acre campus near its current headquarters. The new campus will take three or four years to complete.

Older Stories ->

© Normalkid LLC
iPod is a registered trademark of Apple Computer.
iPodGear is in no way associated with Apple Computer, Inc.



  

My Account | Cart Contents | Checkout

**Categories**

IPOD ▶
PDA ▶
Accs by iPod ▶

# Down for Maintenance ...

The site is currently down for maintenance. Please excuse the dust, and try back later.

To verify the site status ... Click here:



**Shopping Cart** ⇨

0 items

**Bestsellers**

01. iPOD 5G Video Aluminium Sliver Case for 30G&60G
02. Earjams--time to improve your iPod earphones
03. Wall Charger for iPod
04. iPod Battery G3 & installation tools *850MHA*
05. iPod mini 600mAh replacement battery & tools
06. Charge your iPod in your car
07. iPod Video Screen Protector
08. Audio Video Cables for iPods
09. Battery Extender for iPod
10. 4th Generation iPod Skins

**Manufacturers**

Please Select

**What's New?** ⇨



iPod Nano Screen Protector

**Quick Find**



Use keywords to find the product you are looking for.
**Advanced Search**
View All Items

**Information**

Shipping & Returns
Contact Us
Printable Catalog
Gift Voucher FAQ
Identifying your iPod

**Secure SSL**



**SSL Certificate Authority**

**Specials** ⇨



Audio Video Cables for iPods

**Reviews** ⇨



WOW! Great service! Ordered the battery at 6pm last night an ..
★★★★★

Saturday 09 February, 2008

316811 requests since Tuesday 07 June, 2005

Copyright © 2005 iPodGear.co.nz
iPod is a registered trademark of Apple Computer.
iPodGear is in no way associated with Apple Computer, Inc.
Powered by Total Web Solutions & osCMax 1.7