# Exhibit 15

# Ipodtour.com

| Apple Ipod | Ipod | Ipods | Dvd Video | Ipod Case | Cheap Mp3 Player | Mp3 Player |

- Apple Ipod
- Ipod
- Ipods
- Dvd Video
- Ipod Case
- Cheap Mp3 Player
- Mp3 Player
- Dvd Player
- Car Stereo
- Sony Mp3 Player

## Popular Categories

| | | |
|---|---|---|
| **Apple Ipod** | **Ipod** | **Dvd Video** |
| **Ipods** | **Ipod Case** | **Mp3 Player** |
| **Cheap Mp3 Player** | **Dvd Player** | **Sony Mp3 Player** |
| **Car Stereo** | **Mp3 Players** | **Music Cd** |
| **Portable Display** | **Cheap Car Audio** | **Buy Computer** |
| **Speakers** | **Mobile Video** | **Car Audio** |

## Favorite Categories

**Travel**
- Airline tickets
- Hotels
- Car rental
- Flights
- South Beach Hotels

**Finance**
- Free credit report
- Online Payment
- Credit Card Application
- Car Insurance
- Health insurance

**Home**
- Foreclosures
- Houses For Sale
- Mortgage
- People Search
- Real Estate Training

**Business**
- Employment
- Work from home
- Reorder Checks
- Used Cars
- Business Opportunities

**Entertainment**
- Games
- Casino
- Music
- Cell Phones
- Ringtones

**Lifestyle**
- Dating
- Christian Singles
- Jewish Singles
- Engagement Rings
- Chat

Search

# Ipodtraining.com

Sponsored listings

**Welcome**
Ipodtraining.
Internet for i
or just try the

**Related S**

### iPodGears Sale 75% Off
Complete Line of Accessories for Touch, Nano, Classic 75% Off Retail
www.HDAccessory.com

### Fix Any iP0D for $129.00
Complete repair, no extra charges 3 day turn around. Simple Safe Fast
www.BlueRaven.com

### Replace iPod Battery
Lifetime guaranteed from $14.99! For Video, Mini, Nano, 4G, 3G, 1G
www.kokopellimusic.us

### Professional íPod Repair
Free ípod repair with any purchased part! íPod repair w/ 60-day guar.
www.iKaput.com

### Mini Replacement Screens
Fixed Overnight, Shipped Nationwide Faster Than Apple Warranty Program!
www.iResQ.com

### Ipod Shuffle
Ipod Shuffle Discounts Low Priced Ipod Shuffle
Hintstar.com

### Free Ipod Repair Quote
The Cheapest Parts & Repairs! We're The Trusted Professionals
www.ipodcorrectors.com

### Ipod Wholesale
Find the top distributors of wholesale MP3 players here.
www.TopTenWholesale.com

Health
Ipod traini
Diet
Medicine
Jobs
Sleep
Hospital
Shopping
Vitamins
Fitness

**Search**

Searc

**Buy this d**
The domai
sale by its