# Exhibit 16

 earbuds white    [Search Products] [Search the Web]

## Products

Results **1** - **10** of about **2,877** for **earbuds white**. (0.37 seconds)

Show  items only   Showing all items    Show grid view   Sort by relevance

**Sponsored Links**



### Turtle Beach Noise canceling white earbuds 1105-01
These **White** noise canceling foam-covered **earbuds** feature noise canceling microphones, ... Audio devices Includes carrying case and extra foam **earbud** pads **White**.
Add to Shopping List
- 

**$24.99**
J&R Music and Comput...

15,140 seller ratings

**Bose ® in-ear headphones**
A distinctive combination of audio performance and comfortable fit.
www.Bose.com

**White Earbuds**
Find Great Valentine's Gifts Like Digital Frames, Cameras & More
www.RadioShack.com


**White Ear Buds at Amazon**
Low prices on **white ear buds**. Qualified orders over $25 ship free
Amazon.com



### Sony White Stereo Earbuds
SONY MDREX51LP/WCU FONTOPIA® STEREO EARBUDS (WHITE) SUPER-LIGHT IN-THE-EAR DESIGNPREMIUM SOUND & SUPERIOR BASSNEW, SUPER-SMALL 9MM LONG-THROW DRIVERSEARPHONE ...
Add to Shopping List
-

**$29.98**
audio-video-furnitur...
151 seller ratings

**Comfortable Earbuds**
Moldable silicon kit. Personal fit. **Earbuds** stay in **ear**. Blocks noise.
www.podfitkit.com

**Earbuds white**
Browse Through Tons of Headphones. Great deals on Audio Speakers.
PriceGrabber.com



### White iPod Earbuds
Stereo earphones Passive noise canceling design Pearl **white** housing with acrylic finish 9mm titanium drivers with neodymium magnet core In-line volume ...
Add to Shopping List

**$17.95**
nuLime.com
176 seller ratings

**Jabra Cell Ear Phones**
Innovative cellular & stereo **earbud** technology. Buy Jabra from Jabra.
www.Jabra.com

**Earbuds**
Quickly search merchant prices. 100,000 Stores. Deals. Reviews.
shopping.yahoo.com



### JVC HAF130W Gumy Earbuds - Coconut White
... Gumy **Earbuds** - Coconut WhiteDo away with soreness caused by bulky, **earbuds** that don't fit your ears. Introducing the JVC Gumy phone **earbud**

**$9.99**
TigerDirect.com
20,830 seller ratings

**Earbuds - Cheap Prices**
We Have 9,000+ Computers & More. **Earbuds** on Sale. Read Reviews!
www.NexTag.com/Computers

headphones! **...**
Add to Shopping List

\- [Google Checkout]


**Noise Canceling Earbuds - White**
Silicone **ear buds** for superb fit and comfort. Up to 60 hours battery life. In-flight plug adaptor supplied. 70percent of outer noise reduced when turned on. **...**
Add to Shopping List

$79.95
PC Connection
★★★★½ 2,373 seller ratings


**KOSS KEB7WH Stereo Earbuds ( White )**
40-20000 hz / Carrying Case.
Add to Shopping List

\- [Google Checkout]

$9.99
J&R Music and Comput...
★★★★½
15,140 seller ratings


**White iPod Earbuds**
**...** 1.3" Height x 5.2" Width x 7.9" Depth Case Pack Qty : 24 Miscellaneous Additional Information: Passive noise canceling design Pearl **white** housing.
Add to Shopping List

$19.55
TECKWAVE
★★★★½ 17 seller ratings


**White iPod Earbuds**
**White Earbud** headphones for iPod, pearl **white** with acrylic finish, 3 sets of custom fit ear sleeves, 1 set of foam fitted ear sleeves, quick disconnect to **...**
Add to Shopping List

$16.95
Royal Business Equip...
★★★★½ 29 seller ratings


**White iPod Earbuds**
**White Earbud** headphones for iPod, pearl **white** with acrylic finish, 3 sets of custom fit ear sleeves, 1 set of foam fitted ear sleeves, quick disconnect to **...**
Add to Shopping List

\- [Google Checkout]

