# Exhibit 19

# FISH & RICHARDSON P.C.

12390 El Camino Real
San Diego, California
92130

Telephone
858 678-5070

Facsimile
858 678-5099

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

**VIA EMAIL AND FEDERAL EXPRESS**

January 30, 2008

James E. Magleby
Magleby & Greenwood, P.C.
170 South Main Street, Suite 350
Salt Lake City, UT 84101-3606

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re: Apple Inc. v. Podfitness, Inc. - Interrogatories
Our Ref.: 21669-001LL1

Dear Jim:

We are writing on behalf of Apple Inc. ("Apple") in response to your letter dated January 17, 2008. Apple reiterates in full its objections to Podfitness' First Set of Interrogatories, and any responses set forth herein are made without waiver of any objection on any ground as to relevancy, privilege, or admissibility of any information provided in response to Podfitness' requests in any subsequent proceeding or at the trial of this or any other action.

**Interrogatory No. 12:** Apple objects to this interrogatory as irrelevant to the subject matter of this action and not reasonably calculated to lead to the discovery of admissible evidence. Apple must insist that Podfitness substantiate any claims of relevancy with respect to this subject matter before it agrees to produce any responsive documents.

**Interrogatory No. 14:** Subject to its objections, Apple sets forth documents responsive to this Interrogatory in Exhibit A, attached hereto.

**Interrogatory No. 15:** Apple reiterates its objection that this Interrogatory is overly broad and burdensome to the extent that it requests figures on a month-by-month basis. Subject to its objections, Apple sets forth documents responsive to this Interrogatory in Exhibit B, attached hereto.

We trust that this letter adequately responds to your concerns. Please contact us if you have any further questions.

Sincerely,

Andrew M. Abrams

apple v podfitness - ltr to magleby re interrogatories.doc