David J. Miclean
(#115098/miclean@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Lisa M. Martens
(#195824/martens@fr.com)
Andrew M. Abrams
(#229698/abrams@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff and
Counterclaim Defendant
APPLE INC.

James M. Wagstaffe
Kerr & Wagstaffe LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
Telephone: (415) 371-8500
Facsimile: (415) 371-0500

James E. Magleby
Jason A. McNeill
Magleby & Greenwood, P.C.
170 South Main Street, Suite 350
Salt Lake City, UT 84101-3606
Telephone: (801) 359-9000
Facsimile: (801) 359-9011

Attorneys for Defendants
and Counterclaim Plaintiff
Podfitness, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> PODFITNESS, INC., and DOES 1-100, inclusive, <br><br> Defendants. | Case No. C 06-5805 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING DATE** <br><br> Honorable Saundra B. Armstrong |
| PODFITNESS, INC., <br><br> Counterclaim Plaintiff <br><br> v. <br><br> APPLE INC., <br><br> Counterclaim Defendant | |

WHEREAS Defendant and Counterclaim Plaintiff Podfitness, Inc. ("Podfitness") filed its Partial Motion for Summary Judgment on February 22, 2008 for a hearing on April 8, 2008, and Plaintiff and Counterclaim Defendant Apple Inc.'s ("Apple") opposition would be due on March 18, 2008;

AND WHEREAS the parties have produced supplemental discovery documents and desire additional time to review such documents and prepare their respective opposition and reply papers;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that the briefing and hearing schedule on Podfitness' Partial Motion for Summary Judgment will be as follows:

- Apple's Opposition papers shall be served and filed on **April 28, 2008**;
- Podfitness' Reply papers shall be served and filed on **May 13, 2008**; and
- The parties request that Podfitness' Partial Motion for Summary Judgment be heard on **May 27, 2008**, if that date would be available and acceptable to the Court.

Based on the foregoing, the parties respectfully request that the Court grant the parties stipulated request.

Dated: March 18, 2008                    FISH & RICHARDSON P.C.


                                         By:  /s/ Lisa M. Martens
                                              Lisa M. Martens

                                         Attorneys for Plaintiff and
                                         Counterclaim Defendant
                                         APPLE INC.

Dated: March 18, 2008                      MAGLEBY & GREENWOOD, P.C.


                                           By: /s/ James E. Magleby
                                               James E. Magleby

                                           Attorneys for Defendants and
                                           Counterclaim Plaintiff
                                           PODFITNESS, INC.

**<u>DECLARATION OF CONSENT</u>**

     Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James E. Magleby.

Dated: March 18, 2008                      FISH & RICHARDSON P.C.


                                           By: /s/ Lisa M. Martens
                                               Lisa M. Martens

                                           Attorneys for Plaintiff and
                                           Counterclaim Defendant
                                           APPLE INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____    _____
                                           United States District Judge

# PROOF OF SERVICE

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On March 18, 2008, I caused a copy of the following document(s):

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING DATE**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| James M. Wagstaffe<br>Kerr & Wagstaffe LLP<br>100 Spear Street, Suite 1800<br>San Francisco, CA 94105-1528<br>Telephone: (415) 371-8500<br>Facsimile: (415) 371-0500 | Attorneys For Defendant<br>PODFITNESS, INC. |
| James E. Magleby<br>Jason A. McNeill<br>Magleby & Greenwood, P.C.<br>170 South Main Street, Suite 350<br>Salt Lake City, UT 84101-3606<br>Telephone: (801) 359-9000<br>Facsimile: (801) 359-9011 | Attorneys For Defendant<br>PODFITNESS, INC. |

[X] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[ ] **ELECTRONIC MAIL:** Such document was transmitted by electronic mail to the addressees' email addresses as stated above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on March 18, 2008, at San Diego, California.

/s/Nicole C. Pino
Nicole C. Pino