| | |
|---|---|
| David J. Miclean<br>(#115098/miclean@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Lisa M. Martens<br>(#195824/martens@fr.com)<br>Andrew M. Abrams<br>(#229698/abrams@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, California 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Attorneys for Plaintiff and<br>Counterclaim Defendant<br>APPLE INC. | James M. Wagstaffe<br>Kerr & Wagstaffe LLP<br>100 Spear Street, Suite 1800<br>San Francisco, CA 94105-1528<br>Telephone: (415) 371-8500<br>Facsimile: (415) 371-0500<br><br>James E. Magleby<br>Jason A. McNeill<br>Magleby & Greenwood, P.C.<br>170 South Main Street, Suite 350<br>Salt Lake City, UT 84101-3606<br>Telephone: (801) 359-9000<br>Facsimile: (801) 359-9011<br><br>Attorneys for Defendants<br>and Counterclaim Plaintiff<br>Podfitness, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>PODFITNESS, INC., and DOES 1-100, inclusive,<br><br>       Defendants.<br><br>PODFITNESS, INC.,<br><br>       Counterclaim Plaintiff<br><br>  v.<br><br>APPLE INC.,<br><br>       Counterclaim Defendant | Case No. C 06-5805 SBA<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING DATE**<br><br>Honorable Saundra B. Armstrong |

WHEREAS Defendant and Counterclaim Plaintiff Podfitness, Inc. ("Podfitness") filed its Partial Motion for Summary Judgment on February 22, 2008 for a hearing on April 8, 2008, and Plaintiff and Counterclaim Defendant Apple Inc.'s ("Apple") opposition would be due on March 18, 2008;

AND WHEREAS the parties have produced supplemental discovery documents and desire additional time to review such documents and prepare their respective opposition and reply papers;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that the briefing and hearing schedule on Podfitness' Partial Motion for Summary Judgment will be as follows:

- Apple's Opposition papers shall be served and filed on **April 28, 2008**;
- Podfitness' Reply papers shall be served and filed on **May 13, 2008**; and
- The parties request that Podfitness' Partial Motion for Summary Judgment be heard on **May 27, 2008**, if that date would be available and acceptable to the Court.

Based on the foregoing, the parties respectfully request that the Court grant the parties stipulated request.

Dated: March 20, 2008　　　　　　　　　　　　FISH & RICHARDSON P.C.

By: /s/ Lisa M. Martens
　　　Lisa M. Martens

Attorneys for Plaintiff and
Counterclaim Defendant
APPLE INC.

| | | |
|---|---|---|
| 1 | Dated: March 20, 2008 | MAGLEBY & GREENWOOD, P.C. |
| 2 | | |
| 3 | | By: /s/ James E. Magleby |
| | | James E. Magleby |
| 4 | | |
| 5 | | Attorneys for Defendants and Counterclaim Plaintiff |
| 6 | | PODFITNESS, INC. |

### DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James E. Magleby.

Dated: March 20, 2008                              FISH & RICHARDSON P.C.

By: /s/ Lisa M. Martens
     Lisa M. Martens

Attorneys for Plaintiff and
Counterclaim Defendant
APPLE INC.

IT IS HEREBY ORDERED:

The motion hearing date is continued to **June 3, 2008, at 1:00 p.m.**

Dated: 3/19/08                                    _____
                                                  United States District Judge

# PROOF OF SERVICE

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On March 20, 2008, I caused a copy of the following document(s):

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING DATE**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| James M. Wagstaffe<br>Kerr & Wagstaffe LLP<br>100 Spear Street, Suite 1800<br>San Francisco, CA 94105-1528<br>Telephone: (415) 371-8500<br>Facsimile: (415) 371-0500 | Attorneys For Defendant<br>PODFITNESS, INC. |
| James E. Magleby<br>Jason A. McNeill<br>Magleby & Greenwood, P.C.<br>170 South Main Street, Suite 350<br>Salt Lake City, UT 84101-3606<br>Telephone: (801) 359-9000<br>Facsimile: (801) 359-9011 | Attorneys For Defendant<br>PODFITNESS, INC. |

[X] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[ ] **ELECTRONIC MAIL:** Such document was transmitted by electronic mail to the addressees' email addresses as stated above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on March 20, 2008, at San Diego, California.

/s/Nicole C. Pino
Nicole C. Pino

4

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING
SCHEDULE AND CONTINUING HEARING DATE
Case No. C 06-5805 SBA