UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE COMPUTER, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>PODFITNESS, INC.<br><br>    Defendant.<br>_____/ | No. C-06-05805 SBA (EDL)<br><br>NOTICE OF CONTINUANCE<br><u>OF SETTLEMENT CONFERENCE</u> |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for April 30, 2008 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **October 22, 2008 at 9:30 a.m**.

On or before October 10, 2008, the parties shall deliver directly to the Magistrate Judge a Confidential Settlement Conference Statement which shall not be filed with the Clerk of Court or served upon parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order, document 63, remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: April 2, 2008

                                                                                                                          _____
                                                                                                                   ELIZABETH D. LAPORTE
                                                                                                                   United States Magistrate Judge