| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | David J, Miclean (#115098/miclean@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Lisa M. Martens (#195824/martens@fr.com)<br>Andrew M. Abrams (#229698/abrams@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, California 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Attorneys for Plaintiff<br>APPLE COMPUTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>PODFITNESS, INC., and DOES 1-100, inclusive,<br><br>       Defendants. | Case No. C 06-5805 SBA<br><br>**MOTION TO FILE A DOCUMENT UNDER SEAL**<br><br>Honorable Joseph C. Spero |
| PODFITNESS, INC.,<br><br>       Counterclaim Plaintiff<br><br>   v.<br><br>APPLE INC.,<br><br>       Counterclaim Defendant | |

| | |
|---|---|
| 1 | A discovery dispute has arisen that concerns whether a certain document produced by |
| 2 | defendant Podfitness, Inc. ("Podfitness"), bearing control number PF001014 contains information |
| 3 | protected from disclosure by the attorney-client privilege and thus should continue to be redacted |
| 4 | pursuant to the Order re Joint Letter issued by this Court on February 4, 2008.  To address this |
| 5 | issue, plaintiff Apple Inc. ("Apple") is submitting an Application For Disclosure Of The Redacted |
| 6 | Information In Document Number PF001014 ("Application").  Counsel for Apple believes that in |
| 7 | order to adequately address the issue of privilege in the Application, the substance of the document |
| 8 | bearing control number PF001014 must be addressed.  Consequently, in order to avoid public |
| 9 | disclosure of a document designated as "Attorneys' Eyes Only" pursuant to the Stipulated |
| 10 | Protective Order entered into by the parties, Apple requests and moves the Court to file the |
| 11 | unredacted version of the Application under seal. |

Dated: April 4, 2008                         FISH & RICHARDSON P.C.


                                             By: /s/ David J. Miclean
                                                 David J. Miclean

                                             Attorneys for Plaintiff and
                                             Counterclaim Defendant
                                             APPLE INC.

# PROOF OF SERVICE

I am employed in the County of San Diego, my business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92103. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On April 4, 2008, I caused a copy of the following document(s):

**MOTION TO FILE A DOCUMENT UNDER SEAL**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| James E. Magleby<br>Jason A. McNeill<br>Magleby & Greenwood, P.C.<br>170 South Main Street, Suite 350<br>Salt Lake City, UT 84101<br>(801) 359-9011 (facsimile) | Attorneys for Defendant<br>PODFITNESS, INC. |
| James M. Wagstaffe<br>Kerr & Wagstaffe LLP<br>100 Spear Street, Suite 1800<br>San Francisco, CA 94105-1528<br>(415) 371-0500 (facsimile) | Attorneys for Defendant<br>PODFITNESS, INC. |

[ ] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[XX] **FEDERAL EXPRESS:** Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on April 4, 2008, at San Diego, California.

/s/Nicole C. Pino
Nicole C. Pino

10823804.doc