David J, Miclean (#115098/miclean@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Lisa M. Martens (#195824/martens@fr.com)
Andrew M. Abrams (#229698/abrams@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> PODFITNESS, INC., and DOES 1-100, inclusive, <br><br> Defendants. <br><br> PODFITNESS, INC., <br><br> Counterclaim Plaintiff <br><br> v. <br><br> APPLE INC., <br><br> Counterclaim Defendant | Case No. C 06-5805 SBA <br><br> **DECLARATION OF ANDREW M. ABRAMS IN SUPPORT OF MOTION TO FILE A DOCUMENT UNDER SEAL** <br><br> Honorable Joseph C. Spero |

I, Andrew M. Abrams, declare as follows:

1. I am an associate of Fish & Richardson P.C., counsel of record in this action for Apple Inc. ("Apple"). I am a member of the Bar of the State of California and am admitted to this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. A discovery dispute has arisen that concerns whether a certain document produced by defendant Podfitness, Inc. ("Podfitness"), bearing control number PF001014 contains information protected from disclosure by the attorney-client privilege and should continue to be redacted pursuant to the Order re Joint Letter issued by this Court on February 4, 2008.

3. The document bearing control number PF001014 is designated "Attorneys' Eyes Only" pursuant to the Stipulated Protective Order entered into by the parties.

4. Apple is submitting an Application For Disclosure Of The Redacted Information In Document Number PF001014 ("Application").

5. In order to adequately address the issues in the Application, I believe that the substance of the document bearing control number PF001014 must be discussed, and in order to avoid public disclosure of the content of the document bearing control number PF001014, I believe it is necessary to file the unredacted version of the Application under seal.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Diego, California on the 2nd day of April, 2008.

                                              /s/ Andrew M. Abrams
                                                 Andrew M. Abrams

**PROOF OF SERVICE**

I am employed in the County of San Diego, my business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On April 4, 2008, I caused a copy of the following document(s):

**DECLARATION OF ANDREW M. ABRAMS IN SUPPORT OF MOTION TO FILE A DOCUMENT UNDER SEAL**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| James E. Magleby<br>Jason A. McNeill<br>Magleby & Greenwood, P.C.<br>170 South Main Street, Suite 350<br>Salt Lake City, UT 84101<br>(801) 359-9011 (facsimile) | Attorneys for Defendant<br>PODFITNESS, INC. |
| James M. Wagstaffe<br>Kerr & Wagstaffe LLP<br>100 Spear Street, Suite 1800<br>San Francisco, CA 94105-1528<br>(415) 371-0500 (facsimile) | Attorneys for Defendant<br>PODFITNESS, INC. |

[ ] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[XX] **FEDERAL EXPRESS:** Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on April 4, 2008, at San Diego, California.

/s/Nicole C. Pino
Nicole C. Pino

10823809.doc

3    DECLARATION OF ANDREW M. ABRAMS IN SUPPORT OF MOTION TO FILE A DOCUMENT UNDER SEAL
Case No. C 06-5805 SBA