| | |
|---|---|
| 1<br>2<br>3<br>4 | David J, Miclean (#115098/miclean@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071 |
| 5<br>6<br>7<br>8 | Lisa M. Martens (#195824/martens@fr.com)<br>Andrew M. Abrams (#229698/abrams@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, California 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099 |
| 9<br>10 | Attorneys for Plaintiff<br>APPLE COMPUTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>PODFITNESS, INC., and DOES 1-100, inclusive,<br><br>            Defendants. | Case No. C 06-5805 SBA<br><br>**[PROPOSED] ORDER GRANTING MOTION TO FILE A DOCUMENT UNDER SEAL**<br><br>Honorable Joseph C. Spero |
| PODFITNESS, INC.,<br><br>            Counterclaim Plaintiff<br><br>    v.<br><br>APPLE INC.,<br><br>            Counterclaim Defendant | |

| | |
|---|---|
| 1 | THIS MATTER came before the Court on the Motion to File a Document Under Seal (the |
| 2 | "Motion"). For good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED and |
| 3 | the unredacted version of Apple's Application For Disclosure Of The Redacted Information In |
| 4 | Document Number PF001014 filed herewith shall be filed under seal. |
| 5 | |
| 6 | IT IS SO ORDERED this ___ day of _____, 2008. |

_____
Honorable Joseph C. Spero
United States District Court

# PROOF OF SERVICE

I am employed in the County of San Diego, my business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On April 4, 2008, I caused a copy of the following document(s):

**[PROPOSED] ORDER GRANTING MOTION TO FILE A DOCUMENT UNDER SEAL**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| James E. Magleby<br>Jason A. McNeill<br>Magleby & Greenwood, P.C.<br>170 South Main Street, Suite 350<br>Salt Lake City, UT 84101<br>(801) 359-9011 (facsimile) | Attorneys for Defendant<br>PODFITNESS, INC. |
| James M. Wagstaffe<br>Kerr & Wagstaffe LLP<br>100 Spear Street, Suite 1800<br>San Francisco, CA 94105-1528<br>(415) 371-0500 (facsimile) | Attorneys for Defendant<br>PODFITNESS, INC. |

☐ **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

☒ **FEDERAL EXPRESS:** Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on April 4, 2008, at San Diego, California.

/s/Nicole C. Pino
Nicole C. Pino

Prop Order.doc