| | |
|---|---|
| 1 | David J. Miclean (#115098/miclean@fr.com) <br> FISH & RICHARDSON P.C. |
| 2 | 500 Arguello Street, Suite 500 <br> Redwood City, California 94063 |
| 3 | Telephone: (650) 839-5070 <br> Facsimile: (650) 839-5071 |
| 4 | |
| 5 | Lisa M. Martens (#195824/martens@fr.com) <br> Andrew M. Abrams (#229698/abrams@fr.com) |
| 6 | FISH & RICHARDSON P.C. <br> 12390 El Camino Real |
| 7 | San Diego, California 92130 <br> Telephone: (858) 678-5070 <br> Facsimile: (858) 678-5099 |
| 8 | |
| 9 | Attorneys for Plaintiff <br> APPLE COMPUTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | | |
|---|---|---|
| APPLE COMPUTER, INC., | | Case No. C 06-5805 SBA |
| | Plaintiff, | |
| v. | | **PAGES 2, 3, EXHIBIT B, EXHIBIT C TO APPLICATION FOR DISCLOSURE OF THE REDACTED INFORMATION IN DOCUMENT NUMBER PF 001014 [UNREDACTED VERSION]** |
| PODFITNESS, INC., and DOES 1-100, inclusive, | | |
| | Defendants. | |

| | |
|---|---|
| 1 | Regarding: **PAGES 2, 3, EXHIBIT B, EXHIBIT C TO APPLICATION FOR DISCLOSURE** |
| 2 | **OF THE REDACTED INFORMATION IN DOCUMENT NUMBER PF 001014** |
| 3 | **[UNREDACTED VERSION]** This filing is in paper or physical form only, and is being |
| 4 | maintained in the case file in the Clerk's office. |

    If you are a participant on this case, this filing will be served in hard copy shortly.

    For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

    This filing was not e-filed for the following reason(s):

    ___    Voluminous Document (PDF file size larger than e-filing system allowances)

    ___    Unable to scan documents

    ___    Physical Object (description): _____

    ___    Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media

    _X_    Items Under Seal

    ___    Conformance with the Judicial Conference Privacy Policy (General Order 53).

    _X_    Other (description):  pages 2, 3, Exhibit B, Exhibit C to Application for Disclosure of the Redacted Information in Document Number PF 001014 [Unredacted Version] contains information that has been designated confidential by Defendants.

Dated:  April 4, 2008                        FISH & RICHARDSON P.C.

                                            By:  /s/ David J. Miclean
                                                     David J. Miclean

                                            Attorney for Plaintiff
                                            APPLE COMPUTER, INC

10823872.doc

# PROOF OF SERVICE

I am employed in the County of San Diego, my business address is Fish & Richardson P.C., 12390 El Camino Real. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On April 4, 2008, I caused a copy of the following document(s):

**MANUAL FILING NOTIFICATION**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| James E. Magleby<br>Jason A. McNeill<br>Magleby & Greenwood, P.C.<br>170 South Main Street, Suite 350<br>Salt Lake City, UT 84101<br>(801) 359-9011 (facsimile) | Attorneys for Defendant<br>PODFITNESS, INC. |
| James M. Wagstaffe<br>Kerr & Wagstaffe LLP<br>100 Spear Street, Suite 1800<br>San Francisco, CA 94105-1528<br>(415) 371-0500 (facsimile) | Attorneys for Defendant<br>PODFITNESS, INC. |

[ ] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[X] **FEDERAL EXPRESS:** Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on April 4, 2008, at San Diego, California.

/s/Nicole C. Pino
Nicole C. Pino