# EXHIBIT A

Dockets.Justia.com

1       Q.      Okay.  When did they -- when did Power

2    Music simply become a shareholder and not stop, in

3    other words, its working relationship with you?

4       A.      In June of 2006.

5       Q.      Okay.  And was there a reason why they

6    stopped doing work with Podfitness in June 2006?

7       A.      That was the date when we did our

8    agreement.  That was the date that they were to have

9    completed their work.

10      Q.      So you had a contract with them?

11      A.      Uh-huh.

12      Q.      Yes?

13      A.      Yes.

14      Q.      Okay.  What contracts were in place

15   between Podfitness and Power Music?

16              MR. MAGLEBY:  Objection, ambiguous as to

17   time.

18      Q.      BY MR. MICLEAN:  At any point in time?

19      A.      So we had our -- so the -- we have to

20   look to answer that accurately.  There would be a

21   Stock Purchase Agreement and as well as an agreement.

22   There would have been a 144 letter and then -- so

23   that -- that would have been what would have been done

24   that defined the relationship until June, and then

25   once they sold their stock I don't know if Podfitness

1    was involved in -- I don't know if -- if -- there may

2    have been a, just a transaction between the Triebs and

3    Dan Allen is his last name, between the Triebs and Dan

4    and Power, maybe Podfitness would have a reason to be

5    a signatory to that but I don't remember.

6         Q.    Okay.  Other than becoming a owner

7    through a stock ownership Power Music never acquired

8    Podfitness; is that accurate?

9         A.    That is accurate.

10        Q.    And is Power Music around today?

11        A.    To the best of my knowledge.

12        Q.    And was a separate corporation, it was

13   Power Music, Inc.?

14        A.    To the best of my knowledge.  I mean, I

15   know they're a corporation, I'm not sure if that's

16   their formal name.

17        Q.    Okay.  You mentioned earlier a Dave

18   Malone.  Who is Mr. Dave Malone?

19        A.    Dave Malone was the art director at Power

20   Music and when we separated from Power Music in June

21   Dave came to work for Podfitness and was our art

22   director.

23        Q.    So he was an employee of Podfitness?

24        A.    From June forward.

25        Q.    From June 2006 until when?

1       A.      I'm guessing, so he probably worked for

2  us for probably somewhere around six months, maybe

3  seven but ...

4       Q.      Do you recall him working in 2007 for

5  Podfitness?

6       A.      I doubt it.

7       Q.      Okay.  So at least through the end of

8  2006, approximately?

9       A.      That's my best guess.

10      Q.      Either as an employee of Power Music or

11 an employee of Podfitness, what did Dave Malone do for

12 Podfitness?

13      A.      So he designed -- he worked as a

14 designer.  He also hired our art designers and also

15 outsource -- outsourced some art design.  But he was

16 in charge of -- he would describe it brand management.

17      Q.      Anything else that he did for Podfitness?

18      A.      No.

19      Q.      When you say a "designer," what are you

20 referring to --

21      A.      Art design.

22      Q.      -- what was he designing?

23      A.      Art design.

24      Q.      So what did he design for Podfitness?

25 What did Dave Malone design for Podfitness?