# EXHIBIT D

# Dave Malone



Fine Arts Professional + Creative Director

Greater Salt Lake City Area

| | |
|---|---|
| **Current** | • **Paintner, Sculptor, Creative Director at Dave Malone Visual Arts (Sole Proprietorship)** |
| **Past** | • Creative Director at Podfitness.com Inc.<br>• Creative Director at 3form Inc<br>• Co-Founding Partner and Creative Director at Huddleston Malone Design |
| **Education** | • University of Utah<br>• University of Utah<br>• Boise State University |
| **Connections** | **32** connections |
| **Industry** | Fine Art |
| **Websites** | • My Website |

# Dave Malone's Summary

An active practitioner of the fine arts since 2002, I'm an emerging artist focusing on sculpture and painting with an extended interest in furniture design, as well as landscape design and earth works.

**Dave Malone's Specialties:**

Metal and mixed media sculpture, Acrylic and mixed media paintings of landscapes and abstract works, Landscape design and land development as it relates to sculptural concepts. I have a vast background and years of professional experience in the visual communications space, i.e. creative direction, brand strategy and development, graphic design and illustration.

# Dave Malone's Experience

### Paintner, Sculptor, Creative Director
**Dave Malone Visual Arts (Sole Proprietorship)**
(Sole Proprietorship; Myself Only; Fine Art industry)
May 2002 — Present (5 years 11 months)

### Creative Director
**Podfitness.com Inc.**
(Privately Held; 51-200 employees; Health, Wellness and Fitness industry)
August 2006 — September 2006 (2 months)

This position was basically a continuation or an adaptation of my work at Power Music, who became a partner of Podfitness during my involvement with that organization (see below). As the creative director of Power Music, my responsibilities naturally were expanded to include overseeing the brand building and visual communications efforts for both Power Music and the newly prioritized Podfitness Inc.

[Power Music: Feb 2005 - May 2006]
Power Music was a past client of my design firm, Huddleston Malone Design. I was initially contacted to consult on the direction of the organizations brand as it related to corporate identity, packaging, collateral, as well as tradeshow and web presence. I began by simply consulting but was soon offered a full time position and brought on board (for a limited period of time) to lead the redevelopment of the company's brand and to establish a brand guidelines that an ongoing creative and design department could maintain and evolve over time.

**Creative Director**
**3form Inc**
(Privately Held; 51-200 employees; Architecture & Planning industry)
April 2003 — July 2004 (1 year 4 months)

**Co-Founding Partner and Creative Director**
**Huddleston Malone Design**
(Privately Held; 11-50 employees; Graphic Design industry)
November 1991 — May 2002 (10 years 7 months)

# Dave Malone's Education

**University of Utah**
Sculpture 2005 — 2005

**University of Utah**
Fine Art, Graphic Design, Illustration 1985 — 1988

**Boise State University**
Fine Art, Commercial Art 1983 — 1984

# Additional Information

**Dave Malone's Websites:**
   My Website

**Dave Malone's Honors:**

   Select Awards:
   2001 Award of Excellence, HOW Ninth Annual International Design Competition
   2000 Award of Merit, Communications Arts, Design Annual
   Award of Merit, HOW Design Annual
   Design Recognition, American Institute of Graphic Arts (multiple years)
   1999 Addy Award, Utah Advertising Federation (multiple years)
   1993 Idea Award, Step-by-Step Graphics
   1992 Design Excellence, PRINT REGIONAL Design Annual, (multiple years)
   1987 Gold Award, Utah Intercollegiate Design Exhibition
   1986 2nd Place, Eberhard Faber National Student Illustration Competition