1 | David J, Miclean (#115098/miclean@fr.com)
FISH & RICHARDSON P.C.
2 | 500 Arguello Street, Suite 500
Redwood City, California 94063
3 | Telephone: (650) 839-5070
Facsimile: (650) 839-5071

5 | Lisa M. Martens (#195824/martens@fr.com)
Andrew M. Abrams (#229698/abrams@fr.com)
FISH & RICHARDSON P.C.
6 | 12390 El Camino Real
San Diego, California 92130
7 | Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE INC., | Case No. C 06-5805 SBA |
| Plaintiff, | **MOTION TO FILE A DOCUMENT UNDER SEAL** |
| v. | |
| PODFITNESS, INC., and DOES 1-100, inclusive, | Honorable Saundra B. Armstrong |
| Defendants. | |
| PODFITNESS, INC., | |
| Counterclaim Plaintiff | |
| v. | |
| APPLE INC., | |
| Counterclaim Defendant | |

Plaintiff Apple Inc. ("Apple") is filing a Memorandum of Points and Authorities in

Opposition to the Motion for Partial Summary Judgment filed by Defendant Podfitness, Inc.

("Defendant" or "Podfitness"). Counsel for Apple believes that in order to adequately address the issues raised in Defendant's Motion for Partial Summary Judgment, all of the relevant information and documents obtained in discovery must be presented to the Court, including documents designated as "Confidential" or "Attorneys' Eyes Only." In order to avoid public disclosure of a document designated as "Confidential" or "Attorneys' Eyes Only" pursuant to the Stipulated Protective Order entered into by the parties, Apple requests and moves the Court to file the unredacted version of the Opposition under seal.

Dated: April 28, 2008                                         FISH & RICHARDSON P.C.


                                                              By: /s/ David J. Miclean
                                                                  David J. Miclean

                                                              Attorneys for Plaintiff and
                                                              Counterclaim Defendant
                                                              APPLE INC.

# PROOF OF SERVICE

I am employed in the County of San Diego, my business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92103. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On April 28, 2008, I caused a copy of the following document(s):

**MOTION TO FILE A DOCUMENT UNDER SEAL**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| James E. Magleby<br>Jason A. McNeill<br>Magleby & Greenwood, P.C.<br>170 South Main Street, Suite 350<br>Salt Lake City, UT 84101<br>(801) 359-9011 (facsimile) | Attorneys for Defendant<br>PODFITNESS, INC. |

[X] **FEDERAL EXPRESS:** Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express.

| | |
|---|---|
| James M. Wagstaffe<br>Kerr & Wagstaffe LLP<br>100 Spear Street, Suite 1800<br>San Francisco, CA 94105-1528<br>(415) 371-0500 (facsimile) | Attorneys for Defendant<br>PODFITNESS, INC. |

[X] **PERSONAL:** Such envelope was delivered by hand to the offices of the addressee.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on April 28, 2008, at San Diego, California.

/s/Nicole C. Pino
Nicole C. Pino

10828238.doc

3
MOTION TO FILE A DOCUMENT UNDER SEAL
Case No. C 06-5805 SBA