| | |
|---|---|
| 1 | David J, Miclean (#115098/miclean@fr.com)<br>FISH & RICHARDSON P.C. |
| 2 | 500 Arguello Street, Suite 500<br>Redwood City, California 94063 |
| 3 | Telephone:  (650) 839-5070<br>Facsimile:  (650) 839-5071 |
| 4 | |
| 5 | Lisa M. Martens (#195824/martens@fr.com)<br>Andrew M. Abrams (#229698/abrams@fr.com) |
| 6 | FISH & RICHARDSON P.C.<br>12390 El Camino Real |
| 7 | San Diego, California 92130<br>Telephone:  (858) 678-5070 |
| 8 | Facsimile:  (858) 678-5099 |
| 9 | Attorneys for Plaintiff<br>APPLE COMPUTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>PODFITNESS, INC.,  and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. C 06-5805 SBA<br><br>**[PROPOSED] ORDER GRANTING MOTION TO FILE A DOCUMENT UNDER SEAL**<br><br>Honorable Saundra B. Armstrong |
| PODFITNESS, INC.,<br><br>        Counterclaim Plaintiff<br><br>   v.<br><br>APPLE INC.,<br><br>        Counterclaim Defendant | |

1    THIS MATTER came before the Court on the Motion to File a Document Under Seal (the
2    "Motion"). For good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED and
3    the unredacted version of Apple's Memorandum of Points and Authorities in Opposition to
4    Defendant Podfitness, Inc.'s Motion for Partial Summary Judgment filed herewith shall be filed
5    under seal.

7    IT IS SO ORDERED this ___day of _____, 2008.

_____
Honorable Saundra B. Armstrong
United States District Court

# PROOF OF SERVICE

I am employed in the County of San Diego, my business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, CA 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On April 28, 2008, I caused a copy of the following document(s):

**[PROPOSED] ORDER GRANTING MOTION TO FILE A DOCUMENT UNDER SEAL**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| James E. Magleby<br>Jason A. McNeill<br>Magleby & Greenwood, P.C.<br>170 South Main Street, Suite 350<br>Salt Lake City, UT 84101<br>(801) 359-9011 (facsimile) | Attorneys for Defendant<br>PODFITNESS, INC. |

[X] **FEDERAL EXPRESS:** Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express.

| | |
|---|---|
| James M. Wagstaffe<br>Kerr & Wagstaffe LLP<br>100 Spear Street, Suite 1800<br>San Francisco, CA 94105-1528<br>(415) 371-0500 (facsimile) | Attorneys for Defendant<br>PODFITNESS, INC. |

[X] **PERSONAL:** Such envelope was delivered by hand to the offices of the addressee.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on April 28, 2008, at San Diego, California.

/s/Nicole C. Pino
Nicole C. Pino

10828243.doc