| | |
|---|---|
| 1 | David J, Miclean (#115098/miclean@fr.com)<br>FISH & RICHARDSON P.C. |
| 2 | 500 Arguello Street, Suite 500<br>Redwood City, California 94063 |
| 3 | Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071 |
| 4 | |
| 5 | Lisa M. Martens (#195824/martens@fr.com)<br>Andrew M. Abrams (#229698/abrams@fr.com) |
| 6 | FISH & RICHARDSON P.C.<br>12390 El Camino Real |
| 7 | San Diego, California 92130<br>Telephone: (858) 678-5070 |
|   | Facsimile: (858) 678-5099 |
| 8 | |
| 9 | Attorneys for Plaintiff<br>APPLE COMPUTER, INC. |

10  UNITED STATES DISTRICT COURT

11  NORTHERN DISTRICT OF CALIFORNIA

12  (OAKLAND DIVISION)

| | | |
|---|---|---|
| 13 | APPLE COMPUTER, INC., | Case No. C 06-5805 SBA |
| 14 | Plaintiff, | |
| 15 | v. | **NOTICE OF MANUAL FILING REGARDING PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF APPLE INC.'S OPPOSITION TO DEFENDANT PODFITNESS, INC.'S PARTIAL MOTION FOR SUMMARY JUDGMENT** |
| 16 | PODFITNESS, INC., and DOES 1-100, inclusive, | |
| 17 | Defendants. | |
| 18 | | |

19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | Regarding: **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN** |
| 2 | **SUPPORT OF PLAINTIFF APPLE INC.'S OPPOSITION TO DEFENDANT** |
| 3 | **PODFITNESS, INC.'S PARTIAL MOTION FOR SUMMARY JUDGMENT** This filing is in |
| 4 | paper or physical form only, and is being maintained in the case file in the Clerk's office. |
| 5 | If you are a participant on this case, this filing will be served in hard copy shortly. |
| 6 | For information on retrieving this filing directly from the court, please see the court's main |
| 7 | web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). |
| 8 | This filing was not e-filed for the following reason(s): |
| 9 | ___ Voluminous Document (PDF file size larger than e-filing system allowances) |
| 10 | ___ Unable to scan documents |
| 11 | ___ Physical Object (description): _____ |
| 12 | ___ Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media |
| 13 | _X_ Items Under Seal |
| 14 | ___ Conformance with the Judicial Conference Privacy Policy (General Order 53). |
| 15 | _X_ Other (description): Certain text and exhibits to Plaintiff's Memorandum of Points |
| 16 | And Authorities In Support of Plaintiff Apple Inc.'s Opposition To Defendant Podfitness, Inc.'s |
| 17 | Partial Motion For Summary Judgment contain information that has been designated confidential |
| 18 | or attorneys' eyes only by Defendant. |
| 19 | |
| 20 | |
| 21 | Dated: April 28, 2008        FISH & RICHARDSON P.C. |
| 22 | |
| 23 | By: /s/ David J. Miclean |
| 24 |          David J. Miclean |
| 25 | Attorney for Plaintiff<br>APPLE COMPUTER, INC |
| 26 | |
| 27 | 10829324.doc |
| 28 | |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am employed in the County of San Diego, my business address is Fish & Richardson P.C., 12390 El Camino Real. I am over the age of 18 and not a party to the foregoing action. |
| 3 | |
| 4 | I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service. |
| 5 | |
| 6 | On April 28, 2008, I caused a copy of the following document(s): |
| 7 | **MANUAL FILING NOTIFICATION** |

James E. Magleby                                   Attorneys for Defendant
Jason A. McNeill                                   PODFITNESS, INC.
Magleby & Greenwood, P.C.
170 South Main Street, Suite 350
Salt Lake City, UT 84101
(801) 359-9011 (facsimile)

[X] **FEDERAL EXPRESS:**    Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express

James M. Wagstaffe                                 Attorneys for Defendant
Kerr & Wagstaffe LLP                               PODFITNESS, INC.
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
(415) 371-0500 (facsimile)

[X] **PERSONAL:**    Such envelope was delivered by hand to the offices of the addressee.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on April 28, 2008, at San Diego, California.

                                                 /s/Nicole C. Pino
                                                  Nicole C. Pino