# **<u>EXHIBIT 1</u>**











