# __EXHIBIT 2__

Dockets.Justia.com

