# **<u>EXHIBIT 3</u>**

# **[FILED UNDER SEAL]**