# **<u>EXHIBIT 5</u>**



# THE iPod RANKS AS ONE OF THE GREATEST CONSUMER ELECTRONICS SCORES OF ALL TIME

—BUSINESS 2.0