# **<u>EXHIBIT 7</u>**

Dear Steve,

Thanks for coming to the site.

Can I tell you a quick story?

Like millions of others, in December of 2004 my 44-year-old wife and I got iPods for Christmas. My 25 year old son was on his 3rd, our teenagers were on their 1st or 2nd. But when my techno-phobic wife got one... well, it was obvious that the iPod had crossed the chasm. Like the rest of the business world, I couldn't wait to be involved.

So, a month later (January 2005), I filed a couple of patent applications for an idea that I'd been tinkering with for a while. I called it Podfitness. The idea was to create a service that would create customized, downloadable, personalized audio workouts that could each be mixed with the users' own favorite music. So, off we went...

After we embarked on a yearlong programming journey, as you know, Apple went on to sell 32 million more iPods. (Congratulations, by the way!) This was terrific, but of course "competitors" started appearing. Dang it! None of them were creating anything new, no technology, it was just people taking static workouts and converting them to mp3. We could have done that on our first day, (heck, my 15 year old does it every day, what's the big deal about ripping a CD?) It was pure hell to sit back and watch people enter the market with... well, nothing. All the while, we're quietly working away, burning cash, programming, partnering and recording. And the clock was ticking...

Well, it took us over a year and a couple of million dollars, but we did it.