# EXHIBIT 8

# [FILED UNDER SEAL]

Dockets.Justia.com