# **<u>EXHIBIT 16</u>**


PF000043

Everyone has their favorite holiday song, what's yours?
Happy Holidays from Podfitness and Power Music.

 

PF000044