Apple Computer, Inc. v. Podfitness, Inc.

Doc. 121 Att. 21

# EXHIBIT 21

Dockets.Justia.com

Put a **Personal Trainer** right on your iPod—mixed with your own music.




Retail Click Here · Special Promo Click Here

- Work out with a **personal trainer**
- At the **gym or at home**
- **Save** hundreds of dollars in trainer fees
- Feel and **LOOK YOUR BEST**

# Customized iPod® Workouts

Beginner to pro, gym equipment to walking shoes, **each workout is made** just for you !



Listen to a sample workout

First Name: ______ Last Name: ______

Street Address: ______

City: ______

State: ______ Zip: ______

Email: ______

Credit Card Number: ______

AMEX DISCOVER MasterCard VISA

Expiration Information: 01 / 2006 3 or 4 Digit CVV: ______

**OR** Choose PayPal




You Choose:
Lose Weight
Build Muscle
Shape & Tone
and more...

SIGN UP

After your free trial, do nothing and your membership will continue for $ 19.95/ mo. If for any reason you're not completely satisfied, there is NO HASSLE, simply cancel and you will not be billed. And as a gift keep all the custom workouts you create.

Supporting Mac OS X :: Coming Soon

## What is Podfitness ?

Podfitness is **a team of personal trainers** that guide you every step of the way, **right on your iPod or MP3 player**. Each workout is custom **assembled just for you** (it's not a pre-recorded static workout), built on the world's largest audio exercise library. Your workouts are targeted for your goals and change with your feedback. It's patent-pending, **no one else can do what we do**!

## How it works:

1. **Goals :** Cardio, cycling, running, weight training, and more—we can hold your hand or turn you loose; you choose how you want to work out.
2. **Trainer :** When A-list stars show up overweight and out-of-shape, Hollywood studios call our trainers. Audition one of them today!
3. **Music :** Best of all, your workout is automatically mixed with the music you already own!

## Why is it for me?

**Because you'll get results. Fast.** Whatever your goal (lose weight, build muscle, target a "problem area"), our experts will get you there. The best trainers in the world are waiting to audition for you. Just wait 'till you experience personal attention from a world-class celebrity trainer. Go on, you deserve it and there's no risk!

**Give us 10 days,** and **we'll prove it to you,** FREE.


File Edit View Favorites Tools Help
Address https://www.podfitness.com/web/web/start
History
Meet our trainers
What is Podfitness ?
Podfitness is a team of personal trainers that guide you every step of the way, right on your iPod or MP3 player. Each workout is custom assembled just for you (it's not a pre-recorded static workout), built on the world's largest audio exercise library. Your workouts are targeted for your goals and change with your feedback. It's patent-pending, no one else can do what we do!
Why is it for me?
Because you'll get results. Fast. Whatever your goal (lose weight, build muscle, target a "problem area"), our experts will get you there. The best trainers in the world are waiting to audition for you. Just wait 'till you experience personal attention from a world-class celebrity trainer. Go on, you deserve it and there's no risk!
Give us 10 days, and we'll prove it to you, FREE
How it works:
Weight Training, Cycling
Walking Treadmill,
Running, and more...
it's all right here
Podfitness.com
www.podfitness.com


Podfitness :: Your Music
ProLaw
net Explorer provided by Fish & Richardson P.C.
File Edit View Favorites Tools Help
Back
Search
Favorites
Address
http://www.podfitness.com/demo.htm
Go
Listen to Demo
Goals
Trainers
Music
Podfitness.com
Put a personal trainer right on your iPod.®
—mixed with your own music.
home
FREE trial
how it works
contact us
support
Customize your demo >
Custom Clip
MENU
Welcome to Podfitness!
Done
Internet
start
3:30 PM

9/20/06


Podfitness :: Start :: Yo
oft Internet Explorer provided by Fish & Richardson P.C.
File Edit View Favorites Tools Help
Back Search Favorites
Address https://www.podfitness.com/web/web/start
What is Podfitness ?
Podfitness is a team of personal trainers that guide you every step of the way, right on your iPod or MP3 player. Each workout is custom assembled just for you (it's not a pre-recorded static workout), built on the world's largest audio exercise library. Your workouts are targeted for your goals and change with your feedback. It's patent-pending, no one else can do what we do!
Why is it for me?
Because you'll get results. Fast. Whatever your goal (lose weight, build muscle, target a "problem area"), our experts will get you there. The best trainers in the world are waiting to audition for you. Just wait 'till you experience personal attention from a world-class celebrity trainer. Go on, you deserve it and there's no risk!
Give us 10 days, and we'll prove it to you, FREE.
How it works:
1 Goals: Cardio, cycling, running, weight training, and more—we can hold your hand or turn you loose; you choose how you want to work out.
2 Trainer: When A-list stars show up overweight and out-of-shape, Hollywood studios call our trainers. Audition one of them today!
3 Music: Best of all, your workout is automatically mixed with the music you already own!
Weight Training, Cycling
Walking Treadmill,
Running, and more...
it's all right here
Podfitness.com
MENU
My Account | Support | FAQ | We're Hiring! | Contact Us
Terms & Conditions | Privacy & Legal | Affiliates | About SSL Certificates
© 2006 Podfitness, Inc. All rights Reserved >> Patent Pending iPod is a Registered trademark of Apple Computer, Inc., is not affiliated with, sponsors, endorsed, or supports this product or service.
VeriSign Secured
VERIFY
Internet
start
3:24 PM

