# EXHIBIT 25

Dockets.Justia.com



iPod nano

Million Dollar Body

PF 001369