# **<u>EXHIBIT 27</u>**

 

SHUFFLE LOGO