# **EXHIBIT 29**

# The Perfect Thing

How the iPod Shuffles Commerce, Culture, and Coolness

**Steven Levy**

author of *Hackers* and *Insanely Great*

# Perfect

❯ Just what is it about the iPod?

It weighs 6.4 ounces and consists of a few layers of circuit boards and electronic components, covered by a skin of white polycarbonate and stainless steel. It's slightly smaller than a deck of cards. On the front is a screen smaller than a Post-it note, perched over a flattened wheel. It doesn't have an on–off switch. If you didn't know what it was, you might guess that it was a sleek, high-priced thermostat, meant to control temperature in a high-priced condominium. A very sexy detached thermostat that feels very good when you palm it. But you almost certainly *do* know what it is—a portable digital music player that holds an entire library of tunes—because it is the most familiar, and certainly the most desirable, new object of the twenty-first century.

You could even make the case that it *is* the twenty-first century.

It arrived in October 2001, bringing the promise of pleasure to a world in transformation from its comforting analog roots to a disruptive digital future. The world did not fete it with parades. In October 2001, the world had its own problems. The newcomer was welcomed by fans of Apple Computer, the company that makes the