# **EXHIBIT 30**

