# **<u>EXHIBIT 31</u>**



January 4, 2008