# EXHIBIT 32

# [FILED UNDER SEAL]

Dockets.Justia.com