# EXHIBIT 34

# [FILED UNDER SEAL]

Dockets.Justia.com