# EXHIBIT 39

# [FILED UNDER SEAL]

Dockets.Justia.com