# EXHIBIT 41

# [FILED UNDER SEAL]