# EXHIBIT 50

# [FILED UNDER SEAL]