UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE INC., | Case No. C 06-5805 SBA |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER DENYING DEFENDANT PODFITNESS, INC.'S PARTIAL MOTION FOR SUMMARY JUDGMENT** |
| PODFITNESS, INC., and DOES 1-100, inclusive, | |
| Defendants. | Honorable Saundra B. Armstrong |

| | |
|---|---|
| PODFITNESS, INC., | |
| Counterclaim Plaintiff | |
| v. | |
| APPLE INC., | |
| Counterclaim Defendant | |

AND NOW, the Court, having considered Plaintiff Apple Inc.'s ("Apple") Opposition to Defendant Podfitness, Inc.'s Partial Motion for Summary Judgment.

IT IS HEREBY ORDERED that Podfitness' Motion is denied.

Dockets.Justia.com

IT IS SO ORDERED.

Dated: _____

Honorable Saundra B. Armstrong
UNITED STATES DISTRICT COURT JUDGE

10829599.doc

## PROOF OF SERVICE

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On April 28, 2008, I caused a copy of the following document(s):

**[PROPOSED] ORDER DENYING DEFENDANT PODFITNESS, INC.'S PARTIAL MOTION FOR SUMMARY JUDGMENT**

James E. Magleby                                    Attorneys for Defendant
Jason A. McNeill                                    PODFITNESS, INC.
Magleby & Greenwood, P.C.
170 South Main Street, Suite 350
Salt Lake City, UT 84101
(801) 359-9011 (facsimile)

| X | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express |

James M. Wagstaffe                                    Attorneys for Defendant
Kerr & Wagstaffe LLP                                    PODFITNESS, INC.
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
(415) 371-0500 (facsimile)

| X | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on April 28, 2008, at San Diego, California.

/s/Nicole C. Pino
Nicole C. Pino