David J. Miclean
(#115098/miclean@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Lisa M. Martens
(#195824/martens@fr.com)
Andrew M. Abrams
(#229698/abrams@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff and
Counterclaim Defendant
APPLE INC.

James M. Wagstaffe
Kerr & Wagstaffe LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
Telephone: (415) 371-8500
Facsimile: (415) 371-0500

James E. Magleby
Jason A. McNeill
Magleby & Greenwood, P.C.
170 South Main Street, Suite 350
Salt Lake City, UT 84101-3606
Telephone: (801) 359-9000
Facsimile: (801) 359-9011

Attorneys for Defendants
and Counterclaim Plaintiff
Podfitness, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>PODFITNESS, INC., and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. C 06-5805 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE**<br><br>Honorable Saundra B. Armstrong |
| PODFITNESS, INC.,<br><br>    Counterclaim Plaintiff<br><br>    v.<br><br>APPLE INC.,<br><br>    Counterclaim Defendant | |

1    WHEREAS Defendant and Counterclaim Plaintiff Podfitness, Inc. ("Podfitness") filed its

2  Partial Motion for Summary Judgment on February 22, 2008 for a hearing on April 8, 2008.

3    WHEREAS in response to the parties stipulated request, this Court issued an Order on

4  March 19, 2008 continuing the motion hearing date to June 3, 2008;

5    WHEREAS Plaintiff and Counterclaim Defendant Apple Inc.'s Opposition papers were

6  served and filed on April 28, 2008;

7    AND WHEREAS the parties now desire additional time to negotiate settlement;

8    IT IS HEREBY STIPULATED by and between the parties, through their counsel of

9  record, that the remaining briefing and hearing schedule on Podfitness' Partial Motion for

10 Summary Judgment will be as follows:

11    • Podfitness' Reply papers shall be served and filed on **May 27, 2008**; and

12    • The parties request that the motion hearing date remain on June 3, 2008 at

13      1:00p.m.

14    Based on the foregoing, the parties respectfully request that the Court grant the parties

15 stipulated request.

16 Dated: May 9, 2008            FISH & RICHARDSON P.C.

17

18                              By:  /s/ Andrew M. Abrams
                                     Andrew M. Abrams
19
20                              Attorneys for Plaintiff and
                                Counterclaim Defendant
21                              APPLE INC.

22 Dated: May 9, 2008            MAGLEBY & GREENWOOD, P.C.

23

24                              By:  /s/ James E. Magleby
                                     James E. Magleby
25
26                              Attorneys for Defendants and
                                Counterclaim Plaintiff
27                              PODFITNESS, INC.

28

# DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James E. Magleby.

Dated: May 9, 2008                          FISH & RICHARDSON P.C.


By:  /s/ Andrew M. Abrams
     Andrew M. Abrams

     Attorneys for Plaintiff and
     Counterclaim Defendant
     APPLE INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated: _____        _____
                                United States District Judge

## <u>PROOF OF SERVICE</u>

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 500 Arguello Street, Ste. 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On May 9, 2008, I caused a copy of the following document(s):

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| James M. Wagstaffe<br>Kerr & Wagstaffe LLP<br>100 Spear Street, Suite 1800<br>San Francisco, CA 94105-1528<br>Telephone: (415) 371-8500<br>Facsimile: (415) 371-0500 | Attorneys For Defendant<br>PODFITNESS, INC. |
| James E. Magleby<br>Jason A. McNeill<br>Magleby & Greenwood, P.C.<br>170 South Main Street, Suite 350<br>Salt Lake City, UT 84101-3606<br>Telephone: (801) 359-9000<br>Facsimile: (801) 359-9011 | Attorneys For Defendant<br>PODFITNESS, INC. |

[X] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[ ] **ELECTRONIC MAIL:** Such document was transmitted by electronic mail to the addressees' email addresses as stated above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on May 9, 2008, at Redwood City, California.

/s/ Diane M. Arceo-Lowenstein
Diane M. Arceo-Lowenstein

#50483348