**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., | |
| Plaintiff, | Case No. C 06-5805 SBA |
| v. | **ORDER** |
| PODFITNESS, INC., and DOES 1-100, inclusive, | [Docket Nos. 90 & 92] |
| Defendants. | |
| _____ | |
| PODFITNESS, INC., | |
| Counterclaim Plaintiff | |
| v. | |
| APPLE INC., | |
| Counterclaim Defendant | |
| _____/ | |

A hearing on Defendant and Counterclaim Plaintiff Podfitness' Partial Motion for Summary Judgment is currently scheduled for June 3, 2008. On May 12, 2008, citing their desire for additional time to negotiate settlement, the parties filed a stipulation to shorten the time required to serve Podfitness' Reply papers from May 20, 2008 to May 27, 2008. The parties also requested that the motion hearing date remain scheduled for June 3, 2008.

Pursuant to Civil L.R. 7-3(c), any reply to an opposition must be served and filed by the moving party not less than 14 days before the hearing date. Accordingly, it is hereby ordered that

Podfitness' Reply papers are due May 27, 2008 and the hearing scheduled for June 3, 2008 is continued to Tuesday, June 17, 2008, at 1:00 p.m.

    IT IS SO ORDERED.

Dated: 5/14/08            *Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge