David J. Miclean
(#115098/miclean@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Lisa M. Martens
(#195824/martens@fr.com)
Andrew M. Abrams
(#229698/abrams@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff and
Counterclaim Defendant
APPLE INC.

James M. Wagstaffe
Kerr & Wagstaffe LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
Telephone: (415) 371-8500
Facsimile: (415) 371-0500

James E. Magleby
Jason A. McNeill
Magleby & Greenwood, P.C.
170 South Main Street, Suite 350
Salt Lake City, UT 84101-3606
Telephone: (801) 359-9000
Facsimile: (801) 359-9011

Attorneys for Defendants
and Counterclaim Plaintiff
Podfitness, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PODFITNESS, INC., and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. C 06-5805 SBA<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Honorable Saundra B. Armstrong |
| PODFITNESS, INC.,<br><br>    Counterclaim Plaintiff<br><br>v.<br><br>APPLE INC.,<br><br>    Counterclaim Defendant | |

Pursuant to agreement and stipulation between the parties to the above-entitled lawsuit, the above action (including all claims in the complaint, and any cross-action filed therein), are hereby dismissed with prejudice.

Dated: June 6, 2008          FISH & RICHARDSON P.C.

By: /s/ David J. Miclean
David J. Miclean

Attorneys for Plaintiff and
Counterclaim Defendant
APPLE INC.

Dated: June 6, 2008          MAGLEBY & GREENWOOD, P.C.

By: /s/ James E. Magleby
James E. Magleby

Attorneys for Defendants and
Counterclaim Plaintiff
PODFITNESS, INC.

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James E. Magleby.

Dated: June 6, 2008          FISH & RICHARDSON P.C.

By: /s/ David J. Miclean
David J. Miclean

Attorneys for Plaintiff and
Counterclaim Defendant
APPLE INC.

IT IS SO ORDERED:

Dated: _____        _____
                             Honorable Saundra B. Armstrong
                             United States District Judge

# PROOF OF SERVICE

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On June 6, 2008, I caused a copy of the following document(s):

**STIPULATED DISMISSAL WITH PREJUDICE**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| James M. Wagstaffe<br>Kerr & Wagstaffe LLP<br>100 Spear Street, Suite 1800<br>San Francisco, CA 94105-1528<br>Telephone: (415) 371-8500<br>Facsimile: (415) 371-0500 | Attorneys For Defendant<br>PODFITNESS, INC. |
| James E. Magleby<br>Jason A. McNeill<br>Magleby & Greenwood, P.C.<br>170 South Main Street, Suite 350<br>Salt Lake City, UT 84101-3606<br>Telephone: (801) 359-9000<br>Facsimile: (801) 359-9011 | Attorneys For Defendant<br>PODFITNESS, INC. |

[X] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[ ] **ELECTRONIC MAIL:** Such document was transmitted by electronic mail to the addressees' email addresses as stated above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on June 6, 2008, at Redwood City, California.

/s/Diane M. Arceo-Lowenstein
Diane M. Arceo-Lowenstein