AO 120 (Rev. 2/99)

| TO: United States Patent and Trademark Office<br>Customer Service Window, Randolph Building<br>401 Dulany Street<br>Alexandria, VA 22314 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Northern District of CA (Oak)___ on the following ☐ Patents or  X  Trademarks:

| DOCKET NO.<br>CV 06-05805 SBA | DATE FILED<br>09/21/2006 | U.S. DISTRICT COURT<br>Northern District of CA (Oak) |
|---|---|---|
| PLAINTIFF<br>APPLE COMPUTER INC. | | DEFENDANT<br>PODFITNESS INC. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | ***SEE COMPLAINT*** |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| ***CONSENT JUDGMENT AND PERMANENT INJUNCTION, entered on 06/06/2008*** |

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Jessie Mosley | DATE<br>06/09/2008 ~~09/21/06~~ |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Commissioner    **Copy 3**—Upon termination of action, mail this copy to Commissioner
**Copy 2**—Upon filing document adding patent(s), mail this copy to Commissioner    **Copy 4**—Case file copy

Dockets.Justia.com