$15.64
TechMicro.com
★★★☆☆ 11 seller ratings


**White iPod Earbuds**
**...** iRhythms Passive Noise Canceling Stereo Earphones- **White** The iRhythms brand **...** Stereo earphones * Passive noise canceling design * Pearl **white** housing **...**
Add to Shopping List

$18.16
pmElectronix.com

Refine product results for: **earbuds white**

| Price range | Brands | Stores | Seller rating | Related searches |
|---|---|---|---|---|
| Under $5 | Sony | eBay | 4 stars and up | sony earbuds white |
| $5 - $20 | Philips | Discountcell | 3 stars and up | |
| $20 - $50 | Koss | sellcellgroup | 2 stars and up | |
| Over $50 | jvc | Sector29.com | Has a rating | |
| $ ___ to $ ___ Go | Jensen | SHOP.COM | More » | |
| | More » | More » | | |



Result Page:  **1** 2 3 4 5 6 7 8 9 10   **Next**

Google does not charge for inclusion in its search results or accept payment for better placement.

earbuds white    [Search Products]    [Search the Web]

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2007 Google - 🛒 Accepts Google Checkout Learn more

 earbuds white    [Search Products] [Search the Web]

## Products                                                      Results **11 - 20** of about **2,877** for **earbuds white**. (0.14 seconds)

Show  items only   Showing all items   Show grid view   Sort by relevance       Sponsored Links

### White iPod Earbuds
White Earbud headphones for iPod, pearl white with acrylic finish, 3 sets of custom fit ear sleeves, 1 set of foam fitted ear sleeves, quick disconnect to ...
Add to Shopping List

**$15.45**
AverestStore

**Earbuds - Cheap Prices**
We Have 9,000+ Computers & More.
Earbuds on Sale. Read Reviews!
www.NexTag.com/Computers

**White Earbuds**
10,000+ Computer Accessories.
Find White Earbuds!
BizRate.com/Microphones

### White iPod Earbuds
... iRhythms Passive Noise Canceling Stereo Earphones- White The iRhythms brand ... Stereo earphones * Passive noise canceling design * Pearl white housing ...
Add to Shopping List

**$24.99**
Priceshoppe.com
★★★☆☆
2 seller ratings

**Earbuds Ratings**
Reviews, analysis, recommendations
View and buy earbuds
www.ConsumerSearch.com

### White iPod Earbuds
... iRhythms Passive Noise Canceling Stereo Earphones- White The iRhythms brand ... Stereo earphones * Passive noise canceling design * Pearl white housing ...
Add to Shopping List
- 

**$16.99**
Ballyhoogle!
★★☆☆☆
16 seller ratings

**White Earbuds**
White earbuds Online.
Shop Target.com
www.Target.com

**No naked earbuds**
Budclick charms snap on earbuds style for tweens and urban youth
www.budclicks.com

### WHITE STEREO EARBUDS
SONY WHITE STEREO EARBUDS SONY MDREX51LP/WCU FONTOPIA STEREO EARBUDS (WHITE) ... NEODYMIUM MAGNET INCLUDES EARBUD HOLDER WHITE Boxed Weight : 0.10 lbs. ...
Add to Shopping List

**$25.18**
OnlineGadgetStore
★★☆☆☆
3 seller ratings

### WHITE STEREO EARBUDS
SONY WHITE STEREO EARBUDS SONY MDREX51LP/WCU FONTOPIA STEREO EARBUDS (WHITE) ... NEODYMIUM MAGNET INCLUDES EARBUD HOLDER WHITE Boxed Weight : 0.10 lbs. ...
Add to Shopping List

**$25.18**
TrustyElectronics
★★★★★
1 seller rating



### WHITE STEREO EARBUDS
SONY MDREX51LP/WCU FONTOPIAï¿½ STEREO EARBUDS (WHITE)REDUCES OUTSIDE NOISE FOR HIGH-INTENSITY ...
Add to Shopping List

**$26.47**
AmrMart.com
★★★★☆
65 seller ratings



### White iPod Earbuds
White Earbud headphones for iPod, pearl white with acrylic finish, 3 sets of custom fit ear sleeves, 1 set of foam fitted ear sleeves, quick disconnect to ...
Add to Shopping List