9/20/06


Podfitness :: Start :: Yo
ProLaw
oft Internet Explorer provided by Fish & Richardson P.C.
File Edit View Favorites Tools Help
Back
Search
Favorites
Address
https://www.podfitness.com/web/promo/start
Go
Listen to Demo
Goals
Trainers
Music
Podfitness.com
Put a personal trainer right on your iPod.®
—mixed with your own music.
Start Now
Free Trial
Get the body
you've always wanted
• Have Confidence at the gym
• Get Expert trainers each day
• Take Anywhere, anytime
• A "Private trainer" all yours
( Over 50 of the top trainers in the world )
Sign up for free and meet our celebrity trainers —who will you choose?
First Name:
Last Name:
Street Address:
City:
State:
Zip:
Email:
Promo Code:
It's a new revolution in personal fitness
and it's yours in 3 easy steps:
Done
Internet
start
3:29 PM

9/20/06




Retail Click Here   Special Promo Click Here

A real personal trainer on your iPod or MP3 player
Whatever your goal, we'll coach your every step
You'll never, ever have to start another workout plan
Great results that last!



HOW IT WORKS | BROWSE OUR TRAINERS | HOT NEWS | ABOUT US | CONTACT US | MEMBER LOGIN

# How it Works

## 1 Get Your Workout

Every time you log on, the multi-million-dollar ***Podfitness Expert System*** builds a new custom workout just for you.

## 2 Get Moving

Take your iPod wherever you work out: to the gym, at home or on the trail.





## 3 Listen Up

Your trainer coaches your every movement while you enjoy your own music in the background.

## 4 Sound off

Your post-workout feedback fine-tunes your next experience, making every session even better than the last.

What all this means is that now, you have everything you need to finally lose weight, build your endurance, or get the body you've always wanted.

You can try it right now, free for 10 days! You've got nothing to lose, so see for yourself the

## Start Your 10 Day Risk-Free Trial

First Name: Last Name:

Street Address:

City:

State: Zip:

Email:

Credit Card Number:

AMEX DISCOVER MasterCard VISA

amazing difference Podfitness will make in your life!

**You'll never, ever, have to start another workout plan.**
We mean it. The first time you hear your trainer coaching you through your own customized workout, you'll experience a level of confidence in your workout that you only dreamed possible.

**Start now, get results**
In 10 days, you'll start to see results. In 60 days, your friends will notice the difference Podfitness has made. In 90 days, you'll have a whole new body.

**It's a real personal trainer on your iPod or MP3 player**
As little or as often as you want (even twice a day!), you get a totally-customized workout, giving you the power to get results, and mixes it with the music that motivates you best—yours.

**Over 75 of the world's top trainers to choose from**
Whether you want to walk outdoors with fitness legend Kathy Smith, or get six-pack abs with Hollywood's top trainers, Podfitness will help you find the personal trainer that gets you results.

**Whatever your goal is, Podfitness will get you there**
There are dozens of categories from Walking to Weightlifting, and more being added all the time. With customized training sessions designed to keep you on track, Podfitness gives you the edge you need to finally lose weight, tone up, or build muscle.

**Podfitness uses the best music in the world—yours**
The patent-pending Podfitness Mixer combines your totally-customized workouts with the music you've uploaded into your iTunes library (but not music you've downloaded from the iTunes Music Store).

**One low monthly fee**
You get virtually unlimited custom workouts (up to 2 per day) with any trainer for only $19.95 per month (plus tax where applicable). Compare that to the hundreds of dollars you'd spend to hire a club trainer for only a few sessions per month!

**Cancel anytime**
There are no commitments, no cancellation fees, and no hassles. If you decide Podfitness isn't for you, you can cancel online or by phone, and you won't be charged for any further months.

**Best of all, it's simple!**
We haven't scratched the surface of all that Podfitness has to offer. However, the bottom line is that you'll have a different, fun, engaging workout every session. Best of all, it's simple to use.



## What is Podfitness ?

Podfitness is **a team of personal trainers** that guide you every step of the way, **right on your iPod or MP3 player**. Each workout is custom **assembled just for you** (it's not a pre-recorded static workout), built on the world's largest audio exercise library. Your workouts are targeted for your goals and change with your feedback. It's patent-pending, **no one else can do what we do**!

## Why is it for me?

**Because you'll get results. Fast.** Whatever your goal (lose weight, build muscle, target a "problem area"), our experts will get you there. The best trainers in the world are waiting to audition for you. Just wait 'till you experience personal attention from a world-class celebrity trainer. Go on, you deserve it and there's no risk!

**Give us 10 days,** and **we'll prove it to you, FREE**.

## How it works:

1. **Goals:** Cardio, cycling, running, weight training, and more—we can hold your hand or turn you loose; you choose how you want to work out.
2. **Trainer:** When A-list stars show up overweight and out-of-shape, Hollywood studios call our trainers. Audition one of them today!
3. **Music:** Best of all, your workout is automatically mixed with the music you already own!




My Account | Support | FAQ | We're Hiring! | Contact Us
Terms & Conditions | Privacy & Legal | Affiliates | About SSL Certificates

© 2006 Podfitness, Inc. All rights Reserved >> Patent Pending iPod is a Registered trademark of Apple Computer, Inc., is not affiliated with, sponsors, endorsed, or supports this product or service.