**$18.82**
iVision Systems



### iPod Earbuds - White
iPod Earbuds - White, Deliver ultimate stereo sound Traditional design with cushioned rubber buds for custom fit Available in multiple colors, I-Tec.
Add to Shopping List

**$6.41**
LowestMarkup.com



### iPod® Earbuds - White
I-Tec: T1071W - iPod® Earbuds - White - Buy this item at BargainsLane.com for a Low Price of $7.49.
Add to Shopping List

**$7.49**
BargainsLane
★★★★½
10 seller ratings



### WHITE STEREO EARBUDS
WHITE STEREO EARBUDS.
Add to Shopping List

**$39.70**
AverestStore

---

Refine product results for: **earbuds white**

| Price range | Brands | Stores | Seller rating | Related searches |
|---|---|---|---|---|
| Under $5 | Sony | eBay | 4 stars and up | sony earbuds white |
| $5 - $20 | Philips | Discountcell | 3 stars and up | |
| $20 - $50 | Koss | sellcellgroup | 2 stars and up | |
| Over $50 | jvc | Sector29.com | Has a rating | |
| $ ___ to $ ___ Go | Jensen | SHOP.COM | More » | |
| | More » | More » | | |

◀ Goooooooooogle ▶

Result Page: **Previous** 1 **2** 3 4 5 6 7 8 9 10 11    **Next**

Google does not charge for inclusion in its search results or accept payment for better placement.

earbuds white            Search Products    Search the Web

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2007 Google -    Accepts Google Checkout Learn more

  earbuds white    Search Products    Search the Web

## Products

Results **21** - **30** of about **2,886** for **earbuds white**. (**0.27** seconds)

Show  items only  Showing all items    Show grid view    Sort by relevance 

Sponsored Links



### iPod Earbuds - White
iPod Earbuds - White, Deliver ultimate stereo sound Traditional design with cushioned rubber buds for custom fit Available in multiple colors, I-Tec.
Add to Shopping List

**$6.41**
LowestMarkup.com

**Bose ® in-ear headphones**
A distinctive combination of audio performance and comfortable fit.
www.Bose.com

**White Earbuds**
Find Great Valentine's Gifts Like Digital Frames, Cameras & More
www.RadioShack.com




### Noise Canceling Earbuds White
Noise canceling earbud headphone white. 13.5mm drivers EX type for improved sound quality. Compact battery box (AAA battery included). ...
Add to Shopping List -

**$80.99**
BuySellLeaseTrade.co...
★★★★☆ 2 seller ratings

**White Ear Buds at Amazon**
Low prices on white ear buds. Qualified orders over $25 ship free
Amazon.com

**Comfortable Earbuds**
Moldable silicon kit. Personal fit. Earbuds stay in ear. Blocks noise.
www.podfitkit.com



### JVC HAF130W GUMY EARBUDS (WHITE)
GUMY PHONE; SENSITIVITY: 109 DB/MW; CORD LENGTH: 3.9 FT; L-SHAPE GOLD-PLATED PLUG; MAX INPUT CAPABILITY: 30 MW; WEIGHT: .19 OZ; **WHITE**.
Add to Shopping List

**$6.99**
RiasCRAZYDeals.com

**Earbuds white**
Browse Through Tons of Headphones. Great deals on Audio Speakers.
PriceGrabber.com

**Cell & Stereo Ear Phones**
Innovative cellular & stereo earbud designs. Buy Jabra from Jabra.
www.Jabra.com/earphones

**Earbuds**
Quickly search merchant prices. 100,000 Stores. Deals. Reviews.
shopping.yahoo.com



### iPod® Earbuds - White
I-Tec: T1071W - iPod® Earbuds - White - Buy this item at BargainsLane.com for a Low Price of $7.49.
Add to Shopping List

**$7.49**
BargainsLane
★★★★½ 10 seller ratings

**Earbuds - Cheap Prices**
We Have 9,000+ Computers & More. Earbuds on Sale. Read Reviews!
www.NexTag.com/Computers



### Noise Canceling Earbuds White
Noise Canceling Earbuds I-POD White Foam-covered Ear Buds, Portable and comfortable design, Noise Canceling Microphones: The microphones monitor noise

**$43.95**
Royal Business Equip...
★★★★½ 29 seller ratings

in ...
Add to Shopping List



### WHITE STEREO EARBUDS
SONY MDREX51LP/WCU FONTOPIAÃ,Â® STEREO **EARBUDS** (**WHITE**)
Add to Shopping List

**$39.99**
ijumpshop.com



### JVC HAF130W Gumy EarBuds White
ï¿½ï¿½gumy phone ï¿½ï¿½sensitivity: 109 db @ mw ï¿½ï¿½cord length: 3.9 ft ï¿½ï¿½l-shape gold-plated plug ï¿½ï¿½max input capability: 30 mw ï¿½ï¿½weight: .19 ...
Add to Shopping List

**$17.07**
UnbeatableSale
★★★☆☆ 433 seller ratings



### JVC HAF130W GUMY EARBUDS (WHITE)
GUMY PHONE SENSITIVITY: 109 DB @ MW CORD LENGTH: 3.9 FT L-SHAPE GOLD-PLATED PLUG MAX INPUT CAPABILITY: 30 MW WEIGHT: .19 OZ **WHITE**.
Add to Shopping List

**$10.99**
My Simple Store
★★★★★ 92 seller ratings



### iPod® Earbuds - White
Personal & Portable iPod Accessories iPod HeadphonesDeliver ultimate stereo soundTraditional design with cushioned rubber buds for custom fitAvailable in ...
Add to Shopping List

**$7.19**
Puregizmo



### JVC HAF130W GUMY EARBUDS (WHITE)
GUMY PHONE SENSITIVITY: 109 DB/MW CORD LENGTH: 3.9 FT L-SHAPE GOLD-PLATED PLUG MAX INPUT CAPABILITY: 30 MW WEIGHT: .19 OZ **WHITE** GUMY PHONE SENSITIVITY: 109 ...
Add to Shopping List
- Google Checkout

**$7.95**
Sector29.com
★★★★☆ 107 seller ratings

Refine product results for: **earbuds white**

| Price range | Brands | Stores | Seller rating | Related searches |
|---|---|---|---|---|
| Under $5 | Sony | eBay | 4 stars and up | sony earbuds white |
| $5 - $20 | Philips | Discountcell | 3 stars and up | |
| $20 - $50 | Koss | sellcellgroup | 2 stars and up | |
| Over $50 | jvc | Sector29.com | Has a rating | |
| $ to $ Go | Jensen | SHOP.COM | More » | |
| | More » | More » | | |



Result Page: **Previous** 1 2 **3** 4 5 6 7 8 9 10 11 12    **Next**

Google does not charge for inclusion in its search results or accept payment for better placement.

earbuds white        Search Products    Search the Web

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2007 Google -  Accepts Google Checkout Learn more

 earbuds white      [Search Products] [Search the Web]

## Products

Results **31** - **40** of about **2,877** for **earbuds white**. (**0.18** seconds)

Show [Google Checkout] items only  Showing all items     Show grid view    Sort by relevance

**Sponsored Links**


### iPod **Earbuds** - **White**
Deliver ultimate stereo sound Traditional design with cushioned rubber buds for custom fit Available in multiple colors.
Add to Shopping List

**$8.99**
www.tngdirect.com

Computers & Software
Bargain Prices.
You want it, we got it!
BizRate.com


### iPod **Earbuds** - **White**
Deliver ultimate stereo sound Traditional design with cushioned rubber buds for custom fit Available in multiple colors.
Add to Shopping List

**$8.19**
CAR MOBILE - THE Aut...

**white** headphones
All kinds of Headphones Sale,
Factory Price with Top Quality
www.Abeier.com


### iPod **Earbuds** - **White**
Deliver ultimate stereo sound Traditional design with cushioned rubber buds for custom fit Available in multiple colors.
Add to Shopping List
- [Google Checkout]

**$8.19**
THE A/V Companies
★★★★★ 1 seller rating

**Earbuds** Reviews
Reviews, analysis, recommendations
View and buy **earbuds**
www.ConsumerSearch.com


### Noise Canceling **Earbuds White**
Noise canceling **earbud** headphone **white**. 13.5mm drivers EX type for improved sound quality. Compact battery box (AAA battery included). ...
Add to Shopping List
- [Google Checkout]

**$80.99**
BuySellLeaseTrade.co...
★★★★☆ 2 seller ratings

**White Earbuds**
**White earbuds** Online.
Shop Target.com
www.Target.com

No naked **earbuds**
Budclick charms snap on **earbuds** style for tweens and urban youth
www.budclicks.com


### JVC HAF130W GUMY **EARBUDS** (**WHITE**)
GUMY PHONE; SENSITIVITY: 109 DB/MW; CORD LENGTH: 3.9 FT; L-SHAPE GOLD-PLATED PLUG; MAX INPUT CAPABILITY: 30 MW; WEIGHT: .19 OZ; **WHITE**.
Add to Shopping List

**$6.99**
RiasCRAZYDeals.com


### Noise Canceling Earbuds White
Noise Canceling **Earbuds** I-POD **White** Foam-covered **Ear Buds**, Portable and comfortable design, Noise Canceling Microphones: The microphones monitor noise in ...
Add to Shopping List

$43.95
Royal Business Equip...
★★★★½ 29 seller ratings


### WHITE STEREO EARBUDS
SONY MDREX51LP/WCU FONTOPIAÃ‚Â® STEREO **EARBUDS** (**WHITE**)
Add to Shopping List

$39.99
ijumpshop.com


### JVC HAF130W Gumy EarBuds White
ï¿½ï¿½gumy phone ï¿½ï¿½sensitivity: 109 db @ mw ï¿½ï¿½cord length: 3.9 ft ï¿½ï¿½l-shape gold-plated plug ï¿½ï¿½max input capability: 30 mw ï¿½ï¿½weight: .19 ...
Add to Shopping List

$17.07
UnbeatableSale
★★★½☆ 433 seller ratings


### JVC HAF130W GUMY EARBUDS (WHITE)
GUMY PHONE SENSITIVITY: 109 DB @ MW CORD LENGTH: 3.9 FT L-SHAPE GOLD-PLATED PLUG MAX INPUT CAPABILITY: 30 MW WEIGHT: .19 OZ **WHITE**.
Add to Shopping List

$10.99
My Simple Store
★★★★★ 92 seller ratings


### I-Tec iPod Earbuds - White T1071W
Deliver ultimate stereo soundTraditional design with cushioned rubber buds for custom fitAvailable in multiple colorsPrice Note: Priced per.
Add to Shopping List

$18.95
EbizEnterprise.com

---

Refine product results for: **earbuds white**

| Price range | Brands | Stores | Seller rating | Related searches |
|---|---|---|---|---|
| Under $5 | Sony | eBay | 4 stars and up | sony earbuds white |
| $5 - $20 | Philips | Discountcell | 3 stars and up | |
| $20 - $50 | Koss | sellcellgroup | 2 stars and up | |
| Over $50 | jvc | Sector29.com | Has a rating | |
| $ ___ to $ ___  Go | Jensen | SHOP.COM | More » | |

More » More »



Result Page: **Previous** 1 2 3 **4** 5 6 7 8 9 10 11 12 13 **Next**

Google does not charge for inclusion in its search results or accept payment for better placement.

---

earbuds white | Search Products | Search the Web

Information for Sellers - Help

---

Google Home - Advertising Solutions - Business Solutions - About Google

©2007 Google - Accepts Google Checkout Learn more

    earbuds white                    [ Search Products ]  [ Search the Web ]

---

**Products**                              Results **41** - **50** of about **2,886** for **earbuds white**. (0.17 seconds)

Show  items only   Showing all items    Show grid view   Sort by relevance 

Sponsored Links

Bose ® in-**ear** headphones
A distinctive combination of audio performance and comfortable fit.
www.Bose.com

  **White iPod Earbuds**              **$16.71**
... Canceling Stereo             www.PowersellShoppin...
Earphones-**White** The
iRhythms brand is about a
lifestyle of ... Stereo
earphones * Passive noise
canceling design * Pearl
**white** housing ...
Add to Shopping List

White **Earbuds**
Shop RadioShack for Headphones and Accessories for your holiday gifts!
www.RadioShack.com


  **White iPod Earbuds**              **$26.99**
... iRhythms Passive Noise       110220volts.com
Canceling Stereo                 ★★★★☆ 63 seller ratings
Earphones- **White** The
iRhythms brand ... Stereo
earphones * Passive noise
canceling design * Pearl
**white** housing ...
Add to Shopping List

White **Ear Buds** at Amazon
Low prices on **white ear buds**. Qualified orders over $25 ship free
Amazon.com

Comfortable **Earbuds**
Moldable silicon kit. Personal fit. **Earbuds** stay in **ear**. Blocks noise.
www.podfitkit.com

  **White iPod Earbuds**              **$20.47**
... iRhythms Passive Noise       Easttrades.com
Canceling Stereo
Earphones- **White** The
iRhythms brand ... Stereo
earphones * Passive noise
canceling design * Pearl
**white** housing ...
Add to Shopping List

Compare **Earbuds** Prices
Shop Online and Find Great Deals on Brand Name **Earbuds**.
shopping.yahoo.com

**Earbuds white**
Search and Compare Headphones. Great deals on Audio Speakers.
PriceGrabber.com

  **Noise Isolating Stereo**          **$16.04**
**Earbuds - White**              LowestMarkup.com
Noise Isolating Stereo
**Earbuds** - **White**, 10mm
drivers 5Hz-18kHz
frequency response Closed
design reduces outside
noise and improves bass
response In-line ...
Add to Shopping List

Jabra **Ear** Phones
Cell phone & stereo **earbuds**. Buy Jabra from Jabra.
www.Jabra.com

**Earbuds** - Cheap Prices
We Have 9,000+ Computers & More. **Earbuds** on Sale. Read Reviews!
www.NexTag.com/Computers

  **SONY MDREX51LP**                  **$34.99**
**WCU Fontopia Stereo**          UnbeatableSale
**Earbuds White**                ★★★½☆ 433 seller ratings
1 khz . stylish, neck-chain
cord . gold-plated l-shaped

stereo plug . includes compact case & spare set of **earbuds**. **white**.

★★★★☆ 70 reviews - Add to Shopping List



### Noise Isolating Stereo Earbuds - White

Maxfun: DMX-M55WH - Noise Isolating Stereo **Earbuds** - **White** - Buy this item at BargainsLane.com for a Low Price of $18.74.

Add to Shopping List

**$18.74**
BargainsLane
★★★★½ 10 seller ratings



### Noise Isolating Stereo Earbuds - White

**...** response Closed design reduces outside noise and improves bass response In-line mute switch Includes three size fit kit and 1m extension cable **White**.

Add to Shopping List

**$17.99**
www.tngdirect.com



### Noise Isolating Stereo Earbuds - White

Headphones Headphones Mini/Full Size Headphones10mm drivers5Hz-18kHz frequency responseClosed design reduces outside noise and improves bass responseIn-line **...**

Add to Shopping List

**$17.99**
Puregizmo



### SONY FONTOPIA Stereo Earbuds (WHITE)

Super-light in-the-ear design - Premium sound & superior bass - New, super-small 9mm long-throw drivers - Ultra-high-power Neodymium magnet - Closed design **...**

Add to Shopping List

**$35.95**
BrassGate Consumer E...



### SONY FONTOPIA - STEREO EARBUDS (WHITE)

SUPER-LIGHT IN-THE-EAR DESIGN ; PREMIUM SOUND & SUPERIOR BASS ; NEW, SUPER-SMALL 9MM LONG-THROW DRIVERS ;

**$65.22**
Adviva LLC
★★★★★ 2 seller ratings

EARPHONE HOLDER; ULTRA-HIGH-POWER NEODYMIUM MAGNET ...
Add to Shopping List

Refine product results for: **earbuds white**

| Price range | Brands | Stores | Seller rating | Related searches |
|---|---|---|---|---|
| Under $5 | Sony | eBay | 4 stars and up | sony earbuds white |
| $5 - $20 | Philips | Discountcell | 3 stars and up | |
| $20 - $50 | Koss | sellcellgroup | 2 stars and up | |
| Over $50 | jvc | Sector29.com | Has a rating | |
| $ to $ Go | Jensen | SHOP.COM | More » | |
| | More » | More » | | |



Result Page: **Previous** 1 2 3 4 **5** 6 7 8 9 10 11 12 13 14 **Next**

Google does not charge for inclusion in its search results or accept payment for better placement.

earbuds white    [Search Products]  [Search the Web]

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2007 Google - Accepts Google Checkout  Learn more